UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**,

      Plaintiff,

  v.

**RUSSELL DEAN ALFORD**,

      Defendant.

Criminal Action No. 21-cr-0263 (TSC)

## VOIR DIRE

1. Do you believe you may know anything about the facts and circumstances of this case, other than what I have told you today? *If so, please write the number "1" on your index card.*

2. Is there anything about the nature of the charges that would make it difficult for you to render a fair and impartial verdict in this case? *If so, please write the number "2" on your index card.*

3. Do you live or work near the United States Capitol in Washington, D.C., or do you have any special familiarity with that area? *If so, please write the number "3" on your index card.*

4. The United States is represented in this case today by Assistant United States Attorneys James D. Peterson and Michael Romano. Do you recognize or think that you might know Mr. Peterson or Mr. Romano? *If so, please write the number "4" on your index card.*

5. The United States Attorney for the District of Columbia is Matthew M. Graves. Does any member of the jury panel know Mr. Graves? *If so, please write the number "5" on your index card.*

6. The defendant in this case is Mr. Russell Dean Alford, who resides in Hokes Bluff, Alabama. Do you recognize or think that you might know Mr. Alford? *If so, please write the number "6" on your index card.*

7. Mr. Alford is represented in this case by Mr. Kevin L. Butler, Mr. James T. Gibson, and Mr. Tobie J. Smith, all with the Office of the Federal Public Defender for the Northern District of Alabama, at 505 20th Street North, Birmingham, Alabama 35203. Do you recognize or think that you might know Mr. Butler, Mr. Gibson, or Mr. Smith? *If so, please write the number "7" on your index card.*

8. The government will call a number of witnesses to testify during the trial. The defense may also do so, but is not required to call witnesses. I will ask each party to introduce or read a list of names of witnesses that you may hear from, or hear about, during the trial. Not all of these witnesses will necessarily testify, but they are being introduced to determine whether any of you recognize or think that you may know any of the potential witnesses in this case. *After the parties are finished, please mark your card with a number "8" if you recognize or think that you may know any of these witnesses, and please write down the names of the witnesses you think you might recognize or know.*

    a. At this point I will ask Mr. Peterson or Mr. Romano to read the names of the witnesses whom the United States may call to testify in this case.

    b. If the Defense intends to call witnesses, Mr. Gibson will now read their names.

    c. *As I said before, please mark your card with the number "7" if you recognize or think that you may know any of these witnesses, and please write down the names of the witnesses you think you might recognize or know.*

9. Do you recognize or think that you might know any other member of the jury panel or any other person in the courtroom, including me or my courtroom staff? *If so, please write the number "9" on your index card.*

10. The law provides that the defendant is presumed innocent. The burden is on the government to prove him guilty of each element of the offense beyond a reasonable doubt. The defendant does not have to produce any evidence at trial because he is not required to prove his innocence. Nor is the defendant required to prove any fact in dispute in this case. This instruction is based on the law. This presumption continues through the trial unless and until the government proves a defendant guilty beyond a reasonable doubt. Would you have any difficulty at all in following this principle? *If so, please write the number "10" on your index card.*

11. The defendant, like every defendant in a criminal case, has the absolute right not to testify. Our constitution provides that no defendant may be compelled to testify. If the defendant elects not to testify in this case, you must not draw any inference as to his guilt from that decision. Would you have any difficulty at all in following this principle? *If so, please write the number "11" on your index card.*

12. The law requires that jurors weigh the evidence in a case and reach a verdict based solely upon the admitted evidence and instructions of law, without any regard whatsoever for what the potential punishment might or might not be. Would you have any difficulty at all in following this principle? *If so, please write the number "12" on your index card.*

13. Have you, or any of your family, close friends, or household members, ever studied law or had any legal training, including paralegal training? *If so, please write the number "13" on your index card.*

14. Have you, or any of your family, close friends, or household members, ever worked for or with an office that handles prosecution or law enforcement? By "prosecution," I mean government agencies such as the United States Attorney's Office, a district attorney's office, or an attorney general's office. By "law enforcement," I mean government agencies like state and local police departments; the Metropolitan Police Department; the Federal Bureau of Investigation, also known as the FBI; the Department of Justice; the U.S. Marshal's Service; the Bureau of Alcohol, Tobacco, Firearms, and Explosives, also known as the ATF; the Internal Revenue Service; the U.S. Secret Service; the CIA; and the Department of Homeland Security. *If so, please write the number "14" on your index card.*

15. Have you, or any of your family, close friends, or household members, ever done any work for or with any person or organization that does criminal defense work, such as the Federal Defender's Office, the Public Defender's office, defense attorneys, or a private law firm? This question also includes work as a private investigator. *If so, please write the number "15" on your index card.*

16. Have you, or any of your family, close friends, or household members, ever worked at a courthouse or for a court system, including as a probation or parole officer? *If so, please write the number "16" on your index card.*

17. Do you, or any of your family, close friends, or household members, have a pending application for employment with the United States Attorney's Office or any prosecutor's office; a public defender service; a law firm that does criminal defense work; or with any local, state, or federal law enforcement agency? *If so, please write the number "17" on your index card.*

18. Do any of you now, or have you within the past five years, belonged to or participated in any crime prevention groups, such as neighborhood watch organizations, orange hat groups, or any other crime prevention or victim rights groups? *If so, please write the number "18" on your index card.*

19. Have you ever served on a Grand Jury? *If so, please write the number "19" on your index card. [Suggested follow-up for those who answer "yes" at the bench: Is there anything about that experience that would make it hard for you to be fair to both sides in this case? A grand jury investigates cases and charges a person with a crime when there's probable cause to believe the person committed it. The trial jury decides whether the government has proven the case beyond a reasonable doubt. You understand the difference, right? Are you confident you can be fair sitting on a trial jury?]*

20. Have you ever served on a trial jury, either in a civil or a criminal case? *If so, please write the number "20" on your index card. [Suggested follow-up for those who answer "yes" at the bench: Without telling us what the verdict actually was, was the jury able to reach a verdict in your case? Is there anything about that experience that would make it hard for you to be fair to both sides in this case? Do you understand that the burden of proof in a criminal case is greater than the burden in a civil case?]*

21. Have you, or any of your family, close friends, or household members, had any unpleasant experiences with the police or a prosecutor or other law enforcement, whether here in D.C. or elsewhere? Or unpleasant experiences with a defense attorney or defense investigator, whether here in D.C. or elsewhere? *If so, please write the number "21" on your index card.*

22. Have you formed special opinions concerning defense attorneys, prosecutors, or accused persons that would affect you in deciding this case? *If so, please write the number "22" on your index card.*

23. Do you have any feelings about people of different races, gender, nationality, or religion that would affect your ability to be a fair and impartial juror? *If so, please write the number "23" on your index card.*

24. There will be testimony from police officers and other law enforcement agents in this case. Would the fact that a witness is a police officer or law enforcement agent have any effect at all on whether or not you believe that person's testimony? In other words, would the fact that a witness is a police officer or law enforcement agent make you more likely to believe his or her testimony? Or make you less likely to believe his or her testimony? *If so, please write the number "24" on your index card.*

25. Have you, or any of your family, close friends, or household members, ever been the victim of or a witness to a crime? By "crime" here I mean something other than parking or speeding tickets. *If so, please write the number "25" on your index card.*

26. Have you, or any of your family, close friends, or household members, ever been arrested for, charged with, found guilty of, or gone to jail for a crime? By "crime" here I mean something other than parking or speeding tickets. *If so, please write the number "26" on your index card.*

27. Have you had an experience with law enforcement, or any person associated with or employed by the United States Attorney's Office or the Court or the criminal justice system, which would make it difficult for you to be a fair or impartial juror in this case? *If so, please write the number "27" on your index card.*

28. Do you have strong feelings about persons who do not accept the results of the 2020 Presidential Election? *If so, please write the number "28" on your index card.*

29. Does any member of the panel suffer from any illness that would make it difficult for you to sit as a juror and are any of you presently taking any medication that causes drowsiness, confusion or discomfort? *If so, please write the number "29" on your index card.*

30. Once the evidence has concluded and I have given final instructions, those selected as jurors in this case will begin deliberations. The verdict must represent the considered judgment of each juror. In order to return a verdict, it is necessary that each juror agree to the verdict. In other words, your verdict must be unanimous. During deliberations it is your duty, as jurors, to consult with one another and to deliberate with a view to reaching an agreement, if you can do so without violence to individual judgment. Each of you must decide the case for yourself, but do so only after an impartial consideration of the evidence with your fellow jurors. In the course of your deliberations, do not hesitate to reexamine your own views and change your opinion if convinced it is erroneous. But do not surrender honest conviction as to the weight or effect of evidence solely because of the opinion of your fellow jurors, or for the mere purpose of returning a verdict. You are not partisans. You are judges—judges of the facts. Your sole interest should be to reach a just verdict from the evidence in the case. Would you have any difficulty in following these principles if selected as a juror in this case? *If so, please write the number "30" on your index card.*

31. Do you have any moral, social, political, philosophical, spiritual, religious or any other creed or belief that would make it hard for you to sit as a juror in this case? *If so, please write the number "31" on your index card.*