```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


 UNITED STATES OF AMERICA,      .
                                .
            Plaintiff,          .  CR No. 21-0263   (TSC)
                                .
      v.                        .
                                .  Washington, D.C.
 RUSSELL DEAN ALFORD,           .  Wednesday, September 28, 2022
                                .  9:38 a.m.
            Defendant.          .
 . . . . . . . . . . . . . . .  Pages 1 through 190



                            DAY 1
                   TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE TANYA S. CHUTKAN
                 UNITED STATES DISTRICT JUDGE


   APPEARANCES:

 For the Government:            MICHAEL J. ROMANO, ESQ.
                                JAMES D. PETERSON, ESQ.
                                U.S. Department of Justice
                                Criminal Division
                                1331 F Street NW
                                Washington, DC 20004
                                (202) 514-2000


 For Defendant:                 JAMES T. GIBSON, ESQ.
                                KEVIN L. BUTLER, ESQ.
                                TOBIE J. SMITH, ESQ.
                                Federal Public Defender
                                Northern District of Alabama
                                505 20th Street North
                                Suite 1425
                                Birmingham, AL 35203
                                (205) 208-7170


 Court Reporter:                BRYAN A. WAYNE, RPR, CRR
                                U.S. Courthouse, Room 4704-A
                                333 Constitution Avenue NW
                                Washington, DC 20001
                                (202) 354-3186
```

P R O C E E D I N G S

THE COURT:  I understand there are some preliminary matters before we move up to the ceremonial courtroom?

All right.  Let me take a look at this email that came in, which everybody has seen, Mr. Romano and Mr. Peterson?

MR. ROMANO:  Yes.

THE COURT:  The defense has a renewed motion to transfer venue.  I had previously denied such a motion on April 18th, instead granted the defense request to conduct a jury questionnaire.  So I'll hear from you again.  Who's speaking for the defense on this?

MR. SMITH:  I will be.  Tobie Smith, Your Honor.

THE COURT:  Oh, Mr. Bradley, did we call the case?

THE DEPUTY CLERK:  No, not yet.

THE COURT:  Let's call the case.  Sorry.  As you can see, it's been a busy -- we've had a flood of temporary restraining order motions filed because of the pending deadline, and it's really made all our jobs a lot harder.  Sorry.  Go ahead and call the case.

THE DEPUTY CLERK:  Your Honor, we have criminal action 21-263, United States of America versus Russell Alford.  We have Mr. James Peterson and Mr. Michael Romano representing the government, and we have Mr. James Gibson, Mr. Kevin Butler, and Mr. Tobie Smith representing Mr. Alford, all appearing in person.

1          MR. SMITH:  Thank you, Your Honor.

2      Your Honor, we just wish to orally renew our transfer

3   of venue based upon the jury questionnaires that we received,

4   specifically the answers to the jury questionnaire.  They

5   have, we believe, simply underscored our earlier contention

6   that Mr. Alford cannot receive a fair trial because an

7   unbiased jury cannot be empaneled in this district.

8          THE COURT:  We've had, don't know, I think over a

9   dozen of these trials already.  We have one multi-codefendant

10  Oath Keepers trial starting yesterday going on in this very

11  venue.  And those trials have proceeded -- in each of those

12  cases, the judge has managed to select a jury without too much

13  problem.  Obviously, we have more jurors coming in for voir

14  dire than normal because of, you know, the prominence of the

15  -- you know, what happened on the 6th.

16      Can you make your record for why you believe that's so

17  based on the questionnaires?

18          MR. SMITH:  Certainly, Your Honor.  We received, I

19  believe, 98 questionnaires, and approximately half of them,

20  jurors specifically represented that they could not take

21  an impartial view of people who gathered at the Capitol.

22  The phrasing of the question referred only to people who

23  gathered at, not even those accused of entering.

24      I could, but won't -- unless Your Honor wants me to -- give

25  a greatest-hits list of some of the responses, but about half

1    of the questionnaires people said before we had even reached

2    voir dire that they cannot be impartial toward people who were

3    present at the Capitol on January 6th of 2021, and, to us, that

4    underscores our concern that an impartial jury cannot be struck

5    from this panel.

6          THE COURT:  Okay.  Who's speaking in response?

7          MR. PETERSON:  I will be, Your Honor.

8       Oh, and while Mr. Bradley's here, as a housekeeping matter,

9    these were delivered to us yesterday.  We scanned them, we

10   sent them to counsel and the Court, but I still consider them,

11   of sorts, court documents.  So I would return them.  We did

12   not write on them.  I printed out an extra one.

13         THE COURT:  Thank you.

14         MR. PETERSON:  I just want to make sure that I'm not

15   remiss in that.

16         THE COURT:  Thanks.

17         MR. PETERSON:  May it please the Court, Jim Peterson

18   for the government.  The government would ask the Court to

19   deny the oral motion or the renewed motion to transfer venue.

20   I do agree of sorts with counsel in terms of the numbers.

21   My estimate in going through them is that more than half of

22   them, without question, just signed -- and I'm referring to

23   questions I think 13 through 17 -- and said that there were no

24   issues whatsoever.

25      I don't agree with counsel's -- I understand counsel's

characterization.  I don't agree with counsel's characterization that something close to half said that they could not be fair and impartial.  If the Court looks at the wording of Your Honor's questions on 13 through 17, I don't think it's that dispositive.

And I would say the vast majority -- I found only a handful, if you skip to question 28 -- which says that they can follow Your Honor's directions.  I found only a handful that suggested that they might not be able to.  So I don't agree with the -- the government does not agree with the characterization of what the questionnaires say.

I would point out, and Your Honor just made the point, I tried this morning to scramble to see if other courts have addressed this more recently than Your Honor did, and I came up with two cases.  I've provided them to counsel.

One is the *United States v. Nassif*, and that is a case in front of the Honorable Judge Bates.  I came across the case of *United States v. Garcia*, and that case is in front of the Honorable Judge Berman Jackson.

And both of those, I believe, address the point that Your Honor just made, which is the transfer-of-venue motions have been uniformly denied.  I think they've been uniformly denied in these particular cases.  And I note that *Nassif* references *Garcia* and says "collecting cases concluding that to date courts have had little difficulty qualifying enough jurors to empanel

1    jurors with the requisite number of alternates."

2        So I'm happy to be heard more in greater detail.  I would

3    just reference the Court to the jury questionnaires themselves

4    and the responses.  I think 13 through 17 are pretty clear, and

5    28, and I don't foresee there's an issue or a problem.  We'd

6    ask the Court to deny the motion.

7        THE COURT:  All right.  So here's the thing.  There's

8    no -- given polls and the prominence of the events of January

9    6th in the media, there's no evidence that I have before me

10    that if this trial were to move anywhere else that people

11    wouldn't have equally strong views.

12        People in this country have strong views.  That's not --

13    we expect people to have opinions.  And one of the things --

14    it's fine to have an opinion.  But what I'm going to be

15    instructing the jury is can you put aside your opinion and

16    adjudge the defendant based on the evidence.  And it's amazing

17    how, I have found, how seriously jurors take that charge.

18        And what we're looking for is not people without opinions;

19    what we're looking for is people who are able to put aside

20    their opinion and focus their decision solely on the evidence

21    presented in this courtroom.

22        I would note that there have been other jurisdictions that

23    have had trials for events that affected a far greater amount

24    of the population.  I'm referring specifically to the Boston

25    Marathon bombing case, for example, where a change-of-venue

1    motion was denied and where the defendant was tried.  And

2    therefore, even though the number of responses that Mr. --

3    I'm sorry.  It's going to take me a little while to figure

4    out who everyone was who was speaking.  Was that Mr. Gibson

5    speaking this morning?

6              MR. SMITH:  No.  That's me, Mr. Smith.

7              THE COURT:  I'm sorry.

8              MR. SMITH:  You won't have to remember my name much.

9              THE COURT:  All right.  You're Mr. Gibson?

10             MR. GIBSON:  I'm Mr. Gibson.

11             THE COURT:  And Mr. Butler.  Okay.  It's going to take

12   a minute, but I'm going to get there.

13        I understand their concern.  And, frankly, I'm going to

14   be very honest with you all.  I really regret allowing this

15   questionnaire.  We've had far more high-profile cases, even

16   January 6 cases, tried in this courthouse without a

17   questionnaire, and almost everything in this questionnaire

18   would have been elicited in voir dire.  Generally, I'm pretty

19   lenient about allowing lawyers to ask follow-up and probing,

20   especially in a case like this where people have strong

21   feelings.

22        So I think the questionnaire probably caused -- definitely

23   caused more logistical problems.  And it may have raised the

24   appearance that we're getting in a hundred people of whom half

25   can't even be fair.  But I think that -- I intend to, and the

1        attorneys are certainly allowed to follow up, very, very

2        specifically with each juror, especially if a juror answered

3        that question, whether they could put aside their personal

4        opinions and beliefs, confine their verdict to the evidence

5        that's presented in the courtroom and the charges on which the

6        defendant is being tried.  So I'm going to deny the motion to

7        transfer venue.

8            I understand also that the government indicates that it

9        wishes to display certain exhibits during opening argument.

10       Have those objections -- have they been withdrawn?

11           Good morning, Mr. Romano.

12               MR. ROMANO:  Yes, Your Honor.  Thank you.  I'll speak

13       to that.  There are three slides that I'd like to display.

14       Two are still images from exhibits.  One is a short, 15-second

15       clip from an exhibit.  They're all taken from these third-

16       party videos, which is 111 and 112, which the Court has

17       already ruled on the defense's objections to authenticity.

18           So I raised this with defense, indicated we'd like to use

19       those exhibits.  The defense objected because their

20       recollection of your earlier ruling was that only stipulated

21       exhibits would be allowed to be used during openings.

22           Our recollection was slightly different.  We thought that

23       you said only exhibits that will come in without objection

24       may be used during openings, and I think that's a little bit

25       broader than things which were stipulated to.  But in any

1    event, my view, if the Court has already resolved the

2    objection that would keep the exhibit out, it is the same

3    as if we are showing something that is not objected to.

4         THE COURT:  If I have already ruled that the exhibit

5    is admissible, then it can be shown.  But I believe there's

6    something in my preliminary instructions that says that the

7    opening statements are not evidence, and there are materials

8    that may be used that aren't evidence that are simply designed

9    to help the jury understand the evidence or whatever.  So

10   they'll hear that at the beginning anyway.

11        Yes.  Mr. Butler.

12        MR. BUTLER:  Yes.  The Court has addressed our

13   objection.  That said and done, during trial we will still

14   likely be objecting.  The Court may overrule its admission.

15        THE COURT:  Sure.  And you can restate your objection

16   for the record.

17        MR. BUTLER:  Exactly.  The fact of the matter is there

18   is not agreement as to this item's admission at this time.

19   The Court has to rule during trial.  It would be

20   inappropriate, I believe, for the jury to see this, especially

21   given the fact that there's information in that that I wish to

22   challenge, and some other things.  It's not like a picture of

23   the Capitol.  It would be prejudicial additionally at this

24   time for the jury to see it.  For that reason, Your Honor, we

25   strongly object to --

1              THE COURT:  What are we talking about, Mr. Romano?

2              MR. ROMANO:  There is -- the person who posted the

3      video that we referred to as the "Rumble video" was standing

4      very close to the door through which Mr. Alford entered.  That

5      video captures the best view of the damage to the window pane

6      in the door, and it's a better and sharper image than the

7      Capitol surveillance camera.

8           That person, because they are standing so close to the

9      door, you can also hear the sound of the alarm going off,

10     because the door is open very clearly.  Capitol surveillance

11     footage does not capture sound.  Now, there is sound available

12     through other footage, but we think this is the clearest way

13     to illustrate how loud that was.

14             THE COURT:  And how are you planning on getting that in

15     at trial?

16             MR. ROMANO:  Well, we've already briefed the issue of

17     the comparison of that to other footage, and then there are

18     two witnesses who will testify, Captain Mancuso and Officer

19     Roth from the MPD and Capitol Police respectively, who will

20     testify that this footage is accurate and accurately captures

21     the offense of January 6.

22             THE COURT:  Well, because the foundation hasn't been

23     laid, I think I'm not going to allow it.  And frankly, you may

24     want to have his first impression once it's admitted and the

25     jury sees it in evidence.  But I'm not going to allow it to be

1   used in opening statement.

2          MR. ROMANO:   Understood.   We'll modify our opening

3   presentation.

4          THE COURT:   Okay.

5      Couple things, and then we're going to go up to 12.

6      On Friday we've been informed that the ceremony and

7   reception will last -- the buses are taking all the judges to

8   the Supreme Court and back.   The buses will leave the Supreme

9   Court, which is just up the street, at noon.

10     So what I'm planning to tell the jury is they should have

11  lunch early, and then they should come here, plan to start at

12  12:30.   That way I can deal with preliminary issues from you

13  all at 12:15.   So that's what I'm going to just tell them.

14  Rather than come here and have them break for lunch, they can

15  have lunch, and we will not take a lunch break.   They'll just

16  have a midafternoon break.

17     I think that's it.   Yes.

18          MR. BUTLER:   Two scheduling issues.   Your Honor, we

19  have it in our notes, did you indicate that today you needed

20  to break at 3:30?

21          THE COURT:   I do.   The problem is, we have a lot of

22  these cases where people are at other facilities that only

23  have jail times at -- although there's not one today -- I have

24  a motions hearing very quickly at --

25     Was 3:30 the only time we could do it?

1        (Court conferring with law clerk.)

2     Let's try and push that back.  If we could do it at 4:00,

3     that will give us another half an hour.

4            MR. BUTLER:  All right.  I was just trying to be clear,

5     number one.  Number two, we've been up to the Ceremonial

6     Courtroom.   In our district, we're allowed to move our

7     chairs.  The deputy just told me...

8            THE COURT:  So you want to move your chairs around?

9            MR. BUTLER:  So that we could face -- but I think I've

10    just been advised that that's not...

11           THE COURT:  From Mr. Bradley.  Okay.

12     All right.  Actually, is your district Birmingham?

13           MR. BUTLER:  Yes, Your Honor.

14           THE COURT:  I've actually appeared in that ceremonial

15    courtroom.  I had a class-action case before then-Chief Judge

16    Proctor?

17           MR. BUTLER:  Yes, Your Honor.

18           THE COURT:  And he used to like to have -- he had a

19    cast of hundreds of lawyers.  And so he used to use the

20    ceremonial courtroom.  So I spent quite a bit of time in that

21    ceremonial courtroom.  It's very nice.  I think ours is nice,

22    too, but that's a pretty nice one.

23           MR. BUTLER:  It's nice.  And your deputy has advised us

24    how it's to be handled.  So we're fine.

25           THE COURT:  Yeah.  It's not mine, and we're all using

1    it on pain of good behavior.  I don't mess around with the

2    ceremonial courtroom.

3       All right.  Anything else before we begin the voir dire?

4           MR. ROMANO:  Just one logistical question.  In terms of

5    the order in which jurors will be seated, I forget if you said

6    that, but are we going from sort of lowest number to highest

7    number so we can anticipate who's coming into the box next as

8    we're doing our strikes?

9           THE COURT:  Well, my law clerk with the blue mask is

10   No. 1.  So 2, 3, 4, 5, 6,7.

11      My law clerk with the dark blue mask is 8, 9, 10, 11, 12,

12   13, 14.  Did we pick the alternate seats already?

13           MR. ROMANO:  We didn't.

14           THE COURT:  Which one would you pick?

15           MR. ROMANO:  We'll pick 13.

16           THE COURT:  Which one for you?

17           MR. GIBSON:  2 is fine, Your Honor.

18           THE COURT:  2 and 13.  Okay.

19           MR. ROMANO:  My question is, just by reference to

20   Superior Court, there we would know sort of which jurors were

21   up next.  And so are we going to have a list that will tell us

22   who's filling the spaces?

23           THE COURT:  Yes.  And I actually have them move because

24   I can't do that three-dimensional thing in my head.  So after

25   every two rounds, I have them get up and move and new jurors

1    come in.

2              MR. ROMANO:  Okay.  Thank you.

3              THE COURT:  And we'll do the strikes here once we have

4    enough qualified jurors.  We'll then come down and do the

5    strikes here.

6              MR. GIBSON:  Your Honor, I apologize.  I think we

7    misunderstood the initial question.  We'd like to ask for seat

8    No. 7 to be the alternate, if that's all right.

9              THE COURT:  All right.  Okay.  So 7 and 13?

10         Usually people pick 8 and 14 because those are the ends,

11    but it doesn't matter.

12             MR. ROMANO:  We'll take 14 instead of 13.

13             MR. BUTLER:  I'm trying to figure out...  one, two,

14    three, four...

15             THE COURT:  So it's 1 to 7 and 8 to 14.

16             MR. BUTLER:  Right.  7.  We're in agreement.

17             MR. ROMANO:  7 and 14, the two left-most seats.

18             THE COURT:  Right.  That's what it usually ends up

19    being.  All right.  I'll see you all upstairs.

20         (Recess from 9:57 a.m. to 10:35 a.m.)

21             JURY SELECTION - CEREMONIAL COURTROOM

22             THE DEPUTY CLERK:  Your Honor, we have criminal

23    action 21-263, United States of America versus Russell Alford.

24    We have Mr. James Peterson and Mr. Michael Romano representing

25    the government, and we have Mr. James Gibson, Mr. Kevin Butler,

1      and Mr. Tobie Smith representing the defendant.

2          THE COURT:  All right.  Good morning, ladies and

3      gentlemen.  This is not my usual courtroom, as you might

4      imagine.  We're in the ceremonial courtroom of the district

5      court.  I'm sorry I am late.  We've had a lot going on in this

6      courthouse today and this week.  I had some pretrial motions

7      to deal with this morning, so I apologize.  I know with jury

8      service, there's always a lot of waiting, and I apologize for

9      it.

10      But anyway, I am Judge Tanya Chutkan, and I will be the

11      presiding judge in this case.  You've been called to this

12      courtroom for possible selection in a criminal case called

13      United States versus Russell Dean Alford.

14      First I want to introduce you to the court employees and

15      tell you how we will proceed.

16      Assisting me are Mr. Tim Bradley, the courtroom deputy

17      clerk whom you've already met, and the court reporter is Bryan

18      Wayne.  Sometimes he may be subbed by another court reporter,

19      but he's a court reporter who will keep a record of the

20      proceedings for me and the people involved in this trial.

21      Now, there's a common fallacy that the judge runs things in

22      the courtroom.  Well, as you're probably aware, that's not

23      true.  Mr. Bradley and Mr. Wayne are the two most important

24      people in this courtroom, and they keep things running and

25      keep the trains moving as on time as we can.

1       Also at the bench with me is Aseem Chipalkatti, one of

2    my law clerks, and I will introduce the government lawyers and

3    the defense counsel and the defendant momentarily.

4       You're here because we must select 12 of you and two

5    alternates to serve as jurors to hear this case.  Some of you

6    may think, based where you sit in the jury box, whether you're

7    alternates or not; but I can assure you the alternate seats in

8    this case have been assigned randomly, and you'll not know

9    that you're an alternate until the conclusion of the evidence

10   and the jury retires to deliberate in this case.

11      Now, the purpose of jury selection is to select jurors who

12   -- normally I would say who have no prior knowledge of the

13   case and no bias towards either side in the case.  Because of

14   the nature of the case, you may have knowledge or think have

15   knowledge about this case.  But what's the most important part

16   of jury selection here is to select jurors who have no bias.

17   An opinion is not a bias.  We're looking for unbiased jurors.

18      And to help the prosecution and the defense to learn more

19   about you, I have already asked you to complete a jury

20   questionnaire, which you've done, but I'll also be asking you

21   questions during a process we call voir dire.  But there are

22   no right or wrong answers in this process, only truthful ones.

23   You should all have an index card and a pencil.

24      No?  We haven't done that yet?

25      (Court conferring with deputy clerk.)

1        All right.  Let me have the counsel pick up their -- every

2    now and then I have to talk to the lawyers, and we'll use an

3    intercom system.

4        (Bench conference.)

5        THE COURT:  Hi.  So it looks like we have a little

6    confusion, because there are some questions on my voir dire

7    that are not covered by the questionnaire.  So I was going to

8    go through my voir dire.  That was my plan.  But it looks like

9    Mr. Bradley didn't realize it and did not give out the index

10   cards, and they don't have anything to write with.  So we're

11   just going to take a short break while he goes to get those.

12       (End of bench conference.)

13       THE COURT:  All right.  Ladies and gentlemen, because

14   we haven't used questionnaires in a lot of cases, in addition

15   to the questionnaires, I'm going to give you index cards and

16   pencils so that you can write down if you have responses to

17   any of my voir dire questions.

18       Mr. Bradley didn't realize we'd be doing that, so he

19   neglected to give you the index cards and the pencils.  He's

20   gone to get those.  So we're going to need another quick break

21   while he goes and gets them.  Please just remain seated, and

22   resume the case in a minute.  Thank you.

23       (Recess from 10:39 a.m. to 10:50 a.m.)

24       THE COURT:  Thank you, ladies and gentlemen, and

25   again I appreciate your forbearance.  I do feel your pain

1      because, unlike other states and jurisdictions, everybody in

2      D.C. has to come for jury service, and I actually served on a

3      jury a few years ago.  And I remember there being a lot of

4      waiting.  So I'm trying not to waste too much of your time.

5      I appreciate your patience.

6         All right.  So you should all have with you an index card

7      and a pen or a pencil.  Please write the last four digits of

8      your juror number in the upper right-hand corner of your index

9      card.  We do not refer to you by your name, but we do refer to

10     you as the last four digits of your juror number.

11        Now I'm going to ask you a series of questions, most of

12     which can be answered with a yes or a no.  If you have a yes

13     answer -- in other words, if you have a yes answer to the

14     question, write down the number of the question.  So if I ask

15     question 3 and you have a yes answer to question 3, just write

16     down a 3.

17        When you come up for voir dire, I will ask what questions

18     did you have answers to, and you can tell me the numbers of

19     the questions.  Okay?  If you're not sure, be overinclusive

20     and write down the number.  You do not have to put why or

21     explain.  You'll do that in private when we do the voir dire

22     up here at the bench -- or at the podium.  But I'll have the

23     husher on, so the rest of the jurors won't hear your answers.

24     This will be private.  Your answers to the questions will not

25     be public.

1    Once I finish the questions, then you'll be called up

2    individually for the voir dire, and you'll bring your index

3    card up with you; and I'll follow up with you individually at

4    the podium, and the lawyers may have follow-up questions based

5    on responses that you give.

6    Once we've finished all the questions, we'll decide if any

7    juror should be stricken for cause; and once we've done that,

8    we'll do our actual jury selection once we've done all the

9    questioning.  If we have room, we'll try and do it down in my

10   courtroom, Courtroom 9.

11   All right.  Once that happens, each side will have an

12   opportunity to make peremptory strikes, which means they can

13   strike jurors without stating a reason.  Once selected to be

14   on the jury, you'll receive more instructions about the case

15   before the trial begins.  Those who are not selected will

16   return to the jury lounge.

17   All right.  So, before we begin the questioning, I'm going

18   to ask Mr. Bradley to administer the oath.

19   (Jury pool is sworn.)

20   THE COURT:  Now, when you come up to do your individual

21   follow-up, there's a phone like this up here with a little

22   button on the handset that you press to speak.  You may take

23   your mask down to speak into the handset.  That way, only the

24   lawyers and the defendant and only the people involved in the

25   case can hear your answers, and your fellow jurors cannot.  So

1   that's what the little phone is up here for.

2       Okay.  Now that you have been sworn, we're going to begin

3   the voir dire.  And again, the term "voir dire" is a process

4   by which prospective jurors are questioned about their

5   backgrounds to determine if they'll be selected to hear a

6   case.  Remember, you're bound by the oath that you've just

7   taken to answer questions truthfully.

8       Some of the questions that I ask may involve matters

9   which are personal to you.  Please understand, it is not

10  my intention or my desire, and it's not the desire of the

11  lawyers, to invade your privacy or embarrass you.  Our only

12  wish is to select the fairest, most impartial jury possible.

13      The government and the defendant each have a vital interest

14  in this matter and want to be assured that jurors will have no

15  biases or prejudices about this case and that the verdict is

16  based only on the law and the evidence.  Therefore, it's

17  important that you be entirely straightforward with me in your

18  responses.

19      Before I start with the questions, let me give you a short

20  summary of the case:

21      This is a criminal case in which the government has accused

22  Mr. Russell Dean Alford of offenses relating to the events of

23  January 6, 2021, at the United States Capitol building.

24  Mr. Alford lives in Hokes Bluff, Alabama.  He traveled to

25  Washington, D.C., and attended then-President Trump's speech

1        at the Ellipse on January 6, 2021.

2            The government alleges -- and these are only allegations at

3        this stage -- that after the speech, Mr. Alford knowingly

4        entered or remained in a restricted area, the U.S. Capitol,

5        and that while there he engaged in disorderly or disruptive

6        conduct.

7            The government further contends that Mr. Alford intended

8        to, and in fact did, impede Congress's official functions, to

9        wit, the certification of the 2020 presidential election.  The

10       government also alleges that Mr. Alford paraded, demonstrated,

11       and picketed in the Capitol building.

12           Mr. Alford has pleaded not guilty.  He maintains that he

13       did not go anywhere he knew was off limits and was merely

14       present as an observer.

15           Now, here are the voir dire questions:

16       Question No. 1.  Do you believe you may know anything about

17       the facts and circumstances of this case other than what I've

18       told you today?  Do you believe you may know anything about

19       the facts and circumstances of this case other than what I

20       have told you today.  If so, please write down the number 1 on

21       your card.

22           Question 2.  Is there anything about the nature of the

23       charges that would make it difficult for you to render a fair

24       and impartial verdict in this case?  And again, not whether

25       you have opinions, but whether there is anything about the

1       nature of the charges that would make it difficult for you to

2       render a fair and impartial verdict.  That's No. 2.

3           No. 3.  Do you live or work near the United States Capitol

4       in Washington, D.C., or do you have any special familiarity

5       with that area?  If so, write No. 3 on your index card.

6           Question 4.  The United States in this case is represented

7       today by assistant United States attorneys James D. Peterson

8       and Michael Romano.

9           Would you please stand?

10          (Counsel comply.)

11          And if you could lower your masks so the jurors can get a

12      look at your faces.  Thank you.

13          If you know or recognize these gentlemen, please write the

14      number 4 -- do you want to introduce also the people who will

15      be assisting you, Mr. Romano?

16          MR. ROMANO:  Yes.  Thank you, Your Honor.

17          With us at the table along with Mr. Peterson and I are

18      Tiffany Robinson and Brittany Sheff.  They're paralegals in

19      our office, and they will be with us throughout the trial.

20          THE COURT:  All right.  Thank you.

21          Members of the jury, if any of you recognize these two

22      individuals who are assisting the government, please also

23      write 4 on your index card.

24          The United States Attorney for the District of Columbia --

25      he's not present; he's the head of the office -- is Matthew

1    Graves.  Does any member of the panel know Mr. Graves?  If
2    yes, write down No. 5 on your card.
3        Question No. 6.  The defendant in this case is Mr. Russell
4    Dean Alford, as I said, who resides in Hokes Bluff, Alabama.
5    Mr. Alford, would you please stand?
6        (Defendant complies.)
7        Turn around, and you may lower your mask.  Thank you.
8        Do any of you think you recognize or think you might know
9    Mr. Alford?  If so, please write the No. 6 on your index card.
10   Thank you, Mr. Alford.
11       No. 7.  Mr. Alford is represented in this case by Mr. Kevin
12   L. Butler, Mr. James T. Gibson, and Mr. Tobie J. Smith, all
13   with the Office of the Federal Public Defender for the
14   Northern District of Alabama in Birmingham, Alabama.
15       Do any of you recognize or think that you might know
16   Mr. Butler, Mr. Gibson, or Mr. Smith?  If so, write the No. 7
17   on your index card.  Thank you.
18       Question 8.  The government will call a number of witnesses
19   -- yes?
20           MR. GIBSON:  Your Honor, there will be --
21           THE COURT:  Oh, yes.  Could you please introduce the
22   individuals who will be assisting you at trial?
23           MR. GIBSON:  Here we have Mr. Rashid Abdul-Salaam,
24   Ms. Stacie Irwin, Ms. Meg Heilen.
25           THE COURT:  Thank you.

1    Again, if you recognize any of these individuals assisting

2    the defense, please write the number 7 on your index card.

3    No. 8.  The government will call a number of witnesses to

4    testify during the trial.  The defense may also do so but is

5    not required to call witnesses.

6    I will ask each party to introduce or read a list of the

7    names of witnesses that you may hear from or hear about

8    during the trial.  Not all of these witnesses will necessarily

9    testify, but they're being introduced to determine whether any

10   of you recognize or think you may know any of the potential

11   witnesses in this case.  So, if you recognize a name or think

12   you may know one of the people mentioned, write No. 8.  Thank

13   you.

14   MR. ROMANO:  So you will hear from a number of

15   witnesses or hear about United States Capitol Police

16   Lieutenant George McCree, Metropolitan Police Captain Ashley

17   Mancuso, U.S. Capitol Police Officer Nicole Roth, FBI Agent

18   Jessica Moore, and FBI Agent Jeffrey Weeks.  And Mr. Weeks is

19   not here, but he will likely be joining us at the table

20   tomorrow as well.  All of them are from the greater

21   Washington, D.C., area -- and I'm sorry.  No.  Agent Moore is

22   from Alabama.  The rest are from the greater Washington, D.C.,

23   area.

24   THE COURT:  Thank you.  Mr. Romano.

25   If the defense intends to call witnesses or there are

witnesses that the defense might hear about, I'm going to ask

Mr. Gibson to read their names.  Thank you, Mr. Gibson.

MR. GIBSON:  Thank you, Your Honor.

The defense may or may not call some of the following

individuals to testify:  Dr. Emily Ward, who is from the

Wisconsin area; Metropolitan Police Captain Mancuso, who

government counsel has already mentioned; Mr. Jeremy Wilder of

Alabama; and Mr. Rashid Abdul-Salaam, whom you've met already;

and possibly Mr. Alford himself.

THE COURT:  Thank you.

So if you think you know any of the individuals Mr. Romano

mentioned, please write 8a, and if you think you know any of

the witnesses that Mr. Gibson just described, please mark 8b.

All right.  Question No. 9.  Do you recognize or think that

you might know any other member of the jury panel or any other

person in the courtroom, including me or my courtroom staff?

If so, please write the number 9 on your index card.

Everybody's looking around.  D.C. is small.  It happens.

(Laughter.)

All right.  Question No. 10.  The law provides that the

defendant is presumed innocent.  The burden is on the

government to prove him guilty of each element of the offense

beyond a reasonable doubt.  The defendant does not have to

produce any evidence at trial because he is not required to

prove his innocence, nor is the defendant required to prove

1   any fact in dispute in this case.

2       This instruction is based on the law.  This presumption

3   continues through the trial unless and until the government

4   proves the defendant guilty beyond a reasonable doubt.  Would

5   any of you have any difficulty at all in following this

6   principle?  If so, write the number 10 on your index card.

7       A defendant, like every defendant in a criminal case, has

8   the absolute right not to testify.  Our Constitution provides

9   that no defendant may be compelled to testify.  If the

10  defendant chooses not to testify in this case, you must not

11  draw any inference as to his guilt from that decision.

12      Would any of you have any difficulty at all in following

13  this instruction?  If so, please write the No. 11 on your

14  index card.

15      Question No. 12.  The law requires that jurors weigh the

16  evidence in a case and reach a verdict based solely upon the

17  admitted evidence and instructions of law without any regard

18  whatsoever for what the potential punishment might or might

19  not be.  Would any of you have any difficulty at all in

20  following that principle?  If so, please write the number 12

21  on your index card.

22      Question 13.  Have you or any of your family, close friends

23  or household members -- and that preamble is going to apply to

24  the next four questions -- you, any of your family, close

25  friends or household members ever studied law or had any legal

1   training, including paralegal training?  If so, please write

2   the number 13 on your index card.

3       Question 14.  Have you, any of your family, close friends

4   or household members ever worked for an office that handles

5   prosecution or law enforcement?

6       By "prosecution" I mean government agencies such as the

7   United States Attorney's Office, a district attorney's office,

8   or an attorney general's office.

9       By "law enforcement" I mean government agencies like state

10  and local police departments, the Metropolitan Police

11  Department, the Federal Bureau of Investigation - also known

12  as the FBI - the Department of Justice, the U.S. Marshals

13  Service, the Internal Revenue Service, the U.S. Secret

14  Service, the CIA, and the Department of Homeland Security.

15  We've got a lot of law enforcement in this city.  If so,

16  please write the number 14 on your index card.

17      Question 15.  Have you or any of your family, close friends

18  or household members ever done any work for or with any person

19  or organization that does criminal defense such as a federal

20  defender's office, public defender's office, defense attorneys

21  or a private law firm.

22      This question also includes if you've done any work as a

23  private -- or your close family members or someone close to

24  you has worked with a private investigator.  So write the

25  No. 15 on your index card.

1      Question 16.  Have you or any of your family, close friends

2      or household members ever worked for a courthouse or for a

3      court system, including as a parole officer?  If so, write

4      No. 16 on your index card.

5      Question 17.  Do you or any member of your family, close

6      friends or household have any pending application for

7      employment with the United States Attorney's Office or any

8      prosecutor's office, public defender service or a law firm

9      that does any defense work, or with any state, local, or

10     federal law enforcement agency?  That's a pending application

11     for employment at those places.  If so, write No. 17 on your

12     card.

13     Do any of you now, or have you within the -- so now or

14     within the last five years belong to or participated in

15     any crime prevention groups such as a neighborhood watch

16     organization, orange hat group, or any other crime prevention

17     or victim rights groups?  If so, please write the number 18 on

18     your index card.

19     No. 19.  Have you ever served on a grand jury?  If so,

20     write the number 19 on your index card.  And the difference

21     between a grand jury and what we call a petit jury, or a trial

22     jury, a grand jury is where you go in the room; there's

23     evidence presented by a prosecutor; there's no defendant

24     present; there's no defense attorney.  It's different from

25     a trial jury.  If you've ever served on a grand jury, write

No. 19.

Question 20.  Have you ever served on a trial jury, either in a civil or criminal case?  If so, please write the number 20.

Question 21.  Have you or any of your family, close friends or household members had any unpleasant experiences with the police or prosecutor or other law enforcement agency, whether here in D.C. or elsewhere, or an unpleasant experience with a defense attorney or a defense investigator, whether here in D.C. or elsewhere?  If so, write 21 on your index card.

Question No. 22.  Have you formed special opinions concerning defense attorneys, prosecutors, or accused persons that would affect your ability to be a fair and impartial juror in this case?  Not whether you have opinions, but whether those opinions would affect your ability to be fair and impartial in this case.  If so, write the number 22 on your index card.

Question 23.  Do any of you have any feelings about people of different races, gender, nationality or religion that would affect your ability to be a fair and impartial juror in this case?  If so, write down question 23.

Question 24.  There will be testimony from police officers and other law enforcement agencies in this case.  Would the fact that a witness is a police officer or law enforcement agent have any effect at all on whether or not you believe

1    that person's testimony?

2        In other words, you're going to be given an instruction

3    that you're to assess a police officer or law enforcement

4    agent's testimony as you would any other witness.  But would

5    the fact that a witness is a police officer or law enforcement

6    agent make you more likely or less likely to believe their

7    testimony?  If you have an answer to that, write down question

8    24 on your index card.

9        Question 25.  Have you or any of your family, close friends

10   or household members ever been the victim of or witness to a

11   crime?  By crime here, I mean something other than parking or

12   speeding tickets.  If so, write the number 25 on your index

13   card.

14       Question 26.  Have you or any of your family, close friends

15   or household members ever been arrested for, charged with,

16   found guilty or gone to jail for a crime?  By crime, again,

17   I mean something other than parking or speeding tickets.  If

18   so, write the number 26 on your index card.

19       Question 27.  Have you had an experience with law

20   enforcement or any person associated with or employed by the

21   U.S. Attorney's Office or the court or the criminal justice

22   system which would make it difficult for you to be a fair

23   and impartial juror in this case?  If so, write down No. 27.

24       28.  Do you have strong feelings about persons who do not

25   accept the result of the 2020 presidential election?  And if

1    so, would those feelings affect your ability to be a fair and

2    impartial juror in this case?  If so, write down question 28.

3        29.  Does any member of the panel -- do any of you suffer

4    from any illness that would make it difficult for you to sit

5    as a juror, and/or are any of you presently taking any

6    medication that causes drowsiness, confusion, or discomfort?

7    If so, write the number 29 on your index card.

8        And just so you know, and I don't have to tell each of you

9    when you come up, during the course of the trial, we will be

10   taking breaks.  We will take a midmorning break, we'll take a

11   lunch break, we will take a midafternoon break, and there

12   will be other breaks for administrative things or logistical

13   matters that I have to deal with.

14       And we can take a break any time a juror needs a break.

15   So if we're talking about something where you need to get up

16   every now and then and go to the facilities, that's fine.

17   The trial will accommodate that.

18       Question 30.  Once the evidence has concluded and I have

19   given final instructions, those selected as jurors in this case

20   will begin deliberations.  The verdict must represent the

21   considered judgment of each juror, and the verdict must be

22   unanimous.  Would you have any difficulty in following --

23       Counsel, pick up the phone, please.

24         (Bench conference.)

25           THE COURT:  I don't know why this question is on

1      here.  I said I was not going to give it.  This, as far as I'm
2      concerned, amounts to an anti-deadlock instruction.  And it's
3      also given in my final instructions.  I don't want to give it
4      three times, or twice.  I'm just simply going to ask them if
5      they would have any trouble deliberating and reaching a verdict.
6      That's all I'm going to ask.
7              MR. ROMANO:  That's fine with the government.
8              MR. GIBSON:  No objection, Your Honor.
9              THE COURT:  And also, while I have you on here,
10     Question 28 again I modified, because I think everybody has
11     feelings or most everybody has feelings about the election and
12     people who don't agree with the election, and that's not
13     really relevant.  What's relevant for this voir dire is if
14     they have such strong feelings that they can't been fair and
15     impartial.  Any objections?
16             MR. ROMANO:  No, Your Honor.
17             THE COURT:  Okay.  Mr. Romano?
18             MR. ROMANO:  No, that was me, Your Honor.  I don't have
19     an objection.
20             THE COURT:  Thank you.
21          (End of bench conference.)
22             THE COURT:  All right.  So question 30.  Does anyone
23     here believe that they would be unable to deliberate and reach
24     a verdict if they were selected as a juror?
25          And question 31.  Do any of you have any moral, social,

1   political, philosophical, spiritual, religious or any other

2   creed or belief that would make it hard for you to be a juror

3   in this case?  If so, write the number 31 on your index card.

4       This question was not included.  I usually include it in

5   my voir dire.  I don't know why it was included, but I'm going

6   to ask you now:

7       Question 32.  Do any of you have travel plans or any other

8   plans -- we estimate that the trial in this case will last

9   into next week, at least the presentation of the evidence.

10  We should be finished around Monday, closing arguments.  But

11  it should last -- it will last into next week.

12      I don't know, obviously, how long deliberations will take.

13  Now, I know you all signed up for jury service for two weeks.

14  I don't know how close some of you are to the end of that two

15  weeks or the beginning.  But if you have travel plans or some

16  other engagement that would make it impossible for you to sit

17  as a juror with this time frame, write 32.

18      Now, travel plans and other engagements are not necessarily

19  a "get out of jury service free" card.  They have to be really

20  important, nonrefundable, made outside of the time of your

21  jury service.  There's a lot of questions.  But I don't want

22  to pick 14 of you all for the jury, and then when we start

23  have someone raise their hand and say, oh, I can't, I gotta

24  go see my grandma out of town next week, because then we'd

25  have to find more jurors.

1          So, pressing plans or engagements that you cannot change

2     that would cause it to be a hardship for you to sit on this

3     jury.  That's question No. 32.

4          Counsel?

5           (Bench conference.)

6               THE COURT:  Any objection to that last question?

7               MR. ROMANO:  Not from the government.

8               MR. GIBSON:  No.  Thank you, Your Honor.

9               THE COURT:  I don't know why it wasn't on there.

10              MR. BUTLER:  Your Honor, could you repeat No. 12?

11     I was trying to write.

12              THE COURT:  Sure.  "The law requires that jurors weigh

13     the evidence in a case and reach a verdict based solely on the

14     admitted evidence and instructions of law without any regard

15     whatsoever for what the potential punishment might be."

16              MR. BUTLER:  Understood.

17              THE COURT:  Okay.  While I have you all on the phone,

18     Mr. Bradley sent me a note that says there are about four or

19     five jurors who are over 70 years old and are not required to

20     serve.  We have jurors over 70 who want to serve and don't

21     elect to -- to say they don't want to serve, but they

22     accidentally did not select the box that would have exempted

23     them.  But most have expressed that they do not wish to

24     participate.  I'm inclined to say, if you are over 70 and you

25     did not check the box and you do not wish to serve, please --

1    I can question them, or I can just excuse them.  What would

2    you all want to do?

3          MR. GIBSON:  Your Honor, we're fine if the Court simply

4    excuses them.

5          MR. ROMANO:  We're fine with that as well.

6          THE COURT:  Okay.  Thank you.

7       (End of bench conference.)

8          THE COURT:  All right.  Before we begin the voir dire,

9    Mr. Bradley informs me that there are about four or five

10   jurors who are over 70 years of age and are not therefore

11   required to serve.  We've got lots of people over 70 who

12   choose to serve, and I'm always grateful for their service.

13   But that's one of the benefits of getting older --

14      (Laugher)

15      -- is that you're not required to serve over 70.  I didn't

16   make that rule.  It wasn't me.  I certainly -- anyway.  But

17   it's the rule.  I understand that you accidentally did not

18   check the box that would have exempted you, but that you have

19   expressed a desire not to participate.

20      So, if you're over 70 and you wish to be eligible to serve

21   on the jury, just stay seated and we will proceed with the

22   voir dire.  If you are over 70 and did not check the box and

23   do not wish to serve on this jury, you may now be excused.

24   Not that I mean to out anybody's age, but it's the quickest

25   way to do it.  (Laughter.)

1          (Excused panel members exit.)

2              THE COURT:  Mr. Bradley, can you give us the number so

3     we can cross them off?

4          (Court conferring with deputy.)

5          And ladies and gentlemen, just for the sake of each

6     other's privacy, I'm going to turn the husher on while each

7     of you is up here.  It's difficult not to overhear things,

8     but if you would try to grant each other the grace of a little

9     privacy while we're up here in this rather intrusive process,

10    I'd appreciate it.  Thank you.

11             MR. GIBSON:  Your Honor?

12             THE COURT:  Yes.

13             MR. GIBSON:  Could we have a brief sidebar?

14             THE COURT:  Yes.

15         (Bench conference.)

16             MR. GIBSON:  Thank you, Your Honor.  I think there was

17    a bubble fill-out Scantron sheet that the jurors filled out

18    with the Court I believe they indicated the parties would

19    receive.  Are those available?

20             THE COURT:  I've never gotten that.  There's a

21    questionnaire, and then there's the information.  I think that

22    information is placed -- if you look on the page -- the second

23    set of documents, which is the jury occupation report by case

24    number, I think that has the information.

25             MR. GIBSON:  I think that you're right, Your Honor.  I

1        apologize.

2                THE COURT:  That's okay.  It's different everywhere.

3                MR. GIBSON:  Yes, ma'am.

4            (End of bench conference.)

5                THE COURT:  Okay.  Could we have juror 1271 approach

6        the podium, please.

7            (Bench conference.)

8            (Juror 1271 steps up.)

9                THE COURT:  Good afternoon.  Are you juror 1271?

10               PROSPECTIVE JUROR:  I am.

11               THE COURT:  What questions did you have answers to?

12               PROSPECTIVE JUROR:  I have answers to questions 3, 5,

13       13, 14, 15, 16, 25, and 26.

14               THE COURT:  Okay.  Number 3.  You live near or work

15       near the Capitol?

16               PROSPECTIVE JUROR:  I previously was a law clerk at

17       the Supreme Court, where I worked there next to the Capitol.

18       I was also an intern at the Senate in 2008.  I used to live

19       around there and visit there on occasion.

20               THE COURT:  All right.  And number -- well, anything

21       about that fact, that you lived and worked so close to the

22       Capitol or actually worked in the Senate, affect your ability

23       to be a fair and impartial juror in this case?

24               PROSPECTIVE JUROR:  No.

25               THE COURT:  All right.  So, No. 5, whether you know

1    Matthew Graves?

2         PROSPECTIVE JUROR:  I'm an attorney at the Department

3    of Justice, and I've been in one meeting with Matthew Graves.

4         THE COURT:  Well, let's get right to it:  You're an

5    attorney with the Department of Justice.  That's another

6    question or three.  Do you think you can be fair in this case

7    given you know -- you've clerked on the Supreme Court.  I

8    assume you've clerked on at least a federal or district court

9    level, seen trials.  Do you think you could be a fair juror in

10   this case?

11        PROSPECTIVE JUROR:  I have no preconceptions or bias.

12   I think I could be fair, but I -- you know, I am an attorney

13   at Justice Department, and I'm certainly aware of cases

14   related to this one, although not this one specifically.

15        THE COURT:  And you know the rules of evidence.

16   We have lawyers in every trial that I've been on, I think.

17   Would you be able to accept the instructions of law as I give

18   them to you if they differ from what you believe they are?

19        PROSPECTIVE JUROR:  Yes.

20        THE COURT:  And would you be able to separate what you

21   know about the rules of evidence, or why there may be an

22   objection or why that answer may be objected to or stricken,

23   and simply confine your decision to the evidence that is

24   admitted?

25        PROSPECTIVE JUROR:  Yes.

1          THE COURT:  All right.  I'm going to let the lawyers

2     have some follow-up.  Let me just make sure I've covered...

3     legal training is 13.  And 14, prosecution or law enforcement.

4     That covers 15, 16, 25.  Yes.  Victim or witness to a crime.

5          PROSPECTIVE JUROR:  I was a victim to a minor assault,

6     and my home was burglarized about five years ago.

7          THE COURT:  Sorry about that.  That's far too common

8     in voir dire here.

9          PROSPECTIVE JUROR:  I've gotten over it.

10          THE COURT:  Anything about that experience that you

11     think would affect your ability to be fair in this case?

12          PROSPECTIVE JUROR:  No.

13          THE COURT:  And 26, any of your family, close friends

14     or household members been arrested for, charged with, found

15     guilty or gone to jail for a crime?

16          PROSPECTIVE JUROR:  My father was convicted of insider

17     trading about 30 years ago.

18          THE COURT:  Anything about his experience in that case

19     cause you to question whether you could be impartial in this

20     case?

21          PROSPECTIVE JUROR:  No.

22          THE COURT:  Counsel for defense?

23          MR. BUTLER:  Your Honor, I'm going to ask questions on

24     this one.  Juror 1231, you work for the Department of Justice?

25          THE COURT:  1271.

1          MR. BUTLER:  I'm sorry.  1271.

2          PROSPECTIVE JUROR:  Yes.

3          MR. BUTLER:  And how long have you worked there?

4          PROSPECTIVE JUROR:  I've worked there for about one

5     year.  I was also an attorney for about two years, from 2014

6     to 2016.

7          MR. BUTLER:  As a result of your employment with the

8     Department of Justice, you're aware that, for instance, the

9     individuals sitting at counsel table are prosecuting

10    individuals involved in the January 6 case.  Correct?

11         PROSPECTIVE JUROR:  Yes.

12         MR. BUTLER:  And that insight obviously came from

13    the news.  Correct?  I mean, you saw the news.

14         PROSPECTIVE JUROR:  I'm not sure what you're...

15         THE COURT:  How --

16         MR. BUTLER:  You came to know that -- well, let me

17    rephrase that.  You're aware that the Justice Department

18    and individuals at the counsel table are prosecuting those

19    individuals because of your employment.  Correct?

20         PROSPECTIVE JUROR:  I'm not familiar with these

21    individuals from my employment.  I'm just basing it on

22    what the judge said earlier, that this is a case relating

23    to January 6.

24         MR. BUTLER:  Okay.  So, as a result of your duties at

25    the Department of Justice, you are not directly involved in

1    any January 6 cases?

2           PROSPECTIVE JUROR:  I am involved in or at least aware

3    of other January 6 cases, but not this one.

4           THE COURT:  Excuse me.  Are you working on any?

5           PROSPECTIVE JUROR:  I have had some involvement,

6    although I'm not counsel in that involvement.

7           MR. BUTLER:  Nothing further, Your Honor.

8           THE COURT:  Mr. Romano.

9           MR. ROMANO:  I'm sorry.  What do you mean by some

10   involvement in January 6 cases?  Can you elaborate on what

11   that means?

12          PROSPECTIVE JUROR:  My role at Justice Department

13   is I'm a counselor to the attorney general.  I've attended

14   briefings related to January 6 and also provided legal advice

15   on January 6-related questions.

16          MR. ROMANO:  Okay.  Understood.

17     Nothing further, Your Honor.

18          THE COURT:  Thank you.  You may have a seat.

19     (Juror 1271 steps down.)

20          MR. BUTLER:  Your Honor, we move to exclude him.

21   He has intimate knowledge of the January 6 cases based upon

22   his employment, independent of this case.  He'd be bringing

23   that back into the jury room, and that has the potential of

24   influencing his vote.

25          THE COURT:  Mr. Romano?

1            MR. ROMANO:  We would oppose a strike for cause,

2      Your Honor.  The juror has said that he could apply the

3      Court's instructions and listen to the evidence in this case

4      and make a decision fairly and impartially despite any outside

5      knowledge this he has.

6         Although he may have more knowledge as a Justice Department

7      employee, he's not involved in working on these cases on a

8      line level.  He is somebody who has attended briefings, and

9      any knowledge he has would be fairly high-level, certainly

10     wouldn't relate to the facts of this case.

11            THE COURT:  All right.  It's a close one.  If he were

12     simply a Department of Justice attorney, even if he were

13     employed in the criminal division, I would agree with you,

14     but his involvement is a little too close for me.  He's

15     provided counsel to the attorney general related to January 6,

16     and it's just too close.  I'm going to grant the defense

17     motion to strike.

18         Mr. Butler, all of you, I like follow-up, but your

19     questioning was in the manner of cross-examination: very open,

20     very general.  I mean, he's not a witness.  And, yeah, he's a

21     prosecutor, and he's with the DOJ.  So he's going to know

22     that the people at the table are DOJ and assume those sort

23     of facts, but it should not be done in a leading, cross-

24     examination fashion.

25            MR. BUTLER:  Understood, Your Honor.

1          THE COURT:  Thank you.

2       (End of bench conference.)

3          THE COURT:  Can Juror No. 1956 come up, please.

4       (Juror 1956 steps up.)

5          PROSPECTIVE JUROR:

6          THE COURT:  Good morning.  Are you Juror No. 1956?

7          PROSPECTIVE JUROR:  Correct.

8          THE COURT:  What questions did you have answers to?

9          PROSPECTIVE JUROR:  3 and 13.

10          THE COURT:  Okay.  Three, do you live near or work near

11    the Capitol?

12          PROSPECTIVE JUROR:  No.  I used to live close to the

13    Capitol, on 7th Street Northeast.

14          THE COURT:  Okay.  And anything about that fact lead

15    you to question whether you could be a fair and impartial

16    juror in this case?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Okay.  Number 13 is you or any of your

19    family, close friends or household members ever studied law

20    or had any legal training?

21          PROSPECTIVE JUROR:  Yes.  I'm an attorney.

22          THE COURT:  What kind of law do you practice?

23          PROSPECTIVE JUROR:  Technology law.

24          THE COURT:  Anything about -- you went to law school.

25    You studied criminal law; is that correct?

 1          PROSPECTIVE JUROR:  Correct.

 2          THE COURT:  Would you be able to set aside whatever

 3     you know about the rules of evidence and criminal law in this

 4     case and accept the instructions of law as I give them to you?

 5          PROSPECTIVE JUROR:  Yes.

 6          THE COURT:  You said you currently practice as an

 7     attorney?  Is that true?

 8          PROSPECTIVE JUROR:  Yes.

 9          THE COURT:  Counsel, any follow-up.

10          MR. ROMANO:  I just want to make sure I heard

11     correctly.  Did you say you practiced technology law?

12          PROSPECTIVE JUROR:  Correct.

13          MR. ROMANO:  Have you ever done any sort of criminal

14     work, whether working for a prosecutor's office or defense

15     attorney's office?

16          PROSPECTIVE JUROR:  No.

17          MR. ROMANO:  Nothing further for me.

18          THE COURT:  Defense?

19          MR. GIBSON:  Nothing for the defense, Your Honor.

20          THE COURT:  Thank you, sir.

21       (Juror 1596 steps down.  Juror 0035 steps up.)

22          THE COURT:  Good morning.

23          PROSPECTIVE JUROR:  Good morning.

24          THE COURT:  Are you Juror No. 0035?

25          PROSPECTIVE JUROR:  Correct.

 1          THE COURT:  What questions did you have answers to?

 2          PROSPECTIVE JUROR:  19, 21, and 26.

 3          THE COURT:  All right.  Let's start with 19.  You ever

 4     served on a grand jury?

 5          PROSPECTIVE JUROR:  Yes.

 6          THE COURT:  How long ago?

 7          PROSPECTIVE JUROR:  Early 1990s, I believe.

 8          THE COURT:  And you know the difference between the

 9     grand jury is the grand jury determines whether there's

10     probable cause, whereas a trial jury you have to determine

11     whether there's proof beyond a reasonable doubt?

12          PROSPECTIVE JUROR:  Yes, Your Honor.

13          THE COURT:  Anything about that experience serving on

14     the grand jury cause you to believe that you couldn't be fair

15     in this case?

16          PROSPECTIVE JUROR:  No.

17          THE COURT:  All right.  Question No. 21.  Have you

18     or any family, close friends, or household members had any

19     unpleasant experiences with police or law enforcement?

20          PROSPECTIVE JUROR:  Yes.

21          THE COURT:  What was that?

22          MR. PETERSON:  I personally had an experience where

23     they came to my house and executed a search without a warrant

24     and did not inform me that I had the right to refuse.

25          THE COURT:  How long ago was that?

1        PROSPECTIVE JUROR:  That was in the -- about 1994.

2        THE COURT:  Okay.  And I'm sorry that happened to you.

3    So you're going to be hearing testimony from law enforcement

4    officers in this case.  Would your experience -- do you think

5    you'd be able to view their testimony, despite what happened

6    to you, fairly and just as you would with any witness?

7        PROSPECTIVE JUROR:  Yes.

8        THE COURT:  And 26.  Have you, any of your family,

9    close friends or household members been charged with a crime?

10   Is that relating to the same incident?

11       PROSPECTIVE JUROR:  No.

12       THE COURT:  Tell us about that.

13       PROSPECTIVE JUROR:  My ex-husband was arrested, and

14   he was found guilty of involuntary manslaughter.  He served

15   five years and is currently on parole and lives at my house.

16       THE COURT:  So he was convicted of manslaughter, served

17   his sentence, and currently lives with you and is on parole?

18       PROSPECTIVE JUROR:  Yes.

19       THE COURT:  How do you think he was treated by law

20   enforcement and by the prosecutors?

21       PROSPECTIVE JUROR:  I think that he did not get the

22   right support in his defense.

23       THE COURT:  Anything about his case or the fact that

24   you feel his defense did not support him, anything about that

25   that would cause you to be impartial in this case, either for

1    or against the defendant or for or against the prosecutors?

2           PROSPECTIVE JUROR:  Not really.  I would have to make

3    my decision based on what is presented and what are the facts.

4           THE COURT:  All right.  Thank you, ma'am.

5       Any follow-up?  Mr. Romano?

6           MR. ROMANO:  No.

7           MR. BUTLER:  Your Honor, may the witness put down

8    the phone for just a minute?  I have a question.

9           THE COURT:  Sure.

10      (Juror complies.)

11          THE COURT:  Yes.

12          MR. GIBSON:  Your Honor, are we permitted to ask non-

13   leading follow-ups based on survey responses, questionnaire

14   responses?

15          THE COURT:  Yes.

16          MR. GIBSON:  Okay.  Thank you, Your Honor.

17          MR. BUTLER:  We do have questions, if she could go

18   to the phone.

19          THE COURT:  You can pick up your phone.

20      (Juror complies.)

21          THE COURT:  Yes.

22          MR. GIBSON:  Ma'am, on your questionnaire, you've

23   indicated that you have strong feelings about the individuals

24   who gathered at the Capitol of January 6 that would prevent

25   you from being fair and impartial in this case.  Is that right?

1        PROSPECTIVE JUROR:  That is correct.

2        THE COURT:  Can you tell us what -- so I think I've

3   told you that Mr. Alford, who's a defendant in this case,

4   is on trial for charges arising out of January 6.

5      Do you think you could give him a fair trial?  Do you think

6   you could be fair and impartial to him, presume him to be

7   innocent unless and until the government proves him guilty

8   beyond a reasonable doubt?

9        PROSPECTIVE JUROR:  I will presume him to be innocent,

10  because I really don't know the facts.  My answer to the

11  question was based on the overall impression that I have

12  gathered from -- the information that I have been presented

13  in the news media.

14       THE COURT:  Okay.  But can you put aside that

15  impression and judge Mr. Alford based only on the evidence

16  presented in the case?

17       PROSPECTIVE JUROR:  Yes.

18       THE COURT:  And if you find that the government has

19  not proven him guilty on any element, can you acquit him?

20       PROSPECTIVE JUROR:  Yes.

21       MR. GIBSON:  Ma'am, you've indicated that you've

22  watched the hearings of the Select Committee on January 6?

23       PROSPECTIVE JUROR:  Yes.

24       MR. GIBSON:  Okay.  And you watched them closely?

25       PROSPECTIVE JUROR:  Not closely.  I mean, I was doing

1    other things in the house.

2         MR. GIBSON:  Okay.  Would you be able to set aside

3    some of the video you've seen of the events of that day?

4         PROSPECTIVE JUROR:  Yes.

5         MR. GIBSON:  You'll be able to put all of that out

6    of your mind?

7         PROSPECTIVE JUROR:  Some specifics I will be able

8    to recall.

9         THE COURT:  I guess the question is, having seen that,

10   you can't unsee it, but can you put that aside and consider

11   the evidence against Mr. Alford, just the evidence that's been

12   produced at trial against Mr. Alford?

13        PROSPECTIVE JUROR:  Yes.

14        MR. GIBSON:  And, ma'am, I understand you have

15   indicated you can judge Mr. Alford based on the evidence,

16   but you also indicated that you believed the January 6 events

17   to be an attack on our democracy, an attempted coup by racist

18   groups.  That's something you feel sincerely, right?

19        PROSPECTIVE JUROR:  Yes.  Otherwise, I wouldn't have

20   written it.

21        MR. GIBSON:  I understand that, ma'am.  Yes, ma'am.

22   That's not something -- is that something you can excise

23   completely from your mind in adjudging Mr. Alford?

24        THE COURT:  Again, the question is, despite that

25   opinion, can you judge Mr. Alford on his own?  In other words,

1      are you going to think that, because Mr. Alford was there,

2      he's somehow aligned with these racist groups or that kind

3      of thing, or can you decide his guilt or innocence based only

4      on the evidence that you hear at trial?

5              PROSPECTIVE JUROR:  I will have to make a decision

6      based on the evidence at the trial.  Everything else is just

7      hearsay.  I will have to base it on what is actually presented

8      and whether it supports a decision that I will make.

9              THE COURT:  Thank you, ma'am.  You may have a seat.

10         (Juror 0035 steps down.)

11             THE COURT:  Do you have a motion?

12             MR. GIBSON:  Yes, Your Honor.

13      Your Honor, the defense would make a motion for cause.

14   I understand the juror has indicated she can set these

15   feelings aside, but her questionnaire was very emphatic of

16   indicating that the language "attempted coup by racist groups"

17   and answers "yes" in all caps and exclamation point on the

18   questions regarding individuals gathered at the Capitol, I

19   think, is disqualifying.

20             MR. ROMANO:  We would oppose that motion, Your Honor.

21   I think the witness made clear multiple times that she's

22   capable of setting those aside.

23             THE COURT:  I'm going to deny the motion.  The

24   information she put on the questionnaire obviously caused us

25   to question her more closely, and I was very specific with

```
 1        her.  Everybody has opinions, but I specifically asked her
 2        whether she could adjudge this defendant based solely on the
 3        evidence, and she said that everything else is just hearsay.
 4        So, you know, you can use a peremptory on her, but I'm going
 5        to deny your motion to strike for cause.
 6            (Juror 1394 steps up.)
 7                PROSPECTIVE JUROR:  Hello.
 8                THE COURT:  Good morning.  Are you Juror No. 1394?
 9                PROSPECTIVE JUROR:  Correct.
10                THE COURT:  What questions did you have answers to?
11                PROSPECTIVE JUROR:  I had three.  8a I picked
12        conservatively, and then 13, 14, 15, 16.
13                THE COURT:  Okay.  Those usually come together.
14            Okay.  Three.  You live near the Capitol or work near
15        the Capitol or used to?
16                PROSPECTIVE JUROR:  Yeah.  I am congressional staff.
17                THE COURT:  Are you still congressional staff?
18                PROSPECTIVE JUROR:  I am still congressional staff.
19                THE COURT:  Were you there on the 6th?
20                PROSPECTIVE JUROR:  No, I was home.  But I've been on
21        the congressional staff for five years.
22                THE COURT:  Is that going to affect your ability to
23        be fair and impartial in this case?
24                PROSPECTIVE JUROR:  I mean, I think of myself as a
25        pretty reasonable person, but, you know, like a lot of my
```

1    colleagues were impacted by it.  And my boss, of course, is

2    a senator.  I work for Senator Ben Ray Luján of New Mexico.

3    He was there and was stuck in the Capitol for a really long

4    time.  So it was pretty impactful for our office.

5        THE COURT:  Given what you do, given who your boss

6    is, given where he was, do you think you should be sitting

7    on this jury?

8        PROSPECTIVE JUROR:  I'm not super familiar -- it seems

9    like I can't think of a -- I mean, I was pretty close to it,

10   I guess, even though I was working from home.  So I think it

11   would -- I don't know.  I feel like I'm a pretty reasonable

12   person, but considering my background, I can see the perception

13   of a conflict for sure.

14       THE COURT:  Okay.  8a.  Did you know any other witness?

15       PROSPECTIVE JUROR:  I answered yes to that because

16   I know a lot of the Capitol Police.  So there's pretty high

17   probability -- there was a Capitol police officer.  I didn't

18   recognize her name, but I just answered conservatively

19   because, once I see her, I thought I might recognize her.

20   But that's a very conservative answer.

21       THE COURT:  13, 14, 15, 16.  Law enforcement, criminal

22   defense work, legal training.

23       PROSPECTIVE JUROR:  Yeah.  That is just -- the answers

24   to those is because my aunt, who I'm very close to, is a --

25   was a judge in the Texas State Court of Appeals.

1            THE COURT:  Anything about her work that she ever

2      talked to you about that would cause you to not be able to

3      serve as a fair and impartial juror in this case?

4            PROSPECTIVE JUROR:  No.

5            THE COURT:  Counsel?  Mr. Romano.

6            MR. ROMANO:  No questions.

7            MR. GIBSON:  No questions, Your Honor.

8            THE COURT:  All right.  Thank you.

9         (Juror 1394 steps down.)

10            THE COURT:  Is there a motion?

11            MR. GIBSON:  Not from the defense.

12            MR. ROMANO:  One moment, Your Honor?

13         (Government conferring.)

14            MR. ROMANO:  We do move to strike for cause.  I do

15      think he's too close, given the nature of his employment,

16      to the events of January 6.

17            THE COURT:  Well, this is bizarre.  I would expect the

18      motion -- (laughter.)

19            MR. ROMANO:  I would have expected it from the defense,

20      too, Your Honor.

21            THE COURT:  He repeatedly said he thinks of himself as

22      a fair and reasonable person.  But given where he works, still

23      works, where his boss was -- do you oppose the motion, defense?

24            MR. GIBSON:  We do, Your Honor.  We agree with --

25      well, as the Court noted, he indicated repeatedly he believed

1      himself to be fair and reasonable and could separate his

2      familiarity with the events of the day with the evidence

3      adduced at trial.

4           THE COURT:  I think it's close.  But I think if there

5      was a strong objection from the defense, I might consider it.

6      I think, if anything, his experience might weigh in favor of

7      the government and not the defense here.  I don't know.  But

8      I'm going deny the motion.  The government can exercise a

9      peremptory for him.

10          (Juror 1832 steps up.)

11          THE COURT:  Good morning.

12          PROSPECTIVE JUROR:  Good morning.

13          THE COURT:  Juror 1832.  What questions did you have?

14          PROSPECTIVE JUROR:  3, 13, 14, 20, 25, and I need 26

15     repeated.

16          THE COURT:  Okay.  So 3, 13, 14...

17          PROSPECTIVE JUROR:  20 and 25.

18          THE COURT:  And which one did you need repeated?

19          PROSPECTIVE JUROR:  26.

20          THE COURT:  Okay.  26 was have you or any family, close

21     friends or household members ever been arrested for, charged

22     with, or found guilty or gone to jail for a crime.

23          PROSPECTIVE JUROR:  Yes.

24          THE COURT:  Did you have an answer to that one?

25          PROSPECTIVE JUROR:  Yes.

1          THE COURT:  Let's start with 3.  Do you live or work

2     near the Capitol, or did you?

3          PROSPECTIVE JUROR:  I work in a building catty-corner

4     from the Capitol as a part of the Library of Congress.

5          THE COURT:  And were you there at work on January 6?

6          PROSPECTIVE JUROR:  I was not.  I was out-of-state.

7          THE COURT:  Okay.  Does your proximity to the U.S.

8     Capitol cause you to feel that you couldn't be a fair and

9     impartial juror in this case?

10         PROSPECTIVE JUROR:  Not my proximity to the Capitol.

11         THE COURT:  Something else?

12         PROSPECTIVE JUROR:  Just want to flag that my building

13    is guarded by the Capitol Police, so I have interactions about

14    eight times a week with the Capitol Police.

15         THE COURT:  All right.  Well, you'll be instructed

16    that you should consider and weigh the testimony of any law

17    enforcement officer the same way you would a regular witness.

18    Do you think, given your frequency of your interaction with

19    the Capitol Police, that you can be fair and do that, or would

20    you be more or less inclined to believe a witness simply

21    because they were a Capitol police officer?

22         PROSPECTIVE JUROR:  I can be fair.

23         THE COURT:  Thirteen.  Have you, any of your family,

24    close friends or household members studied law or had any

25    legal training?

1          PROSPECTIVE JUROR:  I took two classes in law while

2     a graduate student.

3          THE COURT:  What's your graduate degree in?

4          PROSPECTIVE JUROR:  Engineering.

5          THE COURT:  Anything about what you learned in those

6     classes -- well, would you be able to set aside what you learned

7     in those classes and accept the law as I give it to you?

8          PROSPECTIVE JUROR:  I can.  Yes.

9          THE COURT:  And 14, law enforcement question.

10         PROSPECTIVE JUROR:  Oh.

11         THE COURT:  You or any family, close friends or

12    household members ever worked for an office that handles

13    law enforcement?

14         PROSPECTIVE JUROR:  I think maybe I'm getting my

15    questions confused.  One of the agencies was DHS, and my

16    husband, prior to being married, was a Coast Guard officer.

17         THE COURT:  Okay.  Department of Homeland Security.

18    Okay.  Does your husband's prior occupation or employment with

19    the Coast Guard, do you think that would affect your ability

20    to be fair and impartial in assessing the testimony of law

21    enforcement officers or simply in sitting on a criminal jury

22    in this case?

23         PROSPECTIVE JUROR:  No.  That does not affect my

24    ability to sit fairly on a jury.

25         THE COURT:  Twenty-five.  Crime victim?

1          PROSPECTIVE JUROR:  Robbery.  Robbery of a wallet and

2     robbery of my childhood home.

3          THE COURT:  How long ago?

4          PROSPECTIVE JUROR:  Wallet was 12 years, the other 25.

5          THE COURT:  Anything about those that would cause you

6     to not be fair and impartial in this case?

7          PROSPECTIVE JUROR:  No. Unrelated to this case.

8          THE COURT:  And 26, any family, close friends or

9     household member or you been charged with a crime?

10          PROSPECTIVE JUROR:  My deceased sister was charged

11     with a DUI and found guilty.

12          THE COURT:  How long ago?

13          PROSPECTIVE JUROR:  Twenty years.

14          THE COURT:  Okay.  Anything about your sister's

15     involvement in the criminal justice system would lead you

16     to not be fair and impartial here?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Okay.  Any follow-up, Mr. Romano?

19          MR. ROMANO:  No, Your Honor.

20          THE COURT:  Mr. Gibson?

21          MR. GIBSON:  No.  Thank you, Your Honor.

22          THE COURT:  All right.  Thank you.

23       (Juror 1832 steps down.  Juror 0056 steps up.)

24          THE COURT:  Good morning.

25          PROSPECTIVE JUROR:  Good morning.

1        THE COURT:  Are you Juror No. 0056?

2        PROSPECTIVE JUROR:  Correct.

3        THE COURT:  And what questions did you have answers to?

4        PROSPECTIVE JUROR:  3.

5        THE COURT:  You live near the Capitol.  Tell us about

6   that.

7        PROSPECTIVE JUROR:  I live somewhere close to Union

8   Station, H, so I often go out and take my dog to walk in the

9   area.

10        THE COURT:  Okay.  Thank you.  Now, this case involves

11   the events at the Capitol on January 6.  Does the fact that

12   you live nearby, would that cause you to not be able to be

13   fair and impartial in this case?

14        PROSPECTIVE JUROR:  Oh, yes.  When that happened, I

15   remember there was a curfew; and my wife and my dog were not

16   very comfortable because my dog wanted to go out to pee, but

17   we couldn't do that.

18        THE COURT:  The curfew.  I remember that.  I think what

19   I'm asking is, the fact that you live nearby, would that affect

20   your ability to be fair to this defendant in this trial?

21        PROSPECTIVE JUROR:  Oh, no.  No.

22        THE COURT:  So you could set aside the fact that you

23   live nearby and just decide the case based on the evidence?

24        PROSPECTIVE JUROR:  Sure.  Absolutely.

25        THE COURT:  Any follow-up, Mr. Romano?

```
 1                    MR. ROMANO:  No, Your Honor.

 2                    MR. GIBSON:  No.  Thank you, Your Honor.

 3                    THE COURT:  All right.  Thank you.

 4                    PROSPECTIVE JUROR:  Thank you.

 5              (Juror 0056 steps down.  Juror 1195 steps up.)

 6                    THE COURT:  Good morning.

 7                    PROSPECTIVE JUROR:  Good morning, Judge.

 8                    THE COURT:  Are you Juror No. 1195?

 9                    PROSPECTIVE JUROR:  I am.

10                    THE COURT:  All right.  And what questions did you

11         have answers to?

12                    PROSPECTIVE JUROR:  3, 14, 20, and 25.

13                    THE COURT:  All right.  And you live or work in the

14         area?

15                    PROSPECTIVE JUROR:  I do.  I live on Capitol Hill.

16                    THE COURT:  Were you living there on January 6.

17                    PROSPECTIVE JUROR:  I was.

18                    THE COURT:  Does the fact that you live in the

19         neighborhood, would that cause you to not be able to sit

20         as a fair and impartial juror in this case?

21                    PROSPECTIVE JUROR:  I do not believe so.

22                    THE COURT:  Number 14.  Law enforcement.  Tell me

23         about your answer to that.

24                    PROSPECTIVE JUROR:  I have a second cousin who is a

25         sheriff's deputy in North Carolina.
```

1          THE COURT:  Anything about your cousin's work would

2     cause you to be biased toward one side or the other or favor,

3     for example, or disfavor the testimony of a law enforcement

4     officer?

5          PROSPECTIVE JUROR:  No.  I do not believe so.

6          THE COURT:  Okay.  Question No. 20.  Have you ever

7     served on a trial jury before.

8          PROSPECTIVE JUROR:  I have, yes.  2019.  Every two years.

9          THE COURT:  Was that a criminal case or a civil case?

10         PROSPECTIVE JUROR:  It was a criminal case.

11         THE COURT:  Here or in Superior Court?

12         PROSPECTIVE JUROR:  It was in Superior Court.

13         THE COURT:  And I don't want to know what your verdict

14    was.  Were you able to reach a verdict?

15         PROSPECTIVE JUROR:  Yes, we were.

16         THE COURT:  Anything about that experience cause you

17    to think that you couldn't be fair in this trial?

18         PROSPECTIVE JUROR:  Definitely not.

19         THE COURT:  Okay.  And 25, crime victim.

20         PROSPECTIVE JUROR:  This is when I lived in St. Louis,

21    and we had a hit-and-run and a stolen vehicle.

22         THE COURT:  How long ago; do you remember?

23         PROSPECTIVE JUROR:  Like over 15 years ago.

24         THE COURT:  Anything about that experience cause

25    you to not be able to be fair and impartial in this case?

```
 1                    PROSPECTIVE JUROR:  I do not believe so.
 2                    THE COURT:  Okay.  Any follow-up, Mr. Romano?
 3                    MR. ROMANO:  No, Your Honor.
 4                    THE COURT:  Mr. Gibson, Mr. Butler?
 5                    MR. GIBSON:  Can I have one brief second, Your Honor?
 6                    THE COURT:  Yes.
 7               What do you do for a living, ma'am?
 8                    PROSPECTIVE JUROR:  What do I do?  I work in the
 9          restaurant industry.
10                    THE COURT:  Okay.  Thank you.
11                    MR. GIBSON:  Thank you for that minute, Your Honor.
12          No questions.
13                    THE COURT:  Thank you.
14                    PROSPECTIVE JUROR:  Thank you.
15               (Juror 1195 steps down.  Juror 1715 steps up.)
16                    THE COURT:  Good morning.
17                    PROSPECTIVE JUROR:  Good morning.
18                    THE COURT:  Are you Juror No. 1715?
19                    PROSPECTIVE JUROR:  I am.
20                    THE COURT:  What questions did you have answers to?
21                    PROSPECTIVE JUROR:  13, 14, 15, and 25.
22                    THE COURT:  Okay.  13.  Studied law or any legal
23          training?
24                    PROSPECTIVE JUROR:  Yes.  I'm a lawyer.
25                    THE COURT:  What kind of law do you practice.
```

1        PROSPECTIVE JUROR:  Human rights.

2        THE COURT:  Okay.  And I think 14 and 15 are probably

3   related to that.  14, law enforcement?

4        PROSPECTIVE JUROR:  My best friend works for DOJ in

5   the Civil Rights Division.

6        THE COURT:  Let me go back to No. 13.  The fact that

7   you're a lawyer, would you be able to put aside whatever you

8   know about criminal law or learned in law school about

9   criminal law or whatever you know from your current practice

10  and simply accept the law as I instruct you?

11       PROSPECTIVE JUROR:  Yes.

12       THE COURT:  Same with the rules of evidence.  Would you

13  be able to not speculate as to what an answer would have been

14  if I sustain an objection?

15       PROSPECTIVE JUROR:  Yes.

16       THE COURT:  Okay.  Your friend who works for the

17  Department of Justice, does your friend -- is your friend

18  involved in prosecuting any January 6 cases?

19       PROSPECTIVE JUROR:  No.

20       THE COURT:  You ever talk about their work with them?

21       PROSPECTIVE JUROR:  In broad strokes.

22       THE COURT:  Would the fact that you have a friend who

23  works at the DOJ affect your ability to be fair and impartial

24  in this case?

25       PROSPECTIVE JUROR:  No.

1          THE COURT:  All right.  15, same thing.  Defense work?

2          PROSPECTIVE JUROR:  I have several close friends who

3     are public defenders.

4          THE COURT:  Same questions for them:  Anything about

5     the fact that you have friends who do defense work affect your

6     ability to be fair in this case?

7          PROSPECTIVE JUROR:  No.

8          THE COURT:  And 25.  Victim of a crime.

9          PROSPECTIVE JUROR:  My father was a victim of robbery.

10    I've had family members who were victims of sexual assault.

11         THE COURT:  Anything about their experiences that would

12    cause you not to be fair in a criminal case?

13         PROSPECTIVE JUROR:  No.

14         THE COURT:  Any follow-up, Mr. Gibson, Mr. Butler?

15         MR. GIBSON:  Yes, Your Honor.

16       Ma'am, you've indicated on your questionnaire response

17    that you have strong negative feelings about the individuals

18    who gathered at the Capitol and attacked the Capitol.  Is that

19    correct?

20         PROSPECTIVE JUROR:  That's correct.

21         MR. GIBSON:  Okay.  And you wrote that you were

22    terrified and angry about the attack on the Capitol --

23         PROSPECTIVE JUROR:  That's correct.

24         MR. GIBSON:  -- in your city?

25         PROSPECTIVE JUROR:  That's what I wrote, yes.

1          MR. GIBSON:  And that you're devastated and horrified

2     watching the live coverage and find it difficult to watch

3     videos about it even now?

4          PROSPECTIVE JUROR:  That's correct.

5          MR. GIBSON:  All right.

6          THE COURT:  Ma'am, given those responses, do you think

7     you'd be able to hear the evidence and maintain a neutrality?

8          PROSPECTIVE JUROR:  I believe so.

9          MR. GIBSON:  Even if some of the evidence in the case

10     are some of those videos that you find it difficult to watch?

11          PROSPECTIVE JUROR:  If I'm called to serve, then I have

12     to fulfill those duties.

13          THE COURT:  Well, I'm actually interested in -- and

14     I applaud your dedication to fulfill your civic duty, but

15     Mr. Alford and the government have a right to a jury that can

16     objectively appraise the evidence.  And given your feelings,

17     could you sit in the courtroom and watch the evidence and hear

18     the evidence and objectively appraise it, do you think?

19     Obviously, you can't make a for-sure prediction, but do you

20     think you'd be able to do that?

21          PROSPECTIVE JUROR:  I think I would try my best

22     to do so.

23          THE COURT:  Do you have any reason to doubt your

24     ability to do that?

25          PROSPECTIVE JUROR:  No.

1          MR. GIBSON:  And, ma'am, I appreciate your answers.

2     Did you also write about your hope that the perpetrators of

3     January 6 would be held accountable?

4          PROSPECTIVE JUROR:  Yes.

5          MR. GIBSON:  And you said you would try your best to

6     be fair and impartial, but you're not able to guarantee it?

7          PROSPECTIVE JUROR:  I would -- I would do so.

8          MR. GIBSON:  Okay.  You'd try your best.

9          THE COURT:  All right.  Thank you, ma'am.

10        (Juror 1715 steps down.)

11         MR. GIBSON:  Your Honor, we move to strike for cause.

12         THE COURT:  I'm going to deny the motion.  I think

13    the juror has been very candid, both in her response to the

14    questionnaire and the voir dire, that she has strong feelings

15    but that she would -- I would be surprised if there's anybody

16    who could give me a guarantee that -- she would do her best.

17    She's prepared to do her duty.  She's a lawyer.  So she knows

18    about evaluation of evidence, and I didn't see anything in her

19    responses or demeanor that indicated that she wouldn't do

20    that.  So, Mr. Romano?

21         MR. ROMANO:  We oppose for the reasons previously

22    stated and agree with what the Court just articulated.

23         THE COURT:  All right.  I'm going to deny the motion.

24        (Juror 0568 steps up.)

25         THE COURT:  Good morning.  What questions did you

1    have answers to?

2              PROSPECTIVE JUROR:  Number 3 and No. 25.

3              THE COURT:  You live in the area?

4              PROSPECTIVE JUROR:  That's correct.  I live in D.C.

5              THE COURT:  Do you live near Capitol?

6              PROSPECTIVE JUROR:  Not anymore.  I live near the

7    Takoma Metro.  I used to live down in Southwest.

8              THE COURT:  Okay.  And have you ever lived anywhere

9    on Capitol Hill?

10             PROSPECTIVE JUROR:  No, not specifically.

11             THE COURT:  Anything about the fact you live in D.C.

12   cause you to think you couldn't be fair and impartial in this

13   case?

14             PROSPECTIVE JUROR:  No, not at all.

15             THE COURT:  And No. 25.  You, family, close friends

16   or household members ever been a crime victim?

17             PROSPECTIVE JUROR:  Well, yeah.  Technically, I had a

18   bicycle stolen.

19             THE COURT:  Well, that's something.  How long ago?

20             PROSPECTIVE JUROR:  Just maybe about three months ago.

21             THE COURT:  Anything about that experience makes

22   you think you couldn't be fair in a criminal case?

23             PROSPECTIVE JUROR:  No, not at all.

24             THE COURT:  What do you do for a living, sir?

25             PROSPECTIVE JUROR:  I'm a mechanical engineer.

1      I work in construction.

2              THE COURT:  Okay.  Thank you.

3          Any follow-up, Mr. Romano?

4              MR. ROMANO:  No, Your Honor.

5              MR. GIBSON:  No.  Thank you, Your Honor.

6              THE COURT:  All right.  Thank you.

7          (Juror 0568 steps down.  Juror 1827 steps up.)

8              THE COURT:  Good morning.

9              PROSPECTIVE JUROR:  Good morning.

10             THE COURT:  Are you juror 1827?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  What questions do you have answers to?

13             PROSPECTIVE JUROR:  I have answers to 3, 13, 14, 15,

14     16, and 253.

15             THE COURT:  Okay.  3.  Do you live on Capitol Hill, or

16     did you used to?

17             PROSPECTIVE JUROR:  No, ma'am.  My office is in Dupont

18     Circle and I'm in Georgetown.  I didn't know how close...

19             THE COURT:  Better to be overinclusive than underinclusive.

20     Anything about the fact that you live in the District that

21     would cause you not to be a fair juror in a January 6 case?

22             PROSPECTIVE JUROR:  No.

23             THE COURT:  Okay.  13.  You or family, close friends

24     or household members lawyers?

25             PROSPECTIVE JUROR:  I am an attorney, my sister is

1       in law school, and many of my friends are also attorneys.

2               THE COURT:  That's a common thing here in D.C.  What

3       kind of law do you practice?

4               PROSPECTIVE JUROR:  I practice aviation law, which is

5       mostly transactional and regulatory.

6               THE COURT:  Any of your friends or family members

7       practice criminal law?

8               PROSPECTIVE JUROR:  They have.  I have a friend that

9       I believe is currently a prosecutor, though not a particularly

10      close friend, and another friend that was a prosecutor.

11              THE COURT:  Anything about their work that would cause

12      you to not be fair in this case?

13              PROSPECTIVE JUROR:  No, Your Honor.

14              THE COURT:  Would you be able to set aside whatever

15      you know about criminal law, the laws of evidence, or anything

16      else about your legal training and accept my instructions as

17      to what the law is if you were to be on the jury in this case?

18              PROSPECTIVE JUROR:  Yes.

19              THE COURT:  Okay.  Now, 14, 15, and 16, are those --

20      well, are those considering -- 14 is law enforcement.  15

21      is defense work.  Is that having to do with your friends?

22              PROSPECTIVE JUROR:  Yes, Your Honor.  I have a friend,

23      who's recently deceased, who worked at SEC, and in that

24      capacity she did investigations.  She was an attorney.

25      She was not at SEC in that capacity, but she did work with

1    prosecutions.

2              THE COURT:  I'm sorry for your loss.  Did you discuss

3    her work or anything about her work that would cause you not

4    to be fair in this case?

5              PROSPECTIVE JUROR:  No.

6              THE COURT:  Sixteen.  Anybody who worked at a

7    courthouse, court system?

8              PROSPECTIVE JUROR:  I did in law school.

9              THE COURT:  Okay.  And same thing:  Anything about that

10   experience cause you not to be able to be fair in this case?

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  25.  Crime victim.

13             PROSPECTIVE JUROR:  My mother was -- I think her car

14   was broken into at one point.  My sister received -- and I

15   apologize.  I forgot about this one on my questionnaire

16   yesterday.  My sister received a threat from a now ex-

17   boyfriend, and as a result a restraining order was filed

18   against him, and that also included my name as a protectant

19   in that.

20             THE COURT:  Anything about your sister or your

21   experience would cause you to not be able to be fair in this

22   case?

23             PROSPECTIVE JUROR:  No, Your Honor.

24             THE COURT:  Any follow-up, Mr. Romano?

25             MR. ROMANO:  No, Your Honor.

```
 1              MR. GIBSON:  No.  Thank you, Your Honor.

 2              THE COURT:  All right.  Thank you, ma'am.

 3          (Juror 1827 steps down.  Juror 1820 steps up.)

 4              THE COURT:  Good morning.

 5              PROSPECTIVE JUROR:  Good morning.

 6              THE COURT:  Are you juror 1820?

 7              PROSPECTIVE JUROR:  Yes.  That's correct.

 8              THE COURT:  What questions did you have answers to?

 9              PROSPECTIVE JUROR:  Number 13.

10              THE COURT:  You're a lawyer or somebody close to you

11      is a lawyer, had legal training?

12              PROSPECTIVE JUROR:  My roommate worked as a paralegal.

13              THE COURT:  Anything about her work that would cause

14      you to -- well, did she talk about her work with you?

15              PROSPECTIVE JUROR:  No, not particularly.

16              THE COURT:  Anything about that fact that would cause

17      you to not be fair and impartial in this case?

18              PROSPECTIVE JUROR:  No.

19              THE COURT:  What are your other questions?

20              PROSPECTIVE JUROR:  That's all.

21              THE COURT:  That's it?  What do you do for a living?

22              PROSPECTIVE JUROR:  I'm a graphic designer.

23              THE COURT:  Okay.  Mr. Romano?

24              MR. ROMANO:  No questions, Your Honor.

25              THE COURT:  Mr. Butler or Mr. Gibson.
```

1              MR. GIBSON:  Thank you, Your Honor.

2         Ma'am, you've indicated on your questionnaire that you

3    have strong negative feelings that would prevent you from

4    being a fair and impartial in this case?

5              PROSPECTIVE JUROR:  Yes.  That's correct.

6              MR. GIBSON:  Okay.

7              THE COURT:  Can you tell us about those?

8              PROSPECTIVE JUROR:  I guess -- yeah.  I guess I just

9    have very strong feelings about individuals who participated

10   in the insurrection at the Capitol.

11             THE COURT:  Okay.  Your answer has two parts.  The

12   strong feelings are one thing, but the fair and impartial is

13   what I'm interested in.  Given your feelings, can you set

14   those aside and assess this defendant's guilt or innocence

15   based on the evidence that's presented, or do you think your

16   feelings would be so strong that you wouldn't be able to be

17   impartial?

18             PROSPECTIVE JUROR:  Yes.  So I guess when you phrase it

19   that way, I would be able to set my feelings aside.  I do have

20   strong feelings, but I think they would not get in the way.

21             THE COURT:  Okay.  Here's what I want to ask you:  If

22   somebody was at the Capitol -- now, where they were is going

23   to be an issue for the jury to decide, but the fact that they

24   were at the Capitol that day, do you think you already would

25   be inclined to judge him guilty, or would you be able to

1    listen to the evidence and decide the charges?

2         PROSPECTIVE JUROR:  I believe I'd be able to listen

3    to the evidence.

4         THE COURT:  Mr. Romano?

5         MR. ROMANO:  No follow-up.  Thank you.

6         THE COURT:  Mr. Gibson, Mr. Butler?

7         MR. GIBSON:  Nothing further.

8         THE COURT:  Thank you.

9         PROSPECTIVE JUROR:  Thank you.

10      (Juror 1820 steps down.)

11        MR. GIBSON:  Your Honor, we would move to strike for

12   cause.  She said she would try to set her feelings aside, but

13   to her credit, I think her answers indicated it would be a

14   struggle for her.

15        THE COURT:  And I think this is why the questionnaires

16   are unhelpful.  They sort of ask you to spill out your

17   feelings without forming any context of what your role is.

18   I thought this witness was fairly dispassionate.  And again,

19   I don't expect any juror to say, I'm a hundred percent certain,

20   but she didn't seem to hesitate or be unsure of whether she

21   could put aside her strong feelings.  Mr. Romano?

22        MR. ROMANO:  And I thought it was telling as well,

23   Your Honor, when you asked if she would prejudge someone to

24   be guilty just based on the fact that they were at the Capitol

25   and she said no, and evaluating the nature of one 's conduct

at the Capitol is exactly the nature of the issue here.

THE COURT:  Right.  I want to make sure we don't get anybody who thinks, just because you're there, you're guilty. And I think her answer indicated that she may have opinions, but again, she could assess the defendant's guilt or innocence based on the evidence.  I'm going to deny the motion.

(Juror 1663 steps up.)

THE COURT:  Good morning.

PROSPECTIVE JUROR:  Good morning.

THE COURT:  You're Juror No. 1663?

PROSPECTIVE JUROR:  Yes.

THE COURT:  What questions do you have answers to?

PROSPECTIVE JUROR:  Number 19.

THE COURT:  Any others?

PROSPECTIVE JUROR:  That is all.

THE COURT:  Okay.  19.  Let me get there.

You've been on a grand jury.

PROSPECTIVE JUROR:  Correct.

THE COURT:  How long ago?

PROSPECTIVE JUROR:  About two years ago.

THE COURT:  Here in D.C.?

PROSPECTIVE JUROR:  Yes.  The Superior Court.

THE COURT:  So the grand jury there sits over in the U.S. Attorney's Office.  Is that right?

PROSPECTIVE JUROR:  That's correct.

1          THE COURT:  How long did you sit on a grand jury?

2          PROSPECTIVE JUROR:  It was approximately two months.

3          THE COURT:  Well, thank you for your service.  Okay.

4     So you understand that the grand jury simply determines

5     probable cause and not guilt beyond a reasonable doubt.

6          PROSPECTIVE JUROR:  Correct.

7          THE COURT:  Anything about your grand jury service that

8     would affect your ability to be fair and impartial in this case?

9          PROSPECTIVE JUROR:  I don't believe so, no.

10         THE COURT:  What do you do for a living, sir?

11         PROSPECTIVE JUROR:  I work in data analytics.

12         THE COURT:  Any questions, Mr. Gibson, Mr. Butler?

13         MR. GIBSON:  One brief second, please, Judge?

14         THE COURT:  Yes.

15       (Defense conferring.)

16         MR. GIBSON:  Thank you, Judge.  No questions.

17         THE COURT:  All right.  And Mr. Romano.

18         MR. ROMANO:  No.  Thank you, Judge.

19         THE COURT:  Thank you.

20         PROSPECTIVE JUROR:  Thank you.

21       (Juror 1663 steps down.  Juror 1983 steps up.)

22         THE COURT:  Good morning.

23         PROSPECTIVE JUROR:  Good morning.

24         THE COURT:  Are you Juror No. 1983?

25         PROSPECTIVE JUROR:  Yes, I am.

```
 1                 THE COURT:  What questions did you have answers to?
 2                 PROSPECTIVE JUROR:  Number 14.
 3                 THE COURT:  Just No. 14?
 4                 PROSPECTIVE JUROR:  Yes.
 5                 THE COURT:  You, any of your family, close friends
 6       or household members ever worked for or in prosecution or
 7       law enforcement?
 8                 PROSPECTIVE JUROR:  Law enforcement.
 9                 THE COURT:  All right.  What agency?
10                 PROSPECTIVE JUROR:  Metropolitan Police Department.
11                 THE COURT:  Who was that?  Is that you or somebody else?
12                 PROSPECTIVE JUROR:  No, my father.
13                 THE COURT:  Okay.  Is he retired?
14                 PROSPECTIVE JUROR:  Yes.
15                 THE COURT:  How long ago did he retire?
16                 PROSPECTIVE JUROR:  It's been probably about 10,
17       maybe 20 years.
18                 THE COURT:  All right.  Anything about the fact that
19       your father was a police officer would cause you -- well,
20       first of all, you're going to be instructed that you're to
21       consider the testimony of a law enforcement officer the same
22       as you would any other witness.  Given your father's job,
23       would you be able to do that?
24                 PROSPECTIVE JUROR:  Yes.  Absolutely.
25                 THE COURT:  Anything about the fact that your father
```

```
 1        was a career law enforcement officer and this case, would --

 2        do you think you could be fair in this case and impartial?

 3                PROSPECTIVE JUROR:  Yes.  Yes, absolutely.

 4                THE COURT:  Okay.  Mr. Butler, Mr. Gibson, any

 5        follow-up?

 6                MR. GIBSON:  No.  Thank you, Your Honor.

 7                THE COURT:  Mr. Romano?

 8                MR. ROMANO:  No, Your Honor.  Thank you.

 9                THE COURT:  Thank you.

10           (Juror 1983 steps down.)

11                THE COURT:  Ladies and gentlemen, we're going to take

12        a five-minute break.  Just briefly.

13           (Recess from 12:51 p.m. to 12:21 p.m.)

14                THE COURT:  All right.  Can we have Juror No. 1152 come

15        up, please.

16           (Juror 1152 steps up.)

17                THE COURT:  Good morning.  Are you Juror No. 1152?

18                PROSPECTIVE JUROR:  Yes.

19                THE COURT:  All right.  And what questions did you have

20        answers to?

21                PROSPECTIVE JUROR:  13, 14, and 15.

22                THE COURT:  Okay.  Are you a lawyer, or do you

23        have a close friend or family member who studied law?

24                PROSPECTIVE JUROR:  I am a lawyer.

25                THE COURT:  What kind of law do you practice?
```

 1          PROSPECTIVE JUROR:  I don't practice currently.

 2          THE COURT:  Okay.  Given that you're a lawyer, would

 3    you be able to put aside whatever you learned in law school or

 4    learned in your previous practice and accept the instructions

 5    of law as I give them to you?

 6          PROSPECTIVE JUROR:  Yes.

 7          THE COURT:  And what do you do currently?

 8          PROSPECTIVE JUROR:  I write news about the law.

 9          THE COURT:  Okay.  And given what you do for a living,

10    do you think you'd be able to put aside what you know about

11    the January 6 events and simply judge the defendant by the

12    evidence that's adduced at trial?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  14 is law enforcement.  15 is defense

15    work.  What's your answer to those?

16          PROSPECTIVE JUROR:  So, also my brother-in-law is

17    an assistant U.S. attorney with the Southern District of

18    New York.

19          THE COURT:  Anything about his work make you question

20    whether you could be fair and impartial in this case?

21          PROSPECTIVE JUROR:  No.

22          THE COURT:  All right.  And defense work?

23          PROSPECTIVE JUROR:  He used to be a defense attorney.

24          THE COURT:  Okay.  Same person.

25        All right.  Any follow-up, Mr. Gibson, Mr. Butler?

1          MR. GIBSON:  Ma'am, you indicate that you write about

2     the law.  Have you written about the events of January 6 and

3     analyzed them at all?

4          PROSPECTIVE JUROR:  No.

5          MR. GIBSON:  Thank you.

6          THE COURT:  Mr. Romano?

7          MR. ROMANO:  Ma'am, you indicated that you're not

8     practicing now.  Have you ever practiced as an attorney?

9          PROSPECTIVE JUROR:  Yes.

10          MR. ROMANO:  What sort of law did you practice?

11          PROSPECTIVE JUROR:  Was in-house counsel at a

12     nonprofit.  So it was like privacy law, marketing,

13     communications, stuff like that.

14          MR. ROMANO:  Have you ever practiced criminal law

15     for either side yourself.

16          PROSPECTIVE JUROR:  No.

17          MR. ROMANO:  Thank you, Judge.

18          THE COURT:  Thank you.

19          PROSPECTIVE JUROR:  Thanks.

20        (Juror 1152 steps down.  Juror 0281 steps up.)

21          THE COURT:  Good morning.

22          PROSPECTIVE JUROR:  Hi.  Good morning.

23          THE COURT:  Or, actually, now it's good afternoon.

24     Are you Juror No. 0281?

25          PROSPECTIVE JUROR:  Yes, ma'am.

1          THE COURT:  What questions did you have answers to?

2          PROSPECTIVE JUROR:  I have 14, 18, 20, 23, 25, and 29.

3          THE COURT:  Okay.  Let me see if I got that right.

4     14, 18, 20, 23, 25, and 29?

5          PROSPECTIVE JUROR:  Yes, ma'am.

6          THE COURT:  14 is law enforcement?

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  And is it you or somebody you know or

9     are close to, a family member that's in law enforcement?

10          PROSPECTIVE JUROR:  Well, he is.  It's my

11     brother-in-law.  He's an ex-D.C. police officer.

12          THE COURT:  Anything about the fact that he's a former

13     police officer would cause you to not be able to be fair and

14     impartial in this case?

15          PROSPECTIVE JUROR:  No.  It wouldn't be a problem.

16          THE COURT:  And would you be able to assess a law

17     enforcement's testimony the same way you would assess anybody

18     else's testimony?

19          PROSPECTIVE JUROR:  Yes.

20          THE COURT:  Okay.  18.  Whether you've participated

21     in any neighborhood crime prevention groups?

22          PROSPECTIVE JUROR:  Oh, I'm sorry.  You know something,

23     I think I misheard that.  I thought that was related to a

24     family member.  I have a sister who advocates for things in

25     Maryland as far as incarcerated mothers, and so I think I

1    misheard that question.  Sorry.

2         THE COURT:  Well, let me ask you about that.  Does

3    the fact that your sister's a member of that organization,

4    would that affect your ability to be fair in this case?

5         PROSPECTIVE JUROR:  No, it wouldn't.

6         THE COURT:  All right.  And 20, jury service.  Had

7    prior jury service?

8         PROSPECTIVE JUROR:  Yes.

9         THE COURT:  How long ago?

10        PROSPECTIVE JUROR:  Pre-COVID.  It's been a minute.

11        THE COURT:  Was it a criminal or a civil jury?

12        PROSPECTIVE JUROR:  I think the last one was criminal,

13   but I ended up being the alternate.  So I didn't have to

14   decide a verdict.

15        THE COURT:  And were you on a jury before that?

16        PROSPECTIVE JUROR:  Yeah.  It was a civil case with

17   medical negligence.

18        THE COURT:  I don't want to know what your verdict

19   was, but were you able to reach a verdict in that case?

20        PROSPECTIVE JUROR:  Mm-hm.

21        THE COURT:  Anything about your prior jury service that

22   would cause you to not be fair and impartial in this case?

23        PROSPECTIVE JUROR:  No.

24        THE COURT:  All right.  23.  Do you have any feelings

25   about people of different gender, races, or nationality that

1     would affect your ability to be fair?

2           PROSPECTIVE JUROR:  That's a tough question.  Yes and

3     -- well...

4           THE COURT:  I want you to be completely -- you know,

5     like I said --

6           PROSPECTIVE JUROR:  Yeah, I think the answer -- I think

7     the answer is probably no.  I don't think I do.  But I do know

8     that there's inequities when it comes to race sometimes.

9           THE COURT:  You know that there's a what?  I'm sorry.

10          PROSPECTIVE JUROR:  Inequities.

11          THE COURT:  Okay.  So there are racial inequities in

12    this country; is that what you're saying?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  Okay.  How does that opinion and that

15    viewpoint, how would you think it would affect your ability to

16    be fair in this case?  If there's someone of a different race

17    from you on trial, do you think that would affect your ability

18    to be fair?

19          PROSPECTIVE JUROR:  I feel like it might, because I do

20    think -- with the events that happened on the 6th, I feel

21    like if the race of the people participating was African

22    American or Hispanic, the outcome might have been a little bit

23    different, like the intolerance would have been higher and

24    there would have been more casualties.  So I feel like there

25    was a race thing that helped certain people get further along

1      in that incident than if it was a different race.

2           THE COURT:  Well, do you think it would affect your

3      ability to be fair to this defendant, who's entitled to a

4      nonbiased jury?  Do you think you should be a juror in this

5      case?

6           PROSPECTIVE JUROR:  I don't think so.  I mean, I want

7      to say yes, I could be fair.  I could absolutely be fair, but

8      I can't say that thought won't be present in my mind.

9           THE COURT:  I appreciate your candor, ma'am.  Thank

10     you.  You can go and sit down.

11          PROSPECTIVE JUROR:  Okay.  Thank you.

12        (Juror 0281 steps down.)

13          THE COURT:  Is there a motion?

14          MR. GIBSON:  There is, Your Honor, for cause.

15          MR. ROMANO:  Your Honor, we oppose.  The juror

16     indicated that she thinks she can be fair and set that feeling

17     aside, although the feeling might be present.  I think that

18     her feeling speaks more to the nature of the police response

19     than whether or not this particular defendant is guilty of

20     the crime that he's been charged with.

21          THE COURT:  I hear you, Mr. Romano, but I think this

22     is one that I have to strike.  I think she was very candid and

23     very honest, and she said -- you know, I agree.  Her view goes

24     towards the police response given the majority of the people

25     who were rioting.  I asked her, do you think you should be a

juror, and she said no.  I'm going to grant the defense motion

on this one.

MR. ROMANO:  I apologize, Your Honor.  I didn't

specifically hear her say no to that.

THE COURT:  I thought she said no, or she said I don't

think so.  She did not say, yes, I could put it aside.  I was

listening for that.

MR. ROMANO:  I trust the Court's take.  Sometimes it's

hard with the static.

THE COURT:  Yes.  Thank you.

(Juror 0511 steps up.)

THE COURT:  Good morning.  Are you Juror No. 0511?

PROSPECTIVE JUROR:  Yes, I am.  Good afternoon.

THE COURT:  What questions did you have answers to?

PROSPECTIVE JUROR:  1, 3, 14, 20, 25.

THE COURT:  Okay.  Let's start at the beginning.

Question 1.  The question was do you believe you know anything

about the facts and circumstances of this case other than what

I've told you.  Is that beyond your general knowledge of what

happened on January 6, or is it something else?

PROSPECTIVE JUROR:  At the time, I was working with

the Office of Law Enforcement and Security with the Department

of Interior, so I know a little bit of gossip, nothing of

specific people.

THE COURT:  When you say you know a little bit of

 1        gossip, you mean like who was doing what and who should have

 2        been doing what?  Tell me what you mean by that.

 3               PROSPECTIVE JUROR:  Yeah.  Basically, you know, who

 4        should have known what, doing what, and how bad and how

 5        everyone had to drop everything and help out.

 6               THE COURT:  Were you monitoring what was going on

 7        that day?

 8               PROSPECTIVE JUROR:  I was -- as a private citizen.

 9        I was as a resident of D.C.

10               THE COURT:  But not at work.

11               PROSPECTIVE JUROR:  Not at work.

12               THE COURT:  Given what you know -- I mean, this

13        isn't about the law enforcement response per se.  This is

14        about whether this defendant is or is not guilty of offenses

15        relating to being inside the Capitol.

16           Do you think you can put aside what you know from your

17        work and what you've heard from the gossip and adjudge this

18        defendant based only on the evidence presented in the

19        courtroom?

20               PROSPECTIVE JUROR:  Yes.

21               THE COURT:  All right.  3.  You live in the area, work

22        in the area.  Is that based on your employment?

23               PROSPECTIVE JUROR:  Yes.

24               THE COURT:  Where's your office?

25               PROSPECTIVE JUROR:  Well, I'm working at home.

1        I'm at the intersection of New York --

2                THE COURT:  No, you don't need to give me your address.

3        What's your familiarity with the area of the Capitol?

4                PROSPECTIVE JUROR:  I've visited the Capitol, toward

5        the Capitol.  I know one time when I worked with the FBI to

6        help supporting security for the State of the Union Address.

7                THE COURT:  Okay.  Given what you know about security

8        at the Capitol, do you think you can fairly -- well, do you

9        think you could put that aside and simply judge a defendant

10       based on the evidence that you hear and not what you know?

11               PROSPECTIVE JUROR:  Yes.

12               THE COURT:  Okay.  14.  Close friends, family,

13       or yourself worked in law enforcement?

14               PROSPECTIVE JUROR:  Yes.  Worked with FBI.

15               THE COURT:  Okay.

16               PROSPECTIVE JUROR:  So on and so forth.

17               THE COURT:  20, jury trial.  You've been on a jury

18       before?

19               PROSPECTIVE JUROR:  Yes, I have.

20               THE COURT:  Criminal or civil?

21               PROSPECTIVE JUROR:  Criminal.

22               THE COURT:  In this court or Superior Court?

23               PROSPECTIVE JUROR:  I believe it was Superior Court.

24               THE COURT:  How long ago?

25               PROSPECTIVE JUROR:  Four, six years ago?

1        THE COURT:  I don't want to know what the verdict was,

2    but were you able to reach a verdict?

3        PROSPECTIVE JUROR:  We were able to reach a verdict, yes.

4        THE COURT:  Anything about that experience make you

5    think that you wouldn't be a fair and impartial juror in this

6    case?

7        PROSPECTIVE JUROR:  No.

8        THE COURT:  All right.  And 25, crime victim.

9        PROSPECTIVE JUROR:  Identity theft.

10       THE COURT:  Was that you?

11       PROSPECTIVE JUROR:  It was myself, yes.

12       THE COURT:  And how long ago?

13       PROSPECTIVE JUROR:  Just about a year now.

14       THE COURT:  Anything about that experience that would

15   make you feel like you couldn't be fair in this criminal trial?

16       PROSPECTIVE JUROR:  No.

17       THE COURT:  Mr. Romano?

18       MR. ROMANO:  Thank you, Your Honor.

19   Sir, on your questionnaire, when asked about watching video

20   of the events at the Capitol, and I want to make sure I have

21   this right, you wrote that the Capitol Police lost control of

22   the situation, and illegal entry into the Capitol was aided

23   by members of Congress and their staff.  What did you mean by

24   that last part about members of Congress and their staff?

25       PROSPECTIVE JUROR:  I watched video reports and saw

```
 1        still images of congressional staffers with -- at the event.
 2                MR. ROMANO:  At the -- at what part of the event?
 3                PROSPECTIVE JUROR:  That, I can't really say.
 4                THE COURT:  When you say -- are you saying that you
 5        believe that there were congressional staffers involved in
 6        the protests themselves?
 7                PROSPECTIVE JUROR:  Prior to and during?  Yes, is my
 8        understanding.
 9                THE COURT:  Would that opinion affect your ability to
10        be fair to this defendant in this case?
11                PROSPECTIVE JUROR:  Not if there was evidence to the
12        contrary, no.
13                THE COURT:  What do you mean "evidence to the contrary"?
14                PROSPECTIVE JUROR:  Well, whatever evidence is
15        presented here is what I would base my opinion on.
16                THE COURT:  Okay.
17           Mr. Romano, I'm sorry.  I interrupted you.
18                MR. ROMANO:  No, that's all right.  Can I have a
19        moment, Your Honor?
20                THE COURT:  Yes.  In the meantime, Mr. Gibson,
21        Mr. Butler?
22                MR. GIBSON:  One brief second, Your Honor.
23           (Defense conferring.)
24                MR. GIBSON:  Thank you, Your Honor.  No questions.
25                THE COURT:  Mr. Romano?
```

1              MR. ROMANO:  Nothing further from me, thank you.

2              THE COURT:  Thank you, sir.

3              PROSPECTIVE JUROR:  Thank you.

4          (Juror 0511 steps down.  Juror 0465 steps up.)

5              THE COURT:  Good afternoon.

6              PROSPECTIVE JUROR:  Good afternoon, Your Honor.

7              THE COURT:  Are you Juror No. 0465?

8              PROSPECTIVE JUROR:  Yes.

9              THE COURT:  What questions do you have answers to?

10             PROSPECTIVE JUROR:  I wrote no to all the questions.

11             THE COURT:  Okay.  What do you do for a living, ma'am?

12             PROSPECTIVE JUROR:  I'm also a research fellow at the

13     NIH, NCI.

14             THE COURT:  And you live in the district?

15             PROSPECTIVE JUROR:  Yes.  Three years.

16             THE COURT:  Any questions?

17             MR. ROMANO:  Ma'am, in your questionnaire, you

18     indicated you understood what you know about the events of

19     January 6 involves people entering the Capitol building by

20     force, holding guns.  If this case doesn't involve any

21     evidence of that, are you able to set aside what you've heard

22     previously and just base your view of this case based on the

23     evidence that you hear in court?

24             PROSPECTIVE JUROR:  Yes.

25             THE COURT:  Mr. Gibson, Mr. Butler?

1          MR. GIBSON:  Ma'am, you've indicated on your

2     questionnaire that you have very negative views of the

3     individuals at the U.S. Capitol.  Do I have that right?

4          PROSPECTIVE JUROR:  Yes.  That I have got views, it's

5     true, as Your Honor says, in my opinion.  But, yes.  Yes.

6     Mostly because of my -- I'm originally from Argentina, and I

7     feel like the things -- I was in Argentina when this happened,

8     and I couldn't believe that it was happening in this country.

9          THE COURT:  Let me ask you, ma'am -- again, and I

10    mentioned this in voir dire, these are opinions, your opinions.

11         PROSPECTIVE JUROR:  Yes.

12         THE COURT:  Can you look at this individual, Mr. Alford,

13    presume him to be innocent, and adjudge him based only on the

14    evidence that you hear?  Would you be able to put aside your

15    general opinions about people who were at the Capitol that day?

16         PROSPECTIVE JUROR:  Yes.  Yes, I can.  I can.  Based

17    on my background, I'm a scientist, so I can look at the facts.

18         MR. GIBSON:  I apologize, ma'am.  Would you mind

19    repeating what you just said about your background and the

20    facts?

21         PROSPECTIVE JUROR:  Yes.  That's mostly because I feel

22    like in my country, the justice just don't work like in this

23    country.

24         THE COURT:  I believe she said based on her work as a

25    scientist, she could --

1          PROSPECTIVE JUROR:  Oh, yes.  Sorry.  I meant about

2     that.

3          THE COURT:  Could you repeat yourself?

4          PROSPECTIVE JUROR:  Yes.  I'm a scientist, so I can

5     look at the evidence and the facts and work on that and put

6     aside my opinions.

7          MR. GIBSON:  I understand.

8        One brief second, Your Honor, if I may.

9        (Defense conferring.)

10       Thank you, Your Honor.  Nothing further right now.

11    We'd just like a moment after the witness is excused.

12         THE COURT:  Yes.  Thank you, ma'am.

13         PROSPECTIVE JUROR:  Thank you.

14       (Juror 0465 steps down.)

15         THE COURT:  Yes, sir.

16         MR. GIBSON:  Your Honor, discussing this with

17    co-counsel, and certainly having a -- speaking another

18    primary language other than English is absolutely in no way a

19    prohibition on service, but we wanted to raise it in the event

20    it could be taken into consideration along with her answer of

21    having negative views of the individuals at the Capitol.

22    Given that we have plenty to choose from, that might support

23    excusing her at this time.

24         THE COURT:  All right.  I'm not going to excuse this

25    juror.  She has a heavy accent, it's true, but she didn't seem

1   to have any trouble understanding.  That's not a reason to

2   excuse her.

3       With regard to her answers, again, she has strong feelings,

4   but she said quite pointedly that she could put that aside.

5   She's a scientist.  She understands that she has to assess the

6   facts.  So I'm not going to excuse her or strike her for cause

7   at this point.

8       All right.  Let's do one more and break for lunch.  By my

9   number, we have currently qualified 15.  I want to get to the

10  halfway point.

11      (Juror 1288 steps up.)

12          THE COURT:  Good afternoon.

13          PROSPECTIVE JUROR:  Good afternoon.

14          THE COURT:  You are Juror No. 1288?

15          PROSPECTIVE JUROR:  I am indeed.

16          THE COURT:  All right.  And what questions did you

17  have answers to?

18          PROSPECTIVE JUROR:  13, 14, 15, 16.

19          THE COURT:  Well, let me guess.  You're a lawyer?

20  Retired lawyer?

21          PROSPECTIVE JUROR:  So, as I said, 13, 14, 15, 16,

22  20, and 25.

23          THE COURT:  Okay.  Are you a lawyer?

24          PROSPECTIVE JUROR:  I am not.  Most of those answers

25  refer to I do have a lot of lawyers and judges in my family.

1    However, they all really refer to my sister.  She is a very

2    accomplished woman who I always look up to.

3          THE COURT:  Excellent.

4          PROSPECTIVE JUROR:  She has been a prosecutor.  She

5    started out as a prosecutor in New York; she became charge

6    [sic] of constitutional law; moved to Nassau County where

7    she is a judge and runs the Nassau County court systems for

8    guardianships.

9          THE COURT:  Well, she sounds like an impressive person

10   indeed, and you're probably right to defer to her.  Would that

11   my own siblings felt the same way.

12      But given your sister's career, can you be a fair juror in

13   this case?  Can you put aside whatever you've learned about

14   the law and legal systems from your sister and just hear the

15   evidence based solely on what's adduced at trial?

16         PROSPECTIVE JUROR:  I absolutely believe I can, Judge.

17         THE COURT:  Okay.  And so that would cover 13, 14, 15,

18   and 16.  20, you've been on a jury before?

19         PROSPECTIVE JUROR:  Yes, I have.  Petit jury.  Not in

20   federal court.  In district court for -- you know.

21         THE COURT:  Superior Court.

22         PROSPECTIVE JUROR:  Yeah.

23         THE COURT:  How long ago?

24         PROSPECTIVE JUROR:  Oh, my.  It was some time ago.

25   I'd say 15, 16 years ago?

1          THE COURT:  I don't want to know -- was it a criminal

2     or a civil case?

3          PROSPECTIVE JUROR:  It was a criminal case.

4          THE COURT:  I don't want to know what your verdict

5     was, but were you able to reach a verdict in that case?

6          PROSPECTIVE JUROR:  Yes.

7          THE COURT:  Anything about that experience that would

8     cause you to think you couldn't be fair in this case?

9          PROSPECTIVE JUROR:  No.

10          THE COURT:  And 25.  Crime victim.

11          PROSPECTIVE JUROR:  Yes.

12          THE COURT:  Who was that?

13          PROSPECTIVE JUROR:  That was myself and my wife.

14     Again, about 23 years ago.  Attempted burglary from a car.

15     We were actually there.  It was our car.  But that's the only

16     event in my life.

17          THE COURT:  All right.  Well, I'm sorry about that, but

18     I'm glad it's the only one.  Anything about that experience

19     that would cause you to not be fair in this case?

20          PROSPECTIVE JUROR:  No.

21          THE COURT:  All right.  Counsel, Mr. Butler, and

22     Mr. Gibson?

23          MR. GIBSON:  No questions, Your Honor.  Thank you.

24          THE COURT:  Mr. Romano?

25          MR. ROMANO:  No.  Thank you, Your Honor.

1           THE COURT:  Thank you, sir.

2         (Juror 1288 steps down.)

3           THE COURT:  Ladies and gentlemen, we're going to break

4     for lunch.  The good news is this:  We only need a specific

5     number of qualified jurors to begin our strikes, so that does

6     not mean we are going to question everybody.  We will stop the

7     questioning when we get to enough qualified jurors to begin

8     our strikes downstairs.

9        So, by my calculation, we're about halfway there.  So don't

10    worry; we're not going to question -- I hope we don't have to

11    question every single one of you, and we're making very good

12    progress.  Thank you all for your continued time and

13    attention.  1:45.  It's a nice day outside.  We also have a

14    cafeteria.  See you back here at 1:45.  Thank you.

15        (Luncheon recess from 12:44 p.m. to 1:59 p.m.)

16          THE COURT:  All right.  Ladies and gentlemen, we are

17    behind because it took a while to get everybody back.  So if

18    we take another break this afternoon, I'm going to have to be

19    very strict about getting back here so we can finish picking

20    this jury today so I don't have to have you come back tomorrow,

21    because nobody wants that.

22        All right.  Could we have Juror No. 0493 come up, please.

23        (Juror 0493 steps up.)

24         (Bench conference.)

25          THE COURT:  Good afternoon.

 1              PROSPECTIVE JUROR:  How you doing.

 2              THE COURT:  And what questions did you have answers to?

 3              PROSPECTIVE JUROR:  3, 13, 14, 21, 22, 25, 26, 28.

 4              THE COURT:  Hold on.  Let me make sure I have that.

 5        3, 13, 14, 21, 22, 23, 26 -- 25, 26, 28?

 6              PROSPECTIVE JUROR:  Not 23.

 7              THE COURT:  Not 23.  Okay.

 8           All right.  Let's start with 3.  Do you live in the area

 9        of the Capitol, or work?

10              PROSPECTIVE JUROR:  Yes.

11              THE COURT:  How close would you say you are?

12              PROSPECTIVE JUROR:  I live on Capitol Hill, Eastern

13        Market area.

14              THE COURT:  Okay.  And would that fact of where you

15        reside cause you to not be able to be a fair and impartial

16        juror in this case?

17              PROSPECTIVE JUROR:  No.

18              THE COURT:  Okay.  13 and 14 are whether you studied

19        law, had any legal training, or worked in law enforcement.

20              PROSPECTIVE JUROR:  I have relatives and friends who

21        worked in law enforcement.

22              THE COURT:  And in this area or outside of the city?

23              PROSPECTIVE JUROR:  In this area.

24              THE COURT:  And how close are those relatives and

25        friends?

1      PROSPECTIVE JUROR:  Pretty close.

2      THE COURT:  Would the fact that you have relatives in

3  law enforcement cause you to -- you're going to be instructed

4  that you have to treat the testimony of a law enforcement

5  officer the same as you would any other witness.  Would you be

6  able to do that, given your relatives and friends?

7      PROSPECTIVE JUROR:  Yes.

8      THE COURT:  Anything else about the fact that you have

9  close relatives who are involved in law enforcement would

10  affect your ability to be fair in this case?

11      PROSPECTIVE JUROR:  Well, a couple of them are Capitol

12  Police.

13      THE COURT:  Okay.  Were any of them working that day?

14      PROSPECTIVE JUROR:  Yes.

15      THE COURT:  Have you talked about it with them?

16      PROSPECTIVE JUROR:  As much -- I mean not in detail,

17  but I mean we've talked about what they -- some things, yes,

18  procedures that they had to do.

19      THE COURT:  Would you be able to put aside -- you know,

20  the fact that you're close to people who were Capitol police

21  officers and you live on the Hill, do you think you could be a

22  fair juror in this case?

23      PROSPECTIVE JUROR:  I'm not sure.

24      THE COURT:  Okay.  Let's talk about that because this

25  defendant is entitled to a fair jury and an impartial jury,

```
 1        and I haven't gotten to your other answers.  Let me take a
 2        look at some of the questions.  29.  Are you on medication,
 3        or do you have a condition that --
 4                 PROSPECTIVE JUROR:  No.  21, 22, 25, 26, and 28.
 5                 THE COURT:  28.  Okay.  You have strong feelings about
 6        people who don't accept the 2020 election results.  Tell me
 7        about that.
 8                 PROSPECTIVE JUROR:  I feel that they're wrong and that
 9        the process went through and they just don't want to believe
10        in the process.
11                 THE COURT:  Okay.  Given that feeling, could you put
12        aside that feeling and judge someone who may have those
13        beliefs, judge them fairly based on the evidence presented in
14        the courtroom?
15                 PROSPECTIVE JUROR:  Perhaps.
16                 THE COURT:  Okay.  So -- and I appreciate your candor;
17        I really do.  This defendant -- do you think you should be a
18        juror on this particular case?
19                 PROSPECTIVE JUROR:  No.
20                 THE COURT:  Any questions?
21                 MR. ROMANO:  No, Your Honor.
22                 MR. GIBSON:  No, Your Honor.
23                 THE COURT:  Thank you, sir.
24           (Juror 0493 steps down.)
25                 THE COURT:  I'm going on to strike this juror for cause.
```

1          (Juror 1965 steps up.)

2              THE COURT:  Good afternoon.  Are you Juror No. 1965?

3              PROSPECTIVE JUROR:  I am.

4              THE COURT:  Which questions did you have answers to?

5              PROSPECTIVE JUROR:  3, 14, 20, 21, 25, 32.  And there

6      was a question about who you knew, and I missed that.  But I

7      think I know two people in the audience.

8              THE COURT:  All right.  I'll start with that, then.

9      Say you end up -- how well do you know the people, other

10     members of the jury panel?

11             PROSPECTIVE JUROR:  One was a fellow parent with me

12     in my kid's school, and the other worked with me in D.C.

13     government, so moderately well.

14             THE COURT:  If you ended up on the jury with them,

15     would you be able to disagree with them if you disagreed with

16     them, or --

17             PROSPECTIVE JUROR:  Yes.

18             THE COURT:  Okay.  32.  Travel plans?

19             PROSPECTIVE JUROR:  So I've currently got a trip to

20     Salt Lake City for a research conference on Wednesday, leaving

21     Wednesday the 5th, afternoon.

22             THE COURT:  And is that for work?

23             PROSPECTIVE JUROR:  That is for work.

24             THE COURT:  And how long is that trip?

25             PROSPECTIVE JUROR:  That would be from Wednesday

1    afternoon through Saturday, I think I return.

2            THE COURT:  When is the end of your jury service, sir?

3            PROSPECTIVE JUROR:  It is after that.  So it's the 7th,

4    is the end of my jury service.

5            THE COURT:  Did you ask to be excused from your jury

6    service because of the trip, or did you book the trip after

7    your --

8            PROSPECTIVE JUROR:  I didn't really think about the

9    trip when I sent in the form.  So the actual travel, it's

10   through the D.C. government.  Took a minute to get it done.

11   So that process had been started before, but it was completed

12   after.

13           THE COURT:  Okay.  Let me ask you about 3.  Do you live

14   or work in the area of Capitol Hill?

15           PROSPECTIVE JUROR:  Yes.  I live on Capitol Hill.

16           THE COURT:  Does the fact that you live on Capitol

17   Hill and this incident took place on the Capitol, would that

18   affect your ability to be fair and impartial in this case?

19           PROSPECTIVE JUROR:  It was certainly a major

20   disruption, with the folks coming by my house all day was a

21   major disruption.  I don't know if it would affect my ability

22   to be impartial, but it was disruptive.  It closed the

23   neighborhood down for a while.

24           THE COURT:  Any of your friends or family been in law

25   enforcement?

1        PROSPECTIVE JUROR:  No.

2        THE COURT:  You answered question 14.

3        PROSPECTIVE JUROR:  I think -- and I think you

4   mentioned the CIA.  My dad was in the CIA.

5        THE COURT:  Okay.  Anything about your father's service

6   there affect your ability to be fair in this case?

7        PROSPECTIVE JUROR:  No.

8        THE COURT:  All right.  20.  Have you ever been on a

9   jury before?

10        PROSPECTIVE JUROR:  Yes.  Two cases, both auto

11   insurance claims.

12        THE COURT:  And were they in Superior Court?

13        PROSPECTIVE JUROR:  They were in -- I don't know where

14   they were.  We went to the other courthouse and then were

15   moved over to a courthouse across the way.

16        THE COURT:  To the annex, okay.  So Superior Court.

17   And how long ago?

18        PROSPECTIVE JUROR:  Probably about 10 or 15 years ago.

19        THE COURT:  Anything about that jury service cause you

20   not to be able to be a fair juror in this case?

21        PROSPECTIVE JUROR:  No.

22        THE COURT:  All right.  Crime victim.

23        PROSPECTIVE JUROR:  I've been mugged twice.  And then

24   my mother's in my care.  Her caretaker stole from her, and we

25   went to trial.

1          THE COURT:  Were you a witness in that trial?

2          PROSPECTIVE JUROR:  I didn't end up being called, but

3     I was -- yes.  I was part of that.

4          THE COURT:  Anything about that experience that might

5     cause you to think that you couldn't be a fair and impartial

6     juror in this case?

7          PROSPECTIVE JUROR:  No.

8          THE COURT:  All right.  Mr. Butler, Mr. Gibson?

9          MR. GIBSON:  Yes, Your Honor.  Thank you.

10      Sir, you wrote in your questionnaire that you had seen some

11     of the videos of some police officers being beaten that day at

12     the Capitol on January 6?

13          PROSPECTIVE JUROR:  That's correct.

14          MR. GIBSON:  And you wrote that you found that

15     disturbing and you couldn't even watch some of it?

16          PROSPECTIVE JUROR:  Yeah.  I think folks getting

17     trapped in the door and stuff like that was pretty disturbing.

18          MR. GIBSON:  Pretty disturbing.  I understand.  If

19     this trial involved some of that footage, would that give you

20     hesitation about being able to serve fairly and impartially?

21          PROSPECTIVE JUROR:  I mean, it would be disturbing.

22     I think I could be fair and impartial, but it would be

23     disturbing.

24          MR. GIBSON:  And you wrote "horrific and disrespectful

25     of democratic institutions."

1          PROSPECTIVE JUROR:  Yep.

2          MR. GIBSON:  And those are views that are going to be

3     carried with you during the trial.

4          PROSPECTIVE JUROR:  Yes.  Absolutely.

5          MR. GIBSON:  And you did write that you had numerous

6     friends who had worked on Capitol Hill.  Is that right?

7          PROSPECTIVE JUROR:  That is correct.  Yeah.

8          MR. GIBSON:  And that you had followed the news

9     coverage of the January 6 events very closely?

10          PROSPECTIVE JUROR:  Mm-hm.

11          MR. GIBSON:  Okay.  One second, please.

12          THE COURT:  Sir, with regard to the strong feelings

13     you said you would carry with you, obviously, many people have

14     feelings.  But with regard to this defendant and this case, do

15     you think -- and I understand people can't guarantee anything

16     a hundred percent.  Do you think you would be able to put

17     aside your personal feelings about the events and assess the

18     evidence against this defendant in this particular case

19     impartially?

20          PROSPECTIVE JUROR:  Yeah.  I assume I would be able to.

21          THE COURT:  Do you have any concern about your ability

22     to?  In other words, I hate to put it this way, but do you

23     think you are an appropriate juror for this case?

24          PROSPECTIVE JUROR:  I don't know.  Again, I'm fairly --

25     the events were fairly significant.  I think -- again, I would

```
 1       like to think that I could separate out an individual's role

 2       in them from the events themselves and my view of that, but

 3       it's hard for me to say.

 4            THE COURT:  All right.  Mr. Romano?

 5            MR. ROMANO:  No questions.

 6            THE COURT:  Did you have further questions, Mr. Gibson?

 7            MR. GIBSON:  No.  Thank you, Your Honor.

 8            THE COURT:  All right.  Thank you, sir.

 9            PROSPECTIVE JUROR:  Thank you.

10         (Juror 1965 steps down.)

11            THE COURT:  Is there a motion?

12            MR. GIBSON:  There is, Your Honor.

13            THE COURT:  Mr. Romano?

14            MR. ROMANO:  No objection, especially given that it

15       appears that he was at home and kind of trapped in his house

16       during the events of January 6.

17            THE COURT:  Yeah.  That plus the travel.  I'm going to

18       go ahead and grant the motion.

19         (Juror 0385 steps up.)

20            THE COURT:  Good afternoon.

21            PROSPECTIVE JUROR:  Good afternoon, Your Honor.

22            THE COURT:  And you are Juror No. 0385?

23            PROSPECTIVE JUROR:  Yes.

24            THE COURT:  All right.  And what questions did you have

25       answers to?
```

```
 1            PROSPECTIVE JUROR:  You want me to go through all the
 2       numbers?
 3            THE COURT:  Yes.
 4            PROSPECTIVE JUROR:  3, 9, 13, 14, 15, 16, 20, 21, and
 5       25.
 6            THE COURT:  All right.  You live on the Hill or work on
 7       the Hill?
 8            PROSPECTIVE JUROR:  So I lived -- at the time of the
 9       events in question, I lived on 12th Street Southeast, so about
10       12 blocks from the Capitol.  I currently live on 16th Street
11       Northeast.
12            THE COURT:  Anything about the fact where you resided
13       on the 6th would prevent you from being a fair or impartial
14       juror in this case?
15            PROSPECTIVE JUROR:  I don't think so, no.
16            THE COURT:  Okay.  9.  You think you might know another
17       member of the jury panel?
18            PROSPECTIVE JUROR:  So my colleague from work is here
19       today as well.
20            THE COURT:  The reason I ask that question, say the
21       two of you ended up both on the jury.  Would you be able to
22       disagree with your colleague, or would you be influenced by
23       their opinion because they're your colleague and you know
24       them?
25            PROSPECTIVE JUROR:  I think I would be able to
```

1     disagree with them.

2              THE COURT:  And 13, 14, 15, 16, I suspect might be

3     related.  Are you a lawyer or a close friend?

4              PROSPECTIVE JUROR:  So my brother and sister are both

5     lawyers, and my husband is a lawyer.

6              THE COURT:  Any of them do criminal work?

7              PROSPECTIVE JUROR:  My sister was a federal public

8     defender, and she currently is a professor of law.

9              THE COURT:  Federal public defender here?

10              PROSPECTIVE JUROR:  New York.

11              THE COURT:  Okay.  Anything about what your sister or

12     your husband or friends do, especially your sister, who I'm

13     sure you've talked about work with her, would that affect your

14     ability to assess this case based only on the evidence and put

15     aside whatever you've heard from your sister?

16              PROSPECTIVE JUROR:  Again, I don't think it would

17     affect my judgment, no.

18              THE COURT:  Would you be concerned about trying to

19     explain your verdict one way or another to your sister in a

20     criminal case?

21              PROSPECTIVE JUROR:  I don't think I've thought about

22     that explicitly, but I don't think that it would, no.

23              THE COURT:  Okay.  14 is law enforcement.

24              PROSPECTIVE JUROR:  So my husband, the attorney,

25     worked at the Justice Department, but it was the Civil Rights

1      Division.

2              THE COURT:  Anything about his work that might cause

3      you to --

4              PROSPECTIVE JUROR:  No.

5              THE COURT:  Okay.  15, that's your sister, I assume.

6      Defense work?

7              PROSPECTIVE JUROR:  Yes.

8              THE COURT:  16 is whether a close friend or family

9      member or you worked at a courthouse.

10             PROSPECTIVE JUROR:  So both my brother and sister

11     clerked for judges after law school.

12             THE COURT:  Anything about their experience?

13             PROSPECTIVE JUROR:  No.  No, Your Honor.

14             THE COURT:  20 is whether you've served on a jury before.

15             PROSPECTIVE JUROR:  Yes.  I served on a criminal case

16     in Baltimore.

17             THE COURT:  How long ago?

18             PROSPECTIVE JUROR:  It's been about ten-plus -- no,

19     I'm sorry.  It was not in Baltimore.  It was in D.C., and it

20     was more than 10 years ago.

21             THE COURT:  And I don't want you to tell me what your

22     verdict was, but were you able to reach a verdict?

23             PROSPECTIVE JUROR:  The judge ended the case when the

24     prosecution ended their case.

25             THE COURT:  Okay.  And anything about that experience

1     that might make you think you couldn't be a fair juror in this

2     case?

3          PROSPECTIVE JUROR:  No.

4          THE COURT:  25.  Ever been a crime victim, or any

5     family members or friends?

6          PROSPECTIVE JUROR:  Just petty theft, really nothing

7     of significance.

8          THE COURT:  Okay, thank you.

9        Mr. Gibson, Mr. Butler?

10         MR. GIBSON:  Yes, Your Honor.

11       Sir, does your husband work for the Office of the House

12     Employment Counsel?

13         PROSPECTIVE JUROR:  Yes, he does.

14         MR. GIBSON:  Was he working there on January 6?

15         PROSPECTIVE JUROR:  So he was working for them.

16     He was not physically in the office that day.  Nobody was

17     physically in the office that day.

18         MR. GIBSON:  I understand.  Is there anything about

19     your husband's service under the -- I believe that's under the

20     Clerk of the House -- that would impact your ability to serve

21     in this case?

22         PROSPECTIVE JUROR:  So I mean, obviously, the events of

23     the day were of particular note to the two of us, but I do not

24     believe that it would affect my judgment one way or the other.

25         MR. GIBSON:  Thank you, Your Honor.  Nothing further.

1          THE COURT:  Mr. Romano.

2          MR. ROMANO:  Thank you, Your Honor.

3      Looking at your questionnaire, sir, when writing about --

4  talking about January 6 and expressing opinions, you wrote

5  that your opinion is complicated.  And I don't need to have

6  you get into everything that you said to somebody else, but

7  can you just explain what you meant by that?

8          PROSPECTIVE JUROR:  I mean anybody that doesn't have a

9  complicated opinion of the day hasn't really engaged with the

10  complexity of what happened on the day, and it's very hard in

11  the space that was given to talk about it intelligently.

12          MR. ROMANO:  Okay.  That makes sense.  Thank you.

13          THE COURT:  All right.  Thank you, sir.

14          PROSPECTIVE JUROR:  Thank you, everyone, Your Honor.

15      (Juror 0385 steps down.  Juror 1403 steps up.)

16          THE COURT:  Good afternoon.

17          PROSPECTIVE JUROR:  Hi.

18          THE COURT:  You are juror 1403?

19          PROSPECTIVE JUROR:  Yes.

20          THE COURT:  And what questions did you have answers to?

21          PROSPECTIVE JUROR:  About six.  13?

22          THE COURT:  6 and 13?

23          PROSPECTIVE JUROR:  No.  Six questions.  The first

24  one is 13.

25          THE COURT:  Okay.  Give them all to me, and then I'll

1      go over them.

2              PROSPECTIVE JUROR:  13, 14, 15, 16, 20, and 25.

3              THE COURT:  Okay.  13, 14, 15 tend to be closely

4      related.  Are you a lawyer?  Do you have family or friends

5      that have legal training?

6              PROSPECTIVE JUROR:  I was a lawyer with the Department

7      of Justice for 30 years, and my wife's a retired D.C. Superior

8      Court judge.

9              THE COURT:  What is your wife's name?

10             PROSPECTIVE JUROR:  Flynn.  My wife's last name is

11     Dalton.

12             THE COURT:  Okay.  I do know who your wife is.  Okay.

13     And so given what -- what division of the DOJ did you work in?

14             PROSPECTIVE JUROR:  The Environmental Enforcement

15     Section, all Plaintiff civil work.

16             THE COURT:  Ever do any criminal work?

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  And your wife, obviously, as a Superior

19     Court judge, has sat on criminal cases.  Is that correct?

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  Anything about what you do or what your

22     wife -- I mean, would you be able to accept the instructions

23     of law as I give them to you, given your long experience and

24     your wife's experience as a judge?

25             PROSPECTIVE JUROR:  Yes.

1          THE COURT:  And 14 and 15, do those relate to the same,

2     the fact that you're a career attorney and your wife was a judge?

3          PROSPECTIVE JUROR:  Yes.  She also did some criminal

4     defense before she became a judge.

5          THE COURT:  Anything about her previous work doing

6     criminal defense that would affect your ability to be a fair

7     juror in this case?

8          PROSPECTIVE JUROR:  No.

9          THE COURT:  Let's look at 20.  Have you been on a jury

10     before?

11          PROSPECTIVE JUROR:  I was on a civil jury in Brooklyn

12     many, many years ago, and a criminal jury here at this court

13     that didn't go to a verdict.

14          THE COURT:  Anything about that experience that might

15     affect your ability to be a fair and impartial juror here?

16          PROSPECTIVE JUROR:  No.

17          THE COURT:  All right.  And 25.  You or your family or

18     friends been a crime victim?

19          PROSPECTIVE JUROR:  I owned a beach house with another

20     couple, and we had a minor burglary many years ago.

21          THE COURT:  Anything about that experience would affect

22     your ability to be fair in this case?

23          PROSPECTIVE JUROR:  No.

24          THE COURT:  All right.  Mr. Gibson, Mr. Butler?

25          MR. GIBSON:  Sir, you indicated on your questionnaire

1    that you do not have strong feelings about individuals who

2    merely gathered at the Capitol on January 6.

3         PROSPECTIVE JUROR:  Yes.

4         MR. GIBSON:  And you underlined "gathered."  Did you

5    mean to distinguish them from people who entered the Capitol?

6         PROSPECTIVE JUROR:  Yes.

7         MR. GIBSON:  Would you be able to have issues of

8    sitting in judgment of someone who's alleged to have entered

9    the Capitol?

10        PROSPECTIVE JUROR:  Could you rephrase?  I couldn't

11   quite hear that.

12        MR. GIBSON:  I'm sorry.  I'll pull my mask down.

13   Would the distinction between individuals who gathered at the

14   Capitol and individuals who entered the Capitol affect whether

15   you could render a fair and impartial verdict?

16        PROSPECTIVE JUROR:  No.

17        MR. GIBSON:  It would not?  Okay.  You wrote also of

18   your shock and dismay at the events of January 6.  Is that

19   right?

20        PROSPECTIVE JUROR:  Yes.

21        MR. GIBSON:  Those are feelings that you would carry

22   with you in serving as a juror?

23        PROSPECTIVE JUROR:  It's a feeling I have.  I assume

24   they would still be with me.

25        MR. GIBSON:  Okay.

1          THE COURT:  Sir, given those feelings, would you be

2     able to put those feelings aside and judge this defendant

3     based on the evidence only presented in the courtroom?

4          PROSPECTIVE JUROR:  Yes.

5          MR. GIBSON:  Sir, you mentioned your wife's service

6     as a judge.  I'm not getting into specifics, but has any of

7     her judicial service involved matters related to January 6?

8          PROSPECTIVE JUROR:  No.

9          MR. GIBSON:  Okay.  One moment, please, Judge.

10       Nothing further.

11         THE COURT:  Mr. Romano?

12         MR. ROMANO:  Nothing.  Thank you, Your Honor.

13         THE COURT:  All right.  Thank you, sir.

14      (Juror 1403 steps down.)

15         MR. GIBSON:  Your Honor, we would move for cause to

16    strike.

17         THE COURT:  I'm going to deny the motion.  I think this

18    gentleman indicated he has strong feelings, but he indicated

19    also that he would be able to put those aside and judge the

20    evidence.  The fact that his wife is a Superior Court judge,

21    they don't have any January 6 cases there.  I think the most

22    they had were a couple of curfew cases.  And he previously

23    served on a jury, so he's aware of what his obligations are.

24    So I'm going to deny the motion.

25       (Juror 1511 steps up.)

1          THE COURT:  Good afternoon.

2          PROSPECTIVE JUROR:  Hi.

3          THE COURT:  Are you juror 1511?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  And what questions did you have answers to?

6          PROSPECTIVE JUROR:  Number 3.

7          THE COURT:  Just No. 3?

8          PROSPECTIVE JUROR:  Oh, I got No. 3, 14, 19, 21, 24,

9    25, 26.

10          THE COURT:  Okay.  Let's start with 3.  Do you live in

11    the area of Capitol Hill or work in the area of Capitol Hill?

12          PROSPECTIVE JUROR:  I'm just south of the Mall here.

13          THE COURT:  How close were you to the Capitol on the 6th?

14          PROSPECTIVE JUROR:  Well, I was home that day.

15          THE COURT:  Anything about -- obviously, it was a

16    difficult day for people, but anything about where you were

17    that day or your residence cause you to not be able to be fair

18    in this case involving a January 6th defendant?

19          PROSPECTIVE JUROR:  No.  I don't think so.

20          THE COURT:  All right.  14.  You or any family members

21    or friends in law enforcement?

22          PROSPECTIVE JUROR:  Yeah.  My grandfather was a sheriff.

23          THE COURT:  Would your grandfather -- did you ever talk

24    with him about his work?

25          PROSPECTIVE JUROR:  No.  I was six or seven when he died.

1          THE COURT:  Would that affect in any way your ability

2     to be fair in this case?

3          PROSPECTIVE JUROR:  I don't think so.

4          THE COURT:  19.  Grand jury service.

5          PROSPECTIVE JUROR:  Yes, ma'am.

6          THE COURT:  How long ago?

7          PROSPECTIVE JUROR:  I'm not sure.  It would have been

8     more than 10 years ago, because I wasn't in D.C.

9          THE COURT:  Okay.  Somewhere else.  And you understand,

10    obviously, that a grand juror assesses the evidence differently.

11    They determine probable cause, while a juror in a criminal

12    case is proof beyond a reasonable doubt.  Do you understand

13    the difference?

14         PROSPECTIVE JUROR:  Yes.

15         THE COURT:  Okay.  21.  You, family or friends have

16    any unpleasant experiences with law enforcement.

17         PROSPECTIVE JUROR:  Yes, ma'am.

18         THE COURT:  Tell me about that.

19         PROSPECTIVE JUROR:  I was arrested maybe 20 years ago,

20    and it was very unpleasant.  I was beat up.  Did a civil suit

21    against the police.

22         THE COURT:  Was that here in D.C.?

23         PROSPECTIVE JUROR:  No.  Portland.

24         THE COURT:  Portland, Oregon, or Maine?

25         PROSPECTIVE JUROR:  Oregon.

 1          THE COURT:  So, obviously, it was stressful and

 2   upsetting enough that you filed a lawsuit.  Do you think you

 3   could assess the testimony of a police officer as you would

 4   any other witness here, given your experience with the police?

 5          PROSPECTIVE JUROR:  I suppose I could.

 6          THE COURT:  Well, the thing is --

 7          PROSPECTIVE JUROR:  Right.  That's why I answered the

 8   question.

 9          THE COURT:  Tell me your concerns.

10          PROSPECTIVE JUROR:  I'm concerned.  I've seen police

11   officers lie in court before.

12          THE COURT:  Having seen that, with those feelings,

13   do you think you could put that aside and assess them the same

14   way as you would any other witness, or would you start off

15   from a "they may be lying" kind of point of view?

16          PROSPECTIVE JUROR:  I would -- I would try my best.

17   I bet I could do it.

18          THE COURT:  You'd try your best, but you bet you could

19   do it?

20          PROSPECTIVE JUROR:  Yeah.

21          THE COURT:  Well, let me ask you about 24.  That was a

22   question where I asked you, would the fact that a witness is a

23   police officer or law enforcement agent cause you to give

24   their testimony greater or less weight.

25          PROSPECTIVE JUROR:  I'm sorry.  Could you repeat that?

1          THE COURT:  Question 24 was when I asked if the

2     testimony -- if you'd be inclined to give the testimony of a

3     law enforcement officer greater weight or lesser weight simply

4     because they're a law enforcement officer.

5          PROSPECTIVE JUROR:  Yeah.  That's tough.  I don't know.

6     But I remember you saying to err on the side of answering the

7     question?

8          THE COURT:  Yeah.  Yeah, I mean, if you were the

9     government and you were putting on the testimony of law

10    enforcement officers, do you think you should be a juror

11    on this case?

12         PROSPECTIVE JUROR:  Prob -- no.

13         THE COURT:  Any questions, Mr. Butler, Mr. Gibson?

14         MR. GIBSON:  No, Your Honor.

15         THE COURT:  Mr. Romano?

16         MR. ROMANO:  No, Your Honor.

17         THE COURT:  All right.  Thank you, sir.

18    Thanks for your candor.

19         PROSPECTIVE JUROR:  Sure.  Thank you.

20       (Juror 1511 steps down.)

21         THE COURT:  Is there a motion?

22         MR. ROMANO:  Yes.  We move to strike for cause.

23         THE COURT:  Granted.

24       (Juror 1470 steps up.)

25         THE COURT:  Good afternoon.

1           PROSPECTIVE JUROR:  How you doing.

2           THE COURT:  I'm fine, thanks.  How are you?

3           PROSPECTIVE JUROR:  Fine.

4           THE COURT:  Are you Juror No. 1470?

5           PROSPECTIVE JUROR:  Yes.

6           THE COURT:  Okay.  Now, what questions did you have

7     answers to?

8           PROSPECTIVE JUROR:  Just 20.

9           THE COURT:  Just 20?

10          PROSPECTIVE JUROR:  Yes.  I was in a civil case, as a

11    juror.

12          THE COURT:  Okay.  And how long ago?

13          PROSPECTIVE JUROR:  Maybe about three or five years ago.

14          THE COURT:  Do you remember if it was in this court or

15    the court across the street?

16          PROSPECTIVE JUROR:  D.C. court.

17          THE COURT:  Superior Court?

18          PROSPECTIVE JUROR:  Yeah.

19          THE COURT:  Now, were you able to reach a verdict in

20    the case?

21          PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Anything about your participation and your

23    service in that case make you think you couldn't be fair in

24    this case?

25          PROSPECTIVE JUROR:  None.

1          THE COURT:  What do you do for a living, sir?

2          PROSPECTIVE JUROR:  I'm a federal IT project manager.

3          THE COURT:  Okay.

4       Any questions, Mr. Butler, Mr. Gibson?

5          MR. GIBSON:  Yes, Your Honor.

6       Sir, did you indicate that you had some health concerns

7    with serving on the jury?

8          PROSPECTIVE JUROR:  Just I believe it was the first

9    question on the survey.  It was discussing about going for a

10   long period, and I do have an underlying health condition.

11   I just want to kind of point that out.  I'm just not that

12   comfortable, that's all.

13         THE COURT:  When you say you're not comfortable, you

14   mean because of COVID?

15         PROSPECTIVE JUROR:  Yes.

16         THE COURT:  Well, I require everybody to wear a mask

17   in my courtroom, and in the courthouse they require everyone

18   to wear a mask.

19         PROSPECTIVE JUROR:  Okay.  That's fine.

20         THE COURT:  And you'll see in my courtroom we have

21   Plexiglas around from where the witness is to the jurors, and

22   jurors are all wearing masks.

23         PROSPECTIVE JUROR:  Okay, ma'am.

24         THE COURT:  Anything else?

25         MR. GIBSON:  Yes, Your Honor.

1          Sir, you also indicated in your questionnaire that you

2     view the people at the Capitol on January 6 as rioters and

3     nonpeaceful persons who demonstrated offensive and deadly

4     actions?

5               PROSPECTIVE JUROR:  Yes, sir.  That's my opinion.

6               MR. GIBSON:  I understand.  I appreciate you being

7     open with your opinion.  And that's something you would carry

8     with you in serving as a juror?

9               PROSPECTIVE JUROR:  Not if the facts are presented

10    to me.  I would do my best as a juror and just listen to the

11    facts and, you know, listen to what's given to me.  My opinion

12    would not hold against me being a juror.

13              MR. GIBSON:  Okay.  All right.

14              THE COURT:  Mr. Romano?

15              MR. ROMANO:  No questions.  Thank you, Your Honor.

16              THE COURT:  Thank you, sir.

17              PROSPECTIVE JUROR:  Thank you.

18         (Juror 1470 steps down.  Juror 0637 steps up.)

19              THE COURT:  Good afternoon.

20              PROSPECTIVE JUROR:  Hi.

21              THE COURT:  Are you Juror No. 0637?

22              PROSPECTIVE JUROR:  Yes.

23              THE COURT:  All right.  What questions did you have

24    answers to?

25              PROSPECTIVE JUROR:  13, 16, and 25.

THE COURT:  Okay.  13 is you're a lawyer or friends and family ever studied law.

PROSPECTIVE JUROR:  Yes.  I'm a lawyer, and so's my husband.

THE COURT:  What kind of law do you do?

PROSPECTIVE JUROR:  We're both corporate lawyers. I'm a private equity attorney, and he's a litigator.

THE COURT:  If you were selected to serve on the jury, would you be able to set aside whatever you learned about the rules of evidence or criminal law and follow the law as I instruct you?

PROSPECTIVE JUROR:  Yes.  I have not looked at those rules in a long time.

THE COURT:  Number 16.  You or any of your family or close friends worked in the courthouse or in the court system.

PROSPECTIVE JUROR:  Yes.  My husband was a clerk for a federal judge in Virginia.

THE COURT:  Anything about his experience that would cause you to not be able to sit fairly and impartially?

PROSPECTIVE JUROR:  No, nothing like that.

THE COURT:  25.  Crime victim.

PROSPECTIVE JUROR:  Oh, my sister was the victim of an armed robbery about two years ago.

THE COURT:  I'm sorry to hear that.  Was that here in the District?

```
1              PROSPECTIVE JUROR:  Mm-hm.

2              THE COURT:  Were the police called?

3              PROSPECTIVE JUROR:  They were.

4              THE COURT:  How do you feel they handled the matter?

5              PROSPECTIVE JUROR:  Fine.  I mean, they never found the

6       people, but she was fine.  They took her cell phone and her

7       wallet.

8              THE COURT:  Do you think, given what happened to your

9       sister, that you'd be able to be a fair juror in a criminal

10      case?

11             PROSPECTIVE JUROR:  Yes, I do.

12             THE COURT:  Okay.  Mr. Gibson, Mr. Butler?

13             MR. GIBSON:  No questions.  Thank you, Your Honor.

14             THE COURT:  Mr. Romano?

15             PROSPECTIVE JUROR:  None.  Thank you, Your Honor.

16             THE COURT:  Thank you.

17             PROSPECTIVE JUROR:  Thank you.

18        (Juror 0637 steps down.  Juror 1513 steps up.)

19             THE COURT:  Good afternoon.

20             PROSPECTIVE JUROR:  Good afternoon, Your Honor.

21             THE COURT:  Are you Juror No. 1513?

22             PROSPECTIVE JUROR:  I am.

23             THE COURT:  Which questions did you have answers to?

24             PROSPECTIVE JUROR:  25 and 26.

25             THE COURT:  Okay.  Have you been a crime victim, or
```

any family or close friends?

PROSPECTIVE JUROR:  My grandmother and mother.

THE COURT:  How long ago?

PROSPECTIVE JUROR:  About a year ago.

THE COURT:  In the District?

PROSPECTIVE JUROR:  No, in Kentucky.

THE COURT:  What was the nature of the offense?

PROSPECTIVE JUROR:  Someone broke into their home and squatted for a couple of days, and my mother walked in. No harm to property or person, but a crime nonetheless.

THE COURT:  Anything about what happened to them cause you to not be able to be fair in a criminal case?

PROSPECTIVE JUROR:  No, Your Honor.

THE COURT:  Okay.  26.  Anybody in your family, close friends' family been arrested for or charged with or convicted of a crime?

PROSPECTIVE JUROR:  Yes.  My father was arrested for a DUI.

THE COURT:  How long ago?

PROSPECTIVE JUROR:  Probably seven or eight years.

THE COURT:  Anything about that case against him that might cause you to not be fair in a criminal case here?

PROSPECTIVE JUROR:  No, Your Honor.

THE COURT:  All right.  What do you do for a living, sir?

PROSPECTIVE JUROR:  I'm an economist.

1           THE COURT:  Okay.  Mr. Romano, any questions?

2           MR. ROMANO:  No, Your Honor.

3           THE COURT:  Mr. Butler, Mr. Gibson?

4           MR. GIBSON:  No, Your Honor.  Thank you.

5           THE COURT:  Okay.  Thank you.

6           PROSPECTIVE JUROR:  Thank you.

7        (Juror 1513 steps down.  Juror 1702 steps up.)

8           THE COURT:  Good afternoon.

9           PROSPECTIVE JUROR:  Hi.

10          THE COURT:  Are you Juror No. 1702?

11          PROSPECTIVE JUROR:  Yep, that's me.

12          THE COURT:  And what questions did you have answers to?

13          PROSPECTIVE JUROR:  Number 3, 25, and 26.

14          THE COURT:  Okay.  Do you live on the Hill or work on

15   the Hill?

16          PROSPECTIVE JUROR:  No.  I might have said yes to this

17   incorrectly.  I live a mile away.

18          THE COURT:  Okay.  I'd rather you be overinclusive.

19   Anything about the fact that you live a mile away cause you

20   not to be able to be fair to a defendant charged with a

21   January 6th involvement?

22          PROSPECTIVE JUROR:  Nope.

23          THE COURT:  And 25, crime victim.  Was that you or

24   somebody close to you?

25          PROSPECTIVE JUROR:  Someone close to me.

1            THE COURT:  And how long ago?

2            PROSPECTIVE JUROR:  Four years?  Three years?

3            THE COURT:  What kind of crime was it?

4            PROSPECTIVE JUROR:  A mugging.

5            THE COURT:  And anything about the fact that -- you

6     know, you or someone close to you is mugged, could you be fair

7     in a criminal case?

8            PROSPECTIVE JUROR:  Yes.

9            THE COURT:  All right.  Anyone close to you or family

10    members been arrested of or convicted of a crime?

11           PROSPECTIVE JUROR:  Yeah.  That was me.

12           THE COURT:  How long ago?

13           PROSPECTIVE JUROR:  Two years.

14           THE COURT:  What sort of offense was it?

15           PROSPECTIVE JUROR:  It was dismissed, so I don't know

16    if this counts.  But a misdemeanor, destruction of property.

17           THE COURT:  Okay.  And were the police involved?

18           PROSPECTIVE JUROR:  Mm-hm.

19           THE COURT:  You have to say "yes" for the court reporter.

20           PROSPECTIVE JUROR:  Yes.

21           THE COURT:  Given that it was two years ago, not

22    that long ago, do you think you could be fair to somebody

23    else charged with a crime, or do you have strong feelings

24    about what happened to you that might affect your ability

25    to be fair and impartial?

1            PROSPECTIVE JUROR:  No strong feelings here.  Yeah,

2     it was dismissed, so I feel like those feelings are long gone.

3            THE COURT:  Okay.  All right.  Thank you.

4        Mr. Gibson, Mr. Butler?

5            MR. GIBSON:  No.  Thank you, Your Honor.

6            THE COURT:  Mr. Romano?

7            MR. ROMANO:  Nothing, Your Honor.  Thank you.

8            THE COURT:  Thank you.

9            PROSPECTIVE JUROR:  Thank you.

10        (Juror 1702 steps down.  Juror 0870 steps up.)

11            THE COURT:  Good afternoon.

12            PROSPECTIVE JUROR:  Good afternoon.

13            THE COURT:  Are you Juror No. 0870?

14            PROSPECTIVE JUROR:  Yes.

15            THE COURT:  And what questions did you have answers to?

16            PROSPECTIVE JUROR:  3, 9, 19, 20, and 21.

17            THE COURT:  Did you say 3, 9, 19?

18            PROSPECTIVE JUROR:  Yes.

19            THE COURT:  20 and 21.

20            PROSPECTIVE JUROR:  Yes.

21            THE COURT:  3.  Do you live or work in the area of

22     the Hill?

23            PROSPECTIVE JUROR:  I don't, but my brother-in-law did.

24            THE COURT:  And was your brother-in-law home around the

25     Hill on January 6?

1          PROSPECTIVE JUROR:  No.  No.  This was years ago.

2          THE COURT:  Okay.  Is there anything about that fact

3     that might lead you to not be a fair juror in this case?

4          PROSPECTIVE JUROR:  No.

5          THE COURT:  9 is do you think you know somebody else

6     on the jury panel.

7          PROSPECTIVE JUROR:  I think there's an acquaintance,

8     maybe a parent.

9          THE COURT:  From school?

10         PROSPECTIVE JUROR:  Yes.

11         THE COURT:  Okay.  Yeah, we heard that.  The reason I

12    ask is, say the two of you are on the jury together.  Do you

13    think you'd have any trouble disagreeing?

14         PROSPECTIVE JUROR:  No.  No.

15         THE COURT:  19.  Grand jury service.

16         PROSPECTIVE JUROR:  Yes.

17         THE COURT:  When?

18         PROSPECTIVE JUROR:  Roughly, two years ago.

19         THE COURT:  And do you understand the difference

20    between what the grand jury does, just finding probable cause,

21    and a jury here, which would be to determine whether it's

22    proof beyond a reasonable doubt?

23         PROSPECTIVE JUROR:  Yes.

24         THE COURT:  Okay.  Anything about your grand jury

25    service that might affect your ability to be fair in a trial

1    here?

2              PROSPECTIVE JUROR:  No.

3              THE COURT:  Okay.  And 20 is previous jury service.

4              PROSPECTIVE JUROR:  Yes.

5              THE COURT:  When?

6              PROSPECTIVE JUROR:  That would be roughly four years

7    ago, maybe five.

8              THE COURT:  Criminal or civil case?

9              PROSPECTIVE JUROR:  It was a criminal.

10             THE COURT:  In this court or Superior Court across the

11   street?

12             PROSPECTIVE JUROR:  Across the street.

13             THE COURT:  I don't want to know what your verdict was,

14   but were you able to reach a verdict?

15             PROSPECTIVE JUROR:  I should know.  I'm going to say

16   no.  I think it was no.

17             THE COURT:  You mean it was a hung jury?

18             PROSPECTIVE JUROR:  Correct.

19             THE COURT:  Anything about that case make you think

20   that you couldn't be a fair juror in this case?

21             PROSPECTIVE JUROR:  No.  No.

22             THE COURT:  And 21.  You, family or close friends ever

23   had an unpleasant experience with the police?

24             PROSPECTIVE JUROR:  Yes.

25             THE COURT:  Tell me about it.

1        PROSPECTIVE JUROR:  I mean, a long time ago.  The main

2    thing related to a traffic incident, just was stopped, was

3    followed and then stopped.  That's me.  Made an infraction,

4    decided I had to go to court.  Did have evidence.  It was

5    essentially tossed.

6        THE COURT:  Okay.  So the reason I ask is, do you think

7    you could assess a police officer's testimony, given what

8    happened to you, as you would any other witness?

9        PROSPECTIVE JUROR:  Yes.

10        THE COURT:  Any questions, Mr. Romano?

11        MR. ROMANO:  No, Your Honor.

12        THE COURT:  Mr. Gibson, Mr. Butler?

13        MR. GIBSON:  No.  Thank you, Your Honor.

14        THE COURT:  All right.  Thank you, sir.

15        PROSPECTIVE JUROR:  Thank you.

16      (Juror 0870 steps down.  Juror 1998 steps up.)

17        THE COURT:  Good afternoon.

18        PROSPECTIVE JUROR:  Hi.  How are you?

19        THE COURT:  I'm fine.  How are you?

20        PROSPECTIVE JUROR:  I'm great.

21        THE COURT:  Good.  Are you Juror No. 1998?

22        PROSPECTIVE JUROR:  Yes, ma'am.

23        THE COURT:  And what questions did you have answers to?

24        PROSPECTIVE JUROR:  3, 13, 14, 20, 25, and 26.

25        THE COURT:  Okay.  3.  Do you live or work in the

1    Capitol Hill area?

2         PROSPECTIVE JUROR:  I live -- well, it's not quite

3    around.  It's like Fort Dupont Park, right over the bridge.

4         THE COURT:  Okay.  Anything about the fact of where you

5    live give you any trouble or make you feel that you couldn't

6    be a fair juror in this case?

7         PROSPECTIVE JUROR:  No.

8         THE COURT:  Okay.  Question 9.  I'm sorry.  13, not 9.

9    13.  You, family members have any legal training?

10        PROSPECTIVE JUROR:  I have -- my nephew's godmother

11   is a judge, so I didn't know whether that qualified or not.

12        THE COURT:  I hope it does.

13        PROSPECTIVE JUROR:  Okay.

14        THE COURT:  A judge where?  Here in D.C.?

15        PROSPECTIVE JUROR:  In Baltimore.

16        THE COURT:  Do you ever talk to her about her work?

17        PROSPECTIVE JUROR:  No, not really.

18        THE COURT:  Anything about that fact would affect your

19   ability to be a fair juror in this case?

20        PROSPECTIVE JUROR:  No.

21        THE COURT:  14.  Anybody in your family, you or close

22   friends ever worked in law enforcement?

23        PROSPECTIVE JUROR:  My brother used to be a D.C. police

24   officer.  He's retired now.

25        THE COURT:  Okay.  Given your brother's work, do you

1      think you could be fair in this case?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  Well, what if a police officer testified,

4      and I told you you have to evaluate their testimony as you

5      would any other witness?  Would you be able to do that, or

6      would you be more inclined to believe them because they were a

7      police officer?

8              PROSPECTIVE JUROR:  No.  I would treat him as any other

9      citizen.

10             THE COURT:  All right.  20.  You've been on a jury before?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Criminal or civil?

13             PROSPECTIVE JUROR:  Criminal.

14             THE COURT:  How long ago?

15             PROSPECTIVE JUROR:  Okay.  I was retired in 2015.

16     Probably about eight, nine years ago.

17             THE COURT:  And were you able to reach a verdict?

18     Don't tell me what the verdict was.

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  Anything about you being on that jury,

21     your jury service on that trial, cause you not to be a fair

22     juror in this case?

23             PROSPECTIVE JUROR:  No, not at all.

24             THE COURT:  29.  You, family member been a crime victim?

25             PROSPECTIVE JUROR:  Yes.

1          THE COURT:  What happened?

2          PROSPECTIVE JUROR:  Probably about 15, 20, maybe 25

3    years ago, my car was stolen.  That was it.

4          THE COURT:  And 26 is you or any family member been

5    charged or convicted of a crime?

6          PROSPECTIVE JUROR:  Yes.  My stepson is currently

7    incarcerated in -- I think it's Hagerstown.

8          THE COURT:  Okay.  So your stepson is incarcerated,

9    and you had -- I think you said you were a crime victim a few

10   years ago.  Anything about those two things might make you not

11   be an impartial juror in a criminal case?

12         PROSPECTIVE JUROR:  No, not at all.

13         THE COURT:  Okay.  Mr. Butler, Mr. Gibson?

14         MR. GIBSON:  Ma'am, you indicated on your questionnaire

15   that, in watching the January 6 events, you felt that our

16   democracy is at stake?

17         PROSPECTIVE JUROR:  Yes, sir.

18         MR. GIBSON:  And you also wrote that you believe former

19   President Trump is evil?

20         PROSPECTIVE JUROR:  Well, maybe not evil.  He's to

21   me -- in my opinion, he is a liar.  He doesn't tell the truth.

22   He's not for our country; he's just for himself, in my

23   opinion.

24         MR. GIBSON:  And I understand.  Would you have trouble

25   serving as a juror in a case involving a defendant who holds

1    very different views of former President Trump?

2              PROSPECTIVE JUROR:  Could you repeat that?

3              MR. GIBSON:  Sure.  I understand your views, and you're

4    certainly entitled to them, ma'am, but if the defendant in

5    this case held very different views about the former president

6    and did not believe any of those things you just said and

7    actively supported him, would you have issues being fair and

8    impartial?

9              PROSPECTIVE JUROR:  No, because everyone has the right

10   to their own opinion.

11             MR. GIBSON:  Okay.  And you did indicate on your survey

12   that you would have trouble being fair and impartial regarding

13   the events of January 6 -- about people gathered at the

14   Capitol, I should say.  Isn't that right?

15             PROSPECTIVE JUROR:  Would I be fair and impartial?

16             MR. GIBSON:  Yes, ma'am.

17             PROSPECTIVE JUROR:  I mean, I would try to be fair.

18             THE COURT:  Let me ask you, ma'am -- I'm going to

19   interrupt for a minute.  You obviously have strong feelings

20   about what happened on January 6, and, as Mr. Gibson says,

21   you're entitled to those feelings.  Could you put those

22   feelings aside and judge this defendant based on the evidence

23   only that you heard in the courtroom?

24             PROSPECTIVE JUROR:  Yes, ma'am.

25             THE COURT:  Are you going to start -- in other words,

1       does he start already -- are you willing to presume him to be

2       innocent and let the government prove their case?

3                PROSPECTIVE JUROR:  Yes.  Everybody's innocent until

4       proven guilty.

5                THE COURT:  Do you think, because he was at the Capitol

6       that day or he's a supporter of President Trump, that you

7       would be more inclined to find him guilty or less inclined;

8       you would have a harder time being impartial?

9                PROSPECTIVE JUROR:  Kind of, yes.  I would have to

10      honestly say yes.

11               THE COURT:  Okay.  All right.

12          Mr. Romano?

13               MR. ROMANO:  Ma'am, do you think that, even though you

14      have strong feelings about the former president, that you would

15      be able to nonetheless just evaluate what this defendant did

16      without regard to what the former president said or what the

17      former president did, just focusing on the evidence about this

18      defendant?

19               PROSPECTIVE JUROR:  Yes, sir.

20               MR. ROMANO:  No further questions.

21          Thank you, Your Honor.

22               THE COURT:  All right.  Let me ask you a couple more

23      questions, because here's the thing, ma'am:  You've been on

24      a jury.  You seem to understand the difference between having

25      an opinion and evidence.

1      PROSPECTIVE JUROR:  Yes, ma'am.

2           THE COURT:  Do you think you're the right -- would the

3      feelings that you have, do you think you're the right juror

4      for a case like this?  Do you think you can be objective?

5      And I want you to be honest.

6           PROSPECTIVE JUROR:  Okay.  Let me think about it,

7      really think about this.

8        Yes.  Yeah.

9           THE COURT:  Why?  Why do you think so?

10          PROSPECTIVE JUROR:  Because just because he may have

11     been there, I mean, I could have been there just looking at

12     the incident.  That don't mean that he did anything.  I have

13     to see the evidence.

14          THE COURT:  Okay.  Thank you, ma'am.

15          MR. GIBSON:  Your Honor, one quick thing, please:

16       Ma'am, you also indicated that -- and I think you wrote in

17     all caps that you absolutely do not feel comfortable at all

18     being in the courtroom for long periods of time in light of

19     COVID-19.  Is that something that continues to give you pause?

20          PROSPECTIVE JUROR:  Yes, because I really don't feel

21     comfortable being in this courtroom, even though everybody's

22     masked up.

23          THE COURT:  Well, let me tell you how it's going to be.

24     Everybody's going to be masked in my courtroom and has to keep

25     their mask on all the time.  Everybody in the courthouse has

1    to keep their mask on.  And we have some Plexiglas around,

2    like around the witnesses and around the judge's table.

3        So we follow -- and you're not going to sit in a jury room.

4    You're going to sit in another big courtroom when you're

5    deliberating, so you're going to be in a room where there's

6    better airflow.  We take a lot of COVID protocols.

7            PROSPECTIVE JUROR:  Okay.

8            THE COURT:  Would you feel comfortable under those

9    conditions?

10           PROSPECTIVE JUROR:  Yes, ma'am.

11           THE COURT:  Okay.  Thank you.

12       (Juror 1998 steps down.)

13           MR. GIBSON:  Your Honor, we'll make a motion for cause.

14           THE COURT:  I'm going to deny it.  I really pressed

15   this juror.  I think she was trying her very hardest to be

16   candid, and I actually -- her last answer, before the COVID

17   answer, I think really dispelled my concern, which she said

18   if you're just there, she said I could have been there just

19   looking.  So I think that she's really willing to put aside

20   her opinions and listen to the evidence.  I'm going to deny

21   the motion.

22       (Juror 1855 steps up.)

23           THE COURT:  Good afternoon.

24           PROSPECTIVE JUROR:  Good afternoon, Your Honor.

25           THE COURT:  Are you juror 1855?

1      PROSPECTIVE JUROR:  Yes.

2      THE COURT:  And what questions did you have answers to?

3      PROSPECTIVE JUROR:  3, 4, 5, 13, 14, 15, 16, and 25.

4      THE COURT:  3, 4, 5, 13, 14, 15, 16, and 25.

5      PROSPECTIVE JUROR:  Correct.

6      THE COURT:  With regards to question 3, do you live

7  on or near or around Capitol Hill?

8      PROSPECTIVE JUROR:  I live about a mile from the

9  Capitol.  I wasn't really sure about what counts as nearby.

10     THE COURT:  That's fine.  Anything about where you

11  live make you unable to be fair and impartial in this case

12  or would affect your ability to be fair and impartial?

13     PROSPECTIVE JUROR:  No.  I don't think so.

14     THE COURT:  And 4.  Do you think you might know any

15  of the prosecutors or their staff?

16     PROSPECTIVE JUROR:  I'm an AUSA in the D.C. U.S.

17  Attorney's Office.  I think I've actually only met Mr. Romano

18  once, but I did want to include that.

19     THE COURT:  Well, we're going to come to that anyway,

20  because that affects your answers.  All right.  So you're in

21  the U.S. Attorney's Office in D.C.  What division?

22     PROSPECTIVE JUROR:  It's Criminal Division, violence

23  and drug trafficking offenses.  It's mostly guns and drugs.

24     THE COURT:  Haven't seen you yet.

25     PROSPECTIVE JUROR:  I just joined in July.

1          THE COURT:  Are you working on any January 6 cases?

2          PROSPECTIVE JUROR:  No.

3          THE COURT:  And so is that why you answered questions

4     14 through 16?

5          PROSPECTIVE JUROR:  Yes.

6          THE COURT:  So these are your colleagues here.

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  And your other colleagues in the office

9     are all busy prosecuting some of these cases.  I'm sure you've

10    heard about them.  Do you think you can be a fair juror given

11    what you do?

12         PROSPECTIVE JUROR:  I think I can be a fair juror.

13    I don't know anything about the January 6 cases, but obviously

14    I work in the U.S. Attorney's Office.

15         THE COURT:  Will you be able to put aside whatever you

16    know about the rules of evidence and criminal law generally

17    and follow my instructions as I give them to you, even if they

18    don't necessarily comport with your understanding of what the

19    law is?

20         PROSPECTIVE JUROR:  Yes.  I think I can.

21         THE COURT:  25.  Ever been a crime victim, or family

22    or close friends?

23         PROSPECTIVE JUROR:  This would be for family or close

24    friends.

25         THE COURT:  What happened?

1          PROSPECTIVE JUROR:  Close friend, rape survivor in

2      college.

3          THE COURT:  Anything about that friend's experience

4      that would cause you not to be able to sit as an impartial

5      juror in a criminal case?

6          PROSPECTIVE JUROR:  No.  I don't think so.

7          THE COURT:  All right.  Mr. Gibson and Mr. Butler?

8          MR. GIBSON:  Yes, Your Honor.  One second, please.

9          THE COURT:  Mr. Romano, do you have any questions?

10          MR. ROMANO:  No questions, Your Honor.  Thank you.

11          MR. GIBSON:  Ma'am, you indicated on your questionnaire,

12      in some ways you consider yourself as a victim of the events

13      of January 6.  Is that correct?

14          PROSPECTIVE JUROR:  Yep.  That's correct.

15          MR. GIBSON:  And you've already noted that you work

16      with the prosecutors in the U.S. Attorney's Office here in

17      Washington.

18          PROSPECTIVE JUROR:  That's correct.

19          MR. GIBSON:  And you wrote that, although you'd like

20      to think you can be impartial, you do think it would be

21      difficult.  Is that right?

22          PROSPECTIVE JUROR:  I think I can be impartial.

23          MR. GIBSON:  But it would be difficult.

24          PROSPECTIVE JUROR:  Yes.  I think I can be impartial,

25      though.

1          MR. GIBSON:  Okay.  And you want your colleagues to

2     do well, of course.

3          PROSPECTIVE JUROR:  Of course.

4          MR. GIBSON:  And -- one second, please, Your Honor.

5       A former coworker of yours is an attorney on the Select

6     Committee investigating January 6.  Isn't that right?

7          PROSPECTIVE JUROR:  That's correct.

8          MR. GIBSON:  Have you discussed his or her work

9     with him or her?

10          PROSPECTIVE JUROR:  Nothing that wouldn't have been

11     public, nothing confidential, but we have discussed some

12     of the public reporting about the committee, yes.

13          MR. GIBSON:  And discussed the committee's work

14     that's public record?

15          PROSPECTIVE JUROR:  Yes.  That's correct.

16          MR. GIBSON:  And you did say you're in the Criminal

17     Division?  I apologize for missing that.  Is that right?

18          PROSPECTIVE JUROR:  No, that's correct.

19          THE COURT:  But this is a guns-and-drugs division.

20          MR. GIBSON:  I understand.  Thank you, Your Honor.

21       You wrote that, although you're not in the same division,

22     ma'am, you did indicate that you're aware of the government's

23     efforts to prosecute individuals here and their filings in

24     those cases?

25          PROSPECTIVE JUROR:  That's correct.

1          MR. GIBSON:  You're aware of some of the outcomes

2     of the cases?

3          PROSPECTIVE JUROR:  That's correct.

4          MR. GIBSON:  And circling back to your friend on the

5     Select Committee, have you discussed your opinions of January

6     6 with this person or vice versa?

7          PROSPECTIVE JUROR:  Yes.

8          MR. GIBSON:  Okay.  Nothing further.

9          THE COURT:  Thank you, ma'am.

10         PROSPECTIVE JUROR:  Thank you.

11       (Juror 1855 steps down.)

12         THE COURT:  Mr. Gibson, I'm going to caution you

13    again, and this is the last time.  Some judges don't allow

14    much follow-up at all, and I do.  I'm going to ask you not to

15    lead or cross-examine the jurors.

16       You know, you can ask some open-ended questions, but to

17    say "and you would carry those feelings around with you; isn't

18    that right," you know, you can ask them "would you."  But I

19    don't like the leading, and if it continues, I'm not going to

20    allow much follow-up.  Is there a motion?

21         MR. GIBSON:  There is a motion, Your Honor.

22         THE COURT:  Again, I think this is a close one.

23    You asked this juror a couple times whether she would have those

24    strong feelings and whether she could put them aside, and she

25    said it would be difficult but she thinks she could, or words

1    to that effect.  She doesn't work on these cases.  It doesn't

2    appear that her knowledge or information is any more than what

3    the average D.C. person gets from watching the news or watching

4    TV or reading the paper.  So, Mr. Romano?

5         MR. ROMANO:  Just for the sake of the record, Your

6    Honor, I want to add that although she indicated she might

7    have seen me or talked with me at some point, I don't

8    recognize her name or her face.  I don't have any recollection

9    of ever interacting with her before.

10        THE COURT:  And she's never appeared in front of me.

11   I didn't know she was a prosecutor.  I'm going to deny the

12   motion.  I think this juror is well aware of what her

13   obligations are, and, to the extent that she's a prosecutor,

14   I think that she could be stricken -- you could use a

15   peremptory strike.  But I don't think there's enough in

16   anything in here --

17        MR. BUTLER:  Your Honor?  This is Kevin Butler.

18        THE COURT:  Yes, Mr. Butler.

19        MR. BUTLER:  I understand the basis of the --

20        THE COURT:  You know, Mr. Butler, I have a one-lawyer-

21   talk rule.  At least for once, I'm going to waive it.  You can

22   go ahead.

23        MR. BUTLER:  Just this one time.

24        THE COURT:  Okay.

25        MR. BUTLER:  Thank you, Your Honor.  Completely

1   understand the ruling based on what was said there's also

2   the issue of what I would call the appearance of impropriety.

3   I'm not saying that -- everything the Court said is -- we

4   understand, but the fact of the matter is if she remained on

5   the jury, the fact that she works with one of the prosecutors,

6   even though remotely, just creates that appearance.  I just

7   want to put that on the record as well.

8        THE COURT:  All right.  Thank you.  We've had judges

9   on juries, not just me.  We've had Mr. Bradley here on a jury.

10  I understand that.  And I think, like I said, it's a closer

11  call, but I pressed her quite a bit on whether she could be

12  fair, and I think you did as well.  If they knew each other

13  or worked in the same division, I would be inclined to grant

14  your motion.  So the motion is denied.

15     (Juror 0121 steps up.)

16        THE COURT:  Good afternoon.

17        PROSPECTIVE JUROR:  Good afternoon.

18        THE COURT:  Are you Juror No. 0121?

19        PROSPECTIVE JUROR:  Yes, ma'am.

20        THE COURT:  What questions did you have answers to?

21        PROSPECTIVE JUROR:  13, 14, 15, 22, 28, 32.

22        THE COURT:  13, 14, 15, 22, 28, 32.

23     Let's start with 32.  That's a travel question.

24        PROSPECTIVE JUROR:  Yes, ma'am.  Next Wednesday I'm

25  going on a recruiting trip to the University of Phoenix out

1          north of Phoenix, Arizona.  It's just a two-day recruiting trip.

2                   THE COURT:  Could it be postponed?

3                   PROSPECTIVE JUROR:  If necessary, yes, ma'am.  Well,

4          not for me, but somebody else is going also.

5                   THE COURT:  Is this something that might -- would not

6          going jeopardize your career in any way?

7                   PROSPECTIVE JUROR:  No, ma'am.

8                   THE COURT:  Okay.  Thank you for letting me know that.

9          Are you a lawyer?  13, 14, 15.

10                  PROSPECTIVE JUROR:  Yes.  I am a barred attorney

11         in New York and New Jersey.  I'm not practicing, though.

12                  THE COURT:  Would you be able to put aside whatever you

13         learned as a lawyer, or from practicing, about criminal law or

14         criminal procedure or the rules of evidence and follow the law

15         as I instruct you?

16                  PROSPECTIVE JUROR:  Yes, ma'am.

17                  THE COURT:  And law enforcement or criminal defense work.

18                  PROSPECTIVE JUROR:  Yes, ma'am.  I work in the Bureau

19         for security leadership.  I'm surrounded by federal agents on

20         a daily basis.  I work with regional security officers

21         overseas at all of our embassies, and I travel a lot and help

22         protect them.

23                  THE COURT:  So missing the Phoenix trip wouldn't be

24         a big loss for you.

25                  PROSPECTIVE JUROR:  That's irrelevant.  Yes, ma'am.

1          THE COURT:  Now, you're going to hear testimony from

2     law enforcement officers.  Can you give them the same weight

3     you would give any witness, given your work?

4          PROSPECTIVE JUROR:  Yes, ma'am.  I can be impartial.

5          THE COURT:  Now, what's your answer with regard to the

6     defense work?

7          PROSPECTIVE JUROR:  Oh.  I worked as a intern two years

8     prior to law school, as a summer intern at a law firm.  It was

9     a small firm in North Jersey.

10          THE COURT:  Anything about that experience cause you

11     not to be a fair and impartial juror in this case?

12          PROSPECTIVE JUROR:  No, ma'am.  And I should apologize.

13     On my questionnaire I put something about defense counsel

14     being like clowns for some of the January 6 -- I meant the

15     ones that are actually potentially complicit, not public

16     defenders.

17          THE COURT:  We have attorneys from the federal defender

18     system here.

19          PROSPECTIVE JUROR:  Yes.  Much different situation.

20          THE COURT:  Well, let me probe that a little bit.

21     Every defendant is entitled to --

22          PROSPECTIVE JUROR:  Absolutely.

23          THE COURT:  -- counsel.  Do you think you'd be inclined

24     to view their presentation with skepticism because they're

25     defense lawyers?

1          PROSPECTIVE JUROR:  No, ma'am.

2          THE COURT:  22.  Again, have you formed any special

3    opinions regarding defense attorneys, prosecutors, or accused

4    people that might affect your ability in deciding this case?

5          PROSPECTIVE JUROR:  Yes, ma'am.  Maybe not the present

6    company, but I was personally affected by January 6.  I have a

7    friend who's a member of Congress, a couple journalists that were

8    affected, and a number of friends who are staffers on the Hill.

9      It was a traumatic day for all of us here, not to mention

10   that I live in Dupont Circle and many of the people who

11   traveled here stuck out like sore thumbs surrounding me, very

12   aggressive, very loud, and I was driven home by an armed agent

13   that day in the middle of a workday.

14         THE COURT:  All right.  And I appreciate you telling

15   us this, because you're being considered to sit on a jury for

16   someone who's charged with participating.

17         PROSPECTIVE JUROR:  Yes, ma'am.

18         THE COURT:  Now, obviously, they're presumed innocent,

19   and I assume you can follow that presumption.

20         PROSPECTIVE JUROR:  Yes, ma'am.

21         THE COURT:  But given your feelings, and I want you

22   to express your feelings, can you -- do you think you're the

23   right juror for this case?

24         PROSPECTIVE JUROR:  I do not.

25         THE COURT:  Okay.

```
1              PROSPECTIVE JUROR:  I think one side would like me;
2         the other would not.
3              THE COURT:  All right.  You know what?  I appreciate
4         your candor.
5              PROSPECTIVE JUROR:  Yes, ma'am.
6              THE COURT:  Thank you.
7              PROSPECTIVE JUROR:  Thank you.
8          (Juror 0121 steps down.)
9              THE COURT:  Counsel?
10             MR. GIBSON:  Motion to strike for cause, Your Honor.
11             THE COURT:  Mr. Romano?
12             MR. ROMANO:  No objection.
13             THE COURT:  Granted.
14         (Juror 1710 steps up.)
15             THE COURT:  Good afternoon.
16             PROSPECTIVE JUROR:  Hello.
17             THE COURT:  Are you Juror No. 1710?
18             PROSPECTIVE JUROR:  Yes.
19             THE COURT:  And what questions did you have answers to?
20             PROSPECTIVE JUROR:  13 and 14.
21             THE COURT:  Okay.  13.  Are you a lawyer, or you have a
22        close friend or family member who's a lawyer?
23             PROSPECTIVE JUROR:  Just my uncle is a lawyer.
24             THE COURT:  Where?
25             PROSPECTIVE JUROR:  In Rhode Island.
```

1          THE COURT:  And do you know what type of law he does?

2          PROSPECTIVE JUROR:  Labor law.

3          THE COURT:  Anything about his work or your

4     relationship with him that might cause you to not be a fair

5     juror in this case?

6          PROSPECTIVE JUROR:  No.

7          THE COURT:  14.  Family, friends, close friends,

8     household members in law enforcement?

9          PROSPECTIVE JUROR:  Just another uncle was in the FBI.

10         THE COURT:  Okay.  How long ago?

11         PROSPECTIVE JUROR:  He retired probably like 10 years

12    ago.

13         THE COURT:  Anything about the fact that he was an FBI

14    agent that would make you less than impartial in a criminal

15    case?

16         PROSPECTIVE JUROR:  No.

17         THE COURT:  What do you do for a living, ma'am?

18         PROSPECTIVE JUROR:  I'm a teacher.

19         THE COURT:  Mr. Gibson?

20         MR. GIBSON:  No questions, Your Honor.  Thank you.

21         THE COURT:  Mr. Romano?

22         MR. ROMANO:  No, Your Honor.  Thank you.

23         THE COURT:  All right.  Thank you.

24       (Juror 1710 steps down.  Juror 0950 steps up.)

25         THE COURT:  Good afternoon.  Are you Juror No. 0950?

1          PROSPECTIVE JUROR:  Yes.  That's correct.

2          THE COURT:  And what questions did you have answers to?

3          PROSPECTIVE JUROR:  I'm sorry?

4          THE COURT:  What questions did you have answers to?

5          PROSPECTIVE JUROR:  Can you repeat question 3?

6          THE COURT:  Question 3 is, do you live or work near the

7   United States Capitol in Washington, D.C., or do you have any

8   special familiarity with that area?

9          PROSPECTIVE JUROR:  Oh, no.

10         THE COURT:  So which other questions do you have

11  answers to?

12         PROSPECTIVE JUROR:  I believe there was question 20,

13  where it asked if I served as a juror before?

14         THE COURT:  Yes.  Have you been a juror before?

15         PROSPECTIVE JUROR:  Yes.  I think it was criminal,

16  but I don't remember the full details on that one.

17         THE COURT:  How long ago?

18         PROSPECTIVE JUROR:  It was a long time ago.

19         THE COURT:  Was it here in D.C.?

20         PROSPECTIVE JUROR:  Yes.

21         THE COURT:  And I don't want to ask you what

22  the verdict was.  Were you able to reach a verdict?

23         PROSPECTIVE JUROR:  No.  It was a hung trial.

24         THE COURT:  Anything about that experience make you

25  think that you couldn't be a fair and impartial juror in this

1    case?

2         PROSPECTIVE JUROR:  Just I don't feel like I'm in a

3    position to make a decision on someone's outcome of their life,

4    like if they're going to be in jail for the rest of their life

5    or being be in jail for -- you know, I just don't feel

6    comfortable making that decision.

7         THE COURT:  Well, this is a criminal case.  You know,

8    it concerns activities on January 6.  You would not be asked

9    to sentence the person if they were convicted.  You wouldn't

10   be asked to punish the person.  That would be my job.

11     You would simply be asked to determine whether the

12   government had proved beyond a reasonable doubt whether the

13   person was guilty.  Do you think you'd be able to -- if the

14   government proved their case beyond a reasonable doubt, do

15   you think you'd be able to vote guilty?

16        PROSPECTIVE JUROR:  Well, I just feel like, in this

17   situation, I have strong feelings against the group that he

18   partook of, because I have this strong view of individuals

19   who took part in the riot, and I just feel like they racist

20   criminals and violent.

21        THE COURT:  Would you be able to set aside the feelings

22   about the group and focus on this one person and what the

23   evidence is against him?

24        PROSPECTIVE JUROR:  I can't, no, because I just have

25   strong feelings about individuals that partook in the riots.

```
1            I just feel like they're all criminals and just racist.

2                 THE COURT:  Okay.  Thank you, ma'am.

3                 PROSPECTIVE JUROR:  Thank you.

4           (Juror 0950 steps down.)

5                 THE COURT:  Is there a motion?

6                 MR. GIBSON:  Yes, Your Honor, for cause.

7                 THE COURT:  All right.  Motion granted.

8           (Juror 0197 steps up.)

9                 THE COURT:  Good afternoon.

10                PROSPECTIVE JUROR:  Good afternoon.

11                THE COURT:  Are you juror 0197?

12                PROSPECTIVE JUROR:  Yes.

13                THE COURT:  What questions did you have answers to?

14                PROSPECTIVE JUROR:  Number 3.

15                THE COURT:  You live or work near the Capitol?

16                PROSPECTIVE JUROR:  I'm an adjunct at Georgetown

17     Law Center.

18                THE COURT:  Okay.  And were you at work on the 6th?

19                PROSPECTIVE JUROR:  No.

20                THE COURT:  Does the fact that you work near the

21     Capitol, do you think it would affect your ability to be

22     fair and impartial in this case?

23                PROSPECTIVE JUROR:  No.

24                THE COURT:  You said you're an adjunct at Georgetown

25     Law school.  Are you a lawyer?
```

```
 1              PROSPECTIVE JUROR:  Uh-huh.

 2              THE COURT:  What do you teach?

 3              PROSPECTIVE JUROR:  I teach global and direct tax.

 4              THE COURT:  Have you ever practiced criminal law?

 5              PROSPECTIVE JUROR:  No.

 6              THE COURT:  But given you are a lawyer by training,

 7      do you think you'd be able to put aside whatever you learned

 8      in law school about criminal law, the rules evidence, or

 9      anything like that and just follow the law as I instruct you?

10              PROSPECTIVE JUROR:  Of course.

11              THE COURT:  And what are your other questions?

12              PROSPECTIVE JUROR:  So, Nos. 29 and 32 were important

13      to me.  I'll just skip down to the bottom.  I had others in

14      between.  Could I mention that?  Is that okay?

15              THE COURT:  I'm sorry.  I didn't hear you.

16              PROSPECTIVE JUROR:  Can I mention Nos. 29 and 32?

17      Is that okay?

18              THE COURT:  Yes.  Let's start with 32.  You have

19      travel plans?

20              PROSPECTIVE JUROR:  I don't have travel plans, but I

21      was recently diagnosed with a medical issue; and I have next

22      week, at the beginning of the week, a surgical consultation

23      and an MRI.  I could probably reschedule them, but the doctor

24      sounded like she wanted me to be there just because of the

25      situation or whatever.
```

1          THE COURT:  I'm going to ask you to put your phone

2     down for the a moment while I talk to the lawyers.

3       (Juror puts down receiver.)

4          THE COURT:  I'm inclined to put her at the back or

5     excuse her.

6          MR. ROMANO:  That's fine with us.

7          MR. GIBSON:  Yes, Your Honor.

8       (Juror picks up receiver.)

9          THE COURT:  Okay.  I'm going to excuse you.  I don't

10    want you switching your medical appointment, and I think it

11    might be hard for you to concentrate.

12         PROSPECTIVE JUROR:  Yeah.  Thank you.  I appreciate it.

13         THE COURT:  You can report back to the jury room.

14         PROSPECTIVE JUROR:  Thank you.

15      (Juror 0197 steps down.  Juror 0198 steps up.)

16         THE COURT:  Good afternoon.

17         PROSPECTIVE JUROR:  Good afternoon.

18         THE COURT:  Are you juror 0198?

19         PROSPECTIVE JUROR:  0198, yes.

20         THE COURT:  What questions did you have answers to?

21         PROSPECTIVE JUROR:  I have them all listed.  I just put

22    no and yes beside each numbered question.

23         THE COURT:  Okay.  Are you a lawyer?

24         PROSPECTIVE JUROR:  Am I what?

25         THE COURT:  Are you a lawyer?

 1          PROSPECTIVE JUROR:  No, no, no.  But I studied law.

 2          THE COURT:  Okay. And how long ago?

 3          PROSPECTIVE JUROR:  Probably about six years ago,

 4    eight years ago.

 5          THE COURT:  What do you do for a living, sir?

 6          PROSPECTIVE JUROR:  I work for the federal government.

 7          THE COURT:  All right.  When you say you studied law,

 8    did you go to law school or take some legal courses?

 9          PROSPECTIVE JUROR:  I was an undergrad.  I studied

10    legal studies.

11          THE COURT:  Okay.

12          PROSPECTIVE JUROR:  And I took the LSAT, but my scores

13    were low.

14          THE COURT:  Do you think you'd be able to set aside

15    whatever you know about the law and follow the instructions

16    of law as I give them to you?

17          PROSPECTIVE JUROR:  Yes.

18          THE COURT:  What questions did you have yes answers to?

19          PROSPECTIVE JUROR:  2, 3 --

20          THE COURT:  Let's start with 2.

21          PROSPECTIVE JUROR:  Okay.

22          THE COURT:  Anything about the nature of the charges

23    that would make it difficult for you to be fair?

24          PROSPECTIVE JUROR:  Nature of the charges?  Well,

25    you know, I was totally against what happened.  So that's

1    how I feel about it.

2              THE COURT:  All right.  So here's the thing:  Just

3    about everybody has opinions about what happened, especially

4    in Washington.

5              PROSPECTIVE JUROR:  Right.

6              THE COURT:  And everybody's entitled to their opinions.

7    The question I want to ask you is, given your opinions, can

8    you put those opinions aside, listen to the evidence, and

9    determine this man's guilt or innocence based on what you hear

10   in this courtroom and put your opinions aside about ideology,

11   whether you agree with it, because he's charged with specific

12   crimes.  So I want to know if you can listen to the evidence

13   of those specific crimes and not prejudge him.

14             PROSPECTIVE JUROR:  Well, if I know that he

15   participated in the act that happened --

16             THE COURT:  Let me stop you now.  How do you know?

17   All you know is he was present at the Capitol.  He's charged

18   with specific criminal acts.  So what I really want to ask you

19   is can you not prejudge him?

20     Can you simply say, I want to hear what the government says,

21   and decide -- or are you already starting to have opinions about

22   his guilt or innocence based on the fact that he was there?  And

23   I want you to be honest with me.

24             PROSPECTIVE JUROR:  I think because he was there.

25             THE COURT:  Okay.  Thank you, sir.

1          (Juror 0198 steps down.)

2              THE COURT:  Do you have a motion?

3              MR. GIBSON:  I do, Your Honor.

4              THE COURT:  Mr. Romano?

5              MR. ROMANO:  No objection.

6              THE COURT:  Okay.  He'll be stricken for cause.

7          (Juror 1335 steps up.)

8              THE COURT:  Good afternoon.

9              PROSPECTIVE JUROR:  Good afternoon.

10             THE COURT:  Are you Juror No. 1335?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  What questions did you have answers to?

13             PROSPECTIVE JUROR:  9 and 13.

14             THE COURT:  Do you think you might know another member

15     of the jury panel?

16             PROSPECTIVE JUROR:  Yes.

17             THE COURT:  And how do you know them?

18             PROSPECTIVE JUROR:  We work together.

19             THE COURT:  All right.  And the reason I ask that

20     question is, if you both ended up on the same jury, would you

21     be able to have your -- you know, disagree with your coworker?

22             PROSPECTIVE JUROR:  Disagree with?

23             THE COURT:  If you disagreed with them, or would you

24     feel like, well, they're my coworker; I gotta go along --

25             PROSPECTIVE JUROR:  No.

```
 1              THE COURT:  And that wouldn't cause any problems
 2       for you?
 3              PROSPECTIVE JUROR:  No.  It wouldn't cause any
 4       problems.
 5              THE COURT:  All right.  And would you be more
 6       influenced by them than any other juror because they're
 7       your coworker?
 8              PROSPECTIVE JUROR:  No.
 9              THE COURT:  13.  Any legal training, you, family or
10       close friends.
11              PROSPECTIVE JUROR:  First cousin is a lawyer.
12              THE COURT:  And what kind of law?
13              PROSPECTIVE JUROR:  She studied, I think, environmental
14       law.
15              THE COURT:  Anything about the fact that your cousin's
16       a lawyer that would affect your ability to be a fair juror in
17       this case, a criminal case?
18              PROSPECTIVE JUROR:  No.
19              THE COURT:  All right.  Mr. Gibson?
20              MR. GIBSON:  Yes, Your Honor.  Thank you.
21          Ma'am, you wrote on your questionnaire that you have strong
22       feelings about the individuals who gathered at the Capitol on
23       January 6.  Is that right?
24              PROSPECTIVE JUROR:  Yes.  I think I did.
25              MR. GIBSON:  Okay.  Would that keep you from being fair
```

1    and impartial in this case?

2            PROSPECTIVE JUROR:  No.

3            MR. GIBSON:  Okay.  Did you write that the January 6th

4    events were violent, illegal, treasonous, and organized by

5    supporters of the former president?

6            PROSPECTIVE JUROR:  Yes.

7            MR. GIBSON:  And if the defendant is a supporter of

8    the former president, would that impact your ability to judge

9    his actions as an individual?

10           PROSPECTIVE JUROR:  No.

11           MR. GIBSON:  Okay.

12           THE COURT:  Ma'am, let me just ask you, it's no secret

13   that this involves January 6 and that people have strong

14   feelings.  Would you be able to put your strong feelings aside

15   and judge this defendant just on what's presented in the

16   courtroom?

17           PROSPECTIVE JUROR:  Yes.

18           THE COURT:  Okay.  Mr. Romano?

19           MR. ROMANO:  No follow-up.  Thank you, Your Honor.

20           THE COURT:  All right.  Thank you.

21           PROSPECTIVE JUROR:  Thank you.

22      (Juror 1335 steps down.  Juror 0399 steps up.)

23           THE COURT:  Good afternoon.

24           PROSPECTIVE JUROR:  Hello.

25           THE COURT:  Are you juror 0399?

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  And what questions did you have answers to?

3          PROSPECTIVE JUROR:  1, 13, 14, 20, 25, 26.

4          THE COURT:  Okay.  1.  Start there.  Do you believe you

5     may know anything about the facts and circumstances of this

6     case?  I mean, obviously, most everybody knows about January

7     6, but is there anything else that you think -- do you have

8     any inside knowledge, or is what you know based on something

9     you heard, or is it the news and media?

10          PROSPECTIVE JUROR:  Pretty much the news, Twitter,

11     watching cable news, reading the newspaper, things like that.

12          THE COURT:  Now, do you think you can put all of that

13     aside and judge this defendant based on what is presented in

14     the courtroom, despite all you've heard and read?

15          PROSPECTIVE JUROR:  Yeah.  Mm-hm.

16          THE COURT:  Okay.  13.  You or your close family or

17     friends have any legal training?

18          PROSPECTIVE JUROR:  I have a close friend who works

19     for the D.C. family court.

20          THE COURT:  Anything about that friend's work that

21     might cause you to not be able to be fair and impartial in

22     this particular case?

23          PROSPECTIVE JUROR:  No, Your Honor.

24          THE COURT:  All right.  And 14.  Law enforcement.

25          PROSPECTIVE JUROR:  A close friend who works for

1    Department of Justice in South American Extradition Office,

2    nothing that would preclude me from serving on this jury.

3            THE COURT:  All right.  And 20.  Been on a jury before?

4            PROSPECTIVE JUROR:  Correct.

5            THE COURT:  When?

6            PROSPECTIVE JUROR:  Four years ago.

7            THE COURT:  Was it here or over in Superior Court?

8            PROSPECTIVE JUROR:  It was a D.C.  City of D.C.

9            THE COURT:  So Superior Court.  Was it a criminal case

10   or a civil?

11           PROSPECTIVE JUROR:  Criminal.

12           THE COURT:  I'm not going to ask what your verdict was.

13   Were you able to reach a verdict?

14           PROSPECTIVE JUROR:  Yes.

15           THE COURT:  Anything about that experience make you

16   feel that you couldn't be fair and impartial in this case?

17           PROSPECTIVE JUROR:  No.

18           THE COURT:  And 25.  Crime victim?

19           PROSPECTIVE JUROR:  Yes.  Live in the city, stolen

20   phone, bike.  Car was stolen once.  Stuff like that.

21           THE COURT:  Anything about those experiences --

22           PROSPECTIVE JUROR:  No.

23           THE COURT:  No?  And 26, anybody charged with,

24   convicted of, or arrested for a crime?

25           PROSPECTIVE JUROR:  Yes.  Me in college.

1   THE COURT:  Do you think you were treated fairly?

2   PROSPECTIVE JUROR:  Yes.

3   THE COURT:  Anything about that experience might cause

4   you not to be a fair juror in this case?

5   PROSPECTIVE JUROR:  No, Your Honor.

6   THE COURT:  Mr. Gibson?

7   MR. GIBSON:  No questions.  Thank you, Judge.

8   THE COURT:  Mr. Romano?

9   MR. ROMANO:  Yes.

10   Sir, I just want to clarify on question 1, when you were

11   talking about knowing something about the facts of the case

12   based on what you've seen in the news, did I understand right

13   that you meant January 6 generally, not anything about

14   Mr. Alford specifically?

15   PROSPECTIVE JUROR:  Correct.

16   MR. ROMANO:  Okay.  Thank you.

17   THE COURT:  Thank you, sir.

18   (Juror 0399 steps down.  Juror 0946 steps up.)

19   THE COURT:  Hello.  Good afternoon.  I'll tell the

20   parties now that this gentleman is my neighbor and is a very

21   popular real estate agent in my neighborhood, and I believe

22   he's represented my sister.

23   PROSPECTIVE JUROR:  That's correct, Your Honor.

24   THE COURT:  But that's the extent of my relationship

25   with this juror.  He lives in the neighborhood, and he's very

1          popular for selling houses in the neighborhood.

2             All right.  And let me just put on record, you are Juror

3      No. 0946.  Is that correct?

4                  PROSPECTIVE JUROR:  Yes, Your Honor.

5                  THE COURT:  What questions did you have answers for?

6                  PROSPECTIVE JUROR:  Quite a few, actually: 1, 2, 9, 13,

7      14, 21, 22, 25, 26, and 28.

8                  THE COURT:  Okay.  So, judging by those numbers, rather

9      than go through each individually, this is a case involving a

10     defendant charged with crimes arising out of January 6.  It is

11     fair to say that it's a rare person that doesn't have opinions

12     about the events of January 6, and I assume your answers,

13     especially in question Nos. 1 and 28, have to do with that fact?

14                 PROSPECTIVE JUROR:  They do.  But also, Your Honor,

15     perhaps to make this go a little quicker, I'm a former

16     assistant United States attorney, so I have more than merely

17     an opinion on this.

18                 THE COURT:  Well, you know, as I said, I've been on a

19     jury.  We've had prosecutors in this panel.  Do you think you

20     can be fair to this defendant?  I'm going to cut right to the

21     chase.

22                 PROSPECTIVE JUROR:  Your Honor, I'm glad you asked,

23     specifically because I thought about this very critically

24     overnight, and I think the answer, to be fair to the defendant,

25     is no.

```
 1              THE COURT:  Why is that?

 2              PROSPECTIVE JUROR:  I have followed this perhaps a

 3      little bit more closely than others.  And without going into

 4      detail, I'd rather not express the precise nature of my

 5      opinion, but needless to say, I don't think it would be one

 6      where I could sit and listen to the evidence without looking

 7      at the defendant and already having adjudged him guilty.

 8              THE COURT:  Thank you for your candor.

 9              PROSPECTIVE JUROR:  You're welcome, Your Honor.

10              THE COURT:  Any questions?

11              MR. GIBSON:  No, Your Honor.

12              MR. ROMANO:  No, Your Honor.

13              THE COURT:  All right.  Thank you.

14              PROSPECTIVE JUROR:  Thank you, Your Honor.

15         (Juror 0946 steps down.)

16              THE COURT:  Is there a motion?

17              MR. GIBSON:  There is, Your Honor.

18              THE COURT:  It's granted for cause.

19         (Juror 1135 steps up.)

20              THE COURT:  Good afternoon.

21              PROSPECTIVE JUROR:  Good afternoon.

22              THE COURT:  Are you Juror No. 1135?

23              PROSPECTIVE JUROR:  I am.

24              THE COURT:  What questions did you have answers to?

25              PROSPECTIVE JUROR:  3, 14, 15, 16 and 25.
```

1          THE COURT:  Okay.  Do you live in the area or work in

2     the area of Capitol Hill?

3          PROSPECTIVE JUROR:  I have in the past.

4          THE COURT:  Anything about that fact cause you to not

5     be able to sit as a fair juror in this case?

6          PROSPECTIVE JUROR:  No.  I don't believe so.  Like I

7     said, I answered --

8          THE COURT:  I want you to err on the side of

9     overinclusiveness.

10          PROSPECTIVE JUROR:  Yep.

11          THE COURT:  13.  You, a close friend or family member

12     a lawyer?

13          PROSPECTIVE JUROR:  My sister is a corporate litigator,

14     or counsel for a private firm, and also I have friends who

15     are lawyers.  Two of my neighbors actually served both in

16     the Obama Administration and the Clinton Administrations as

17     secretaries.

18          THE COURT:  In D.C., right?  Full of lawyers.  So

19     let me ask you, do your friendships with your neighbors, your

20     friends and so on who are lawyers, whatever you've learned

21     from them about law, would you be able to put that aside and

22     follow my instruction as to what the law is?

23          PROSPECTIVE JUROR:  Yes.  Yes.  Very much so.

24     Obviously, we would talk about the constitutional law, not

25     about criminal law or procedures like that.  In fact, my

sister's a corporate litigator, so it could have been all

the laws in her area of expertise at all.

THE COURT:  And law enforcement.  Do you have any

friends or family in law enforcement?

PROSPECTIVE JUROR:  So, short answer is yes.  And the

reason why is that, in my professional world I work directly

with -- I have worked previously with inspectors general for

DHS, for TSA, and for the Department of the Navy.  In my role

I had to do investigations -- support investigations both and

provide the IG with the information so they could further

their studies and ultimately pursue any further efforts in

that area.

THE COURT:  Would these relationships and these

contacts with people in law enforcement, would you be able

to assess the testimony of a law enforcement officer the way

you would any other witness if you were to hear testimony at

trial?

PROSPECTIVE JUROR:  Honestly, I'm trying -- I guess for

me, at least, I was always just the guy who went out and did

the interviews, collected information, reviewed, put controls

in place to determine fraud, like that.  But then, ultimately,

I would provide that information over to the IG, and then they

would make their decisions from there.  I had no further

input.  I just simply provided them with the facts.

THE COURT:  So my question is, can you treat the

1    testimony of a law enforcement officer as you would any

2    other witness?

3            PROSPECTIVE JUROR:  Yes.  Yeah.

4            THE COURT:  Okay.  And 16.  Anyone, you or someone

5    close to you, has worked in a court system?

6            PROSPECTIVE JUROR:  Also, one of my former clients was

7    actually the Bureau of Prisons, and the U.S. courts.  I had to

8    do some financial statement audits, and so as a result I've

9    worked not in this courthouse, but I work in other courthouses

10   as well as with the Federal Bureau systems.

11           THE COURT:  Anything about that work experience cause

12   you to not think you could be a fair juror in this case?

13           PROSPECTIVE JUROR:  No.  I learned a lot, but, you

14   know, never knew that every single prison guard was also --

15   even in accountants was a prison guard [sic].  But, no.

16           THE COURT:  Anybody been the victim or a witness to a

17   crime in your family or you?

18           PROSPECTIVE JUROR:  Not myself personally, but I have

19   had -- our family home was broken into, for instance.  We had

20   to have police come out and do an investigation.  I've had a

21   friend also be a victim of assault here in the District.

22           THE COURT:  Anything about that experience that might

23   cause you to not be a fair juror in a criminal case?

24           PROSPECTIVE JUROR:  I can't -- probably not.

25           THE COURT:  Mr. Gibson?

1          MR. GIBSON:  Yes.  Thank you, Your Honor.

2      Sir, did you write on your questionnaire that you watched

3      the events of January 6 on TV and felt that if people were

4      there at the Capitol that day they were, quote, probably

5      guilty?

6          PROSPECTIVE JUROR:  That's probably what I wrote there.

7      Again, it would -- that's a generalized statement, obviously.

8      But, hey, if there's video evidence of you in the Capitol, for

9      instance, and the prosecution brings a statute for which

10     there's a violation, hey, you're inside the building, you're

11     in the specialized location, sure.  I'm not going to say one

12     way or the other.

13         THE COURT:  Well, let me ask you this:  You haven't

14     heard the evidence.

15         PROSPECTIVE JUROR:  Yeah.

16         THE COURT:  And you have views, right?  I assume you

17     have opinions that you put on the questionnaire.  Are you able

18     to sit as a juror, confine your decision -- notwithstanding

19     your opinion, but confine your decision on guilt or innocence

20     to what's presented in the courtroom?

21         PROSPECTIVE JUROR:  My professional training to be

22     skeptical, just to gather facts in terms of in presenting

23     evidence to the IG, that's my professional training, quite

24     frankly.

25         THE COURT:  Okay.  Mr. Romano?

1      MR. ROMANO:  No further questions, Your Honor.

2      THE COURT:  Mr. Gibson?

3      MR. GIBSON:  Nothing further, Your Honor.  Thank you.

4      THE COURT:  Thank you.

5      PROSPECTIVE JUROR:  Thank you.

6     (Juror 1135 steps down.)

7      THE COURT:  Is there a motion?

8      MR. GIBSON:  There is, Your Honor, for cause.

9      THE COURT:  I'm going to deny it because he said he

10     has training; he's by nature trained to be skeptical.  He has

11     an opinion, but it appears that he is willing to confine his

12     verdict to the evidence presented in the case.  So I'm going

13     to deny the motion.

14     MR. GIBSON:  Thank you, Your Honor.

15     THE COURT:  So I'm thinking to 34, only because a lot

16     of time when people think there's a real chance they're going

17     to get on the jury, you start hearing about, you know, doctors'

18     appointments and travel plans and so on.  So I like to have a

19     little bit of a cushion, so I'm going to go up to 34 qualified

20     jurors.  Okay?

21     MR. GIBSON:  Understood.  Is it 32, Your Honor?

22     THE COURT:  Normally, we need 32 to get through all our

23     strikes, but again, when people think it's coming down on

24     them, all of a sudden they get memories refreshed.  So I'd

25     like to get to 34 so we have two extra.

1          MR. GIBSON:  Understood.

2          MR. ROMANO:  Your Honor, do you think, given the time

3     constraints that I heard you mention earlier, that we're going

4     to get through strikes today as well?

5          THE COURT:  I'm hoping.  I'm hoping.  But we're not

6     going to get any further than that.

7          MR. ROMANO:  Okay.  Thank you.

8          THE COURT:  Thanks.

9        (Juror 1740 steps up.)

10         THE COURT:  Good afternoon.

11         PROSPECTIVE JUROR:  Good afternoon.

12         THE COURT:  Are you juror 1740?

13         PROSPECTIVE JUROR:  Yes.

14         THE COURT:  What questions did you have answers to?

15         PROSPECTIVE JUROR:  I have yes for 13.

16         THE COURT:  You had legal training, or any close

17    friends or family members?

18         PROSPECTIVE JUROR:  A cousin.

19         THE COURT:  What kind of law do they do?

20         PROSPECTIVE JUROR:  I am not sure that she was licensed

21    in D.C. and Maryland.

22         THE COURT:  Regardless of that, is the fact that your

23    cousin is a lawyer, have they discussed the law with you or

24    criminal law with you?

25         PROSPECTIVE JUROR:  No.

1          THE COURT:  And would that fact affect your ability

2     to be a fair juror in this case?

3          PROSPECTIVE JUROR:  No.

4          THE COURT:  What other questions did you have answers to?

5          PROSPECTIVE JUROR:  15.

6          THE COURT:  Criminal defense work?

7          PROSPECTIVE JUROR:  My understanding is that was

8     related to 13.

9          THE COURT:  Yes.  If any of your family, close friends

10    or household members have done any work for any organization

11    that's done criminal defense work.

12         PROSPECTIVE JUROR:  That's under the same category.

13    Same person.

14         THE COURT:  Okay.  Any other questions?

15         PROSPECTIVE JUROR:  That's it.

16         THE COURT:  What do you do for a living, ma'am?

17         PROSPECTIVE JUROR:  I'm in early education, and I'm

18    a student in a doctoral program.

19         THE COURT:  Okay.  Any questions, Mr. Gibson?

20         MR. GIBSON:  No.  Thank you, Your Honor.

21         THE COURT:  Mr. Romano?

22         PROSPECTIVE JUROR:  No.  Thank you, Your Honor.

23         THE COURT:  Thank you, ma'am.

24       (Juror 1135 steps down.  Juror steps up.)

25         THE COURT:  Good afternoon.

1          PROSPECTIVE JUROR:  Good afternoon.

2          THE COURT:  Are you juror 1989?

3          PROSPECTIVE JUROR:  That's correct.

4          THE COURT:  What questions did you have answers to?

5          PROSPECTIVE JUROR:  So 13 and 19 for sure, yes.  And

6     then 14, 15, 16, I kind of was a little unsure.

7          THE COURT:  Okay.  That's fine.  Are you a lawyer, a

8     family member, friends are lawyers?

9          PROSPECTIVE JUROR:  I am a trained lawyer.  I'm not

10    practicing as a lawyer at the moment, but I'm a lawyer.  I

11    went to law school.

12         THE COURT:  Okay.  And would you be able to, given

13    your training, put aside whatever you learned or know about

14    criminal law, rules of evidence, criminal procedure, and

15    follow the law as I instruct you?

16         PROSPECTIVE JUROR:  Yes.

17         THE COURT:  19.  Have you ever served on a grand jury?

18         PROSPECTIVE JUROR:  Yes.

19         THE COURT:  How long ago?

20         PROSPECTIVE JUROR:  When was that?  2013, '14?

21    It's been a few years.

22         THE COURT:  And you understand the grand jury's

23    function is to determine probable cause as opposed to --

24    you're a lawyer.

25         PROSPECTIVE JUROR:  Yes.

1           THE COURT:  So you know a trial jury's proof beyond

2    a reasonable doubt.

3           PROSPECTIVE JUROR:  Yeah.

4           THE COURT:  Okay.  So 14, 15, 16 are same thing:

5    law enforcement, criminal defense work, and court system.

6           PROSPECTIVE JUROR:  So I have -- I mean, I'm a lawyer

7    in D.C.  I have numerous friends that work for the Department

8    of Justice, although not -- I don't think as prosecutors.

9    I do have a friend, again, who actually is prosecuting similar

10   cases, but she's not a close friend.  I don't know what the

11   definition of close friend is, but I wanted to make sure

12   people knew about that.

13          THE COURT:  No, that's fine.  And I encourage

14   overinclusiveness.  Any of these friendships -- I mean,

15   you're a lawyer.  Anything about your relationships with

16   other lawyers that might affect your ability to be fair?

17          PROSPECTIVE JUROR:  Definitely not.

18          THE COURT:  Mr. Gibson?

19          MR. GIBSON:  Thank you, Your Honor.

20      Just to follow up on that, sir, have you and your friend

21   had any discussions about his or her work prosecuting these

22   cases?

23          PROSPECTIVE JUROR:  No.  I mean, just I know that

24   she has been involved.  Not any details or anything like that.

25          MR. GIBSON:  I understand.  I understand.

And, sir, on your questionnaire response, I believe you described January 6 as infuriating and traumatic and mentioned you had some friends who work on Capitol Hill and including some members of Congress.

PROSPECTIVE JUROR:  Yes.

MR. GIBSON:  I'm not asking who those individuals are, but given that you have those relationships, would that have any impact on your jury service if you were chosen in this case?

PROSPECTIVE JUROR:  No.

MR. GIBSON:  It would not.  Okay.

THE COURT:  So, sir, I'm looking at one of your answers here on the questionnaire.  Regarding your strong feelings -- and a lot of people have strong feelings about January 6, but as a lawyer, you can imagine that this defendant is presumed to be innocent, is entitled to a fair trial.  Could you be a fair juror in this case given your feelings?  Do you think you could be a fair juror?

PROSPECTIVE JUROR:  I certainly think so.  Yeah, I understand the difference, as you said, between opinions and bias; and I understand that the government still has to make a case against this particular defendant, and whatever I think about the broader incident is sort of not relevant to this specific case here.

THE COURT:  All right.  Thank you.

Mr. Romano.

1          MR. ROMANO:  No questions, Your Honor.  Thank you.

2          THE COURT:  Did you have follow-up, Mr. Gibson?

3          MR. GIBSON:  I did not Your Honor.

4          THE COURT:  All right.  Thank you, sir.

5       (Juror 1989 steps down.)

6          THE COURT:  Sir, can you come back up?

7       (Juror 1989 steps up.)

8          THE COURT:  Hi, sir.  My law clerk seems to have

9    recognized you from a program he was in.  So, given that he is

10   my law clerk, do you think you could -- would that affect your

11   ability to be fair?

12      I believe this was a -- my law clerk was in a program in

13   which this gentleman was a mentor or something.  Would that

14   affect your ability to be a fair juror in this case?  I didn't

15   want you recognizing him in the middle of a trial.

16         PROSPECTIVE JUROR:  No.  I'm pretty sure -- in fact,

17   I'm not sure.  Now that he mentions it, he looks familiar, but

18   I don't remember any specifics.

19         THE COURT:  All right.  Thank you.

20         PROSPECTIVE JUROR:  Thanks.

21      (Juror 1989 steps down.  Juror 0711 steps up.)

22         THE COURT:  Good afternoon:  Are you Juror No. 0711?

23         PROSPECTIVE JUROR:  Yes, I am.

24         THE COURT:  What questions did you have answers to?

25         PROSPECTIVE JUROR:  13, 20, 25, and 26.

1          THE COURT:  13, 20, 25, 26.  So let's start with the

2     legal training.  Tell us about that.

3          PROSPECTIVE JUROR:  Is that 13?

4          THE COURT:  Yes.

5          PROSPECTIVE JUROR:  I thought the question was do you

6     know any lawyers.

7          THE COURT:  Yes.  It actually is too.

8          PROSPECTIVE JUROR:  You live in D.C., you gotta know

9     lawyers.

10          THE COURT:  You can't help it.  It's a hazard.

11       All right.  Close friends?  Family members?

12          PROSPECTIVE JUROR:  Close friends.  No family members.

13          THE COURT:  Any of them do criminal law?

14          PROSPECTIVE JUROR:  I know that they're lawyers.

15     I don't know what they do.

16          THE COURT:  Well, given that, is there anything about

17     your relationships with those people that might cause you not

18     to be a fair juror in this case?

19          PROSPECTIVE JUROR:  Not at all.

20          THE COURT:  Okay.  20.  Jury service.  Ever been on a

21     jury before?

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  How long ago?

24          PROSPECTIVE JUROR:  Twelve to 15 years ago?

25          THE COURT:  Was it in this court or over in D.C.

1      Superior Court?

2              PROSPECTIVE JUROR:  Superior.

3              THE COURT:  Do you remember if it was a criminal or

4      civil case?

5              PROSPECTIVE JUROR:  Criminal case.

6              THE COURT:  I don't want to know what your verdict was,

7      but were you able to reach a verdict?

8              PROSPECTIVE JUROR:  Yes.

9              THE COURT:  Anything about experience that would affect

10     your ability to be a fair juror in this case?

11             PROSPECTIVE JUROR:  Not at all.

12             THE COURT:  Okay.  25.  Crime victim?

13             PROSPECTIVE JUROR:  Yes.

14             THE COURT:  And 26 is arrested for, charged with, been

15     accused of a crime.

16             PROSPECTIVE JUROR:  Correct.

17             THE COURT:  Tell us about those two things.

18             PROSPECTIVE JUROR:  25, I've had my house broken into.

19             THE COURT:  Okay.  Anything about that experience cause

20     you not to be a fair juror in this case?

21             PROSPECTIVE JUROR:  Not at all.

22             THE COURT:  And 26.

23             PROSPECTIVE JUROR:  Had a DUI.

24             THE COURT:  How long ago?

25             PROSPECTIVE JUROR:  Twenty-five years ago?

1          THE COURT:  Anything about that case might make you not

2     be fair to one side or the other?

3          PROSPECTIVE JUROR:  Not at all.

4          THE COURT:  Mr. Gibson?

5          MR. GIBSON:  Yes, Your Honor.  Thank you.

6       Sir, on your questionnaire response, you indicated that

7     although you have strong feelings about the individuals who

8     gathered at the Capitol on January 6, you would be able

9     to be impartial because that's your civic duty.  Is that

10    something that will be a struggle or difficult for you?

11         PROSPECTIVE JUROR:  Not at all.

12         MR. GIBSON:  Not at all.  Okay.  And you referred to

13    the individuals gathered as protesters, with quotation marks

14    around the word.

15         PROSPECTIVE JUROR:  Correct.

16         THE COURT:  Are you able to look at each person there,

17    or more specifically the defendant, as an individual actor, or

18    do you have a feeling if you were there that day you might be

19    guilty of something?

20         PROSPECTIVE JUROR:  Individual.

21         MR. GIBSON:  Okay.

22         PROSPECTIVE JUROR:  He's an individual who needs to

23    receive an individual judgment.

24         MR. GIBSON:  Okay.  I appreciate that.  Thank you.

25         THE COURT:  Mr. Romano?

 1              MR. ROMANO:  No questions.  Thank you, Your Honor.

 2              THE COURT:  Thank you, sir.

 3              PROSPECTIVE JUROR:  Thank you.

 4          (Juror 0711 steps down.  Juror 0521 steps up.)

 5              THE COURT:  Hello.

 6              PROSPECTIVE JUROR:  Hello.

 7              THE COURT:  Are you Juror No. 0521?

 8              PROSPECTIVE JUROR:  Yes.

 9              THE COURT:  What questions did you have answers for?

10              PROSPECTIVE JUROR:  I had several starting with No. 1.

11              THE COURT:  Let's start there, then.  Do you think you

12      know something about this case other than what I've already

13      told you?  Now, this is unusual, because it's January 6 and

14      most everybody in D.C. knows a bit about it, but do you have

15      information beyond what you've read or heard on the news?

16              PROSPECTIVE JUROR:  No, not beyond what I've read.

17      I've read extensively.

18              THE COURT:  Okay.  Well, let's just cut to the chase:

19      Do you feel this is a case you can be a fair juror on?

20              PROSPECTIVE JUROR:  No.

21              THE COURT:  Why?

22              PROSPECTIVE JUROR:  Because I feel like these people

23      are trying to destroy our country.

24              THE COURT:  All right.  So, as I mentioned during my

25      voir dire, a lot of people have opinions, especially people in

1    D.C. have opinions about the case; and I want you to be candid,

2    and I appreciate your candor so far.

3        Do you think you can listen to the evidence against this

4    defendant and decide his guilt or innocence based on only the

5    evidence in the case, or do you think you would be likely to

6    just prejudge him because he was there?

7            PROSPECTIVE JUROR:  The latter.

8            THE COURT:  Okay.  All right.  Thank you, sir.

9        (Juror 0711 steps down.)

10           THE COURT:  Is there a motion?

11           MR. GIBSON:  Yes, Your Honor.

12           THE COURT:  Mr. Romano?

13           MR. ROMANO:  No objection.

14           THE COURT:  All right.  Motion will be granted.

15       (Juror 0476 steps up.)

16           THE COURT:  Good afternoon.

17           PROSPECTIVE JUROR:  Good afternoon.

18           THE COURT:  Are you juror 0476?

19           PROSPECTIVE JUROR:  Yes, Your Honor.

20           THE COURT:  What questions did you have answers for?

21           PROSPECTIVE JUROR:  3 and 20.

22           THE COURT:  Okay.  3.  Do you live in the area?

23           PROSPECTIVE JUROR:  Yes.  Chinatown, relatively close.

24           THE COURT:  Right.  Anything about the fact that you

25    live in that area cause you to believe you couldn't be a fair

1    juror in this case?

2              PROSPECTIVE JUROR:  No.

3              THE COURT:  And 20.  Been on a jury before?

4              PROSPECTIVE JUROR:  Yes.

5              THE COURT:  How long ago?

6              PROSPECTIVE JUROR:  I guess it's before COVID.

7              THE COURT:  Before COVID and after COVID, that's what

8    our world is divided into now.  So maybe it's, what, three

9    years ago?

10             PROSPECTIVE JUROR:  Yeah.

11             THE COURT:  Was it a criminal or civil?

12             PROSPECTIVE JUROR:  Criminal.

13             THE COURT:  Was it in this court or Superior Court?

14             PROSPECTIVE JUROR:  Over in the other one.

15             THE COURT:  I don't want to know what your verdict was,

16   but were you able to reach a verdict?

17             PROSPECTIVE JUROR:  Yes.

18             THE COURT:  Anything about that experience make you

19   think you might not be able to be a fair juror in this case?

20             PROSPECTIVE JUROR:  No, not at all.

21             THE COURT:  Okay.  Mr. Gibson?

22             MR. GIBSON:  No questions, Your Honor.

23             THE COURT:  Mr. Romano?

24             MR. ROMANO:  No, Your Honor.

25             THE COURT:  Thank you, sir.

1          PROSPECTIVE JUROR:  Thank you.

2        (Juror 0476 steps down.  Juror 1485 steps up.)

3          THE COURT:  Good afternoon.

4          PROSPECTIVE JUROR:  Good afternoon.

5          THE COURT:  Are you Juror No. 1485?

6          PROSPECTIVE JUROR:  Yes, I am.

7          THE COURT:  What questions did you have answers to?

8          PROSPECTIVE JUROR:  13, possibly 14 and 15, and 25.

9          THE COURT:  Those all tend to run together.  Are you

10    a lawyer, or do you have a close friend or family member?

11          PROSPECTIVE JUROR:  I'm a paralegal.  My father is a

12    lawyer.  I have a nephew and some more distant family members

13    who are attorneys.

14          THE COURT:  And where are you a paralegal?

15          PROSPECTIVE JUROR:  D.C. government.

16          THE COURT:  Is that in a prosecutor's office?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Okay.  And do you think whatever you've

19    learned about the law as a paralegal you'll be able to put

20    aside and follow my instructions on the law as I give them

21    to you?

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  14 and 15, I assume law enforcement,

24    defense work.  Tell me about those answers.

25          PROSPECTIVE JUROR:  I was trying to remember if it

was close family members or friends, if the sister of a close

friend is a prosecutor, commonwealth's attorney.  And I mean

I worked through some political campaigns with local law

enforcement, U.S. Secret Service, basically event planning for

campaign events.

THE COURT:  Okay.  Anything about that work might cause

you to believe that you couldn't be a fair or impartial juror

in this case?

PROSPECTIVE JUROR:  No.  I don't think so.

THE COURT:  Okay.  Mr. Romano?

MR. ROMANO:  No questions, Your Honor.

THE COURT:  Mr. Gibson?

MR. GIBSON:  Thank you, Your Honor.

Sir, you indicated on your questionnaire that you might

have some hesitation about serving in light of COVID-19.  Is

that right?

PROSPECTIVE JUROR:  A little bit.  I have an underlying

health condition.  I think I'm largely okay, but...

THE COURT:  So let me tell you, we have pretty strict

COVID protocols in the courthouse.  In my courtroom, everybody

has to wear a mask inside the courtroom.  You wouldn't be in a

jury room deliberating or on your breaks; you'd be in another

courtroom with better airflow, and wider.

PROSPECTIVE JUROR:  Great.

THE COURT:  And we have Plexiglas and other

1    precautions.  Do those sort of help alleviate your concerns?

2         PROSPECTIVE JUROR:  Yes.

3         THE COURT:  Okay.  Mr. Gibson, go ahead.

4         MR. GIBSON:  Sir, you also wrote that you have strongly

5    negative feelings about individuals who gathered at the

6    Capitol on January 6?

7         PROSPECTIVE JUROR:  Well, yes.  I would say about the

8    wider events in general, at least, I have strong feelings.

9         MR. GIBSON:  Yes, sir.  Are those strong negative

10   feelings or positive?

11        PROSPECTIVE JUROR:  Negative.

12        THE COURT:  Do you believe you aren't certain how you

13   can -- how that might affect you if you were to serve as a

14   juror?

15        PROSPECTIVE JUROR:  I would certainly do my best to

16   put that aside.  I think in light of the way Your Honor was

17   speaking this morning, I guess I would have described it was

18   feeling strongly about the wider events.  But I think it would

19   be easier to be more open about, say, a more narrow focus of a

20   particular case or individual.

21        THE COURT:  Let me just cut to the chase with you:

22   Do you think -- I mean, do you think you can be fair in this

23   case, the case involving a defendant who's presumed to be

24   innocent concerning his actions at the Capitol that day,

25   do you think you can put aside your personal feelings and

1    opinions about the events of that day and judge this individual

2    based on the evidence alone presented at trial?

3           PROSPECTIVE JUROR:  Yes, I do.

4           THE COURT:  Anything further, Mr. Gibson?

5           MR. GIBSON:  No.  Thank you, Your Honor.

6           THE COURT:  Thank you.

7     (Juror 1485 steps down.)

8           THE COURT:  Counsel, we're at, by my count, 34.  I

9    don't know if we're going to get through the strikes today,

10    but I think, at least at this point, it makes sense to excuse

11    everybody who's been struck and everybody else who has not

12    been questioned, have them come down to my courtroom and maybe

13    just tell them to come down tomorrow for the strikes, because

14    I have a 4:30 matter.  If y'all think you can do the strikes

15    by 4:30, fine.

16           MR. ROMANO:  I think it's possible we can, Your Honor.

17           MR. GIBSON:  One moment, Your Honor.  May I?

18           THE COURT:  Yes.

19     (Defense conferring.)

20           MR. GIBSON:  Your Honor, the defense would prefer to

21    proceed as the Court originally laid out, in the morning.

22           THE COURT:  Well, let's see how fast we can get

23    downstairs and reconvene.

24     (End of bench conference.)

25           THE COURT:  All right.  Ladies and gentlemen, we have

1    now questioned enough jurors to proceed with our peremptory

2    strikes and our jury selection.  Mr. Bradley will tell you if

3    you can leave.  Everybody else who has been questioned and who

4    remains is going to go down to my courtroom, Courtroom 9, as

5    soon as possible.  I don't know if we're going to get to the

6    strikes this afternoon, because I have a 4:30 matter, but I

7    have some instructions for you.  So Mr. Bradley is going to

8    tell you who can leave and who's still here.

9         THE COURT:  All right.  If I call your juror number,

10   you may report back to the jury lounge and tell them you've

11   been excused from this case.

12       That's Juror No. 1271, Juror No. 0281 report back to the

13   jury lounge, and let them know you've been excused.  Juror

14   No. 0493, you may report back to the jury lounge.  Juror

15   No. 1965, you may report back.  Juror No. 1511, you may report

16   back.  Juror No. 0121, you may report.  Juror No. 0950, Juror

17   No. 1907, Juror No. 0918, Juror No. 0946, Juror No. 0521.

18       And anyone who did not come up to the podium to speak to

19   the judge, you may report back -- well, you have to call the

20   jury number tonight.  So, if you didn't come to speak to the

21   judge at the podium, you're free to go, but you have to call

22   the recording tonight.  Thank you all very much.  Appreciate

23   your patience.

24       (Recess from 3:50 p.m. to 4:09 p.m.)

25

1      JURY SELECTION - COURTROOM 9

2    THE COURT:  Slightly less grand, a little more simple,

3  but see all the precautions we have here?

4   All right.  Ladies and gentlemen, it is ten after 4:00.

5  We would love to finish the peremptory strikes and simply have

6  the jury selected and go home, but I don't know if we can

7  complete that.  I have a 4:30 matter.  I just don't know that

8  we could complete that in 20 minutes.  Let me hear from the

9  lawyers.

10  [Intercom system not functioning.]

11   All right.  I'm just going to make an executive decision.

12  I get to do that as a judge.  I'm sorry, ladies and gentlemen,

13  because I'm going to have to ask that some of you come back

14  tomorrow morning only to leave if you're not selected.  And I

15  would much prefer to have the jury selected and sworn and

16  everybody else go home and not have to come back, but we're

17  just not going to be able to do that in time, especially since

18  this isn't working right now.

19   So what I'm going to ask you to do is to -- I'm going to

20  excuse you for the day.  Remember where you're sitting, who's

21  sitting next to you.  This is seat No. 1, 2, 3, 4, 5, 6, 7;

22  8, 9, 10, 11, 12, 13, 14.  You all are in the box; you all are

23  out in the audience.  I'm going to have you come back in

24  tomorrow morning at -- we can start promptly at 9:30.

25   I'm going to ask you to be here at 9:30 sharp, so the sooner

1     everybody's here, the sooner we can begin, get the jury selected

2     and sworn, and begin the trial.  And I'm going to have the

3     parties, if they have preliminary matters, to be in the

4     courtroom at 9:15.

5       Sorry to have you come down here and send you home, but we

6     just can't get this done in 20 minutes.  So, thank you all.

7     We're almost there.  I really appreciate your time and your

8     patience, and I will see you tomorrow morning at 9:30 promptly.

9     Thank you.

10      (Jurors out at 4:13 p.m.)

11            THE COURT:  So, my understanding is we still want to

12    take the Plexiglas at counsel table down?  Okay.  That will be

13    done this evening.  9:15 for you all in the morning.

14      So how I'm going to do it is there's a sheet paper.  After

15    each round we're going to -- two rounds.  We're going to have

16    the jurors who are struck -- everybody who's struck from the

17    box is going to get up, and somebody else will come up and

18    replace them on the panel so we can see who's there for the

19    next round.

20            MR. ROMANO:  Your Honor, when you say two rounds before

21    jurors are replaced, if we strike somebody in the second round

22    who is still in the panel because they haven't been seated but

23    they would have been one of the replacement jurors, that does

24    not count as an in-the-panel strike.  Correct?  All right.

25            MR. BUTLER:  Your Honor?

1          THE COURT:  Yes.

2          MR. BUTLER:  This is us being new.  I didn't

3    understand.  I think it made sense to -- could you repeat

4    that?

5          MR. ROMANO:  Sure.  So my question was --

6          THE COURT:  Well, let me ask you, Mr. Romano, would it

7    be easier if I, just after every round, had the jurors who are

8    struck get up and move?

9          MR. ROMANO:  It might be easier for the defense.

10   I would be fine, but I've been in Superior Court jury trials.

11         THE COURT:  When I was picking a jury as a public

12   defender, I used to be so happy when the judge made everybody

13   get up every round.

14         MR. GIBSON:  Your Honor, would that be alternates?

15         THE COURT:  7 and 14.

16         MR. GIBSON:  We're not striking alternates till the end?

17         THE COURT:  Not till the end.  So they'll be sitting

18   there, and the last time for strikes, you strike the alternates.

19         MR. ROMANO:  Your Honor, are we picking up the January

20   6 Facebook post tomorrow morning, or should we defer that till

21   tomorrow morning?  There had been some Facebook posts that had

22   not been resolved by the Court's previous order.

23         THE COURT:  Have you shown the ones you want to the

24   defense?

25         MR. ROMANO:  We didn't address beyond what the Court

ruled.  There were a group of 13 exhibits that the Court had instructed us to pare down to 7.  Those were all from before January 6.  I don't think you had given a similar instruction limiting our exhibits for -- post after we just got to a point where we couldn't continue --

THE COURT:  Did I not rule -- did I rule on the --

MR. ROMANO:  There were some that you ruled on specifically.

THE COURT:  Okay.

MR. ROMANO:  There was a balance.

THE COURT:  Let's deal with them tomorrow morning at 9:15.

MR. ROMANO:  Okay.

THE COURT:  9:10.

MR. ROMANO:  It won't be very long, I don't think.

THE COURT:  Okay.  30 minutes for openings.  You have to have your witnesses here.  I think I've covered everything.

MR. BUTLER:  Your deputy assisted with us.  They're going to be some exhibits for the jury to see during openings that we have agreed upon.  I have an easel over there.  Can I step away from the podium to go to the easel to move and put another one up?

THE COURT:  Yeah, here's the thing:  See where the edge of that lectern is, which is the edge of counsel table?  Nobody gets any closer to the jury than that.

1          MR. BUTLER:  I'm sorry, Your Honor?

2          THE COURT:  See where the end of the lectern is?  Yeah.

3    Which should be in line with counsel table.  Now, where do you

4    want the easel?

5          MR. BUTLER:  The easel, Your Honor, was going to be

6    right here, and I have --

7          THE COURT:  If you're there --

8          MR. BUTLER:  We're pretty comfortable that -- it's

9    very big.  They'll be able to see it, but I have to remove one

10   at one point and bring up another.  I have permission to leave

11   just --

12         THE COURT:  Oh, yes, yes, yes.

13      Any objection, Mr. Romano?

14         MR. ROMANO:  No.

15         MR. BUTLER:  Thank you very much, Your Honor.

16         THE COURT:  Okay.  See you all in the morning.

17   And again, remember, Friday we won't start till 12:30.

18         (Proceedings adjourned at 4:18 p.m.)

19

20

21

22

23

24

25

* * * * * *

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.


*/s/ Bryan A. Wayne*
Bryan A. Wayne

**'**

**'14** [1] - 170:20

**/**

**/s** [1] - 190:9

**0**

**0035** [3] - 44:21, 44:24, 50:10
**0056** [3] - 57:23, 58:1, 59:5
**0121** [4] - 142:15, 142:18, 146:8, 184:16
**0197** [3] - 150:8, 150:11, 152:15
**0198** [4] - 152:15, 152:18, 152:19, 155:1
**0281** [4] - 78:20, 78:24, 82:12, 184:12
**0385** [3] - 103:19, 103:22, 108:15
**0399** [3] - 157:22, 157:25, 160:18
**0465** [3] - 88:4, 88:7, 90:14
**0476** [3] - 178:15, 178:18, 180:2
**0493** [4] - 94:22, 94:23, 97:24, 184:14
**0511** [3] - 83:11, 83:12, 88:4
**0521** [3] - 177:4, 177:7, 184:17
**0568** [2] - 65:24, 67:7
**0637** [3] - 119:18, 119:21, 121:18
**0711** [4] - 173:21, 173:22, 177:4, 178:9
**0870** [3] - 125:10, 125:13, 128:16
**0918** [1] - 184:17
**0946** [4] - 160:18, 161:3, 162:15, 184:17
**0950** [4] - 147:24, 147:25, 150:4, 184:16

**1**

**1** [15] - 1:8, 1:9, 13:10, 14:15, 21:16, 21:20,

83:15, 83:17, 158:3, 158:4, 160:10, 161:6, 161:13, 177:10, 185:21
**10** [9] - 13:11, 25:20, 26:6, 75:16, 100:18, 106:20, 114:8, 147:11, 185:22
**10:35** [1] - 14:20
**10:39** [1] - 17:23
**10:50** [1] - 17:23
**11** [3] - 13:11, 26:13, 185:22
**111** [1] - 8:16
**112** [1] - 8:16
**1135** [4] - 162:19, 162:22, 167:6, 169:24
**1152** [4] - 76:14, 76:16, 76:17, 78:20
**1195** [3] - 59:5, 59:8, 61:15
**12** [9] - 11:5, 13:11, 16:4, 26:15, 26:20, 34:10, 57:4, 104:10, 185:22
**1231** [1] - 39:24
**1271** [7] - 37:5, 37:8, 37:9, 39:25, 40:1, 41:19, 184:12
**1288** [3] - 91:11, 91:14, 94:2
**12:15** [1] - 11:13
**12:21** [1] - 76:13
**12:30** [2] - 11:12, 189:17
**12:44** [1] - 94:15
**12:51** [1] - 76:13
**12th** [1] - 104:9
**13** [65] - 4:23, 5:4, 6:4, 13:12, 13:15, 13:18, 14:9, 14:12, 26:22, 27:2, 37:13, 39:3, 43:9, 43:18, 51:12, 52:21, 54:14, 54:16, 61:21, 61:22, 62:6, 67:13, 67:23, 70:9, 76:21, 91:18, 91:21, 92:17, 95:3, 95:5, 95:18, 104:4, 105:2, 108:21, 108:22, 108:24, 109:2, 109:3, 119:25, 120:1, 128:24, 129:8, 129:9, 136:3, 136:4, 142:21, 142:22, 143:9, 146:20, 146:21, 155:13, 156:9, 158:3, 158:16,

161:6, 163:11, 168:15, 169:8, 170:5, 173:25, 174:1, 174:3, 180:8, 185:22, 188:1
**1331** [1] - 1:15
**1335** [3] - 155:7, 155:10, 157:22
**1394** [3] - 51:6, 51:8, 53:9
**14** [67] - 13:12, 14:10, 14:12, 14:15, 14:17, 27:3, 27:16, 33:22, 37:13, 39:3, 51:12, 52:21, 54:14, 56:9, 59:12, 59:22, 61:21, 62:2, 62:3, 67:13, 68:19, 68:20, 75:2, 75:3, 76:21, 77:14, 79:2, 79:4, 79:6, 83:15, 85:12, 91:18, 91:21, 92:17, 95:3, 95:5, 95:18, 98:5, 100:2, 104:4, 105:2, 105:23, 109:2, 109:3, 110:1, 113:8, 113:20, 128:24, 129:21, 136:3, 136:4, 137:4, 142:21, 142:22, 143:9, 146:20, 147:7, 158:3, 158:24, 161:7, 162:25, 170:6, 171:4, 180:8, 180:23, 185:22, 187:15
**14..** [1] - 54:16
**1403** [3] - 108:15, 108:18, 112:14
**1425** [1] - 1:20
**1470** [3] - 116:24, 117:4, 119:18
**1485** [3] - 180:2, 180:5, 183:7
**15** [40] - 27:17, 27:25, 37:13, 39:4, 51:12, 52:21, 60:23, 61:21, 62:2, 63:1, 67:13, 68:19, 68:20, 76:21, 77:14, 91:9, 91:18, 91:21, 92:17, 92:25, 100:18, 104:4, 105:2, 106:5, 109:2, 109:3, 110:1, 131:2, 136:3, 136:4, 142:21, 142:22, 143:9, 162:25, 169:5, 170:6, 171:4, 174:24, 180:8,

180:23
**15-second** [1] - 8:14
**1511** [4] - 112:25, 113:3, 116:20, 184:15
**1513** [3] - 121:18, 121:21, 123:7
**1596** [1] - 44:21
**16** [25] - 28:1, 28:4, 37:13, 39:4, 51:12, 52:21, 67:14, 68:19, 91:18, 91:21, 92:18, 92:25, 104:4, 105:2, 106:8, 109:2, 119:25, 120:14, 136:3, 136:4, 137:4, 162:25, 165:4, 170:6, 171:4
**1663** [3] - 73:7, 73:10, 74:21
**16th** [1] - 104:10
**17** [5] - 4:23, 5:4, 6:4, 28:5, 28:11
**1702** [3] - 123:7, 123:10, 125:10
**1710** [3] - 146:14, 146:17, 147:24
**1715** [3] - 61:15, 61:18, 65:10
**1740** [2] - 168:9, 168:12
**18** [4] - 28:17, 79:2, 79:4, 79:20
**1820** [3] - 70:3, 70:6, 72:10
**1827** [3] - 67:7, 67:10, 70:3
**1832** [3] - 54:10, 54:13, 57:23
**1855** [3] - 135:22, 135:25, 140:11
**18th** [1] - 2:9
**19** [14] - 28:19, 28:20, 29:1, 45:2, 45:3, 73:13, 73:16, 113:8, 114:4, 125:16, 125:17, 126:15, 170:5, 170:17
**190** [1] - 1:8
**1907** [1] - 184:17
**1956** [3] - 43:3, 43:4, 43:6
**1965** [4] - 98:1, 98:2, 103:10, 184:15
**1983** [3] - 74:21, 74:24, 76:10
**1989** [4] - 170:2, 173:5, 173:7, 173:21
**1990s** [1] - 45:7
**1994** [1] - 46:1

**1998** [3] - 128:16, 128:21, 135:12
**1:45** [2] - 94:13, 94:14
**1:59** [1] - 94:15

**2**

**2** [9] - 13:10, 13:17, 13:18, 21:22, 22:2, 153:19, 153:20, 161:6, 185:21
**20** [39] - 29:2, 29:4, 54:14, 54:17, 59:12, 60:6, 75:17, 79:2, 79:4, 80:6, 83:15, 85:17, 91:22, 92:18, 98:5, 100:8, 104:4, 106:14, 109:2, 110:9, 114:19, 117:8, 117:9, 125:16, 125:19, 127:3, 128:24, 130:10, 131:2, 148:12, 158:3, 159:3, 173:25, 174:1, 174:20, 178:21, 179:3, 185:8, 186:6
**20001** [1] - 1:24
**20004** [1] - 1:16
**2008** [1] - 37:18
**2013** [1] - 170:20
**2014** [1] - 40:5
**2015** [1] - 130:15
**2016** [1] - 40:6
**2019** [1] - 60:8
**202** [2] - 1:16, 1:24
**2020** [3] - 21:9, 30:25, 97:6
**2021** [3] - 4:3, 20:23, 21:1
**2022** [1] - 1:6
**205** [1] - 1:21
**208-7170** [1] - 1:21
**20th** [1] - 1:20
**21** [15] - 29:5, 29:10, 45:2, 45:17, 95:3, 95:5, 97:4, 98:5, 104:4, 113:8, 114:15, 125:16, 125:19, 127:22, 161:7
**21-0263** [1] - 1:4
**21-263** [2] - 2:21, 14:23
**22** [9] - 29:11, 29:16, 95:3, 95:5, 97:4, 142:21, 142:22, 145:2, 161:7

**23** [9] - 29:18, 29:21, 79:2, 79:4, 80:24, 93:14, 95:5, 95:6, 95:7
**24** [5] - 29:22, 30:8, 113:8, 115:21, 116:1
**25** [48] - 30:9, 30:12, 37:13, 39:4, 54:14, 54:17, 57:4, 59:12, 60:19, 61:21, 63:8, 66:2, 66:15, 69:12, 79:2, 79:4, 83:15, 86:8, 91:22, 93:10, 95:3, 95:5, 97:4, 98:5, 104:5, 107:4, 109:2, 110:17, 113:9, 119:25, 120:21, 121:24, 123:13, 123:23, 128:24, 131:2, 136:3, 136:4, 137:21, 158:3, 159:18, 161:7, 162:25, 173:25, 174:1, 175:12, 175:18, 180:8
**253** [1] - 67:14
**26** [27] - 30:14, 30:18, 37:13, 39:13, 45:2, 46:8, 54:14, 54:19, 54:20, 57:8, 95:3, 95:5, 97:4, 113:9, 121:24, 122:14, 123:13, 128:24, 131:4, 158:3, 159:23, 161:7, 173:25, 174:1, 175:14, 175:22
**27** [2] - 30:19, 30:23
**28** [14] - 1:6, 5:7, 6:5, 30:24, 31:2, 32:10, 95:3, 95:5, 97:4, 97:5, 142:21, 142:22, 161:7, 161:13
**29** [8] - 31:3, 31:7, 79:2, 79:4, 97:2, 130:24, 151:12, 151:16

## 3

**3** [46] - 13:10, 18:15, 18:16, 22:3, 22:5, 37:12, 37:14, 43:9, 54:14, 54:16, 55:1, 58:4, 59:12, 66:2, 67:13, 67:15, 83:15, 84:21, 95:3, 95:5, 95:8, 98:5, 99:13,

104:4, 113:6, 113:7, 113:8, 113:10, 123:13, 125:16, 125:17, 125:21, 128:24, 128:25, 136:3, 136:4, 136:6, 148:5, 148:6, 150:14, 153:19, 162:25, 178:21, 178:22, 185:21
**30** [5] - 31:18, 32:22, 39:17, 109:7, 188:16
**31** [2] - 32:25, 33:3
**32** [13] - 33:7, 33:17, 34:3, 98:5, 98:18, 142:21, 142:22, 142:23, 151:12, 151:16, 151:18, 167:21, 167:22
**333** [1] - 1:23
**34** [4] - 167:15, 167:19, 167:25, 183:8
**35203** [1] - 1:21
**354-3186** [1] - 1:24
**3:30** [2] - 11:20, 11:25
**3:50** [1] - 184:24

## 4

**4** [8] - 13:10, 22:6, 22:14, 22:23, 136:3, 136:4, 136:14, 185:21
**4704-A** [1] - 1:23
**4:00** [2] - 12:2, 185:4
**4:09** [1] - 184:24
**4:13** [1] - 186:10
**4:18** [1] - 189:18
**4:30** [4] - 183:14, 183:15, 184:6, 185:7

## 5

**5** [7] - 13:10, 23:2, 37:12, 37:25, 136:3, 136:4, 185:21
**505** [1] - 1:20
**514-2000** [1] - 1:16
**5th** [1] - 98:21

## 6

**6** [67] - 7:16, 10:21, 20:23, 21:1, 23:3, 23:9, 40:10, 40:23, 41:1, 41:3, 41:10, 41:14, 41:21, 42:15,

47:24, 48:4, 48:22, 49:16, 53:16, 55:5, 58:11, 59:16, 62:18, 65:3, 67:21, 77:11, 78:2, 83:20, 88:19, 101:12, 102:9, 103:16, 107:14, 108:4, 108:22, 111:2, 111:18, 112:7, 112:21, 119:2, 125:25, 131:15, 132:13, 132:20, 137:1, 137:13, 138:13, 139:6, 140:6, 144:14, 145:6, 149:8, 156:23, 157:13, 158:7, 160:13, 161:10, 161:12, 166:3, 172:2, 172:13, 176:8, 177:13, 182:6, 185:21, 187:20, 188:3
**6,7** [1] - 13:10
**6-related** [1] - 41:15
**6th** [11] - 3:15, 4:3, 6:9, 51:19, 81:20, 104:13, 113:13, 113:18, 123:21, 150:18, 157:3

## 7

**7** [11] - 14:8, 14:9, 14:15, 14:16, 14:17, 23:11, 23:16, 24:2, 185:21, 187:15, 188:2
**70** [8] - 34:19, 34:20, 34:24, 35:10, 35:11, 35:15, 35:20, 35:22
**7th** [2] - 43:13, 99:3

## 8

**8** [7] - 13:11, 14:10, 14:15, 23:18, 24:3, 24:12, 185:22
**8a** [3] - 25:12, 51:11, 52:14
**8b** [1] - 25:13

## 9

**9** [16] - 13:11, 19:10, 25:14, 25:17, 104:4, 104:16, 125:16,

125:17, 126:5, 129:8, 155:13, 161:6, 184:4, 185:1, 185:22
**98** [1] - 3:19
**9:10** [1] - 188:14
**9:15** [3] - 186:4, 186:13, 188:12
**9:30** [3] - 185:24, 185:25, 186:8
**9:38** [1] - 1:7
**9:57** [1] - 14:20

## A

**a.m** [5] - 1:7, 14:20, 17:23
**Abdul** [2] - 23:23, 25:8
**Abdul-Salaam** [2] - 23:23, 25:8
**ability** [44] - 29:13, 29:15, 29:20, 31:1, 37:22, 39:11, 51:22, 56:19, 56:24, 58:20, 62:23, 63:6, 64:24, 74:8, 80:4, 81:1, 81:15, 81:17, 82:3, 87:9, 96:10, 99:18, 99:21, 100:6, 102:21, 105:14, 107:20, 110:6, 110:15, 110:22, 114:1, 124:24, 126:25, 129:19, 136:12, 145:4, 150:21, 156:16, 157:8, 169:1, 171:16, 173:11, 173:14, 175:10
**able** [90] - 5:9, 6:19, 38:17, 38:20, 44:2, 46:5, 49:2, 49:5, 49:7, 53:2, 56:6, 58:12, 59:19, 60:14, 60:25, 62:7, 62:13, 64:7, 64:20, 65:6, 68:14, 69:10, 69:21, 71:16, 71:19, 71:25, 72:2, 75:23, 77:3, 77:10, 79:13, 79:16, 80:19, 86:2, 86:3, 88:21, 89:14, 93:5, 95:15, 96:6, 96:19, 98:15, 100:20, 101:20, 102:16, 102:20, 104:21, 104:25, 106:22, 109:22, 111:7, 112:2, 112:19, 113:17, 117:19,

125:17, 126:5, 129:8, 155:13, 161:6, 184:4, 185:1, 185:22
**98** [1] - 3:19
**9:10** [1] - 188:14
**9:15** [3] - 186:4, 186:13, 188:12
**9:30** [3] - 185:24, 185:25, 186:8
**9:38** [1] - 1:7
**9:57** [1] - 14:20

120:9, 120:19, 121:9, 122:12, 123:20, 127:14, 130:5, 130:17, 133:15, 137:15, 138:4, 143:12, 148:22, 149:13, 149:15, 149:21, 151:7, 153:14, 155:21, 157:14, 158:21, 159:13, 163:5, 163:21, 164:14, 166:17, 170:12, 175:7, 176:8, 176:16, 179:16, 179:19, 180:19, 185:17, 189:9
**above-entitled** [1] - 190:5
**absolute** [1] - 26:8
**absolutely** [9] - 58:24, 75:24, 76:3, 82:7, 90:18, 92:16, 102:4, 134:17, 144:22
**accent** [1] - 90:25
**accept** [9] - 30:25, 38:17, 44:4, 56:7, 62:10, 68:16, 77:4, 97:6, 109:22
**accidentally** [2] - 34:22, 35:17
**accommodate** [1] - 31:17
**accomplished** [1] - 92:2
**accountable** [1] - 65:3
**accountants** [1] - 165:15
**accurate** [1] - 10:20
**accurately** [1] - 10:20
**accused** [5] - 3:23, 20:21, 29:12, 145:3, 175:15
**acquaintance** [1] - 126:7
**acquit** [1] - 48:19
**act** [1] - 154:15
**action** [3] - 2:21, 12:15, 14:23
**actions** [3] - 119:4, 157:9, 182:24
**actively** [1] - 132:7
**activities** [1] - 149:8
**actor** [1] - 176:17
**acts** [1] - 154:18
**actual** [2] - 19:8, 99:9
**add** [1] - 141:6
**addition** [1] - 17:14
**additionally** [1] - 9:23

**Address** [1] - 85:6
**address** [3] - 5:20, 85:2, 187:25
**addressed** [2] - 5:14, 9:12
**adduced** [3] - 54:3, 77:12, 92:15
**adjourned** [1] - 189:18
**adjudge** [4] - 6:16, 51:2, 84:17, 89:13
**adjudged** [1] - 162:7
**adjudging** [1] - 49:23
**adjunct** [2] - 150:16, 150:24
**administer** [1] - 19:18
**Administration** [1] - 163:16
**Administrations** [1] - 163:16
**administrative** [1] - 31:12
**admissible** [1] - 9:5
**admission** [2] - 9:14, 9:18
**admitted** [4] - 10:24, 26:17, 34:14, 38:24
**advice** [1] - 41:14
**advised** [2] - 12:10, 12:23
**advocates** [1] - 79:24
**affect** [44] - 29:13, 29:15, 29:20, 31:1, 37:22, 39:11, 51:22, 56:19, 56:23, 58:19, 62:23, 63:5, 74:8, 80:4, 81:1, 81:15, 81:17, 82:2, 87:9, 96:10, 99:18, 99:21, 100:6, 105:13, 105:17, 107:24, 110:6, 110:15, 110:21, 111:14, 114:1, 124:24, 126:25, 129:18, 136:12, 145:4, 150:21, 156:16, 169:1, 171:16, 173:10, 173:14, 175:9, 182:13
**affected** [3] - 6:23, 145:6, 145:8
**affects** [1] - 136:20
**African** [1] - 81:21
**afternoon** [50] - 37:9, 78:23, 83:13, 88:5, 88:6, 91:12, 91:13, 94:18, 94:25, 98:2, 98:21, 99:1, 103:20, 103:21, 108:16, 113:1, 116:25,

119:19, 121:19, 121:20, 123:8, 125:11, 125:12, 128:17, 135:23, 135:24, 142:16, 142:17, 146:15, 147:25, 150:9, 150:10, 152:16, 152:17, 155:8, 155:9, 157:23, 160:19, 162:20, 162:21, 168:10, 168:11, 169:25, 170:1, 173:22, 178:16, 178:17, 180:3, 180:4, 184:6
**age** [2] - 35:10, 35:24
**agencies** [4] - 27:6, 27:9, 29:23, 56:15
**agency** [3] - 28:10, 29:7, 75:9
**Agent** [3] - 24:17, 24:18, 24:21
**agent** [6] - 29:25, 30:6, 115:23, 145:12, 147:14, 160:21
**agent's** [1] - 30:4
**agents** [1] - 143:19
**aggressive** [1] - 145:12
**ago** [64] - 18:3, 39:6, 39:17, 45:6, 45:25, 57:3, 57:12, 60:22, 60:23, 66:19, 66:20, 73:19, 73:20, 75:15, 80:9, 85:24, 85:25, 86:12, 92:23, 92:24, 92:25, 93:14, 100:17, 100:18, 106:17, 106:20, 110:12, 110:20, 114:6, 114:8, 114:19, 117:12, 117:13, 120:23, 122:3, 122:4, 122:19, 124:1, 124:12, 124:21, 124:22, 126:1, 126:18, 127:7, 128:1, 130:14, 130:16, 131:3, 131:10, 147:10, 147:12, 148:17, 148:18, 153:2, 153:3, 153:4, 159:6, 170:19, 174:23, 174:24, 175:24, 175:25, 179:5, 179:9
**agree** [11] - 4:20, 4:25,

5:1, 5:9, 5:10, 32:12, 42:13, 53:24, 65:22, 82:23, 154:11
**agreed** [1] - 188:20
**agreement** [2] - 9:18, 14:16
**ahead** [4] - 2:19, 103:18, 141:22, 182:3
**aided** [1] - 86:22
**airflow** [2] - 135:6, 181:23
**AL** [1] - 1:21
**Alabama** [7] - 1:19, 20:24, 23:4, 23:14, 24:22, 25:8
**alarm** [1] - 10:9
**ALFORD** [1] - 1:6
**Alford** [29] - 2:21, 2:24, 3:6, 10:4, 14:23, 15:13, 20:22, 20:24, 21:3, 21:7, 21:10, 21:12, 23:4, 23:5, 23:9, 23:10, 23:11, 25:9, 48:3, 48:15, 49:11, 49:12, 49:15, 49:23, 49:25, 50:1, 64:15, 89:12, 160:14
**aligned** [1] - 50:2
**allegations** [1] - 21:2
**alleged** [1] - 111:8
**alleges** [2] - 21:2, 21:10
**alleviate** [1] - 182:1
**allow** [4] - 10:23, 10:25, 140:13, 140:20
**allowed** [3] - 8:1, 8:21, 12:6
**allowing** [2] - 7:14, 7:19
**almost** [2] - 7:17, 186:7
**alone** [1] - 183:2
**alternate** [5] - 13:12, 14:8, 16:7, 16:9, 80:13
**alternates** [6] - 6:1, 16:5, 16:7, 187:14, 187:16, 187:18
**amazing** [1] - 6:16
**AMERICA** [1] - 1:3
**America** [2] - 2:21, 14:23
**American** [2] - 81:22, 159:1
**amount** [1] - 6:23
**amounts** [1] - 32:2
**analytics** [1] - 74:11

**analyzed** [1] - 78:3
**angry** [1] - 63:22
**annex** [1] - 100:16
**answer** [22] - 18:13, 18:15, 20:7, 30:7, 38:22, 48:10, 52:20, 54:24, 59:23, 62:13, 71:11, 73:4, 77:15, 81:6, 81:7, 90:20, 135:16, 135:17, 144:5, 161:24, 164:5
**answered** [8] - 8:2, 18:12, 52:15, 52:18, 100:2, 115:7, 137:3, 163:7
**answering** [1] - 116:6
**answers** [67] - 3:4, 16:22, 18:18, 18:23, 18:24, 19:25, 37:11, 37:12, 43:8, 45:1, 50:17, 51:10, 52:23, 58:3, 59:11, 61:20, 65:1, 66:1, 67:12, 67:13, 70:8, 72:13, 73:12, 75:1, 76:20, 79:1, 83:14, 88:9, 91:3, 91:17, 91:24, 95:2, 97:1, 98:4, 103:25, 108:20, 113:5, 117:7, 119:24, 121:23, 123:12, 125:15, 128:23, 136:2, 136:20, 142:20, 146:19, 148:2, 148:4, 148:11, 150:13, 152:20, 153:18, 155:12, 158:2, 161:5, 161:12, 162:24, 168:14, 169:4, 170:4, 172:11, 173:24, 177:9, 178:20, 180:7, 180:24
**anti** [1] - 32:2
**anti-deadlock** [1] - 32:2
**anticipate** [1] - 13:7
**anyway** [4] - 9:10, 15:10, 35:16, 136:19
**apologize** [9] - 14:6, 15:7, 15:8, 37:1, 69:15, 83:3, 89:18, 139:17, 144:12
**Appeals** [1] - 52:25
**appear** [1] - 141:2
**appearance** [3] - 7:24, 142:2, 142:6
**APPEARANCES** [1] -

1:12
**appeared** [2] - 12:14, 141:10
**appearing** [1] - 2:25
**applaud** [1] - 64:14
**application** [2] - 28:6, 28:10
**apply** [2] - 26:23, 42:2
**appointment** [1] - 152:10
**appointments** [1] - 167:18
**appraise** [2] - 64:16, 64:18
**appreciate** [14] - 17:25, 18:15, 36:10, 65:1, 82:9, 97:16, 119:6, 145:14, 146:3, 152:12, 176:24, 178:2, 184:22, 186:7
**approach** [1] - 37:5
**appropriate** [1] - 102:23
**April** [1] - 2:9
**area** [27] - 21:4, 22:5, 24:21, 24:23, 25:6, 58:9, 59:14, 66:3, 84:21, 84:22, 85:3, 95:8, 95:13, 95:22, 95:23, 99:14, 113:11, 125:21, 129:1, 148:8, 163:1, 163:2, 164:2, 164:12, 178:22, 178:25
**Argentina** [2] - 89:6, 89:7
**argument** [1] - 8:9
**arguments** [1] - 33:10
**arising** [2] - 48:4, 161:10
**Arizona** [1] - 143:1
**armed** [2] - 120:23, 145:12
**arrested** [10] - 30:15, 39:14, 46:13, 54:21, 114:19, 122:15, 122:17, 124:10, 159:24, 175:14
**articulated** [1] - 65:22
**Aseem** [1] - 16:1
**Ashley** [1] - 24:16
**aside** [53] - 6:15, 6:19, 8:3, 44:2, 48:14, 49:2, 49:10, 50:15, 50:22, 56:6, 58:22, 62:7, 68:14, 71:14, 71:19, 72:12, 72:21, 77:3, 77:10, 82:17,

83:6, 84:16, 85:9,
88:21, 89:14, 90:6,
91:4, 92:13, 96:19,
97:12, 102:17,
105:15, 112:2,
112:19, 115:13,
120:9, 132:22,
135:19, 137:15,
140:24, 143:12,
149:21, 151:7,
153:14, 154:8,
154:10, 157:14,
158:13, 163:21,
170:13, 180:20,
182:16, 182:25
**assault** [3] - 39:5,
63:10, 165:21
**assess** [12] - 30:3,
71:14, 73:5, 79:16,
79:17, 91:5, 102:17,
105:14, 115:3,
115:13, 128:7,
164:15
**assesses** [1] - 114:10
**assessing** [1] - 56:20
**assigned** [1] - 16:8
**assistant** [3] - 22:7,
77:17, 161:16
**assisted** [1] - 188:18
**assisting** [5] - 15:16,
22:15, 22:22, 23:22,
24:1
**associated** [1] - 30:20
**assume** [9] - 38:8,
42:22, 102:20,
106:5, 111:23,
145:19, 161:12,
166:16, 180:23
**assure** [1] - 16:7
**assured** [1] - 20:14
**attack** [2] - 49:17,
63:22
**attacked** [1] - 63:18
**attempted** [3] - 49:17,
50:16, 93:14
**attended** [3] - 20:25,
41:13, 42:8
**attention** [1] - 94:13
**Attorney** [1] - 22:24
**attorney** [24] - 27:8,
28:24, 29:9, 38:2,
38:5, 38:12, 40:5,
41:13, 42:12, 42:15,
43:21, 44:7, 67:25,
68:24, 77:17, 77:23,
78:8, 105:24, 110:2,
120:7, 139:5,
143:10, 161:16,
181:2
**Attorney's** [8] - 27:7,

28:7, 30:21, 73:24,
136:17, 136:21,
137:14, 138:16
**attorney's** [2] - 27:7,
44:15
**attorneys** [8] - 8:1,
22:7, 27:20, 29:12,
68:1, 144:17, 145:3,
180:13
**audience** [2] - 98:7,
185:23
**audits** [1] - 165:8
**aunt** [1] - 52:24
**AUSA** [1] - 136:16
**authenticity** [1] - 8:17
**auto** [1] - 100:10
**available** [2] - 10:11,
36:19
**Avenue** [1] - 1:23
**average** [1] - 141:3
**aviation** [1] - 68:4
**aware** [9] - 15:22,
38:13, 40:8, 40:17,
41:2, 112:23,
139:22, 140:1,
141:12

## B

**background** [3] -
52:12, 89:17, 89:19
**backgrounds** [1] -
20:5
**bad** [1] - 84:4
**balance** [1] - 188:10
**Baltimore** [3] -
106:16, 106:19,
129:15
**barred** [1] - 143:10
**base** [3] - 50:7, 87:15,
88:22
**based** [42] - 3:3, 3:17,
6:16, 16:6, 19:4,
20:16, 26:2, 26:16,
34:13, 41:21, 47:3,
47:13, 48:11, 48:15,
49:15, 50:3, 50:6,
51:2, 58:23, 71:15,
72:24, 73:6, 84:18,
84:22, 85:10, 88:22,
89:13, 89:16, 89:24,
92:15, 97:13,
105:14, 112:3,
132:22, 142:1,
154:9, 154:22,
158:8, 158:13,
160:12, 178:4, 183:2
**basing** [1] - 40:21
**basis** [2] - 141:19,

143:20
**Bates** [1] - 5:17
**beach** [1] - 110:19
**beat** [1] - 114:20
**beaten** [1] - 101:11
**became** [2] - 92:5,
110:4
**BEFORE** [1] - 1:10
**begin** [9] - 13:3,
19:17, 20:2, 31:20,
35:8, 94:5, 94:7,
186:1, 186:2
**beginning** [4] - 9:10,
33:15, 83:16, 151:22
**begins** [1] - 19:15
**behavior** [1] - 13:1
**behind** [1] - 94:17
**belief** [1] - 33:2
**beliefs** [2] - 8:4, 97:13
**belong** [1] - 28:14
**Ben** [1] - 52:2
**bench** [8] - 16:1,
17:12, 18:22, 32:21,
35:7, 37:4, 43:2,
183:24
**Bench** [6] - 17:4,
31:24, 34:5, 36:15,
37:7, 94:24
**benefits** [1] - 35:13
**Berman** [1] - 5:19
**beside** [1] - 152:22
**best** [10] - 10:5, 62:4,
64:21, 65:5, 65:8,
65:16, 115:16,
115:18, 119:10,
182:15
**bet** [2] - 115:17,
115:18
**better** [4] - 10:6,
67:19, 135:6, 181:23
**between** [7] - 28:21,
45:8, 111:13,
126:20, 133:24,
151:14, 172:19
**beyond** [14] - 25:23,
26:4, 45:11, 48:8,
74:5, 83:19, 114:12,
126:22, 149:12,
149:14, 171:1,
177:15, 177:16,
187:25
**bias** [5] - 16:13, 16:16,
16:17, 38:11, 172:20
**biased** [1] - 60:2
**biases** [1] - 20:15
**bicycle** [1] - 66:18
**big** [3] - 135:4, 143:24,
189:9
**bike** [1] - 159:20
**Birmingham** [3] -

1:21, 12:12, 23:14
**bit** [11] - 8:24, 12:20,
81:22, 83:23, 83:25,
142:11, 144:20,
162:3, 167:19,
177:14, 181:17
**bizarre** [1] - 53:17
**blocks** [1] - 104:10
**blue** [2] - 13:9, 13:11
**Bluff** [2] - 20:24, 23:4
**bombing** [1] - 6:25
**book** [1] - 99:6
**boss** [3] - 52:1, 52:5,
53:23
**Boston** [1] - 6:24
**bottom** [1] - 151:13
**bound** [1] - 20:6
**box** [8] - 13:7, 16:6,
34:22, 34:25, 35:18,
35:22, 185:22,
186:17
**boyfriend** [1] - 69:17
**Bradley** [13] - 2:13,
12:11, 15:16, 15:23,
17:9, 17:18, 19:18,
34:18, 35:9, 36:2,
142:9, 184:2, 184:7
**Bradley's** [1] - 4:8
**break** [15] - 11:14,
11:15, 11:16, 11:20,
17:11, 17:20, 31:10,
31:11, 31:14, 76:12,
91:8, 94:3, 94:18
**breaks** [3] - 31:10,
31:12, 181:22
**bridge** [1] - 129:3
**brief** [5] - 36:13, 61:5,
74:13, 87:22, 90:8
**briefed** [1] - 10:16
**briefings** [2] - 41:14,
42:8
**briefly** [1] - 76:12
**bring** [2] - 19:2,
189:10
**bringing** [1] - 41:22
**brings** [1] - 166:9
**Brittany** [1] - 22:18
**broad** [1] - 62:21
**broader** [2] - 8:25,
172:22
**broke** [1] - 122:8
**broken** [3] - 69:14,
165:19, 175:18
**Brooklyn** [1] - 110:11
**brother** [7] - 77:16,
79:11, 105:4,
106:10, 125:23,
125:24, 129:23
**brother's** [1] - 129:25
**brother-in-law** [4] -

77:16, 79:11,
125:23, 125:24
**BRYAN** [2] - 1:22,
190:3
**Bryan** [3] - 15:17,
190:9, 190:9
**bubble** [1] - 36:17
**building** [6] - 20:23,
21:11, 55:3, 55:12,
88:19, 166:10
**burden** [1] - 25:21
**Bureau** [4] - 27:11,
143:18, 165:7,
165:10
**burglarized** [1] - 39:6
**burglary** [2] - 93:14,
110:20
**buses** [2] - 11:7, 11:8
**busy** [2] - 2:16, 137:9
**but..** [1] - 181:18
**Butler** [31] - 2:24,
7:11, 9:11, 14:25,
23:12, 23:16, 42:18,
61:4, 63:14, 70:25,
72:6, 74:12, 76:4,
77:25, 87:21, 88:25,
93:21, 101:8, 107:9,
110:24, 116:13,
118:4, 121:12,
123:3, 125:4,
128:12, 131:13,
138:7, 141:17,
141:18, 141:20
**BUTLER** [36] - 1:18,
9:12, 9:17, 11:18,
12:4, 12:9, 12:13,
12:17, 12:23, 14:13,
14:16, 34:10, 34:16,
39:23, 40:1, 40:3,
40:7, 40:12, 40:16,
40:24, 41:7, 41:20,
42:25, 47:7, 47:17,
141:17, 141:19,
141:23, 141:25,
186:25, 187:2,
188:18, 189:1,
189:5, 189:8, 189:15
**button** [1] - 19:22

## C

**cable** [1] - 158:11
**cafeteria** [1] - 94:14
**calculation** [1] - 94:9
**camera** [1] - 10:7
**campaign** [1] - 181:5
**campaigns** [1] - 181:3
**candid** [4] - 65:13,
82:22, 135:16, 178:1

**candor** [6] - 82:9, 97:16, 116:18, 146:4, 162:8, 178:2
**cannot** [6] - 3:6, 3:7, 4:2, 4:4, 19:25, 34:1
**capable** [1] - 50:22
**capacity** [2] - 68:24, 68:25
**Capitol** [95] - 3:21, 4:3, 9:23, 10:7, 10:10, 10:19, 20:23, 21:4, 21:11, 22:3, 24:15, 24:17, 37:15, 37:17, 37:22, 43:11, 43:13, 47:24, 50:18, 51:14, 51:15, 52:3, 52:16, 52:17, 55:2, 55:4, 55:8, 55:10, 55:13, 55:14, 55:19, 55:21, 58:5, 58:11, 59:15, 63:18, 63:22, 66:5, 66:9, 67:15, 71:10, 71:22, 71:24, 72:24, 73:1, 84:15, 85:3, 85:4, 85:5, 85:8, 86:20, 86:21, 86:22, 88:19, 89:3, 89:15, 90:21, 95:9, 95:12, 96:11, 96:20, 99:14, 99:15, 99:16, 99:17, 101:12, 102:6, 104:10, 111:2, 111:5, 111:9, 111:14, 113:11, 113:13, 119:2, 129:1, 132:14, 133:5, 136:7, 136:9, 148:7, 150:15, 150:21, 154:17, 156:22, 163:2, 166:4, 166:8, 172:3, 176:8, 182:6, 182:24
**caps** [2] - 50:17, 134:17
**Captain** [3] - 10:18, 24:16, 25:6
**capture** [1] - 10:11
**captures** [2] - 10:5, 10:20
**car** [5] - 69:13, 93:14, 93:15, 131:3, 159:20
**card** [30] - 16:23, 18:6, 18:9, 19:3, 21:21, 22:5, 22:23, 23:2, 23:9, 23:17, 24:2, 25:17, 26:6, 26:14, 26:21, 27:2, 27:16, 27:25, 28:4, 28:12, 28:18, 28:20, 29:10, 29:17, 30:8, 30:13,

30:18, 31:7, 33:3, 33:19
**cards** [3] - 17:10, 17:15, 17:19
**care** [1] - 100:24
**career** [4] - 76:1, 92:12, 110:2, 143:6
**caretaker** [1] - 100:24
**Carolina** [1] - 59:25
**carried** [1] - 102:3
**carry** [4] - 102:13, 111:21, 119:7, 140:17
**case** [213] - 2:13, 2:15, 2:19, 5:16, 5:17, 5:18, 6:25, 7:20, 12:15, 15:11, 15:12, 16:5, 16:8, 16:10, 16:13, 16:14, 16:15, 17:22, 19:14, 19:25, 20:6, 20:15, 20:20, 20:21, 21:17, 21:19, 21:24, 22:6, 23:3, 23:11, 24:11, 26:1, 26:7, 26:10, 26:16, 29:3, 29:14, 29:16, 29:21, 29:23, 30:23, 31:2, 31:19, 33:3, 33:8, 34:13, 36:23, 37:23, 38:6, 38:10, 39:11, 39:18, 39:20, 40:10, 40:22, 41:22, 42:3, 42:10, 43:16, 44:4, 45:15, 46:4, 46:23, 46:25, 47:25, 48:3, 48:16, 51:23, 53:3, 55:9, 56:22, 57:6, 57:7, 58:10, 58:13, 58:23, 59:20, 60:9, 60:10, 60:25, 62:24, 63:6, 63:12, 64:9, 66:13, 66:22, 67:21, 68:12, 68:17, 69:4, 69:10, 69:22, 70:17, 71:4, 74:8, 76:1, 76:2, 77:20, 79:14, 80:4, 80:16, 80:19, 80:22, 81:16, 82:5, 83:18, 86:6, 87:10, 88:20, 88:22, 92:13, 93:2, 93:3, 93:5, 93:8, 93:19, 95:16, 96:10, 96:22, 97:18, 99:18, 100:6, 100:20, 101:6, 102:14, 102:18, 102:23, 104:14, 105:14, 105:20, 106:15, 106:23, 106:24, 107:2,

107:21, 110:7, 110:22, 113:18, 114:2, 114:12, 116:11, 117:10, 117:20, 117:23, 117:24, 121:10, 122:12, 122:21, 122:22, 124:7, 126:3, 127:8, 127:19, 127:20, 129:6, 129:19, 130:1, 130:22, 131:11, 131:25, 132:5, 133:2, 134:4, 136:11, 138:5, 144:11, 145:4, 145:23, 147:5, 147:15, 149:1, 149:7, 149:14, 150:22, 156:17, 157:1, 158:6, 158:22, 159:9, 159:16, 160:4, 160:11, 161:9, 163:5, 165:12, 165:23, 167:12, 169:2, 172:8, 172:16, 172:21, 172:23, 173:14, 174:18, 175:4, 175:5, 175:10, 175:20, 176:1, 177:12, 177:19, 178:1, 178:5, 179:1, 179:19, 181:8, 182:20, 182:23, 184:11
**cases** [27] - 3:12, 5:15, 5:23, 5:24, 7:15, 7:16, 11:22, 17:14, 38:13, 41:1, 41:3, 41:10, 41:21, 42:7, 62:18, 100:10, 109:19, 112:21, 112:22, 137:1, 137:9, 137:13, 139:24, 140:2, 141:1, 171:10, 171:22
**cast** [1] - 12:19
**casualties** [1] - 81:24
**category** [1] - 169:12
**catty** [1] - 55:3
**catty-corner** [1] - 55:3
**caused** [3] - 7:22, 7:23, 50:24
**causes** [1] - 31:6
**caution** [1] - 140:12
**cell** [1] - 121:6
**Center** [1] - 150:17

**ceremonial** [6] - 2:3, 12:14, 12:20, 12:21, 13:2, 15:4
**Ceremonial** [1] - 12:5
**CEREMONIAL** [1] - 14:21
**ceremony** [1] - 11:6
**certain** [4] - 8:9, 72:19, 81:25, 182:12
**certainly** [10] - 3:18, 8:1, 35:16, 38:13, 42:9, 90:17, 99:19, 132:4, 172:18, 182:15
**CERTIFICATE** [1] - 190:2
**certification** [1] - 21:9
**certify** [1] - 190:3
**chairs** [2] - 12:7, 12:8
**challenge** [1] - 9:22
**chance** [1] - 167:16
**change** [2] - 6:25, 34:1
**change-of-venue** [1] - 6:25
**characterization** [3] - 5:1, 5:10
**charge** [2] - 6:17, 92:5
**charged** [17] - 30:15, 39:14, 46:9, 54:21, 57:9, 57:10, 82:20, 122:15, 123:20, 124:23, 131:5, 145:16, 154:11, 154:17, 159:23, 161:10, 175:14
**charges** [7] - 8:5, 21:23, 22:1, 48:4, 72:1, 153:22, 153:24
**chase** [3] - 161:21, 177:18, 182:21
**check** [3] - 34:25, 35:18, 35:22
**Chief** [1] - 12:15
**childhood** [1] - 57:2
**Chinatown** [1] - 178:23
**Chipalkatti** [1] - 16:1
**choose** [2] - 35:12, 90:22
**chooses** [1] - 26:10
**chosen** [1] - 172:8
**CHUTKAN** [1] - 1:10
**Chutkan** [1] - 15:10
**CIA** [3] - 27:14, 100:4
**Circle** [2] - 67:18, 145:10
**circling** [1] - 140:4
**circumstances** [4] - 21:17, 21:19, 83:18,

158:5
**citizen** [2] - 84:8, 130:9
**city** [5] - 27:15, 63:24, 95:22, 159:8, 159:19
**City** [1] - 98:20
**civic** [2] - 64:14, 176:9
**civil** [15] - 29:3, 60:9, 80:11, 80:16, 85:20, 93:2, 109:15, 110:11, 114:20, 117:10, 127:8, 130:12, 159:10, 175:4, 179:11
**Civil** [2] - 62:5, 105:25
**claims** [1] - 100:11
**clarify** [1] - 160:10
**class** [1] - 12:15
**class-action** [1] - 12:15
**classes** [3] - 56:1, 56:6, 56:7
**clear** [3] - 6:4, 12:4, 50:21
**clearest** [1] - 10:12
**clearly** [1] - 10:10
**CLERK** [3] - 2:14, 2:20, 14:22
**Clerk** [1] - 107:20
**clerk** [10] - 12:1, 13:9, 13:11, 15:17, 16:25, 37:16, 120:16, 173:8, 173:10, 173:12
**clerked** [3] - 38:7, 38:8, 106:11
**clerks** [1] - 16:2
**clients** [1] - 165:6
**Clinton** [1] - 163:16
**clip** [1] - 8:15
**close** [81] - 5:2, 10:4, 10:8, 26:22, 26:24, 27:3, 27:17, 27:23, 28:1, 28:5, 29:5, 30:9, 30:14, 33:14, 37:21, 39:13, 42:11, 42:14, 42:16, 43:12, 43:19, 45:18, 46:9, 52:9, 52:24, 53:15, 54:4, 54:20, 55:24, 56:11, 57:8, 58:7, 63:2, 66:15, 67:23, 68:10, 70:10, 75:5, 76:23, 79:9, 85:12, 95:11, 95:24, 96:1, 96:9, 96:20, 105:3, 106:8, 113:13, 120:15, 122:1, 122:14, 123:24, 123:25, 124:6,

124:9, 127:22, 129:21, 137:22, 137:23, 138:1, 140:22, 146:22, 147:7, 156:10, 158:16, 158:18, 158:25, 163:11, 165:5, 168:16, 169:9, 171:10, 171:11, 174:11, 174:12, 178:23, 180:10, 181:1
**close..** [1] - 67:18
**closed** [1] - 99:22
**closely** [6] - 48:24, 48:25, 50:25, 102:9, 109:3, 162:3
**closer** [2] - 142:10, 188:25
**closing** [1] - 33:10
**clowns** [1] - 144:14
**co** [1] - 90:17
**co-counsel** [1] - 90:17
**Coast** [2] - 56:16, 56:19
**codefendant** [1] - 3:9
**colleague** [3] - 104:18, 104:22, 104:23
**colleagues** [4] - 52:1, 137:6, 137:8, 139:1
**collected** [1] - 164:20
**collecting** [1] - 5:24
**college** [2] - 138:2, 159:25
**Columbia** [1] - 22:24
**COLUMBIA** [1] - 1:1
**comfortable** [8] - 58:16, 118:12, 118:13, 134:17, 134:21, 135:8, 149:6, 189:8
**coming** [4] - 3:13, 13:7, 99:20, 167:23
**committee** [1] - 139:12
**Committee** [3] - 48:22, 139:6, 140:5
**committee's** [1] - 139:13
**common** [3] - 15:21, 39:7, 68:2
**commonwealth's** [1] - 181:2
**communications** [1] - 78:13
**company** [1] - 145:6
**comparison** [1] - 10:17
**compelled** [1] - 26:9

**complete** [3] - 16:19, 185:7, 185:8
**completed** [1] - 99:11
**completely** [3] - 49:23, 81:4, 141:25
**complexity** [1] - 108:10
**complicated** [2] - 108:5, 108:9
**complicit** [1] - 144:15
**complies** [3] - 23:6, 47:10, 47:20
**comply** [1] - 22:10
**comport** [1] - 137:18
**concentrate** [1] - 152:11
**concern** [4] - 4:4, 7:13, 102:21, 135:17
**concerned** [2] - 32:2, 105:18, 115:10
**concerning** [2] - 29:12, 182:24
**concerns** [4] - 115:9, 118:6, 149:8, 182:1
**concluded** [1] - 31:18
**concluding** [1] - 5:24
**conclusion** [1] - 16:9
**condition** [3] - 97:3, 118:10, 181:18
**conditions** [1] - 135:9
**conduct** [3] - 2:9, 21:6, 72:25
**conference** [13] - 17:4, 17:12, 31:24, 32:21, 34:5, 35:7, 36:15, 37:4, 37:7, 43:2, 94:24, 98:20, 183:24
**conferring** [8] - 12:1, 16:25, 36:4, 53:13, 74:15, 87:23, 90:9, 183:19
**confidential** [1] - 139:11
**confine** [5] - 8:4, 38:23, 166:18, 166:19, 167:11
**conflict** [1] - 52:13
**confused** [1] - 56:15
**confusion** [2] - 17:6, 31:6
**Congress** [5] - 55:4, 86:23, 86:24, 145:7, 172:4
**Congress's** [1] - 21:8
**congressional** [6] - 51:16, 51:17, 51:18, 51:21, 87:1, 87:5
**conservative** [1] - 52:20

**conservatively** [2] - 51:12, 52:18
**consider** [6] - 4:10, 49:10, 54:5, 55:16, 75:21, 138:12
**consideration** [1] - 90:20
**considered** [2] - 31:21, 145:15
**considering** [2] - 52:12, 68:20
**Constitution** [2] - 1:23, 26:8
**constitutional** [2] - 92:6, 163:24
**constraints** [1] - 168:3
**construction** [1] - 67:1
**consultation** [1] - 151:22
**contacts** [1] - 164:14
**contends** [1] - 21:7
**contention** [1] - 3:5
**context** [1] - 72:17
**continue** [1] - 188:5
**continued** [1] - 94:12
**continues** [3] - 26:3, 134:19, 140:19
**contrary** [2] - 87:12, 87:13
**control** [1] - 86:21
**controls** [1] - 164:20
**convicted** [7] - 39:16, 46:16, 122:15, 124:10, 131:5, 149:9, 159:24
**corner** [2] - 18:8, 55:3
**corporate** [3] - 120:6, 163:13, 164:1
**correct** [44] - 40:10, 40:13, 40:19, 43:7, 43:25, 44:1, 44:12, 44:25, 48:1, 51:9, 58:2, 63:19, 63:20, 63:23, 64:4, 66:4, 70:7, 71:5, 73:18, 73:25, 74:6, 101:13, 102:7, 109:19, 127:18, 136:5, 138:13, 138:14, 138:18, 139:7, 139:15, 139:18, 139:25, 140:3, 148:1, 159:4, 160:15, 160:23, 161:3, 170:3, 175:16, 176:15, 186:24, 190:4
**correctly** [1] - 44:11
**Counsel** [1] - 107:12

**counsel** [27] - 4:10, 4:20, 5:15, 16:3, 17:1, 22:10, 25:7, 31:23, 34:4, 39:22, 40:9, 40:18, 41:6, 42:15, 44:9, 53:5, 78:11, 90:17, 93:21, 144:13, 144:23, 146:9, 163:14, 183:8, 186:12, 188:24, 189:3
**counsel's** [3] - 4:25, 5:1
**counselor** [1] - 41:13
**count** [2] - 183:8, 186:24
**country** [7] - 6:12, 81:12, 89:8, 89:22, 89:23, 131:22, 177:23
**counts** [2] - 124:16, 136:9
**County** [2] - 92:6, 92:7
**coup** [2] - 49:17, 50:16
**couple** [8] - 11:5, 96:11, 110:20, 112:22, 122:9, 133:22, 140:23, 145:7
**course** [5] - 31:9, 52:1, 139:2, 139:3, 151:10
**courses** [1] - 153:8
**court** [32] - 4:11, 12:1, 15:5, 15:14, 15:17, 15:18, 15:19, 16:25, 28:3, 30:21, 36:4, 38:8, 69:7, 85:22, 88:23, 92:7, 92:20, 110:12, 115:11, 117:14, 117:15, 117:16, 120:15, 124:19, 127:10, 128:4, 158:19, 165:5, 171:5, 174:25, 179:13
**Court** [45] - 1:22, 4:10, 4:17, 4:18, 5:3, 6:3, 6:6, 8:16, 9:1, 9:12, 9:14, 9:19, 11:8, 11:9, 13:20, 35:3, 36:18, 37:17, 38:7, 52:25, 53:25, 60:11, 60:12, 65:22, 73:22, 85:22, 85:23, 92:21, 100:12, 100:16, 109:8, 109:19, 112:20, 117:17, 127:10, 142:3,

159:7, 159:9, 175:1, 179:13, 183:21, 187:10, 187:25, 188:1, 190:3
**COURT** [987] - 1:1, 2:2, 2:7, 2:13, 2:15, 3:8, 4:6, 4:13, 4:16, 6:7, 7:7, 7:9, 7:11, 9:4, 9:15, 10:1, 10:14, 10:22, 11:4, 11:21, 12:8, 12:11, 12:14, 12:18, 12:25, 13:9, 13:14, 13:16, 13:18, 13:23, 14:3, 14:9, 14:15, 14:18, 15:2, 17:5, 17:13, 17:24, 19:20, 22:20, 23:21, 23:25, 24:24, 25:10, 31:25, 32:9, 32:17, 32:20, 32:22, 34:6, 34:9, 34:12, 34:17, 35:6, 35:8, 36:2, 36:12, 36:14, 36:20, 37:2, 37:5, 37:9, 37:11, 37:14, 37:20, 37:25, 38:4, 38:15, 38:20, 39:1, 39:7, 39:10, 39:13, 39:18, 39:22, 39:25, 40:15, 41:4, 41:8, 41:18, 41:25, 42:11, 43:1, 43:3, 43:6, 43:8, 43:10, 43:14, 43:18, 43:22, 43:24, 44:2, 44:6, 44:9, 44:18, 44:20, 44:22, 44:24, 45:1, 45:3, 45:6, 45:8, 45:13, 45:17, 45:21, 45:25, 46:2, 46:8, 46:12, 46:16, 46:19, 46:23, 47:4, 47:9, 47:11, 47:15, 47:19, 47:21, 48:2, 48:14, 48:18, 49:9, 49:24, 50:9, 50:11, 50:23, 51:8, 51:10, 51:13, 51:17, 51:19, 51:22, 52:5, 52:14, 52:21, 53:1, 53:5, 53:8, 53:10, 53:17, 53:21, 54:4, 54:11, 54:13, 54:16, 54:18, 54:20, 54:24, 55:1, 55:5, 55:7, 55:11, 55:15, 55:23, 56:3, 56:5, 56:9, 56:11, 56:17, 56:25, 57:3, 57:5, 57:8, 57:12, 57:14, 57:18, 57:20, 57:22, 57:24, 58:1, 58:3, 58:5,

58:10, 58:18, 58:22,
58:25, 59:3, 59:6,
59:8, 59:10, 59:13,
59:16, 59:18, 59:22,
60:1, 60:6, 60:9,
60:11, 60:13, 60:16,
60:19, 60:22, 60:24,
61:2, 61:4, 61:6,
61:10, 61:13, 61:16,
61:18, 61:20, 61:22,
61:25, 62:2, 62:6,
62:12, 62:16, 62:20,
62:22, 63:1, 63:4,
63:8, 63:11, 63:14,
64:6, 64:13, 64:23,
65:9, 65:12, 65:23,
65:25, 66:3, 66:5,
66:8, 66:11, 66:15,
66:19, 66:21, 66:24,
67:2, 67:6, 67:8,
67:10, 67:12, 67:15,
67:19, 67:23, 68:2,
68:6, 68:11, 68:14,
68:19, 69:2, 69:6,
69:9, 69:12, 69:20,
69:24, 70:2, 70:4,
70:6, 70:8, 70:10,
70:13, 70:16, 70:19,
70:21, 70:23, 70:25,
71:7, 71:11, 71:21,
72:4, 72:6, 72:8,
72:15, 73:2, 73:8,
73:10, 73:12, 73:14,
73:16, 73:19, 73:21,
73:23, 74:1, 74:3,
74:7, 74:10, 74:12,
74:14, 74:17, 74:19,
74:22, 74:24, 75:1,
75:3, 75:5, 75:9,
75:11, 75:13, 75:15,
75:18, 75:25, 76:4,
76:7, 76:9, 76:11,
76:14, 76:17, 76:19,
76:22, 76:25, 77:2,
77:7, 77:9, 77:14,
77:19, 77:22, 77:24,
78:6, 78:18, 78:21,
78:23, 79:1, 79:3,
79:6, 79:8, 79:12,
79:16, 79:20, 80:2,
80:6, 80:9, 80:11,
80:15, 80:18, 80:21,
80:24, 81:4, 81:9,
81:11, 81:14, 82:2,
82:9, 82:13, 82:21,
83:5, 83:10, 83:12,
83:14, 83:16, 83:25,
84:6, 84:10, 84:12,
84:21, 84:24, 85:2,
85:7, 85:12, 85:15,
85:17, 85:20, 85:22,

85:24, 86:1, 86:4,
86:8, 86:10, 86:12,
86:14, 86:17, 87:4,
87:9, 87:13, 87:16,
87:20, 87:25, 88:2,
88:5, 88:7, 88:9,
88:11, 88:14, 88:16,
88:25, 89:9, 89:12,
89:24, 90:3, 90:12,
90:15, 90:24, 91:12,
91:14, 91:16, 91:19,
91:23, 92:3, 92:9,
92:17, 92:21, 92:23,
93:1, 93:4, 93:7,
93:10, 93:12, 93:17,
93:21, 93:24, 94:1,
94:3, 94:16, 94:25,
95:2, 95:4, 95:7,
95:11, 95:14, 95:18,
95:22, 95:24, 96:2,
96:8, 96:13, 96:15,
96:19, 96:24, 97:5,
97:11, 97:16, 97:20,
97:23, 97:25, 98:2,
98:4, 98:8, 98:14,
98:18, 98:22, 98:24,
99:2, 99:5, 99:13,
99:16, 99:24, 100:2,
100:5, 100:8,
100:12, 100:16,
100:19, 100:22,
101:1, 101:4, 101:8,
102:12, 102:21,
103:4, 103:6, 103:8,
103:11, 103:13,
103:17, 103:20,
103:22, 103:24,
104:3, 104:6,
104:12, 104:16,
104:20, 105:2,
105:6, 105:9,
105:11, 105:18,
105:23, 106:2,
106:5, 106:8,
106:12, 106:14,
106:17, 106:21,
106:25, 107:4,
107:8, 108:1,
108:13, 108:16,
108:18, 108:20,
108:22, 108:25,
109:3, 109:9,
109:12, 109:16,
109:18, 109:21,
110:1, 110:5, 110:9,
110:14, 110:17,
110:21, 110:24,
112:1, 112:11,
112:13, 112:17,
113:1, 113:3, 113:5,
113:7, 113:10,

113:13, 113:15,
113:20, 113:23,
114:1, 114:4, 114:6,
114:9, 114:15,
114:18, 114:22,
114:24, 115:1,
115:6, 115:9,
115:12, 115:18,
115:21, 116:1,
116:8, 116:13,
116:15, 116:17,
116:21, 116:23,
116:25, 117:2,
117:4, 117:6, 117:9,
117:12, 117:14,
117:17, 117:19,
117:22, 118:1,
118:3, 118:13,
118:16, 118:20,
118:24, 119:14,
119:16, 119:19,
119:21, 119:23,
120:1, 120:5, 120:8,
120:14, 120:18,
120:21, 120:24,
121:2, 121:4, 121:8,
121:12, 121:14,
121:16, 121:19,
121:21, 121:23,
121:25, 122:3,
122:5, 122:7,
122:11, 122:14,
122:19, 122:21,
122:24, 123:1,
123:3, 123:5, 123:8,
123:10, 123:12,
123:14, 123:18,
123:23, 124:1,
124:3, 124:5, 124:9,
124:12, 124:14,
124:17, 124:19,
124:21, 125:3,
125:6, 125:8,
125:11, 125:13,
125:15, 125:17,
125:19, 125:21,
125:24, 126:2,
126:5, 126:9,
126:11, 126:15,
126:17, 126:19,
126:24, 127:3,
127:5, 127:8,
127:10, 127:13,
127:17, 127:19,
127:22, 127:25,
128:6, 128:10,
128:12, 128:14,
128:17, 128:19,
128:21, 128:23,
128:25, 129:4,
129:8, 129:12,

129:14, 129:16,
129:18, 129:21,
129:25, 130:3,
130:10, 130:12,
130:14, 130:17,
130:20, 130:24,
131:1, 131:4, 131:8,
131:13, 132:18,
132:25, 133:5,
133:11, 133:22,
134:2, 134:9,
134:14, 134:23,
135:8, 135:11,
135:14, 135:23,
135:25, 136:2,
136:4, 136:6,
136:10, 136:14,
136:19, 136:24,
137:1, 137:3, 137:6,
137:8, 137:15,
137:21, 137:25,
138:3, 138:7, 138:9,
139:19, 140:9,
140:12, 140:22,
141:10, 141:18,
141:20, 141:24,
142:8, 142:16,
142:18, 142:20,
142:22, 143:2,
143:5, 143:8,
143:12, 143:17,
143:23, 144:1,
144:5, 144:10,
144:17, 144:20,
144:23, 145:2,
145:14, 145:18,
145:21, 145:25,
146:3, 146:6, 146:9,
146:11, 146:13,
146:15, 146:17,
146:19, 146:21,
146:24, 147:1,
147:3, 147:7,
147:10, 147:13,
147:17, 147:19,
147:21, 147:23,
147:25, 148:2,
148:4, 148:6,
148:10, 148:14,
148:17, 148:19,
148:21, 148:24,
149:7, 149:21,
150:2, 150:5, 150:7,
150:9, 150:11,
150:13, 150:15,
150:18, 150:20,
150:24, 151:2,
151:4, 151:6,
151:11, 151:15,
151:18, 152:1,
152:4, 152:9,

152:13, 152:16,
152:18, 152:20,
152:23, 152:25,
153:2, 153:5, 153:7,
153:11, 153:14,
153:18, 153:20,
153:22, 154:2,
154:6, 154:16,
154:25, 155:2,
155:4, 155:6, 155:8,
155:10, 155:12,
155:14, 155:17,
155:19, 155:23,
156:1, 156:5, 156:9,
156:12, 156:15,
156:19, 157:12,
157:18, 157:20,
157:23, 157:25,
158:2, 158:4,
158:12, 158:16,
158:20, 158:24,
159:3, 159:5, 159:7,
159:9, 159:12,
159:15, 159:18,
159:21, 159:23,
160:1, 160:3, 160:6,
160:8, 160:17,
160:19, 160:24,
161:5, 161:8,
161:18, 162:1,
162:8, 162:10,
162:13, 162:16,
162:18, 162:20,
162:22, 162:24,
163:1, 163:4, 163:8,
163:11, 163:18,
164:3, 164:13,
164:25, 165:4,
165:11, 165:16,
165:22, 165:25,
166:13, 166:16,
166:25, 167:2,
167:4, 167:7, 167:9,
167:15, 167:22,
168:5, 168:8,
168:10, 168:12,
168:14, 168:16,
168:19, 168:22,
169:1, 169:4, 169:6,
169:9, 169:14,
169:16, 169:19,
169:21, 169:23,
169:25, 170:2,
170:4, 170:7,
170:12, 170:17,
170:19, 170:22,
171:1, 171:4,
171:13, 171:18,
172:11, 172:24,
173:2, 173:4, 173:6,
173:8, 173:19,

173:22, 173:24,
174:1, 174:4, 174:7,
174:10, 174:13,
174:16, 174:20,
174:23, 174:25,
175:3, 175:6, 175:9,
175:12, 175:14,
175:17, 175:19,
175:22, 175:24,
176:1, 176:4,
176:16, 176:25,
177:2, 177:5, 177:7,
177:9, 177:11,
177:18, 177:21,
177:24, 178:8,
178:10, 178:12,
178:14, 178:16,
178:18, 178:20,
178:22, 178:24,
179:3, 179:5, 179:7,
179:11, 179:13,
179:15, 179:18,
179:21, 179:23,
179:25, 180:3,
180:5, 180:7, 180:9,
180:14, 180:16,
180:18, 180:23,
181:6, 181:10,
181:12, 181:19,
181:25, 182:3,
182:12, 182:21,
183:4, 183:6, 183:8,
183:18, 183:22,
183:25, 184:9,
185:2, 186:11,
187:1, 187:6,
187:11, 187:15,
187:17, 187:23,
188:6, 188:9,
188:11, 188:14,
188:16, 188:23,
189:2, 189:7,
189:12, 189:16
**Court's** [3] - 42:3,
83:8, 187:22
**courthouse** [12] -
7:16, 15:6, 28:2,
69:7, 100:14,
100:15, 106:9,
118:17, 120:15,
134:25, 165:9,
181:20
**Courthouse** [1] - 1:23
**courthouses** [1] -
165:9
**Courtroom** [3] - 12:6,
19:10, 184:4
**COURTROOM** [2] -
14:21, 185:1
**courtroom** [37] - 2:3,

6:21, 8:5, 12:15,
12:20, 12:21, 13:2,
15:3, 15:4, 15:12,
15:16, 15:22, 15:24,
19:10, 25:16, 64:17,
84:19, 97:14, 112:3,
118:17, 118:20,
132:23, 134:18,
134:21, 134:24,
135:4, 154:10,
157:16, 158:14,
166:20, 181:20,
181:21, 181:23,
183:12, 184:4, 186:4
**courts** [3] - 5:13, 5:24,
165:7
**cousin** [4] - 59:24,
156:11, 168:18,
168:23
**cousin's** [2] - 60:1,
156:15
**cover** [1] - 92:17
**coverage** [2] - 64:2,
102:9
**covered** [2] - 17:7,
188:17
**covered..** [1] - 39:2
**covers** [1] - 39:4
**COVID** [8] - 80:10,
118:14, 135:6,
135:16, 179:6,
179:7, 181:20
**COVID-19** [2] -
134:19, 181:15
**coworker** [4] - 139:5,
155:21, 155:24,
156:7
**CR** [1] - 1:4
**creates** [1] - 142:6
**credit** [1] - 72:13
**creed** [1] - 33:2
**crime** [40] - 28:15,
28:16, 30:11, 30:16,
39:4, 39:15, 46:9,
54:22, 56:25, 57:9,
60:19, 63:8, 66:16,
69:12, 79:21, 82:20,
86:8, 93:10, 100:22,
107:4, 110:18,
120:21, 121:25,
122:10, 122:16,
123:23, 124:3,
124:10, 124:23,
130:24, 131:5,
131:9, 137:21,
159:18, 159:24,
165:17, 175:12,
175:15
**crimes** [3] - 154:12,
154:13, 161:10

**criminal** [77] - 2:20,
14:22, 15:12, 20:21,
26:7, 27:19, 29:3,
30:21, 42:13, 43:25,
44:3, 44:13, 52:21,
56:21, 57:15, 60:9,
60:10, 62:8, 62:9,
63:12, 66:22, 68:7,
68:15, 78:14, 80:11,
80:12, 85:20, 85:21,
86:15, 93:1, 93:3,
105:6, 105:20,
106:15, 109:16,
109:19, 110:3,
110:6, 110:12,
114:11, 120:10,
121:9, 122:12,
122:22, 124:7,
127:8, 127:9,
130:12, 130:13,
131:11, 137:16,
138:5, 143:13,
143:14, 143:17,
147:14, 148:15,
149:7, 151:4, 151:8,
154:18, 156:17,
159:9, 159:11,
163:25, 165:23,
168:24, 169:6,
169:11, 170:14,
171:5, 174:13,
175:3, 175:5,
179:11, 179:12
**Criminal** [3] - 1:15,
136:22, 139:16
**criminals** [2] - 149:20,
150:1
**critically** [1] - 161:23
**cross** [4] - 36:3,
42:19, 42:23, 140:15
**cross-examination** [1]
- 42:19
**cross-examine** [1] -
140:15
**CRR** [1] - 1:22
**curfew** [3] - 58:15,
58:18, 112:22
**current** [1] - 62:9
**cushion** [1] - 167:19
**cut** [3] - 161:20,
177:18, 182:21

---

# D

**D.C** [40] - 1:6, 18:2,
20:25, 22:4, 24:21,
24:22, 25:18, 29:8,
29:10, 66:4, 66:11,
68:2, 73:21, 79:11,
84:9, 98:12, 99:10,

106:19, 109:7,
114:8, 114:22,
117:16, 129:14,
129:23, 136:16,
136:21, 141:3,
148:7, 148:19,
158:19, 159:8,
163:18, 168:21,
171:7, 174:8,
174:25, 177:14,
178:1, 180:15
**dad** [1] - 100:4
**daily** [1] - 143:20
**Dalton** [1] - 109:11
**damage** [1] - 10:5
**dark** [1] - 13:11
**data** [1] - 74:11
**date** [1] - 5:24
**DAY** [1] - 1:9
**days** [1] - 122:9
**DC** [2] - 1:16, 1:24
**deadline** [1] - 2:18
**deadlock** [1] - 32:2
**deadly** [1] - 119:3
**deal** [4] - 11:12, 15:7,
31:13, 188:11
**DEAN** [1] - 1:6
**Dean** [3] - 15:13,
20:22, 23:4
**deceased** [2] - 57:10,
68:23
**decide** [8] - 19:6, 50:3,
58:23, 71:23, 72:1,
80:14, 154:21, 178:4
**decided** [1] - 128:4
**deciding** [1] - 145:4
**decision** [12] - 6:20,
26:11, 38:23, 42:4,
47:3, 50:5, 50:8,
149:3, 149:6,
166:18, 166:19,
185:11
**decisions** [1] - 164:23
**dedication** [1] - 64:14
**Defendant** [2] - 1:7,
1:17
**defendant** [54] - 6:16,
7:1, 8:6, 15:1, 16:3,
19:24, 20:13, 23:3,
23:6, 25:21, 25:23,
25:25, 26:4, 26:7,
26:9, 26:10, 28:23,
47:1, 48:3, 51:2,
58:20, 77:11, 82:3,
82:19, 84:14, 84:18,
85:9, 87:10, 96:25,
97:17, 102:14,
102:18, 112:2,
113:18, 123:20,
131:25, 132:4,

132:22, 133:15,
133:18, 144:21,
157:7, 157:15,
158:13, 161:10,
161:20, 161:24,
162:7, 172:14,
172:21, 176:17,
178:4, 182:23
**defendant's** [2] -
71:14, 73:5
**defender** [5] - 28:8,
105:8, 105:9,
144:17, 187:12
**Defender** [2] - 1:19,
23:13
**defender's** [2] - 27:20
**defenders** [2] - 63:3,
144:16
**defense** [59] - 2:7, 2:9,
2:11, 8:18, 8:19,
16:3, 16:18, 24:2,
24:4, 24:25, 25:1,
25:4, 27:19, 27:20,
28:9, 28:24, 29:9,
29:12, 39:22, 42:16,
44:14, 44:18, 44:19,
46:22, 46:24, 50:13,
52:22, 53:11, 53:19,
53:23, 54:5, 54:7,
63:1, 63:5, 68:21,
74:15, 77:14, 77:22,
77:23, 83:1, 87:23,
90:9, 106:6, 110:4,
110:6, 143:17,
144:6, 144:13,
144:25, 145:3,
169:6, 169:11,
171:5, 180:24,
183:19, 183:20,
187:9, 187:24
**defense's** [1] - 8:17
**defer** [2] - 92:10,
187:20
**definitely** [3] - 7:22,
60:18, 171:17
**definition** [1] - 171:11
**degree** [1] - 56:3
**deliberate** [2] - 16:10,
32:23
**deliberating** [1] - 32:5,
135:5, 181:22
**deliberations** [2] -
31:20, 33:12
**delivered** [1] - 4:9
**demeanor** [1] - 65:19
**democracy** [2] -
49:17, 131:16
**democratic** [1] -
101:25
**demonstrated** [2] -

21:10, 119:3
**denied** [5] - 2:8, 5:22, 7:1, 142:14
**deny** [16] - 4:19, 6:6, 8:6, 50:23, 51:5, 54:8, 65:12, 65:23, 73:6, 112:17, 112:24, 135:14, 135:20, 141:11, 167:9, 167:13
**Department** [23] - 1:14, 27:11, 27:12, 27:14, 38:2, 38:5, 38:13, 39:24, 40:8, 40:17, 40:25, 41:12, 42:6, 42:12, 56:17, 62:17, 75:10, 83:22, 105:25, 109:6, 159:1, 164:8, 171:7
**departments** [1] - 27:10
**deputy** [7] - 12:7, 12:23, 15:16, 16:25, 36:4, 59:25, 188:18
**DEPUTY** [3] - 2:14, 2:20, 14:22
**described** [3] - 25:13, 172:2, 182:17
**designed** [1] - 9:8
**designer** [1] - 70:22
**desire** [3] - 20:10, 35:19
**despite** [4] - 42:4, 46:5, 49:24, 158:14
**destroy** [1] - 177:23
**destruction** [1] - 124:16
**detail** [3] - 6:2, 96:16, 162:4
**details** [2] - 148:16, 171:24
**determine** [9] - 20:5, 24:9, 45:10, 114:11, 126:21, 149:11, 154:9, 164:21, 170:23
**determines** [2] - 45:9, 74:4
**devastated** [1] - 64:1
**DHS** [2] - 56:15, 164:8
**diagnosed** [1] - 151:21
**differ** [1] - 38:18
**difference** [6] - 28:20, 45:8, 114:13, 126:19, 133:24, 172:19
**different** [11] - 8:22, 28:24, 29:19, 37:2,

80:25, 81:16, 81:23, 82:1, 132:1, 132:5, 144:19
**differently** [1] - 114:10
**difficult** [13] - 21:23, 22:1, 30:22, 31:4, 36:7, 64:2, 64:10, 113:16, 138:21, 138:23, 140:25, 153:23, 176:10
**difficulty** [5] - 5:25, 26:5, 26:12, 26:19, 31:22
**digits** [2] - 18:7, 18:10
**dimensional** [1] - 13:24
**dire** [22] - 3:14, 4:2, 7:18, 13:3, 16:21, 17:6, 17:8, 17:17, 18:17, 18:21, 19:2, 20:3, 21:15, 32:13, 33:5, 35:8, 35:22, 39:8, 65:14, 89:10, 177:25
**direct** [1] - 151:3
**directions** [1] - 5:8
**directly** [2] - 40:25, 164:6
**disagree** [5] - 98:15, 104:22, 105:1, 155:21, 155:22
**disagreed** [2] - 98:15, 155:23
**disagreeing** [1] - 126:13
**discomfort** [1] - 31:6
**discuss** [1] - 69:2
**discussed** [5] - 139:8, 139:11, 139:13, 140:5, 168:23
**discussing** [2] - 90:16, 118:9
**discussions** [1] - 171:21
**disfavor** [1] - 60:3
**dismay** [1] - 111:18
**dismissed** [2] - 124:15, 125:2
**disorderly** [1] - 21:5
**dispassionate** [1] - 72:18
**dispelled** [1] - 135:17
**display** [2] - 8:9, 8:13
**dispositive** [1] - 5:5
**dispute** [1] - 26:1
**disqualifying** [1] - 50:19
**disrespectful** [1] - 101:24
**disruption** [2] - 99:20,

99:21
**disruptive** [2] - 21:5, 99:22
**distant** [1] - 180:12
**distinction** [1] - 111:13
**distinguish** [1] - 111:5
**district** [8] - 3:7, 12:6, 12:12, 15:4, 27:7, 38:8, 88:14, 92:20
**District** [8] - 1:19, 22:24, 23:14, 67:20, 77:17, 120:25, 122:5, 165:21
**DISTRICT** [3] - 1:1, 1:1, 1:11
**disturbing** [5] - 101:15, 101:17, 101:18, 101:21, 101:23
**divided** [1] - 179:8
**Division** [5] - 1:15, 62:5, 106:1, 136:22, 139:17
**division** [6] - 42:13, 109:13, 136:21, 139:19, 139:21, 142:13
**doctor** [1] - 151:23
**doctoral** [1] - 169:18
**doctors'** [1] - 167:17
**documents** [2] - 4:11, 36:23
**dog** [3] - 58:8, 58:15, 58:16
**DOJ** [5] - 42:21, 42:22, 62:4, 62:23, 109:13
**done** [14] - 9:13, 16:20, 16:24, 19:7, 19:8, 27:18, 27:22, 42:23, 44:13, 99:10, 169:10, 169:11, 186:6, 186:13
**door** [5] - 10:4, 10:6, 10:9, 10:10, 101:17
**doubt** [11] - 25:23, 26:4, 45:11, 48:8, 64:23, 74:5, 114:12, 126:22, 149:12, 149:14, 171:2
**down** [74] - 14:4, 17:16, 18:14, 18:16, 18:20, 19:9, 19:23, 21:20, 23:2, 29:21, 30:7, 30:23, 31:2, 41:19, 44:21, 47:7, 50:10, 53:9, 57:23, 59:5, 61:15, 65:10, 66:7, 67:7, 70:3, 72:10, 74:21, 76:10,

78:20, 82:10, 82:12, 88:4, 90:14, 94:2, 97:24, 99:23, 103:10, 108:15, 111:12, 112:14, 116:20, 119:18, 121:18, 123:7, 125:10, 128:16, 135:12, 140:11, 146:8, 147:24, 150:4, 151:13, 152:2, 152:3, 152:15, 155:1, 157:22, 160:18, 162:15, 167:6, 167:23, 169:24, 173:5, 173:21, 177:4, 178:9, 180:2, 183:7, 183:12, 183:13, 184:4, 186:5, 186:12, 188:2
**downstairs** [2] - 94:8, 183:23
**dozen** [1] - 3:9
**Dr** [1] - 25:5
**draw** [1] - 26:11
**driven** [1] - 145:12
**drop** [1] - 84:5
**drowsiness** [1] - 31:6
**drug** [1] - 136:23
**drugs** [2] - 136:23, 139:19
**DUI** [3] - 57:11, 122:18, 175:23
**Dupont** [3] - 67:17, 129:3, 145:10
**during** [14] - 8:9, 8:21, 8:24, 9:13, 9:19, 16:21, 24:4, 24:8, 31:9, 87:7, 102:3, 103:16, 177:24, 188:19
**duties** [2] - 40:24, 64:12
**duty** [3] - 64:14, 65:17, 176:9

**E**

**early** [3] - 11:11, 45:7, 169:17
**easel** [4] - 188:20, 188:21, 189:4, 189:5
**easier** [3] - 182:19, 187:7, 187:9
**Eastern** [1] - 95:12
**economist** [1] - 122:25
**edge** [2] - 188:23,

188:24
**education** [1] - 169:17
**effect** [2] - 29:25, 141:1
**efforts** [2] - 139:23, 164:11
**eight** [4] - 55:14, 122:20, 130:16, 153:4
**either** [4] - 16:13, 29:3, 46:25, 78:15
**elaborate** [1] - 41:10
**elect** [1] - 34:21
**election** [5] - 21:9, 30:25, 32:11, 32:12, 97:6
**element** [2] - 25:22, 48:19
**elicited** [1] - 7:18
**eligible** [1] - 35:20
**Ellipse** [1] - 21:1
**elsewhere** [2] - 29:8, 29:10
**email** [1] - 2:4
**embarrass** [1] - 20:11
**embassies** [1] - 143:21
**Emily** [1] - 25:5
**empanel** [1] - 5:25
**empaneled** [1] - 3:7
**emphatic** [1] - 50:15
**employed** [2] - 30:20, 42:13
**employee** [1] - 42:7
**employees** [1] - 15:14
**employment** [9] - 28:7, 28:11, 40:7, 40:19, 40:21, 41:22, 53:15, 56:18, 84:22
**Employment** [1] - 107:12
**encourage** [1] - 171:13
**End** [5] - 17:12, 32:21, 35:7, 37:4, 43:2
**end** [9] - 33:14, 98:9, 99:2, 99:4, 101:2, 183:24, 187:16, 187:17, 189:2
**ended** [7] - 80:13, 98:14, 104:21, 106:23, 106:24, 140:16, 155:20
**ends** [2] - 14:10, 14:18
**enforcement** [58] - 27:5, 27:9, 27:15, 28:10, 29:7, 29:23, 29:24, 30:3, 30:5, 30:20, 39:3, 45:19, 46:3, 46:20, 52:21,

55:17, 56:9, 56:13,
56:21, 59:22, 60:3,
62:3, 68:20, 75:7,
75:8, 75:21, 76:1,
77:14, 79:6, 79:9,
84:13, 85:13, 95:19,
95:21, 96:3, 96:4,
96:9, 99:25, 105:23,
113:21, 114:16,
115:23, 116:3,
116:4, 116:10,
129:22, 143:17,
144:2, 147:8,
158:24, 164:3,
164:4, 164:14,
164:15, 165:1,
171:5, 180:23, 181:4
**Enforcement** [2] -
83:22, 109:14
**enforcement's** [1] -
79:17
**engaged** [2] - 21:5,
108:9
**engagement** [1] -
33:16
**engagements** [2] -
33:18, 34:1
**engineer** [1] - 66:25
**engineering** [1] - 56:4
**English** [1] - 90:18
**entered** [5] - 10:4,
21:4, 111:5, 111:8,
111:14
**entering** [2] - 3:23,
88:19
**entirely** [1] - 20:17
**entitled** [8] - 82:3,
96:25, 132:4,
132:21, 144:21,
154:6, 172:15, 190:5
**entry** [1] - 86:22
**environmental** [1] -
156:13
**Environmental** [1] -
109:14
**equally** [1] - 6:11
**equity** [1] - 120:7
**err** [2] - 116:6, 163:8
**especially** [9] - 7:20,
8:2, 9:20, 103:14,
105:12, 154:3,
161:13, 177:25,
185:17
**ESQ** [5] - 1:13, 1:14,
1:17, 1:18, 1:18
**essentially** [1] - 128:5
**estate** [1] - 160:21
**estimate** [2] - 4:21,
33:8
**evaluate** [2] - 130:4,

133:15
**evaluating** [1] - 72:25
**evaluation** [1] - 65:18
**evening** [1] - 186:13
**event** [6] - 9:1, 87:1,
87:2, 90:19, 93:16,
181:4
**events** [31] - 6:8, 6:23,
20:22, 49:3, 49:16,
53:16, 54:2, 58:11,
77:11, 78:2, 81:20,
86:20, 88:18, 102:9,
102:17, 102:25,
103:2, 103:16,
104:9, 107:22,
111:18, 131:15,
132:13, 138:12,
157:4, 161:12,
166:3, 181:5, 182:8,
182:18, 183:1
**everywhere** [1] - 37:2
**evidence** [83] - 6:9,
6:16, 6:20, 8:4, 9:7,
9:8, 9:9, 10:25, 16:9,
20:16, 25:24, 26:16,
26:17, 28:23, 31:18,
33:9, 34:13, 34:14,
38:15, 38:21, 38:23,
42:3, 44:3, 48:15,
49:11, 49:15, 50:4,
50:6, 51:3, 54:2,
58:23, 62:12, 64:7,
64:9, 64:16, 64:17,
64:18, 65:18, 68:15,
71:15, 72:1, 72:3,
73:6, 77:12, 84:18,
85:10, 87:11, 87:13,
87:14, 88:21, 88:23,
89:14, 90:5, 92:15,
97:13, 102:18,
105:14, 112:3,
112:20, 114:10,
120:10, 128:4,
132:22, 133:17,
133:25, 134:13,
135:20, 137:16,
143:14, 149:23,
151:8, 154:8,
154:12, 162:6,
166:8, 166:14,
166:23, 167:12,
170:14, 178:3,
178:5, 183:2
**evil** [2] - 131:19,
131:20
**ex** [3] - 46:13, 69:16,
79:11
**ex-D.C** [1] - 79:11
**ex-husband** [1] -
46:13

**exactly** [2] - 9:17, 73:1
**examination** [2] -
42:19, 42:24
**examine** [1] - 140:15
**example** [2] - 6:25,
60:3
**excellent** [1] - 92:3
**excise** [1] - 49:22
**exclamation** [1] -
50:17
**exclude** [1] - 41:20
**excuse** [9] - 35:1,
41:4, 90:24, 91:2,
91:6, 152:5, 152:9,
183:10, 185:20
**excused** [6] - 35:23,
36:1, 90:11, 99:5,
184:11, 184:13
**excuses** [1] - 35:4
**excusing** [1] - 90:23
**executed** [1] - 45:23
**executive** [1] - 185:11
**exempted** [2] - 34:22,
35:18
**exercise** [1] - 54:8
**exhibit** [3] - 8:15, 9:2,
9:4
**exhibits** [8] - 8:9,
8:14, 8:19, 8:21,
8:23, 188:1, 188:4,
188:19
**exit** [1] - 36:1
**expect** [3] - 6:13,
53:17, 72:19
**expected** [1] - 53:19
**experience** [37] - 29:8,
30:19, 39:10, 39:18,
45:13, 45:22, 46:4,
54:6, 60:16, 60:24,
66:21, 69:10, 69:21,
86:4, 86:14, 93:7,
93:18, 101:4,
106:12, 106:25,
109:23, 109:24,
110:14, 110:21,
115:4, 120:18,
127:23, 138:3,
144:10, 148:24,
159:15, 160:3,
165:11, 165:22,
175:9, 175:19,
179:18
**experiences** [5] -
29:6, 45:19, 63:11,
114:16, 159:21
**expertise** [1] - 164:2
**explain** [3] - 18:21,
105:19, 108:7
**explicitly** [1] - 105:22
**express** [2] - 145:22,

162:4
**expressed** [2] - 34:23,
35:19
**expressing** [1] - 108:4
**extensively** [1] -
177:17
**extent** [2] - 141:13,
160:24
**extra** [2] - 4:12, 167:25
**Extradition** [1] - 159:1

# F

**face** [2] - 12:9, 141:8
**Facebook** [2] -
187:20, 187:21
**faces** [1] - 22:12
**facilities** [2] - 11:22,
31:16
**fact** [52] - 9:17, 9:21,
21:8, 26:1, 29:24,
30:5, 37:21, 43:14,
46:23, 58:11, 58:19,
58:22, 59:18, 62:6,
62:22, 63:5, 66:11,
67:20, 70:16, 71:23,
72:24, 75:18, 75:25,
79:12, 80:3, 95:14,
96:2, 96:8, 96:20,
99:16, 104:12,
110:2, 112:20,
115:22, 123:19,
124:5, 126:2, 129:4,
129:18, 142:4,
142:5, 147:13,
150:20, 154:22,
156:15, 161:13,
163:4, 163:25,
168:22, 169:1,
173:16, 178:24
**facts** [17] - 21:17,
21:19, 42:10, 42:23,
47:3, 48:10, 83:18,
89:17, 89:20, 90:5,
91:6, 119:9, 119:11,
158:5, 160:11,
164:24, 166:22
**fair** [142] - 3:6, 5:2,
7:25, 21:23, 22:2,
29:13, 29:15, 29:20,
30:22, 31:1, 32:14,
37:23, 38:6, 38:9,
38:12, 39:11, 43:15,
45:14, 47:25, 48:5,
48:6, 51:23, 53:3,
53:22, 54:1, 55:8,
55:19, 55:22, 56:20,
57:6, 57:16, 58:13,
58:20, 59:20, 60:17,
60:25, 62:23, 63:6,

63:12, 65:6, 66:12,
66:22, 67:21, 68:12,
69:4, 69:10, 69:21,
70:17, 71:4, 71:12,
74:8, 76:2, 77:20,
79:13, 80:4, 80:22,
81:1, 81:16, 81:18,
82:3, 82:7, 82:16,
86:5, 86:15, 87:10,
92:12, 93:8, 93:19,
95:15, 96:10, 96:22,
96:25, 99:18, 100:6,
100:20, 101:5,
101:22, 104:13,
107:1, 110:6,
110:15, 110:22,
111:15, 113:17,
114:2, 117:23,
121:9, 122:12,
122:22, 123:20,
124:6, 124:22,
124:25, 126:3,
126:25, 127:20,
129:6, 129:19,
130:1, 130:21,
132:7, 132:12,
132:15, 132:17,
136:11, 136:12,
137:10, 137:12,
142:12, 144:11,
147:4, 148:25,
150:22, 153:23,
156:16, 156:25,
158:21, 159:16,
160:4, 161:11,
161:20, 161:24,
163:5, 165:12,
165:23, 169:2,
171:16, 172:15,
172:16, 172:17,
173:11, 173:14,
174:18, 175:10,
175:20, 176:2,
177:19, 178:25,
179:19, 181:7,
182:22
**fairest** [1] - 20:12
**fairly** [12] - 42:4, 42:9,
46:6, 56:24, 72:18,
85:8, 97:13, 101:20,
102:24, 102:25,
120:19, 160:1
**fallacy** [1] - 15:21
**familiar** [3] - 40:20,
52:8, 173:17
**familiarity** [4] - 22:4,
54:2, 85:3, 148:8
**family** [65] - 26:22,
26:24, 27:3, 27:17,
27:23, 28:1, 28:5,

29:5, 30:9, 30:14, 39:13, 43:19, 45:18, 46:8, 54:20, 55:23, 56:11, 57:8, 63:10, 66:15, 67:23, 68:6, 75:5, 76:23, 79:9, 79:24, 85:12, 91:25, 99:24, 106:8, 107:5, 109:4, 110:17, 113:20, 114:15, 120:2, 120:14, 122:1, 122:14, 122:15, 124:9, 127:22, 129:9, 129:21, 130:24, 131:4, 137:21, 137:23, 146:22, 147:7, 156:9, 158:16, 158:19, 163:11, 164:4, 165:17, 165:19, 168:17, 169:9, 170:8, 174:11, 174:12, 180:10, 180:12, 181:1

**far** [6] - 6:23, 7:15, 32:1, 39:7, 79:25, 178:2
**fashion** [1] - 42:24
**fast** [1] - 183:22
**father** [7] - 39:16, 63:9, 75:12, 75:19, 75:25, 122:17, 180:11
**father's** [2] - 75:22, 100:5
**favor** [2] - 54:6, 60:2
**FBI** [7] - 24:17, 24:18, 27:12, 85:5, 85:14, 147:9, 147:13
**federal** [11] - 27:19, 28:10, 38:8, 92:20, 105:7, 105:9, 118:2, 120:17, 143:19, 144:17, 153:6
**Federal** [4] - 1:19, 23:13, 27:11, 165:10
**feelings** [60] - 7:21, 29:18, 30:24, 31:1, 32:11, 32:14, 47:23, 50:15, 63:17, 64:16, 65:14, 71:3, 71:9, 71:12, 71:13, 71:16, 71:19, 71:20, 72:12, 72:17, 72:21, 80:24, 91:3, 97:5, 102:12, 102:14, 102:17, 111:1, 111:21, 112:1, 112:2, 112:18, 115:12,

124:23, 125:1, 125:2, 132:19, 132:21, 132:22, 133:14, 134:3, 140:17, 140:24, 145:21, 145:22, 149:17, 149:21, 149:25, 156:22, 157:14, 172:12, 172:13, 172:16, 176:7, 182:5, 182:8, 182:10, 182:25
**fellow** [3] - 19:25, 88:12, 98:11
**felt** [3] - 92:11, 131:15, 166:3
**few** [4] - 18:3, 131:9, 161:6, 170:21
**figure** [2] - 7:3, 14:13
**filed** [3] - 2:17, 69:17, 115:2
**filings** [1] - 139:23
**fill** [1] - 36:17
**fill-out** [1] - 36:17
**filled** [1] - 36:17
**filling** [1] - 13:22
**final** [2] - 31:19, 32:3
**financial** [1] - 165:8
**fine** [19] - 6:14, 12:24, 13:17, 31:16, 32:7, 35:3, 35:5, 117:2, 117:3, 118:19, 121:5, 121:6, 128:19, 136:10, 152:6, 170:7, 171:13, 183:15, 187:10
**finish** [3] - 19:1, 94:19, 185:5
**finished** [2] - 19:6, 33:10
**firm** [5] - 27:21, 28:8, 144:8, 144:9, 163:14
**first** [6] - 10:24, 15:14, 75:20, 108:23, 118:8, 156:11
**five** [11] - 28:14, 34:19, 35:9, 39:6, 46:15, 51:21, 56:25, 76:12, 117:13, 127:7, 175:25
**five-minute** [1] - 76:12
**flag** [1] - 55:12
**flood** [1] - 2:16
**Flynn** [1] - 109:10
**focus** [3] - 6:20, 149:22, 182:19
**focusing** [1] - 133:17
**folks** [2] - 99:20, 101:16

**follow** [35] - 5:7, 7:19, 8:1, 19:3, 19:4, 19:21, 39:2, 42:18, 44:9, 47:5, 47:13, 57:18, 58:25, 61:2, 63:14, 67:3, 69:24, 72:5, 76:5, 77:25, 120:10, 135:3, 137:17, 140:14, 140:20, 143:14, 145:19, 151:9, 153:15, 157:19, 163:22, 170:15, 171:20, 173:2, 180:20
**follow-up** [20] - 7:19, 19:4, 19:21, 39:2, 42:18, 44:9, 47:5, 57:18, 58:25, 61:2, 63:14, 67:3, 69:24, 72:5, 76:5, 77:25, 140:14, 140:20, 157:19, 173:2
**follow-ups** [1] - 47:13
**followed** [3] - 102:8, 128:3, 162:2
**following** [5] - 25:4, 26:5, 26:12, 26:20, 31:22
**footage** [5] - 10:11, 10:12, 10:17, 10:20, 101:19
**FOR** [1] - 1:1
**for-sure** [1] - 64:19
**forbearance** [1] - 17:25
**force** [1] - 88:20
**foregoing** [1] - 190:4
**foresee** [1] - 6:5
**forget** [1] - 13:5
**forgot** [1] - 69:15
**form** [1] - 99:9
**formed** [2] - 29:11, 145:2
**former** [12] - 79:12, 131:18, 132:1, 132:5, 133:14, 133:16, 133:17, 139:5, 157:5, 157:8, 161:15, 165:6
**forming** [1] - 72:17
**Fort** [1] - 129:3
**forth** [1] - 85:16
**foundation** [1] - 10:22
**four** [9] - 18:7, 18:10, 26:24, 34:18, 35:9, 85:25, 124:2, 127:6, 159:6
**four..** [1] - 14:14
**frame** [1] - 33:17

**frankly** [3] - 7:13, 10:23, 166:24
**fraud** [1] - 164:21
**free** [2] - 33:19, 184:21
**frequency** [1] - 55:18
**Friday** [2] - 11:6, 189:17
**friend** [26] - 62:4, 62:16, 62:17, 62:22, 68:8, 68:10, 68:22, 76:23, 105:3, 106:8, 138:1, 140:4, 145:7, 146:22, 158:18, 158:25, 163:11, 165:21, 171:9, 171:10, 171:11, 171:20, 180:10, 181:2
**friend's** [2] - 138:3, 158:20
**friends** [60] - 26:22, 26:25, 27:3, 27:17, 28:1, 28:6, 29:6, 30:9, 30:14, 39:13, 43:19, 45:18, 46:9, 54:21, 55:24, 56:11, 57:8, 63:2, 63:5, 66:15, 67:23, 68:1, 68:6, 68:21, 75:5, 85:12, 95:20, 95:25, 96:6, 99:24, 102:6, 105:12, 107:5, 109:4, 110:18, 113:21, 114:15, 120:1, 120:15, 122:1, 127:22, 129:22, 137:22, 137:24, 145:8, 147:7, 156:10, 158:17, 163:14, 163:20, 164:4, 168:17, 169:9, 170:8, 171:7, 172:3, 174:11, 174:12, 181:1
**friends'** [1] - 122:15
**friendships** [2] - 163:19, 171:14
**front** [3] - 5:17, 5:18, 141:10
**fulfill** [2] - 64:12, 64:14
**full** [2] - 148:16, 163:18
**function** [1] - 170:23
**functioning** [1] - 185:10
**functions** [1] - 21:8

## G

**Garcia** [2] - 5:18, 5:24
**gather** [1] - 166:22
**gathered** [14] - 3:21, 3:23, 47:24, 48:12, 50:18, 63:18, 111:2, 111:4, 111:13, 132:13, 156:22, 176:8, 176:13, 182:5
**gender** [2] - 29:19, 80:25
**general** [7] - 41:13, 42:15, 42:20, 83:19, 89:15, 164:7, 182:8
**general's** [1] - 27:8
**generalized** [1] - 166:7
**generally** [3] - 7:18, 137:16, 160:13
**gentleman** [3] - 112:18, 160:20, 173:13
**gentlemen** [11] - 15:3, 17:13, 17:24, 22:13, 36:5, 76:11, 94:3, 94:16, 183:25, 185:4, 185:12
**George** [1] - 24:16
**Georgetown** [3] - 67:18, 150:16, 150:24
**Gibson** [48] - 2:23, 7:4, 7:9, 7:10, 14:25, 23:12, 23:16, 25:2, 25:13, 57:20, 61:4, 63:14, 70:25, 72:6, 74:12, 76:4, 77:25, 87:20, 88:25, 93:22, 101:8, 103:6, 107:9, 110:24, 116:13, 118:4, 121:12, 123:3, 125:4, 128:12, 131:13, 132:20, 138:7, 140:12, 147:19, 156:19, 160:6, 165:25, 167:2, 169:19, 171:18, 173:2, 176:4, 179:21, 181:12, 182:3, 183:4
**GIBSON** [158] - 1:17, 7:10, 13:17, 14:6, 23:20, 23:23, 25:3, 32:8, 34:8, 35:3, 36:11, 36:13, 36:16, 36:25, 37:3, 44:19, 47:12, 47:16, 47:22,

48:21, 48:24, 49:2,
49:5, 49:14, 49:21,
50:12, 53:7, 53:11,
53:24, 57:21, 59:2,
61:5, 61:11, 63:15,
63:21, 63:24, 64:1,
64:5, 64:9, 65:1,
65:5, 65:8, 65:11,
67:5, 70:1, 71:1,
71:6, 72:7, 72:11,
74:13, 74:16, 76:6,
78:1, 78:5, 82:14,
87:22, 87:24, 89:1,
89:18, 90:7, 90:16,
93:23, 97:22, 101:9,
101:14, 101:18,
101:24, 102:2,
102:5, 102:8,
102:11, 103:7,
103:12, 107:10,
107:14, 107:18,
107:25, 110:25,
111:4, 111:7,
111:12, 111:17,
111:21, 111:25,
112:5, 112:9,
112:15, 116:14,
118:5, 118:25,
119:6, 119:13,
121:13, 123:4,
125:5, 128:13,
131:14, 131:18,
131:24, 132:3,
132:11, 132:16,
134:15, 135:13,
138:8, 138:11,
138:15, 138:19,
138:23, 139:1,
139:4, 139:8,
139:13, 139:16,
139:20, 140:1,
140:4, 140:8,
140:21, 146:10,
147:20, 150:6,
152:7, 155:3,
156:20, 156:25,
157:3, 157:7,
157:11, 160:7,
162:11, 162:17,
166:1, 167:3, 167:8,
167:14, 167:21,
168:1, 169:20,
171:19, 171:25,
172:6, 172:10,
173:3, 176:5,
176:12, 176:21,
176:24, 178:11,
179:22, 181:13,
182:4, 182:9, 183:5,
183:17, 183:20,
187:14, 187:16

**given** [48] - 6:8, 9:21,
30:2, 31:19, 32:3,
38:7, 52:5, 52:6,
53:15, 53:22, 55:18,
64:6, 64:16, 71:13,
75:22, 77:2, 77:9,
82:24, 84:12, 85:7,
90:22, 92:12, 96:6,
97:11, 103:14,
108:11, 109:13,
109:23, 112:1,
115:4, 119:11,
121:8, 124:21,
128:7, 129:25,
137:10, 144:3,
145:21, 151:6,
154:7, 168:2,
170:12, 172:7,
172:16, 173:9,
174:16, 188:3
**glad** [2] - 93:18,
161:22
**global** [1] - 151:3
**godmother** [1] -
129:10
**gossip** [3] - 83:23,
84:1, 84:17
**gotta** [3] - 33:23,
155:24, 174:8
**Government** [1] - 1:13
**government** [38] -
2:23, 4:18, 5:10, 8:8,
14:25, 16:2, 20:13,
20:21, 21:2, 21:7,
21:10, 22:22, 23:18,
24:3, 25:7, 25:22,
26:3, 27:6, 27:9,
32:7, 34:7, 48:7,
48:18, 53:13, 54:7,
54:8, 64:15, 98:13,
99:10, 116:9, 133:2,
149:12, 149:14,
153:6, 154:20,
172:20, 180:15
**government's** [1] -
139:22
**grace** [1] - 36:8
**graduate** [2] - 56:2,
56:3
**grand** [21] - 28:19,
28:21, 28:22, 28:25,
45:4, 45:9, 45:14,
73:17, 73:23, 74:1,
74:4, 74:7, 114:4,
114:10, 126:15,
126:20, 126:24,
170:17, 170:22,
185:2
**grandfather** [2] -
113:22, 113:23

**grandma** [1] - 33:24
**grandmother** [1] -
122:2
**grant** [5] - 36:8, 42:16,
83:1, 103:18, 142:13
**granted** [6] - 2:9,
116:23, 146:13,
150:7, 162:18,
178:14
**graphic** [1] - 70:22
**grateful** [1] - 35:12
**Graves** [4] - 23:1,
38:1, 38:3
**great** [2] - 128:20,
181:24
**greater** [6] - 6:2, 6:23,
24:20, 24:22,
115:24, 116:3
**greatest** [1] - 3:25
**greatest-hits** [1] - 3:25
**group** [4] - 28:16,
149:17, 149:22,
188:1
**groups** [6] - 28:15,
28:17, 49:18, 50:2,
50:16, 79:21
**guarantee** [3] - 65:6,
65:16, 102:15
**guard** [2] - 165:14,
165:15
**Guard** [2] - 56:16,
56:19
**guarded** [1] - 55:13
**guardianships** [1] -
92:8
**guess** [9] - 49:9,
52:10, 71:8, 71:18,
91:19, 164:18,
179:6, 182:17
**guilt** [9] - 26:11, 50:3,
71:14, 73:5, 74:5,
154:9, 154:22,
166:19, 178:4
**guilty** [22] - 21:12,
25:22, 26:4, 30:16,
39:15, 46:14, 48:7,
48:19, 54:22, 57:11,
71:25, 72:24, 73:3,
82:19, 84:14, 133:4,
133:7, 149:13,
149:15, 162:7,
166:5, 176:19
**guns** [3] - 88:20,
136:23, 139:19
**guns-and-drugs** [1] -
139:19
**guy** [1] - 164:19

**H**

**Hagerstown** [1] -
131:7
**half** [6] - 3:19, 3:25,
4:21, 5:2, 7:24, 12:3
**halfway** [2] - 91:10,
94:9
**hand** [2] - 18:8, 33:23
**handful** [2] - 5:6, 5:8
**handled** [2] - 12:24,
121:4
**handles** [1] - 27:4,
56:12
**handset** [2] - 19:22,
19:23
**happy** [2] - 6:2, 187:12
**hard** [5] - 33:2, 83:9,
103:3, 108:10,
152:11
**harder** [2] - 2:18,
133:8
**hardest** [1] - 135:15
**hardship** [1] - 34:2
**harm** [1] - 122:10
**hat** [1] - 28:16
**hate** [1] - 102:22
**hazard** [1] - 174:10
**head** [2] - 13:24, 22:25
**health** [3] - 118:6,
118:10, 181:18
**hear** [29] - 2:10, 9:10,
10:9, 16:5, 18:23,
19:25, 20:5, 24:7,
24:14, 24:15, 25:1,
50:4, 64:7, 64:17,
82:21, 83:4, 85:10,
88:23, 89:14, 92:14,
111:11, 120:24,
144:1, 151:15,
154:9, 154:20,
164:16, 185:8
**heard** [13] - 6:2, 44:10,
84:17, 88:21,
105:15, 126:11,
132:23, 137:10,
158:9, 158:14,
166:14, 168:3,
177:15
**hearing** [3] - 11:24,
46:3, 167:17
**hearings** [1] - 48:22
**hearsay** [2] - 50:7,
51:3
**heavy** [1] - 90:25
**Heilen** [1] - 23:24
**held** [2] - 65:3, 132:5
**hello** [6] - 51:7,
146:16, 157:24,

160:19, 177:5, 177:6
**help** [7] - 9:9, 16:18,
84:5, 85:6, 143:21,
174:10, 182:1
**helped** [1] - 81:25
**hesitate** [1] - 72:20
**hesitation** [2] -
101:20, 181:15
**hi** [8] - 17:5, 78:22,
108:17, 113:2,
119:20, 123:9,
128:18, 173:8
**high** [2] - 7:15, 42:9,
52:16
**high-level** [1] - 42:9
**high-profile** [1] - 7:15
**higher** [1] - 81:23
**highest** [1] - 13:6
**Hill** [21] - 59:15, 66:9,
67:15, 95:12, 96:21,
99:14, 99:15, 99:17,
102:6, 104:7,
113:11, 123:14,
123:15, 125:22,
125:25, 129:1,
136:7, 145:8, 163:2,
172:3
**hill** [1] - 104:6
**himself** [4] - 25:9,
53:21, 54:1, 131:22
**Hispanic** [1] - 81:22
**hit** [1] - 60:21
**hit-and-run** [1] - 60:21
**hits** [1] - 3:25
**hm** [5] - 80:20, 102:10,
121:1, 124:18,
158:15
**Hokes** [2] - 20:24,
23:4
**hold** [2] - 95:4, 119:12
**holding** [1] - 88:20
**holds** [1] - 131:25
**home** [14] - 39:6,
51:20, 52:10, 57:2,
84:25, 103:15,
113:14, 122:8,
125:24, 145:12,
165:19, 185:6,
185:16, 186:5
**Homeland** [2] - 27:14,
56:17
**honest** [4] - 7:14,
82:23, 134:5, 154:23
**honestly** [2] - 133:10,
164:18
**Honor** [176] - 2:12,
2:20, 3:1, 3:2, 3:18,
3:24, 4:7, 5:12, 5:14,
5:21, 8:12, 9:24,
11:18, 12:13, 12:17,

13:17, 14:6, 14:22,
22:16, 23:20, 25:3,
32:8, 32:16, 32:18,
34:8, 34:10, 35:3,
36:11, 36:16, 36:25,
39:23, 41:7, 41:17,
41:20, 42:2, 42:25,
44:19, 45:12, 47:7,
47:12, 47:16, 50:12,
50:13, 50:20, 53:7,
53:12, 53:20, 53:24,
57:19, 57:21, 59:1,
59:2, 61:3, 61:5,
61:11, 63:15, 65:11,
67:4, 67:5, 68:13,
68:22, 69:23, 69:25,
70:1, 70:24, 71:1,
72:11, 72:23, 76:6,
76:8, 82:14, 82:15,
83:3, 86:18, 87:19,
87:22, 87:24, 88:6,
89:5, 90:8, 90:10,
90:16, 93:23, 93:25,
97:21, 97:22, 101:9,
103:7, 103:12,
103:21, 106:13,
107:10, 107:25,
108:2, 108:14,
112:12, 112:15,
116:14, 116:16,
118:5, 118:25,
119:15, 121:13,
121:15, 121:20,
122:13, 122:23,
123:2, 123:4, 125:5,
125:7, 128:11,
128:13, 133:21,
134:15, 135:13,
135:24, 138:8,
138:10, 139:4,
139:20, 140:21,
141:6, 141:17,
141:25, 146:10,
147:20, 147:22,
150:6, 152:7, 155:3,
156:20, 157:19,
158:23, 160:5,
160:23, 161:4,
161:14, 161:22,
162:9, 162:11,
162:12, 162:14,
162:17, 166:1,
167:1, 167:3, 167:8,
167:14, 167:21,
168:2, 169:20,
169:22, 171:19,
173:1, 173:3, 176:5,
177:1, 178:11,
178:19, 179:22,
179:24, 181:11,
181:13, 182:16,

183:5, 183:16,
183:17, 183:20,
186:20, 186:25,
187:14, 187:19,
189:1, 189:5, 189:15
**Honor's** [2] - 5:4, 5:8
**HONORABLE** [1] -
1:10
**Honorable** [2] - 5:17,
5:19
**hope** [3] - 65:2, 94:10,
129:12
**hoping** [2] - 168:5
**horrific** [1] - 101:24
**horrified** [1] - 64:1
**hour** [1] - 12:3
**house** [8] - 45:23,
46:15, 49:1, 78:11,
99:20, 103:15,
110:19, 175:18
**House** [2] - 107:11,
107:20
**household** [22] -
26:23, 26:25, 27:4,
27:18, 28:2, 28:6,
29:6, 30:10, 30:15,
39:14, 43:19, 45:18,
46:9, 54:21, 55:24,
56:12, 57:9, 66:16,
67:24, 75:6, 147:8,
169:10
**housekeeping** [1] -
4:8
**houses** [1] - 161:1
**human** [1] - 62:1
**hundred** [3] - 7:24,
72:19, 102:16
**hundreds** [1] - 12:19
**hung** [2] - 127:17,
148:23
**husband** [8] - 46:13,
56:16, 105:5,
105:12, 105:24,
107:11, 120:4,
120:16
**husband's** [2] - 56:18,
107:19
**husher** [2] - 18:23,
36:6

## I

**identity** [1] - 86:9
**ideology** [1] - 154:10
**IG** [3] - 164:10,
164:22, 166:23
**illegal** [2] - 86:22,
157:4
**illness** [1] - 31:4

**illustrate** [1] - 10:13
**image** [1] - 10:6
**images** [2] - 8:14, 87:1
**imagine** [2] - 15:4,
172:14
**impact** [3] - 107:20,
157:8, 172:8
**impacted** [1] - 52:1
**impactful** [1] - 52:4
**impartial** [72] - 3:21,
4:2, 4:4, 5:3, 20:12,
21:24, 22:2, 29:13,
29:16, 29:20, 30:23,
31:2, 32:15, 37:23,
39:19, 43:15, 46:25,
47:25, 48:6, 51:23,
53:3, 55:9, 56:20,
57:6, 57:16, 58:13,
59:20, 60:25, 62:23,
65:6, 66:12, 70:17,
71:4, 71:12, 71:17,
74:8, 76:2, 77:20,
79:14, 80:22, 86:5,
95:15, 96:25, 99:18,
99:22, 101:5,
101:22, 104:13,
110:15, 111:15,
124:25, 131:11,
132:8, 132:12,
132:15, 133:8,
136:11, 136:12,
138:4, 138:20,
138:22, 138:24,
144:4, 144:11,
147:14, 148:25,
150:22, 157:1,
158:21, 159:16,
176:9, 181:7
**impartially** [4] - 42:4,
101:20, 102:19,
120:19
**impede** [1] - 21:8
**important** [5] - 15:23,
16:15, 20:17, 33:20,
151:12
**impossible** [1] - 33:16
**impression** [3] -
10:24, 48:11, 48:15
**impressive** [1] - 92:9
**impropriety** [1] -
142:2
**in-house** [1] - 78:11
**in-the-panel** [1] -
186:24
**inappropriate** [1] -
9:20
**incarcerated** [3] -
79:25, 131:7, 131:8
**incident** [6] - 46:10,
82:1, 99:17, 128:2,

134:12, 172:22
**inclined** [10] - 34:24,
55:20, 71:25, 116:2,
130:6, 133:7,
142:13, 144:23,
152:4
**include** [2] - 33:4,
136:18
**included** [3] - 33:4,
33:5, 69:18
**includes** [1] - 27:22
**including** [4] - 25:16,
27:1, 28:3, 172:3
**incorrectly** [1] -
123:17
**indeed** [2] - 91:15,
92:10
**independent** [1] -
41:22
**index** [29] - 16:23,
17:9, 17:15, 17:19,
18:6, 18:8, 19:2,
22:5, 22:23, 23:9,
23:17, 24:2, 25:17,
26:6, 26:14, 26:21,
27:2, 27:16, 27:25,
28:4, 28:18, 28:20,
29:10, 29:17, 30:8,
30:12, 30:18, 31:7,
33:3
**indicate** [5] - 11:19,
78:1, 118:6, 132:11,
139:22
**indicated** [27] - 8:18,
36:18, 47:23, 48:21,
49:15, 49:16, 50:14,
53:25, 63:16, 65:19,
71:2, 72:13, 73:4,
78:7, 82:16, 88:18,
89:1, 110:25,
112:18, 119:1,
131:14, 134:16,
138:11, 141:6,
176:6, 181:14
**indicates** [1] - 8:8
**indicating** [1] - 50:16
**individual** [9] - 19:20,
89:12, 157:9,
176:17, 176:20,
176:22, 176:23,
182:20, 183:1
**individual's** [1] -
103:1
**individually** [3] - 19:2,
19:3, 161:9
**individuals** [27] -
22:22, 23:22, 24:1,
25:5, 25:11, 40:9,
40:10, 40:18, 40:19,
40:21, 47:23, 50:18,

63:17, 71:9, 89:3,
90:21, 111:1,
111:13, 111:14,
139:23, 149:18,
149:25, 156:22,
172:6, 176:7,
176:13, 182:5
**industry** [1] - 61:9
**inequities** [3] - 81:8,
81:10, 81:11
**inference** [1] - 26:11
**influenced** [2] -
104:22, 156:6
**influencing** [1] - 41:24
**inform** [1] - 45:24
**information** [1] -
9:21, 36:21, 36:22,
36:24, 48:12, 50:24,
141:2, 164:10,
164:20, 164:22,
177:15
**informed** [1] - 11:6
**informs** [1] - 35:9
**infraction** [1] - 128:3
**infuriating** [1] - 172:2
**initial** [1] - 14:7
**innocence** [8] - 25:25,
50:3, 71:14, 73:5,
154:9, 154:22,
166:19, 178:4
**innocent** [9] - 25:21,
48:7, 48:9, 89:13,
133:2, 133:3,
145:18, 172:15,
182:24
**input** [1] - 164:24
**inside** [4] - 84:15,
158:8, 166:10,
181:21
**insider** [1] - 39:16
**insight** [1] - 40:12
**inspectors** [1] - 164:7
**instance** [3] - 40:8,
165:19, 166:9
**instead** [2] - 2:9,
14:12
**institutions** [1] -
101:25
**instruct** [5] - 62:10,
120:11, 143:15,
151:9, 170:15
**instructed** [4] - 55:15,
75:20, 96:3, 188:2
**instructing** [1] - 6:15
**instruction** [6] - 26:2,
26:13, 30:2, 32:2,
163:22, 188:3
**instructions** [16] - 9:6,
19:14, 26:17, 31:19,
32:3, 34:14, 38:17,

42:3, 44:4, 68:16, 77:4, 109:22, 137:17, 153:15, 180:20, 184:7
**insurance** [1] - 100:11
**insurrection** [1] - 71:10
**intelligently** [1] - 108:11
**intend** [1] - 7:25
**intended** [1] - 21:7
**intends** [1] - 24:25
**intention** [1] - 20:10
**interacting** [1] - 141:9
**interaction** [1] - 55:18
**interactions** [1] - 55:13
**intercom** [2] - 17:3, 185:10
**interest** [1] - 20:13
**interested** [2] - 64:13, 71:13
**Interior** [1] - 83:23
**intern** [3] - 37:18, 144:7, 144:8
**Internal** [1] - 27:13
**interrupt** [1] - 132:19
**interrupted** [1] - 87:17
**intersection** [1] - 85:1
**interviews** [1] - 164:20
**intimate** [1] - 41:21
**intolerance** [1] - 81:23
**introduce** [5] - 15:14, 16:2, 22:14, 23:21, 24:6
**introduced** [1] - 24:9
**intrusive** [1] - 36:9
**invade** [1] - 20:11
**investigating** [1] - 139:6
**Investigation** [1] - 27:11
**investigation** [1] - 165:20
**investigations** [3] - 68:24, 164:9
**investigator** [2] - 27:24, 29:9
**involuntary** [1] - 46:14
**involve** [2] - 20:8, 88:20
**involved** [13] - 15:20, 19:24, 40:10, 40:25, 41:2, 42:7, 62:18, 87:5, 96:9, 101:19, 112:7, 124:17, 171:24
**involvement** [6] - 41:5, 41:6, 41:10, 42:14, 57:15, 123:21

**involves** [3] - 58:10, 88:19, 157:13
**involving** [4] - 113:18, 131:25, 161:9, 182:23
**irrelevant** [1] - 143:25
**Irwin** [1] - 23:24
**Island** [1] - 146:25
**issue** [6] - 6:5, 10:16, 71:23, 73:1, 142:2, 151:21
**issues** [5] - 4:24, 11:12, 11:18, 111:7, 132:7
**IT** [1] - 118:2
**item's** [1] - 9:18

## J

**Jackson** [1] - 5:19
**jail** [6] - 11:23, 30:16, 39:15, 54:22, 149:4, 149:5
**James** [6] - 2:22, 2:23, 14:24, 14:25, 22:7, 23:12
**JAMES** [2] - 1:14, 1:17
**January** [69] - 4:3, 6:8, 7:16, 10:21, 20:23, 21:1, 40:10, 40:23, 41:1, 41:3, 41:10, 41:14, 41:15, 41:21, 42:15, 47:24, 48:4, 48:22, 49:16, 53:16, 55:5, 58:11, 59:16, 62:18, 65:3, 67:21, 77:11, 78:2, 83:20, 88:19, 101:12, 102:9, 103:16, 107:14, 108:4, 111:2, 111:18, 112:7, 112:21, 113:18, 119:2, 123:21, 125:25, 131:15, 132:13, 132:20, 137:1, 137:13, 138:13, 139:6, 140:5, 144:14, 145:6, 149:8, 156:23, 157:3, 157:13, 158:6, 160:13, 161:10, 161:12, 166:3, 172:2, 172:13, 176:8, 177:13, 182:6, 187:19, 188:3
**Jeffrey** [1] - 24:18
**jeopardize** [1] - 143:6

**Jeremy** [1] - 25:7
**Jersey** [2] - 143:11, 144:9
**Jessica** [1] - 24:18
**Jim** [1] - 4:17
**job** [2] - 75:22, 149:10
**jobs** [1] - 2:18
**joined** [1] - 136:25
**joining** [1] - 24:19
**journalists** [1] - 145:7
**judge** [36] - 3:12, 15:11, 15:21, 40:22, 48:15, 49:15, 49:25, 52:25, 71:25, 77:11, 85:9, 92:7, 97:12, 97:13, 106:23, 109:8, 109:19, 109:24, 110:2, 110:4, 112:2, 112:6, 112:19, 112:20, 120:17, 129:11, 129:14, 132:22, 157:8, 157:15, 158:13, 183:1, 184:19, 184:21, 185:12, 187:12
**JUDGE** [1] - 1:11
**Judge** [12] - 5:17, 5:19, 12:15, 15:10, 59:7, 74:13, 74:16, 74:18, 78:17, 92:16, 112:9, 160:7
**judge's** [1] - 135:2
**judges** [5] - 11:7, 91:25, 106:11, 140:13, 142:8
**judging** [1] - 161:8
**judgment** [5] - 31:21, 105:17, 107:24, 111:8, 176:23
**judicial** [1] - 112:7
**July** [1] - 136:25
**juries** [1] - 142:9
**jurisdictions** [2] - 6:22, 18:1
**juror** [110] - 8:2, 18:8, 18:10, 19:7, 29:14, 29:20, 30:23, 31:2, 31:5, 31:14, 31:21, 32:24, 33:2, 33:17, 37:5, 37:9, 37:23, 38:9, 39:24, 42:2, 43:16, 47:10, 50:14, 53:3, 54:13, 55:9, 59:20, 65:13, 67:10, 67:21, 70:6, 72:19, 82:4, 82:15, 83:1, 86:5, 90:25, 92:12, 95:16, 96:22, 97:18, 97:25, 100:20,

101:6, 102:23, 104:14, 107:1, 108:18, 110:7, 110:15, 111:22, 113:3, 114:10, 114:11, 116:10, 117:11, 119:8, 119:10, 119:12, 121:9, 126:3, 127:20, 129:6, 129:19, 130:22, 131:11, 131:25, 134:3, 135:15, 135:25, 137:10, 137:12, 138:5, 140:23, 141:12, 144:11, 145:23, 147:5, 148:13, 148:14, 148:25, 150:11, 152:3, 152:18, 156:6, 156:16, 157:25, 160:4, 160:25, 163:5, 165:12, 165:23, 166:18, 168:12, 169:2, 170:2, 172:16, 172:17, 173:14, 174:18, 175:10, 175:20, 177:19, 178:18, 179:1, 179:19, 181:7, 182:14, 184:9
**JUROR** [822] - 37:10, 37:12, 37:16, 37:24, 38:2, 38:11, 38:19, 38:25, 39:5, 39:9, 39:12, 39:16, 39:21, 40:2, 40:4, 40:11, 40:14, 40:20, 41:2, 41:5, 41:12, 43:5, 43:7, 43:9, 43:12, 43:17, 43:21, 43:23, 44:1, 44:5, 44:8, 44:12, 44:16, 44:23, 44:25, 45:2, 45:5, 45:7, 45:12, 45:16, 45:20, 46:1, 46:7, 46:11, 46:13, 46:18, 46:21, 47:2, 48:1, 48:9, 48:17, 48:20, 48:23, 48:25, 49:4, 49:7, 49:13, 49:19, 50:5, 51:7, 51:9, 51:11, 51:16, 51:18, 51:20, 51:24, 52:8, 52:15, 52:23, 53:4, 54:12, 54:14, 54:17, 54:19, 54:23, 54:25, 55:3, 55:6, 55:10, 55:12, 55:22, 56:1, 56:4, 56:8, 56:10, 56:14, 56:23, 57:1, 57:4, 57:7, 57:10, 57:13, 57:17, 57:25, 58:2, 58:4, 58:7, 58:14, 58:21, 58:24, 59:4, 59:7, 59:9, 59:12, 59:15, 59:17, 59:21, 59:24, 60:5, 60:8, 60:10, 60:12, 60:15, 60:18, 60:20, 60:23, 61:1, 61:8, 61:14, 61:17, 61:19, 61:21, 61:24, 62:1,

142:18, 146:8, 146:14, 146:17, 147:24, 147:25, 150:4, 150:8, 152:8, 152:15, 155:1, 155:7, 155:10, 157:22, 160:18, 161:2, 162:15, 162:19, 162:22, 167:6, 168:9, 169:24, 173:5, 173:7, 173:21, 173:22, 177:4, 177:7, 178:9, 178:15, 180:2, 180:5, 183:7, 184:12, 184:13, 184:14, 184:15, 184:16, 184:17
**JUROR** [822] - 37:10, 37:12, 37:16, 37:24, 38:2, 38:11, 38:19, 38:25, 39:5, 39:9, 39:12, 39:16, 39:21, 40:2, 40:4, 40:11, 40:14, 40:20, 41:2, 41:5, 41:12, 43:5, 43:7, 43:9, 43:12, 43:17, 43:21, 43:23, 44:1, 44:5, 44:8, 44:12, 44:16, 44:23, 44:25, 45:2, 45:5, 45:7, 45:12, 45:16, 45:20, 46:1, 46:7, 46:11, 46:13, 46:18, 46:21, 47:2, 48:1, 48:9, 48:17, 48:20, 48:23, 48:25, 49:4, 49:7, 49:13, 49:19, 50:5, 51:7, 51:9, 51:11, 51:16, 51:18, 51:20, 51:24, 52:8, 52:15, 52:23, 53:4, 54:12, 54:14, 54:17, 54:19, 54:23, 54:25, 55:3, 55:6, 55:10, 55:12, 55:22, 56:1, 56:4, 56:8, 56:10, 56:14, 56:23, 57:1, 57:4, 57:7, 57:10, 57:13, 57:17, 57:25, 58:2, 58:4, 58:7, 58:14, 58:21, 58:24, 59:4, 59:7, 59:9, 59:12, 59:15, 59:17, 59:21, 59:24, 60:5, 60:8, 60:10, 60:12, 60:15, 60:18, 60:20, 60:23, 61:1, 61:8, 61:14, 61:17, 61:19, 61:21, 61:24, 62:1,

| | | | | |
|---|---|---|---|---|
| 62:4, 62:11, 62:15, 62:19, 62:21, 62:25, 63:2, 63:7, 63:9, 63:13, 63:20, 63:23, 63:25, 64:4, 64:8, 64:11, 64:21, 64:25, 65:4, 65:7, 66:2, 66:4, 66:6, 66:10, 66:14, 66:17, 66:20, 66:23, 66:25, 67:9, 67:11, 67:13, 67:17, 67:22, 67:25, 68:4, 68:8, 68:13, 68:18, 68:22, 69:5, 69:8, 69:11, 69:13, 69:23, 70:5, 70:7, 70:9, 70:12, 70:15, 70:18, 70:20, 70:22, 71:5, 71:8, 71:18, 72:2, 72:9, 73:9, 73:11, 73:13, 73:15, 73:18, 73:20, 73:22, 73:25, 74:2, 74:6, 74:9, 74:11, 74:20, 74:23, 74:25, 75:2, 75:4, 75:8, 75:10, 75:12, 75:14, 75:16, 75:24, 76:3, 76:18, 76:21, 76:24, 77:1, 77:6, 77:8, 77:13, 77:16, 77:21, 77:23, 78:4, 78:9, 78:11, 78:16, 78:19, 78:22, 78:25, 79:2, 79:5, 79:7, 79:10, 79:15, 79:19, 79:22, 80:5, 80:8, 80:10, 80:12, 80:16, 80:20, 80:23, 81:2, 81:6, 81:10, 81:13, 81:19, 82:6, 82:11, 83:13, 83:15, 83:21, 84:3, 84:8, 84:11, 84:20, 84:23, 84:25, 85:4, 85:11, 85:14, 85:16, 85:19, 85:21, 85:23, 85:25, 86:3, 86:7, 86:9, 86:11, 86:13, 86:16, 86:25, 87:3, 87:7, 87:11, 87:14, 88:3, 88:6, 88:8, 88:10, 88:12, 88:15, 88:24, 89:4, 89:11, 89:16, 89:21, 90:1, 90:4, 90:13, 91:13, 91:15, 91:18, 91:21, 91:24, 92:4, 92:16, 92:19, 92:22, 92:24, 93:3, 93:6, 93:9, 93:11, 93:13, 93:20, 95:1, 95:3, 95:6, 95:10, 95:12, | 95:17, 95:20, 95:23, 96:1, 96:7, 96:11, 96:14, 96:16, 96:23, 97:4, 97:8, 97:15, 97:19, 98:3, 98:5, 98:11, 98:17, 98:19, 98:23, 98:25, 99:3, 99:8, 99:15, 99:19, 100:1, 100:3, 100:7, 100:10, 100:13, 100:18, 100:21, 100:23, 101:2, 101:7, 101:13, 101:16, 101:21, 102:1, 102:4, 102:7, 102:10, 102:20, 102:24, 103:9, 103:21, 103:23, 104:1, 104:4, 104:8, 104:15, 104:18, 104:25, 105:4, 105:7, 105:10, 105:16, 105:21, 105:24, 106:4, 106:7, 106:10, 106:13, 106:15, 106:18, 106:23, 107:3, 107:6, 107:13, 107:15, 107:22, 108:8, 108:14, 108:17, 108:19, 108:21, 108:23, 109:2, 109:6, 109:10, 109:14, 109:17, 109:20, 109:25, 110:3, 110:8, 110:11, 110:16, 110:19, 110:23, 111:3, 111:6, 111:10, 111:16, 111:20, 111:23, 112:4, 112:8, 113:2, 113:4, 113:6, 113:8, 113:12, 113:14, 113:19, 113:22, 113:25, 114:3, 114:5, 114:7, 114:14, 114:17, 114:19, 114:23, 114:25, 115:5, 115:7, 115:10, 115:16, 115:20, 115:25, 116:5, 116:12, 116:19, 117:1, 117:3, 117:5, 117:8, 117:10, 117:13, 117:16, 117:18, 117:21, 117:25, 118:2, 118:8, 118:15, | 118:19, 118:23, 119:5, 119:9, 119:17, 119:20, 119:22, 119:25, 120:3, 120:6, 120:12, 120:16, 120:20, 120:22, 121:1, 121:3, 121:5, 121:11, 121:15, 121:17, 121:20, 121:22, 121:24, 122:2, 122:4, 122:6, 122:8, 122:13, 122:17, 122:20, 122:23, 122:25, 123:6, 123:9, 123:11, 123:13, 123:16, 123:22, 123:25, 124:2, 124:4, 124:8, 124:11, 124:13, 124:15, 124:18, 124:20, 125:1, 125:9, 125:12, 125:14, 125:16, 125:18, 125:20, 125:23, 126:1, 126:4, 126:7, 126:10, 126:14, 126:16, 126:18, 126:23, 127:2, 127:4, 127:6, 127:9, 127:12, 127:15, 127:18, 127:21, 127:24, 128:1, 128:9, 128:15, 128:18, 128:20, 128:22, 128:24, 129:2, 129:7, 129:10, 129:13, 129:15, 129:17, 129:20, 129:23, 130:2, 130:8, 130:11, 130:13, 130:15, 130:19, 130:23, 130:25, 131:2, 131:6, 131:12, 131:17, 131:20, 132:2, 132:9, 132:15, 132:17, 132:24, 133:3, 133:9, 133:19, 134:1, 134:6, 134:10, 134:20, 135:7, 135:10, 135:24, 136:1, 136:3, 136:5, 136:8, 136:13, 136:16, 136:22, 136:25, 137:2, 137:5, 137:7, | 137:12, 137:20, 137:23, 138:1, 138:6, 138:14, 138:18, 138:22, 138:24, 139:3, 139:7, 139:10, 139:15, 139:18, 139:25, 140:3, 140:7, 140:10, 142:17, 142:19, 142:21, 142:24, 143:3, 143:7, 143:10, 143:16, 143:18, 143:25, 144:4, 144:7, 144:12, 144:19, 144:22, 145:1, 145:5, 145:17, 145:20, 145:24, 146:1, 146:5, 146:7, 146:16, 146:18, 146:20, 146:23, 146:25, 147:2, 147:6, 147:9, 147:11, 147:16, 147:18, 148:1, 148:3, 148:5, 148:9, 148:12, 148:15, 148:18, 148:20, 148:23, 149:2, 149:16, 149:24, 150:3, 150:10, 150:12, 150:14, 150:16, 150:19, 150:23, 151:1, 151:3, 151:5, 151:10, 151:12, 151:16, 151:20, 152:12, 152:14, 152:17, 152:19, 152:21, 152:24, 153:1, 153:3, 153:6, 153:9, 153:12, 153:17, 153:19, 153:21, 153:24, 154:5, 154:14, 154:24, 155:9, 155:11, 155:13, 155:16, 155:18, 155:22, 155:25, 156:3, 156:8, 156:11, 156:13, 156:18, 156:24, 157:2, 157:6, 157:10, 157:17, 157:21, 157:24, 158:1, 158:3, 158:10, 158:15, 158:18, 158:23, 158:25, 159:4, 159:6, 159:8, | 159:11, 159:14, 159:17, 159:19, 159:22, 159:25, 160:2, 160:5, 160:15, 160:23, 161:4, 161:6, 161:14, 161:22, 162:2, 162:9, 162:14, 162:21, 162:23, 162:25, 163:3, 163:6, 163:10, 163:13, 163:23, 164:5, 164:18, 165:3, 165:6, 165:13, 165:18, 165:24, 166:6, 166:15, 166:21, 167:5, 168:11, 168:13, 168:15, 168:18, 168:20, 168:25, 169:3, 169:5, 169:7, 169:12, 169:15, 169:17, 169:22, 170:1, 170:3, 170:5, 170:9, 170:16, 170:18, 170:20, 170:25, 171:3, 171:6, 171:17, 171:23, 172:5, 172:9, 172:18, 173:16, 173:20, 173:23, 173:25, 174:3, 174:5, 174:8, 174:12, 174:14, 174:19, 174:22, 174:24, 175:2, 175:5, 175:8, 175:11, 175:13, 175:16, 175:18, 175:21, 175:23, 175:25, 176:3, 176:11, 176:15, 176:20, 176:22, 177:3, 177:6, 177:8, 177:10, 177:16, 177:20, 177:22, 178:7, 178:17, 178:19, 178:21, 178:23, 179:2, 179:4, 179:6, 179:10, 179:12, 179:14, 179:17, 179:20, 180:1, 180:4, 180:6, 180:8, 180:11, 180:15, 180:17, 180:22, 180:25, 181:9, 181:17, 181:24, 182:2, 182:7, 182:11, 182:15, |

183:3
**Jurors** [1] - 186:10
**jurors** [38] - 3:13,
3:20, 5:25, 6:1, 6:17,
13:5, 13:20, 13:25,
14:4, 16:5, 16:11,
16:16, 16:17, 18:23,
19:13, 19:25, 20:4,
20:14, 22:11, 26:15,
31:19, 33:25, 34:12,
34:19, 34:20, 35:10,
36:17, 94:5, 94:7,
118:21, 118:22,
140:15, 167:20,
184:1, 186:16,
186:21, 186:23,
187:7
**jury** [133] - 2:10, 3:3,
3:4, 3:7, 3:12, 4:4,
6:3, 6:15, 9:9, 9:20,
9:24, 10:25, 11:10,
15:7, 16:6, 16:10,
16:11, 16:16, 16:19,
18:2, 18:3, 19:8,
19:14, 19:16, 19:19,
20:12, 22:21, 25:15,
28:19, 28:21, 28:22,
28:25, 29:2, 33:13,
33:19, 33:21, 33:22,
34:3, 35:21, 35:23,
36:23, 41:23, 45:4,
45:9, 45:10, 45:14,
52:7, 56:21, 56:24,
60:7, 64:15, 68:17,
71:23, 73:17, 73:23,
74:1, 74:4, 74:7,
80:6, 80:7, 80:11,
80:15, 80:21, 82:4,
85:17, 92:18, 92:19,
94:20, 96:25, 98:10,
98:14, 99:2, 99:4,
99:5, 100:9, 100:19,
104:17, 104:21,
106:14, 110:9,
110:11, 110:12,
112:23, 114:4,
118:7, 120:8, 126:6,
126:12, 126:15,
126:20, 126:21,
126:24, 127:3,
127:17, 130:10,
130:20, 130:21,
133:24, 135:3,
142:5, 142:9,
145:15, 152:13,
155:15, 155:20,
159:2, 159:3,
161:19, 167:17,
170:17, 172:8,
174:20, 174:21,
179:3, 181:22,

184:2, 184:10,
184:13, 184:14,
184:20, 185:6,
185:15, 186:1,
187:10, 187:11,
188:19, 188:25
**JURY** [3] - 1:10,
14:21, 185:1
**jury's** [2] - 170:22,
171:1
**justice** [3] - 30:21,
57:15, 89:22
**Justice** [17] - 1:14,
27:12, 38:3, 38:5,
38:13, 39:24, 40:8,
40:17, 40:25, 41:12,
42:6, 42:12, 62:17,
105:25, 109:7,
159:1, 171:8

**K**

**keep** [7] - 9:2, 15:19,
15:24, 15:25,
134:24, 135:1,
156:25
**Keepers** [1] - 3:10
**Kentucky** [1] - 122:6
**Kevin** [4] - 2:23,
14:25, 23:11, 141:17
**KEVIN** [1] - 1:18
**kid's** [1] - 98:12
**kind** [14] - 43:22, 50:2,
61:25, 68:3, 76:25,
103:15, 115:15,
118:11, 120:5,
124:3, 133:9,
156:12, 168:19,
170:6
**knowing** [1] - 160:11
**knowingly** [1] - 21:3
**knowledge** [10] -
16:12, 16:14, 16:15,
41:21, 42:5, 42:6,
42:9, 83:19, 141:2,
158:8
**known** [2] - 27:11,
84:4
**knows** [3] - 65:17,
158:6, 177:14

**L**

**labor** [1] - 147:2
**ladies** [10] - 15:2,
17:13, 17:24, 36:5,
76:11, 94:3, 94:16,
183:25, 185:4,
185:12

**laid** [2] - 10:23, 183:21
**Lake** [1] - 98:20
**language** [2] - 50:16,
90:18
**largely** [1] - 181:18
**last** [14] - 11:7, 18:7,
18:10, 28:14, 33:8,
33:11, 34:6, 80:12,
86:24, 109:10,
135:16, 140:13,
187:18
**late** [1] - 15:5
**latter** [1] - 178:7
**laugher** [1] - 35:14
**Laughter** [1] - 25:19
**laughter** [2] - 35:25,
53:18
**law** [157] - 12:1, 13:9,
13:11, 16:2, 20:16,
25:20, 26:2, 26:15,
26:17, 26:25, 27:5,
27:9, 27:15, 27:21,
28:8, 28:10, 29:7,
29:23, 29:24, 30:3,
30:5, 30:19, 34:12,
34:14, 37:16, 38:17,
39:3, 43:19, 43:22,
43:23, 43:24, 43:25,
44:3, 44:4, 44:11,
45:19, 46:3, 46:19,
52:21, 55:16, 55:24,
56:1, 56:7, 56:9,
56:13, 56:20, 59:22,
60:3, 61:22, 61:25,
62:3, 62:8, 62:9,
62:10, 68:1, 68:3,
68:4, 68:7, 68:15,
68:17, 68:20, 69:8,
75:7, 75:8, 75:21,
76:1, 76:23, 76:25,
77:3, 77:5, 77:8,
77:14, 77:16, 78:2,
78:10, 78:12, 78:14,
79:6, 79:9, 79:11,
79:16, 84:13, 85:13,
92:6, 92:14, 95:19,
95:21, 96:3, 96:4,
96:9, 99:24, 105:8,
105:23, 106:11,
109:23, 113:21,
114:16, 115:23,
116:3, 116:4, 116:9,
120:2, 120:5,
120:10, 125:23,
125:24, 129:22,
137:16, 137:19,
143:13, 143:14,
143:17, 144:2,
144:8, 147:1, 147:2,
147:8, 151:4, 151:8,

151:9, 153:1, 153:7,
153:8, 153:15,
153:16, 156:12,
156:14, 158:24,
163:21, 163:22,
163:24, 163:25,
164:3, 164:4,
164:14, 164:15,
165:1, 168:19,
168:23, 168:24,
170:11, 170:14,
170:15, 171:5,
173:8, 173:10,
173:12, 174:13,
180:19, 180:20,
180:23, 181:3
**Law** [3] - 83:22,
150:17, 150:25
**laws** [2] - 68:15, 164:2
**lawsuit** [1] - 115:2
**lawyer** [41] - 61:24,
62:7, 65:17, 70:10,
70:11, 76:22, 76:24,
77:2, 91:19, 91:20,
91:23, 105:3, 105:5,
109:4, 109:6, 120:1,
120:3, 141:20,
143:9, 143:13,
146:21, 146:22,
146:23, 150:25,
151:6, 152:23,
152:25, 156:11,
156:16, 163:12,
168:23, 170:7,
170:9, 170:10,
170:24, 171:6,
171:15, 172:14,
180:10, 180:12
**lawyers** [24] - 7:19,
12:19, 16:2, 17:2,
19:4, 19:24, 20:11,
38:16, 39:1, 67:24,
91:25, 105:5, 120:6,
144:25, 152:2,
163:15, 163:18,
163:20, 170:8,
171:16, 174:6,
174:9, 174:14, 185:9
**lead** [4] - 43:14, 57:15,
126:3, 140:15
**leadership** [1] -
143:19
**leading** [3] - 42:23,
47:13, 140:19
**learn** [1] - 16:18
**learned** [13] - 56:5,
56:6, 62:8, 77:3,
77:4, 92:13, 120:9,
143:13, 151:7,
163:20, 165:13,

170:13, 180:19
**least** [7] - 33:9, 38:8,
41:2, 141:21,
164:19, 182:8,
183:10
**leave** [5] - 11:8, 184:3,
184:8, 185:14,
189:10
**leaving** [1] - 98:20
**lectern** [2] - 188:24,
189:2
**left** [1] - 14:17
**left-most** [1] - 14:17
**legal** [19] - 26:25,
39:3, 41:14, 43:20,
52:22, 55:25, 61:22,
68:16, 70:11, 92:14,
95:19, 109:5, 129:9,
153:8, 153:10,
156:9, 158:17,
168:16, 174:2
**lenient** [1] - 7:19
**less** [6] - 30:6, 55:20,
115:24, 133:7,
147:14, 185:2
**lesser** [1] - 116:3
**letting** [1] - 143:8
**level** [3] - 38:9, 42:8,
42:9
**liar** [1] - 131:21
**Library** [1] - 55:4
**licensed** [1] - 168:20
**lie** [1] - 115:11
**Lieutenant** [1] - 24:16
**life** [3] - 93:16, 149:3,
149:4
**light** [3] - 134:18,
181:15, 182:16
**likely** [5] - 9:14, 24:19,
30:6, 178:5
**limiting** [1] - 188:4
**limits** [1] - 21:13
**line** [2] - 42:8, 189:3
**list** [3] - 3:25, 13:21,
24:6
**listed** [1] - 152:21
**listen** [10] - 42:3, 72:1,
72:2, 119:10,
119:11, 135:20,
154:8, 154:12,
162:6, 178:3
**listening** [1] - 83:7
**litigator** [3] - 120:7,
163:13, 164:1
**live** [53] - 22:3, 37:14,
37:18, 43:10, 43:12,
51:14, 55:1, 58:5,
58:7, 58:12, 58:19,
58:23, 59:13, 59:15,
59:18, 64:2, 66:3,

66:4, 66:5, 66:6,
66:7, 66:11, 67:15,
67:20, 84:21, 88:14,
95:8, 95:12, 96:21,
99:13, 99:15, 99:16,
104:6, 104:10,
113:10, 123:14,
123:17, 123:19,
125:21, 128:25,
129:2, 129:5, 136:6,
136:8, 136:11,
145:10, 148:6,
150:15, 159:19,
163:1, 174:8,
178:22, 178:25
**lived** [5] - 37:21,
60:20, 66:8, 104:8,
104:9
**lives** [4] - 20:24,
46:15, 46:17, 160:25
**living** [12] - 59:16,
61:7, 66:24, 70:21,
74:10, 77:9, 88:11,
118:1, 122:24,
147:17, 153:5,
169:16
**local** [3] - 27:10, 28:9,
181:3
**location** [1] - 166:11
**logistical** [3] - 7:23,
13:4, 31:12
**look** [10] - 2:4, 22:12,
36:22, 89:12, 89:17,
90:5, 92:2, 97:2,
110:9, 176:16
**looked** [1] - 120:12
**looking** [9] - 6:18,
6:19, 16:17, 25:18,
108:3, 134:11,
135:19, 162:6,
172:11
**looks** [4] - 5:3, 17:5,
17:8, 173:17
**loss** [2] - 69:2, 143:24
**lost** [1] - 86:21
**loud** [2] - 10:13,
145:12
**Louis** [1] - 60:20
**lounge** [4] - 19:16,
184:10, 184:13,
184:14
**love** [1] - 185:5
**low** [1] - 153:13
**lower** [2] - 22:11, 23:7
**lowest** [1] - 13:6
**LSAT** [1] - 153:12
**Luján** [1] - 52:2
**lunch** [7] - 11:11,
11:14, 11:15, 31:11,
91:8, 94:4

**Luncheon** [1] - 94:15
**lying** [1] - 115:11

# M

**ma'am** [65] - 37:3,
47:4, 47:22, 48:21,
49:14, 49:21, 50:9,
61:7, 63:16, 64:6,
65:1, 65:9, 67:17,
70:2, 71:2, 78:1,
78:7, 78:25, 79:5,
82:9, 88:11, 88:17,
89:1, 89:9, 89:18,
90:12, 114:5,
114:17, 118:23,
128:22, 131:14,
132:4, 132:16,
132:18, 132:24,
133:13, 133:23,
134:1, 134:14,
134:16, 135:10,
138:11, 139:22,
140:9, 142:19,
142:24, 143:3,
143:7, 143:16,
143:18, 143:25,
144:4, 144:12,
145:1, 145:5,
145:17, 145:20,
146:5, 147:17,
150:2, 156:21,
157:12, 169:16,
169:23
**main** [1] - 128:1
**Maine** [1] - 114:24
**maintain** [1] - 64:7
**maintains** [1] - 21:12
**major** [2] - 99:19,
99:21
**majority** [2] - 5:6,
82:24
**mall** [1] - 113:12
**man's** [1] - 154:9
**managed** [1] - 3:12
**manager** [1] - 118:2
**Mancuso** [3] - 10:18,
24:17, 25:6
**manner** [1] - 42:19
**manslaughter** [2] -
46:14, 46:16
**Marathon** [1] - 6:25
**mark** [1] - 25:13
**Market** [1] - 95:13
**marketing** [1] - 78:12
**marks** [1] - 176:13
**married** [1] - 56:16
**Marshals** [1] - 27:12
**Maryland** [2] - 79:25,

168:21
**mask** [10] - 13:9,
13:11, 19:23, 23:7,
111:12, 118:16,
118:18, 134:25,
135:1, 181:21
**masked** [2] - 134:22,
134:24
**masks** [2] - 22:11,
118:22
**materials** [1] - 9:7
**matter** [10] - 4:8, 9:17,
14:11, 20:14, 121:4,
142:4, 183:14,
184:6, 185:7, 190:5
**matters** [5] - 2:3, 20:8,
31:13, 112:7, 186:3
**Matthew** [3] - 22:25,
38:1, 38:3
**McCree** [1] - 24:16
**me..** [1] - 12:7
**mean** [39] - 27:6, 27:9,
30:11, 30:17, 35:24,
40:13, 41:9, 42:20,
48:25, 51:24, 52:9,
82:6, 84:1, 84:2,
84:12, 86:23, 87:13,
94:6, 96:16, 96:17,
101:21, 107:22,
108:8, 109:22,
111:5, 116:8,
118:14, 121:5,
127:17, 128:1,
132:17, 134:11,
134:12, 158:6,
171:6, 171:14,
171:23, 181:2,
182:22
**means** [2] - 19:12,
41:11
**meant** [4] - 90:1,
108:7, 144:14,
160:13
**meantime** [1] - 87:20
**mechanical** [1] -
66:25
**media** [3] - 6:9, 48:13,
158:9
**medical** [3] - 80:17,
151:21, 152:10
**medication** [2] - 31:6,
97:2
**meeting** [1] - 38:3
**Meg** [1] - 23:24
**member** [19] - 23:1,
25:15, 28:5, 31:3,
57:9, 76:23, 79:9,
79:24, 80:3, 104:17,
106:9, 130:24,
131:4, 145:7,

146:22, 155:14,
163:11, 170:8,
180:10
**members** [38] - 22:21,
26:23, 26:25, 27:4,
27:18, 27:23, 28:2,
29:6, 30:10, 30:15,
36:1, 39:14, 43:19,
45:18, 46:9, 54:21,
55:24, 56:12, 63:10,
66:16, 67:24, 68:6,
75:6, 86:23, 86:24,
98:10, 107:5,
113:20, 124:10,
129:9, 147:8,
168:17, 169:10,
172:4, 174:11,
174:12, 180:12,
181:1
**memories** [1] - 167:24
**mention** [4] - 145:9,
151:14, 151:16,
168:3
**mentioned** [8] - 24:12,
25:7, 25:12, 89:10,
100:4, 112:5, 172:2,
177:24
**mentions** [1] - 173:17
**mentor** [1] - 173:13
**merely** [3] - 21:13,
111:2, 161:16
**mess** [1] - 13:1
**met** [3] - 15:17, 25:8,
136:17
**Metro** [1] - 66:7
**Metropolitan** [4] -
24:16, 25:6, 27:10,
75:10
**Mexico** [1] - 52:2
**Michael** [3] - 2:22,
14:24, 22:8
**MICHAEL** [1] - 1:13
**midafternoon** [2] -
11:16, 31:11
**middle** [2] - 145:13,
173:15
**midmorning** [1] -
31:10
**might** [47] - 5:9, 15:3,
23:8, 23:15, 25:1,
25:15, 26:18, 34:15,
52:19, 54:5, 54:6,
81:19, 81:22, 82:17,
90:22, 101:4,
104:16, 105:2,
106:2, 107:1,
110:14, 122:22,
123:16, 124:24,
126:3, 126:25,
131:10, 136:14,

141:6, 143:5, 145:4,
147:4, 152:11,
155:14, 158:21,
160:3, 165:22,
171:16, 174:17,
176:1, 176:18,
179:19, 181:6,
181:14, 182:13,
187:9
**mile** [3] - 123:17,
123:19, 136:8
**mind** [4] - 49:6, 49:23,
82:8, 89:18
**mine** [1] - 12:25
**minor** [2] - 39:5,
110:20
**minute** [8] - 7:12,
17:22, 47:8, 61:11,
76:12, 80:10, 99:10,
132:19
**minutes** [3] - 185:8,
186:6, 188:16
**misdemeanor** [1] -
124:16
**misheard** [2] - 79:23,
80:1
**missed** [1] - 98:6
**missing** [2] - 139:17,
143:23
**misunderstood** [1] -
14:7
**mm-hm** [5] - 80:20,
102:10, 121:1,
124:18, 158:15
**moderately** [1] - 98:13
**modified** [1] - 32:10
**modify** [1] - 11:2
**moment** [7] - 53:12,
87:19, 90:11, 112:9,
152:2, 170:10,
183:17
**momentarily** [1] - 16:3
**Monday** [1] - 33:10
**monitoring** [1] - 84:6
**months** [2] - 66:20,
74:2
**Moore** [2] - 24:18,
24:21
**moral** [1] - 32:25
**morning** [40] - 5:13,
7:5, 8:11, 15:2, 15:7,
43:6, 44:22, 44:23,
51:8, 54:11, 54:12,
57:24, 57:25, 59:6,
59:7, 61:16, 61:17,
65:25, 67:8, 67:9,
70:4, 70:5, 73:8,
73:9, 74:22, 74:23,
76:17, 78:21, 78:22,
83:12, 182:17,

183:21, 185:14, 185:24, 186:8, 186:13, 187:20, 187:21, 188:11, 189:16

**most** [11] - 14:17, 15:23, 16:15, 18:11, 20:12, 32:11, 34:23, 91:24, 112:21, 158:6, 177:14

**mostly** [4] - 68:5, 89:6, 89:21, 136:23

**mother** [3] - 69:13, 122:2, 122:9

**mother's** [1] - 100:24

**mothers** [1] - 79:25

**motion** [43] - 2:7, 2:8, 4:19, 6:6, 7:1, 8:6, 42:17, 50:11, 50:13, 50:20, 50:23, 51:5, 53:10, 53:18, 53:23, 54:8, 65:12, 65:23, 73:6, 82:13, 83:1, 103:11, 103:18, 112:17, 112:24, 116:21, 135:13, 135:21, 140:20, 140:21, 141:12, 142:14, 146:10, 150:5, 150:7, 155:2, 162:16, 167:7, 167:13, 178:10, 178:14

**motions** [4] - 2:17, 5:21, 11:24, 15:6

**move** [14] - 2:3, 6:10, 12:6, 12:8, 13:23, 13:25, 41:20, 53:14, 65:11, 72:11, 112:15, 116:22, 187:8, 188:21

**moved** [2] - 92:6, 100:15

**moving** [1] - 15:25

**MPD** [1] - 10:19

**MR** [299] - 2:6, 2:12, 3:1, 3:18, 4:7, 4:14, 4:17, 7:6, 7:8, 7:10, 8:12, 9:12, 9:17, 10:2, 10:16, 11:2, 11:18, 12:4, 12:9, 12:13, 12:17, 12:23, 13:4, 13:13, 13:15, 13:17, 13:19, 14:2, 14:6, 14:12, 14:13, 14:16, 14:17, 22:16, 23:20, 23:23, 24:14, 25:3, 32:7, 32:8, 32:16, 32:18, 34:7, 34:8, 34:10, 34:16,

35:3, 35:5, 36:11, 36:13, 36:16, 36:25, 37:3, 39:23, 40:1, 40:3, 40:7, 40:12, 40:16, 40:24, 41:7, 41:9, 41:16, 41:20, 42:1, 42:25, 44:10, 44:13, 44:17, 44:19, 45:22, 47:6, 47:7, 47:12, 47:16, 47:17, 47:22, 48:21, 48:24, 49:2, 49:5, 49:14, 49:21, 50:12, 50:20, 53:6, 53:7, 53:11, 53:12, 53:14, 53:19, 53:24, 57:19, 57:21, 59:1, 59:2, 61:3, 61:5, 61:11, 63:15, 63:21, 63:24, 64:1, 64:5, 64:9, 65:1, 65:5, 65:8, 65:11, 65:21, 67:4, 67:5, 69:25, 70:1, 70:24, 71:1, 71:6, 72:5, 72:7, 72:11, 72:22, 74:13, 74:16, 74:18, 76:6, 76:8, 78:1, 78:5, 78:7, 78:10, 78:14, 78:17, 82:14, 82:15, 83:3, 83:8, 86:18, 87:2, 87:18, 87:22, 87:24, 88:1, 88:17, 89:1, 89:18, 90:7, 90:16, 93:23, 93:25, 97:21, 97:22, 101:9, 101:14, 101:18, 101:24, 102:2, 102:5, 102:8, 102:11, 103:5, 103:7, 103:12, 103:14, 107:10, 107:14, 107:18, 107:25, 108:2, 108:12, 110:25, 111:4, 111:7, 111:12, 111:17, 111:21, 111:25, 112:5, 112:9, 112:12, 112:15, 116:14, 116:16, 116:22, 118:5, 118:25, 119:6, 119:13, 119:15, 121:13, 123:2, 123:4, 125:5, 125:7, 128:11, 128:13, 131:14, 131:18, 131:24, 132:3, 132:11, 132:16, 133:13, 133:20, 134:15, 135:13,

138:8, 138:10, 138:11, 138:15, 138:19, 138:23, 139:1, 139:4, 139:8, 139:13, 139:16, 139:20, 140:1, 140:4, 140:8, 140:21, 141:5, 141:17, 141:19, 141:23, 141:25, 146:10, 146:12, 147:20, 147:22, 150:6, 152:6, 152:7, 155:3, 155:5, 156:20, 156:25, 157:3, 157:7, 157:11, 157:19, 160:7, 160:9, 160:16, 162:11, 162:12, 162:17, 166:1, 167:1, 167:3, 167:8, 167:14, 167:21, 168:1, 168:2, 168:7, 169:20, 171:19, 171:25, 172:6, 172:10, 173:1, 173:3, 176:5, 176:12, 176:21, 176:24, 177:1, 178:11, 178:13, 179:22, 179:24, 181:11, 181:13, 182:4, 182:9, 183:5, 183:16, 183:17, 183:20, 186:20, 186:25, 187:2, 187:5, 187:9, 187:14, 187:16, 187:19, 187:25, 188:7, 188:10, 188:13, 188:15, 188:18, 189:1, 189:5, 189:8, 189:14, 189:15

**MRI** [1] - 151:23

**mugged** [2] - 100:23, 124:6

**mugging** [1] - 124:4

**multi** [1] - 3:9

**multi-codefendant** [1] - 3:9

**multiple** [1] - 50:21

**must** [4] - 16:4, 26:10, 31:20, 31:21

---

# N

**name** [8] - 7:8, 18:9, 24:11, 52:18, 69:18,

109:9, 109:10, 141:8

**names** [2] - 24:7, 25:2

**narrow** [1] - 182:19

**Nassau** [2] - 92:6, 92:7

**Nassif** [2] - 5:16, 5:23

**nationality** [2] - 29:19, 80:25

**nature** [12] - 16:14, 21:22, 22:1, 53:15, 72:25, 73:1, 82:18, 122:7, 153:22, 153:24, 162:4, 167:10

**Navy** [1] - 164:8

**NCI** [1] - 88:13

**near** [15] - 22:3, 37:14, 37:15, 43:10, 51:14, 55:2, 58:5, 66:5, 66:6, 136:7, 148:6, 150:15, 150:20

**nearby** [4] - 58:12, 58:19, 58:23, 136:9

**necessarily** [3] - 24:8, 33:18, 137:18

**necessary** [1] - 143:3

**need** [8] - 17:20, 31:15, 54:14, 54:18, 85:2, 94:4, 108:5, 167:22

**needed** [1] - 11:19

**needless** [1] - 162:5

**needs** [2] - 31:14, 176:22

**negative** [7] - 63:17, 71:3, 89:2, 90:21, 182:5, 182:9, 182:11

**neglected** [1] - 17:19

**negligence** [1] - 80:17

**neighbor** [1] - 160:20

**neighborhood** [7] - 28:15, 59:19, 79:21, 99:23, 160:21, 160:25, 161:1

**neighbors** [2] - 163:15, 163:19

**nephew** [1] - 180:12

**nephew's** [1] - 129:10

**neutrality** [1] - 64:7

**never** [4] - 36:20, 121:5, 141:10, 165:14

**new** [2] - 13:25, 187:2

**New** [7] - 52:2, 77:18, 85:1, 92:5, 105:10, 143:11

**news** [12] - 40:13, 48:13, 77:8, 94:4, 102:8, 141:3, 158:9, 158:10, 158:11,

160:12, 177:15

**newspaper** [1] - 158:11

**next** [11] - 13:7, 13:21, 26:24, 33:9, 33:11, 33:24, 37:17, 142:24, 151:21, 185:21, 186:19

**nice** [5] - 12:21, 12:22, 12:23, 94:13

**Nicole** [1] - 24:17

**NIH** [1] - 88:13

**nine** [1] - 130:16

**Nobody** [2] - 107:16

**nobody** [2] - 94:21, 188:25

**non** [1] - 47:12

**nonbiased** [1] - 82:4

**none** [2] - 117:25, 121:15

**nonetheless** [1] - 122:10, 133:15

**nonpeaceful** [1] - 119:3

**nonprofit** [1] - 78:12

**nonrefundable** [1] - 33:20

**noon** [1] - 11:9

**normal** [1] - 3:14

**normally** [2] - 16:12, 167:22

**north** [1] - 143:1

**North** [3] - 1:20, 59:25, 144:9

**Northeast** [2] - 43:13, 104:11

**Northern** [2] - 1:19, 23:14

**Nos** [3] - 151:12, 151:16, 161:13

**not..** [1] - 12:10

**note** [4] - 5:23, 6:22, 34:18, 107:23

**noted** [2] - 53:25, 138:15

**notes** [1] - 11:19

**nothing** [19] - 41:7, 41:17, 44:17, 44:19, 72:7, 83:23, 88:1, 90:10, 107:6, 107:25, 112:10, 112:12, 120:20, 125:7, 139:10, 139:11, 140:8, 159:2, 167:3

**notwithstanding** [1] - 166:18

**Number** [2] - 37:14, 66:2

**number** [46] - 6:1, 7:2,

12:5, 13:6, 13:7,
18:8, 18:10, 18:14,
18:20, 21:20, 22:14,
23:18, 24:2, 24:3,
24:14, 25:17, 26:6,
26:20, 27:2, 27:16,
28:17, 28:20, 29:4,
29:16, 30:12, 30:18,
31:7, 33:3, 36:2,
36:24, 37:20, 43:18,
59:22, 70:9, 73:13,
75:2, 91:9, 94:5,
113:6, 120:14,
123:13, 145:8,
150:14, 184:9,
184:20
**numbered** [1] - 152:22
**numbers** [4] - 4:20,
18:18, 104:2, 161:8
**numerous** [2] - 102:5,
171:7
**NW** [1] - 1:15, 1:23

## O

**oath** [2] - 19:18, 20:6
**Oath** [1] - 3:10
**Obama** [1] - 163:16
**object** [1] - 9:25
**objected** [3] - 8:19,
9:3, 38:22
**objecting** [1] - 9:14
**objection** [15] - 8:23,
9:2, 9:13, 9:15, 32:8,
32:19, 34:6, 38:22,
54:5, 62:14, 103:14,
146:12, 155:5,
178:13, 189:13
**objections** [3] - 8:10,
8:17, 32:15
**objective** [1] - 134:4
**objectively** [2] - 64:16,
64:18
**obligations** [2] -
112:23, 141:13
**observer** [1] - 21:14
**obviously** [17] - 3:13,
33:12, 40:12, 50:24,
64:19, 102:13,
107:22, 109:18,
113:15, 114:10,
115:1, 132:19,
137:13, 145:18,
158:6, 163:24, 166:7
**occasion** [1] - 37:19
**occupation** [2] -
36:23, 56:18
**OF** [3] - 1:1, 1:3, 1:10
**offense** [4] - 10:21,

25:22, 122:7, 124:14
**offenses** [3] - 20:22,
84:14, 136:23
**offensive** [1] - 119:3
**office** [18] - 22:19,
22:25, 27:4, 27:7,
27:8, 27:20, 28:8,
44:14, 44:15, 52:4,
56:12, 67:17, 84:24,
107:16, 107:17,
137:8, 140:16
**Office** [12] - 23:13,
27:7, 28:7, 30:21,
73:24, 83:22,
107:11, 136:17,
136:21, 137:14,
138:16, 159:1
**officer** [24] - 28:3,
29:24, 30:3, 30:5,
52:17, 55:17, 55:21,
56:16, 60:4, 75:19,
75:21, 76:1, 79:11,
79:13, 96:5, 115:3,
115:23, 116:3,
116:4, 129:24,
130:3, 130:7,
164:15, 165:1
**Officer** [2] - 10:18,
24:17
**officer's** [1] - 128:7
**officers** [9] - 29:22,
46:4, 56:21, 96:21,
101:11, 115:11,
116:10, 143:20,
144:2
**Official** [1] - 190:3
**official** [1] - 21:8
**often** [1] - 58:8
**old** [1] - 34:19
**older** [1] - 35:13
**once** [13] - 10:24,
14:3, 19:1, 19:6,
19:7, 19:8, 19:11,
19:13, 31:18, 52:19,
136:18, 141:21,
159:20
**one** [69] - 3:9, 4:12,
5:16, 6:13, 8:14,
11:23, 12:5, 12:22,
13:4, 13:14, 13:16,
14:13, 16:1, 24:12,
35:13, 38:3, 38:14,
39:24, 40:4, 41:3,
42:11, 53:12, 54:18,
54:24, 56:15, 60:2,
61:5, 69:14, 69:15,
71:12, 72:25, 74:13,
80:12, 82:22, 83:2,
85:5, 87:22, 90:8,
91:8, 93:18, 94:11,

98:11, 102:11,
105:19, 107:24,
108:24, 112:9,
134:15, 138:8,
139:4, 140:22,
141:20, 141:23,
142:5, 146:1,
148:16, 149:22,
162:5, 165:6,
166:11, 172:11,
176:2, 179:14,
183:17, 186:23,
188:22, 189:9,
189:10
**one-lawyer** [1] -
141:20
**ones** [3] - 16:22,
144:15, 187:23
**open** [5] - 10:10,
42:19, 119:7,
140:16, 182:19
**open-ended** [1] -
140:16
**opening** [4] - 8:9, 9:7,
11:1, 11:2
**openings** [4] - 8:21,
8:24, 188:16, 188:19
**opinion** [23] - 6:14,
6:15, 6:20, 16:17,
49:25, 81:14, 87:9,
87:15, 89:5, 104:23,
108:5, 108:9, 119:5,
119:7, 119:11,
131:21, 131:23,
132:10, 133:25,
161:17, 162:5,
166:19, 167:11
**opinions** [29] - 6:13,
6:18, 8:4, 21:25,
29:11, 29:14, 29:15,
51:1, 73:4, 89:10,
89:15, 90:6, 108:4,
135:20, 140:5,
145:3, 154:3, 154:6,
154:7, 154:8,
154:10, 154:21,
161:11, 166:17,
172:19, 177:25,
178:1, 183:1
**opportunity** [1] -
19:12
**oppose** [5] - 42:1,
50:20, 53:23, 65:21,
82:15
**opposed** [1] - 170:23
**oral** [1] - 4:19
**orally** [1] - 3:2
**orange** [1] - 28:16
**order** [4] - 2:17, 13:5,
69:17, 187:22

**Oregon** [2] - 114:24,
114:25
**organization** [4] -
27:19, 28:16, 80:3,
169:10
**organized** [1] - 157:4
**originally** [2] - 89:6,
183:21
**otherwise** [1] - 49:19
**out-of-state** [1] - 55:6
**out..** [1] - 14:13
**outcome** [2] - 81:22,
149:3
**outcomes** [1] - 140:1
**outside** [4] - 33:20,
42:4, 94:13, 95:22
**overall** [1] - 48:11
**overhear** [1] - 36:7
**overinclusive** [3] -
18:19, 67:19, 123:18
**overinclusiveness** [2]
- 163:9, 171:14
**overnight** [1] - 161:24
**overrule** [1] - 9:14
**overseas** [1] - 143:21
**own** [3] - 49:25, 92:11,
132:10
**owned** [1] - 110:19

## P

**p.m** [8] - 76:13, 94:15,
184:24, 186:10,
189:18
**page** [1] - 36:22
**pages** [1] - 190:4
**Pages** [1] - 1:8
**pain** [2] - 13:1, 17:25
**pane** [1] - 10:5
**panel** [13] - 4:5, 23:1,
25:15, 31:3, 36:1,
98:10, 104:17,
126:6, 155:15,
161:19, 186:18,
186:22, 186:24
**paper** [2] - 141:4,
186:14
**paraded** [1] - 21:10
**paralegal** [5] - 27:1,
70:12, 180:11,
180:14, 180:19
**paralegals** [2] - 22:18
**pare** [1] - 188:2
**parent** [2] - 98:11,
126:8
**Park** [1] - 129:3
**parking** [2] - 30:11,
30:17
**parole** [3] - 28:3,

46:15, 46:17
**part** [6] - 16:15, 55:4,
86:24, 87:2, 101:3,
149:19
**participate** [2] - 34:24,
35:19
**participated** [4] -
28:14, 71:9, 79:20,
154:15
**participating** [2] -
81:21, 145:16
**participation** [1] -
117:22
**particular** [8] - 5:23,
82:19, 97:18,
102:18, 107:23,
158:22, 172:21,
182:20
**particularly** [2] - 68:9,
70:15
**parties** [3] - 36:18,
160:20, 186:3
**partook** [2] - 149:18,
149:25
**parts** [1] - 71:11
**party** [2] - 8:16, 24:6
**past** [1] - 163:3
**patience** [3] - 18:5,
184:23, 186:8
**pause** [1] - 134:19
**pee** [1] - 58:16
**pen** [1] - 18:7
**pencil** [2] - 16:23, 18:7
**pencils** [2] - 17:16,
17:19
**pending** [3] - 2:17,
28:6, 28:10
**people** [53] - 3:21,
3:22, 4:1, 4:2, 6:10,
6:12, 6:13, 6:18,
6:19, 7:20, 7:24,
11:22, 14:10, 15:20,
15:24, 19:24, 22:14,
24:12, 29:18, 32:12,
35:11, 42:22, 80:25,
81:21, 81:25, 82:24,
83:24, 88:19, 89:15,
96:20, 97:6, 98:7,
98:9, 102:13,
102:15, 111:5,
113:16, 119:2,
121:6, 132:13,
145:4, 145:10,
157:13, 164:14,
166:3, 167:16,
167:23, 171:12,
172:13, 174:17,
177:22, 177:25
**per** [1] - 84:13
**percent** [2] - 72:19,

102:16
**perception** [1] - 52:12
**peremptory** [6] -
19:12, 51:4, 54:9,
141:15, 184:1, 185:5
**perhaps** [3] - 97:15,
161:15, 162:2
**period** [1] - 118:10
**periods** [1] - 134:18
**permission** [1] -
189:10
**permitted** [1] - 47:12
**perpetrators** [1] - 65:2
**person** [21] - 2:25,
10:2, 10:8, 25:16,
27:18, 30:20, 51:25,
52:12, 53:22, 77:24,
92:9, 122:10, 140:6,
141:3, 149:9,
149:10, 149:13,
149:22, 161:11,
169:13, 176:16
**person's** [1] - 30:1
**personal** [4] - 8:3,
20:9, 102:17, 182:25
**personally** [3] - 45:22,
145:6, 165:18
**persons** [3] - 29:12,
30:24, 119:3
**PETERSON** [5] - 1:14,
4:7, 4:14, 4:17,
45:22
**Peterson** [6] - 2:5,
2:22, 4:17, 14:24,
22:7, 22:17
**petit** [2] - 28:21, 92:19
**petty** [1] - 107:6
**philosophical** [1] -
33:1
**Phoenix** [3] - 142:25,
143:1, 143:23
**phone** [10] - 19:21,
20:1, 31:23, 34:17,
47:8, 47:18, 47:19,
121:6, 152:1, 159:20
**phrase** [1] - 71:18
**phrasing** [1] - 3:22
**physically** [2] -
107:16, 107:17
**pick** [8] - 13:12, 13:14,
13:15, 14:10, 17:1,
31:23, 33:22, 47:19
**picked** [1] - 51:11
**picketed** [1] - 21:11
**picking** [3] - 94:19,
187:11, 187:19
**picks** [1] - 152:8
**picture** [1] - 9:22
**place** [2] - 99:17,
164:21

**placed** [1] - 36:22
**places** [1] - 28:11
**Plaintiff** [2] - 1:4,
109:15
**plan** [2] - 11:11, 17:8
**planning** [3] - 10:14,
11:10, 181:4
**plans** [9] - 33:7, 33:8,
33:15, 33:18, 34:1,
98:18, 151:19,
151:20, 167:18
**pleaded** [1] - 21:12
**plenty** [1] - 90:22
**Plexiglas** [4] - 118:21,
135:1, 181:25,
186:12
**plus** [2] - 103:17,
106:18
**podium** [6] - 18:22,
19:4, 37:6, 184:18,
184:21, 188:21
**point** [13] - 5:12, 5:20,
50:17, 69:14, 91:7,
91:10, 115:15,
118:11, 141:7,
183:10, 188:4,
189:10
**pointedly** [1] - 91:4
**Police** [13] - 10:19,
24:15, 24:16, 24:17,
25:6, 27:10, 52:16,
55:13, 55:14, 55:19,
75:10, 86:21, 96:12
**police** [29] - 27:10,
29:7, 29:22, 29:24,
30:3, 30:5, 45:19,
52:17, 55:21, 75:19,
79:11, 79:13, 82:18,
82:24, 96:20,
101:11, 114:21,
115:3, 115:4,
115:10, 115:23,
121:2, 124:17,
127:23, 128:7,
129:23, 130:3,
130:7, 165:20
**political** [2] - 33:1,
181:3
**polls** [1] - 6:8
**pool** [1] - 19:19
**popular** [2] - 160:21,
161:1
**population** [1] - 6:24
**Portland** [2] - 114:23,
114:24
**position** [1] - 149:3
**positive** [1] - 182:10
**possible** [4] - 15:12,
20:12, 183:16, 184:5
**possibly** [2] - 25:9,

180:8
**post** [2] - 187:20,
188:4
**posted** [1] - 10:2
**postponed** [1] - 143:2
**posts** [1] - 187:21
**potential** [4] - 24:10,
26:18, 34:15, 41:23
**potentially** [1] -
144:15
**practice** [11] - 43:22,
44:6, 61:25, 62:9,
68:3, 68:4, 68:7,
76:25, 77:1, 77:4,
78:10
**practiced** [4] - 44:11,
78:8, 78:14, 151:4
**practicing** [4] - 78:8,
143:11, 143:13,
170:10
**pre** [1] - 80:10
**pre-COVID** [1] - 80:10
**preamble** [1] - 26:23
**precautions** [2] -
182:1, 185:3
**precise** [1] - 162:4
**preclude** [1] - 159:2
**preconceptions** [1] -
38:11
**prediction** [1] - 64:19
**prefer** [2] - 183:20,
185:15
**prejudge** [4] - 72:23,
154:13, 154:19,
178:6
**prejudices** [1] - 20:15
**prejudicial** [1] - 9:23
**preliminary** [4] - 2:2,
9:6, 11:12, 186:3
**prepared** [1] - 65:17
**present** [8] - 4:3,
21:14, 22:25, 28:24,
82:8, 82:17, 145:5,
154:17
**presentation** [3] -
11:3, 33:9, 144:24
**presented** [18] - 6:21,
8:5, 28:23, 47:3,
48:12, 48:16, 50:7,
71:15, 84:18, 87:15,
97:13, 112:3, 119:9,
157:15, 158:13,
166:20, 167:12,
183:2
**presenting** [1] -
166:22
**presently** [1] - 31:5
**president** [6] - 132:5,
133:14, 133:16,
133:17, 157:5, 157:8

**President** [4] - 20:25,
131:19, 132:1, 133:6
**presidential** [2] - 21:9,
30:25
**presiding** [1] - 15:11
**press** [1] - 19:22
**pressed** [2] - 135:14,
142:11
**pressing** [1] - 34:1
**presume** [4] - 48:6,
48:9, 89:13, 133:1
**presumed** [4] - 25:21,
145:18, 172:14,
182:23
**presumption** [2] -
26:2, 145:19
**pretrial** [1] - 15:6
**pretty** [15] - 6:4, 7:18,
12:22, 51:25, 52:4,
52:9, 52:11, 52:16,
96:1, 101:17,
101:18, 158:10,
173:16, 181:19,
189:8
**prevent** [3] - 47:24,
71:3, 104:13
**prevention** [3] - 28:15,
28:16, 79:21
**previous** [4] - 77:4,
110:5, 127:3, 187:22
**previously** [6] - 2:8,
37:16, 65:21, 88:22,
112:22, 164:7
**primary** [1] - 90:18
**principle** [2] - 26:6,
26:20
**printed** [1] - 4:12
**prison** [2] - 165:14,
165:15
**Prisons** [1] - 165:7
**privacy** [4] - 20:11,
36:6, 36:9, 78:12
**private** [8] - 18:21,
18:24, 27:21, 27:23,
27:24, 84:8, 120:7,
163:14
**prob** [1] - 116:12
**probability** [1] - 52:17
**probable** [5] - 45:10,
74:5, 114:11,
126:20, 170:23
**probe** [1] - 144:20
**probing** [1] - 7:19
**problem** [4] - 3:13,
6:5, 11:21, 79:15
**problems** [3] - 7:23,
156:1, 156:4
**procedure** [2] -
143:14, 170:14
**procedures** [2] -

96:18, 163:25
**proceed** [4] - 15:15,
35:21, 183:21, 184:1
**proceeded** [1] - 3:11
**proceedings** [3] -
15:20, 189:18, 190:5
**process** [7] - 16:21,
16:22, 20:3, 36:9,
97:9, 97:10, 99:11
**Proctor** [1] - 12:16
**produce** [1] - 25:24
**produced** [1] - 49:12
**professional** [3] -
164:6, 166:21,
166:23
**professor** [1] - 105:8
**profile** [1] - 7:15
**program** [3] - 169:18,
173:9, 173:12
**progress** [1] - 94:12
**prohibition** [1] - 90:19
**project** [1] - 118:2
**prominence** [2] - 3:14,
6:8
**promptly** [2] - 185:24,
186:8
**proof** [4] - 45:11,
114:12, 126:22,
171:1
**property** [2] - 122:10,
124:16
**prosecute** [1] - 139:23
**prosecuting** [6] -
40:9, 40:18, 62:18,
137:9, 171:9, 171:21
**prosecution** [7] -
16:18, 27:5, 27:6,
39:3, 75:6, 106:24,
166:9
**prosecutions** [1] -
69:1
**prosecutor** [10] -
28:23, 29:7, 42:21,
68:9, 68:10, 92:4,
92:5, 141:11,
141:13, 181:2
**prosecutor's** [3] -
28:8, 44:14, 180:16
**prosecutors** [9] -
29:12, 46:20, 47:1,
136:15, 138:16,
142:5, 145:3,
161:19, 171:8
**PROSPECTIVE** [822] -
37:10, 37:12, 37:16,
37:24, 38:2, 38:11,
38:19, 38:25, 39:5,
39:9, 39:12, 39:16,
39:21, 40:2, 40:4,
40:11, 40:14, 40:20,

41:2, 41:5, 41:12,
43:5, 43:7, 43:9,
43:12, 43:17, 43:21,
43:23, 44:1, 44:5,
44:8, 44:12, 44:16,
44:23, 44:25, 45:2,
45:5, 45:7, 45:12,
45:16, 45:20, 46:1,
46:7, 46:11, 46:13,
46:18, 46:21, 47:2,
48:1, 48:9, 48:17,
48:20, 48:23, 48:25,
49:4, 49:7, 49:13,
49:19, 50:5, 51:7,
51:9, 51:11, 51:16,
51:18, 51:20, 51:24,
52:8, 52:15, 52:23,
53:4, 54:12, 54:14,
54:17, 54:19, 54:23,
54:25, 55:3, 55:6,
55:10, 55:12, 55:22,
56:1, 56:4, 56:8,
56:10, 56:14, 56:23,
57:1, 57:4, 57:7,
57:10, 57:13, 57:17,
57:25, 58:2, 58:4,
58:7, 58:14, 58:21,
58:24, 59:4, 59:7,
59:9, 59:12, 59:15,
59:17, 59:21, 59:24,
60:5, 60:8, 60:10,
60:12, 60:15, 60:18,
60:20, 60:23, 61:1,
61:8, 61:14, 61:17,
61:19, 61:21, 61:24,
62:1, 62:4, 62:11,
62:15, 62:19, 62:21,
62:25, 63:2, 63:7,
63:9, 63:13, 63:20,
63:23, 63:25, 64:4,
64:8, 64:11, 64:21,
64:25, 65:4, 65:7,
66:2, 66:4, 66:6,
66:10, 66:14, 66:17,
66:20, 66:23, 66:25,
67:9, 67:11, 67:13,
67:17, 67:22, 67:25,
68:4, 68:8, 68:13,
68:18, 68:22, 69:5,
69:8, 69:11, 69:13,
69:23, 70:5, 70:7,
70:9, 70:12, 70:15,
70:18, 70:20, 70:22,
71:5, 71:8, 71:18,
72:2, 72:9, 73:9,
73:11, 73:13, 73:15,
73:18, 73:20, 73:22,
73:25, 74:2, 74:6,
74:9, 74:11, 74:20,
74:23, 74:25, 75:2,
75:4, 75:8, 75:10,

75:12, 75:14, 75:16,
75:24, 76:3, 76:18,
76:21, 76:24, 77:1,
77:6, 77:8, 77:13,
77:16, 77:21, 77:23,
78:4, 78:9, 78:11,
78:16, 78:19, 78:22,
78:25, 79:2, 79:5,
79:7, 79:10, 79:15,
79:19, 79:22, 80:5,
80:8, 80:10, 80:12,
80:16, 80:20, 80:23,
81:2, 81:6, 81:10,
81:13, 81:19, 82:6,
82:11, 83:13, 83:15,
83:21, 84:3, 84:8,
84:11, 84:20, 84:23,
84:25, 85:4, 85:11,
85:14, 85:16, 85:19,
85:21, 85:23, 85:25,
86:3, 86:7, 86:9,
86:11, 86:13, 86:16,
86:25, 87:3, 87:7,
87:11, 87:14, 88:3,
88:6, 88:8, 88:10,
88:12, 88:15, 88:24,
89:4, 89:11, 89:16,
89:21, 90:1, 90:4,
90:13, 91:13, 91:15,
91:18, 91:21, 91:24,
92:4, 92:16, 92:19,
92:22, 92:24, 93:3,
93:6, 93:9, 93:11,
93:13, 93:20, 95:1,
95:3, 95:6, 95:10,
95:12, 95:17, 95:20,
95:23, 96:1, 96:7,
96:11, 96:14, 96:16,
96:23, 97:4, 97:8,
97:15, 97:19, 98:3,
98:5, 98:11, 98:17,
98:19, 98:23, 98:25,
99:3, 99:8, 99:15,
99:19, 100:1, 100:3,
100:7, 100:10,
100:13, 100:18,
100:21, 100:23,
101:2, 101:7,
101:13, 101:16,
101:21, 102:1,
102:4, 102:7,
102:10, 102:20,
102:24, 103:9,
103:21, 103:23,
104:1, 104:4, 104:8,
104:15, 104:18,
104:25, 105:4,
105:7, 105:10,
105:16, 105:21,
105:24, 106:4,
106:7, 106:10,

106:13, 106:15,
106:18, 106:23,
107:3, 107:6,
107:13, 107:15,
107:22, 108:8,
108:14, 108:17,
108:19, 108:21,
108:23, 109:2,
109:6, 109:10,
109:14, 109:17,
109:20, 109:25,
110:3, 110:8,
110:11, 110:16,
110:19, 110:23,
111:3, 111:6,
111:10, 111:16,
111:20, 111:23,
112:4, 112:8, 113:2,
113:4, 113:6, 113:8,
113:12, 113:14,
113:19, 113:22,
113:25, 114:3,
114:5, 114:7,
114:14, 114:17,
114:19, 114:23,
114:25, 115:5,
115:7, 115:10,
115:16, 115:20,
115:25, 116:5,
116:12, 116:19,
117:1, 117:3, 117:5,
117:8, 117:10,
117:13, 117:16,
117:18, 117:21,
117:25, 118:2,
118:8, 118:15,
118:19, 118:23,
119:5, 119:9,
119:17, 119:20,
119:22, 119:25,
120:3, 120:6,
120:12, 120:16,
120:20, 120:22,
121:1, 121:3, 121:5,
121:11, 121:15,
121:17, 121:20,
121:22, 121:24,
122:2, 122:4, 122:6,
122:8, 122:13,
122:17, 122:20,
122:23, 122:25,
123:6, 123:9,
123:11, 123:13,
123:16, 123:22,
123:25, 124:2,
124:4, 124:8,
124:11, 124:13,
124:15, 124:18,
124:20, 125:1,
125:9, 125:12,
125:14, 125:16,

125:18, 125:20,
125:23, 126:1,
126:4, 126:7,
126:10, 126:14,
126:16, 126:18,
126:23, 127:2,
127:4, 127:6, 127:9,
127:12, 127:15,
127:18, 127:21,
127:24, 128:1,
128:9, 128:15,
128:18, 128:20,
128:22, 128:24,
129:2, 129:7,
129:10, 129:13,
129:15, 129:17,
129:20, 129:23,
130:2, 130:8,
130:11, 130:13,
130:15, 130:19,
130:23, 130:25,
131:2, 131:6,
131:12, 131:17,
131:20, 132:2,
132:9, 132:15,
132:17, 132:24,
133:3, 133:9,
133:19, 134:1,
134:6, 134:10,
134:20, 135:7,
135:10, 135:24,
136:1, 136:3, 136:5,
136:8, 136:13,
136:16, 136:22,
136:25, 137:2,
137:5, 137:7,
137:12, 137:20,
137:23, 138:1,
138:6, 138:14,
138:18, 138:22,
138:24, 139:3,
139:7, 139:10,
139:15, 139:18,
139:25, 140:3,
140:7, 140:10,
142:17, 142:19,
142:21, 142:24,
143:3, 143:7,
143:10, 143:16,
143:18, 143:25,
144:4, 144:7,
144:12, 144:19,
144:22, 145:1,
145:5, 145:17,
145:20, 145:24,
146:1, 146:5, 146:7,
146:16, 146:18,
146:20, 146:23,
146:25, 147:2,
147:6, 147:9,
147:11, 147:16,

147:18, 148:1,
148:3, 148:5, 148:9,
148:12, 148:15,
148:18, 148:20,
148:23, 149:2,
149:14, 149:24,
150:3, 150:10,
150:12, 150:14,
150:16, 150:19,
150:23, 151:1,
151:3, 151:5,
151:10, 151:12,
151:16, 151:20,
152:12, 152:14,
152:17, 152:19,
152:21, 152:24,
153:1, 153:3, 153:6,
153:9, 153:12,
153:17, 153:19,
153:21, 153:24,
154:5, 154:14,
154:24, 155:9,
155:11, 155:13,
155:16, 155:18,
155:22, 155:25,
156:3, 156:8,
156:11, 156:13,
156:18, 156:24,
157:2, 157:6,
157:10, 157:17,
157:21, 157:24,
158:1, 158:3,
158:10, 158:15,
158:18, 158:23,
158:25, 159:4,
159:6, 159:8,
159:11, 159:14,
159:17, 159:19,
159:22, 159:25,
160:2, 160:5,
160:15, 160:23,
161:4, 161:6,
161:14, 161:22,
162:2, 162:9,
162:14, 162:21,
162:23, 162:25,
163:3, 163:6,
163:10, 163:13,
163:23, 164:5,
164:18, 165:3,
165:6, 165:13,
165:18, 165:24,
166:6, 166:15,
166:21, 167:5,
168:11, 168:13,
168:15, 168:18,
168:20, 168:25,
169:3, 169:5, 169:7,
169:12, 169:15,
169:17, 169:22,
170:1, 170:3, 170:5,

170:9, 170:16, 170:18, 170:20, 170:25, 171:3, 171:6, 171:17, 171:23, 172:5, 172:9, 172:18, 173:16, 173:20, 173:23, 173:25, 174:3, 174:5, 174:8, 174:12, 174:14, 174:19, 174:22, 174:24, 175:2, 175:5, 175:8, 175:11, 175:13, 175:16, 175:18, 175:21, 175:23, 175:25, 176:3, 176:11, 176:15, 176:20, 176:22, 177:3, 177:6, 177:8, 177:10, 177:16, 177:20, 177:22, 178:7, 178:17, 178:19, 178:21, 178:23, 179:2, 179:4, 179:6, 179:10, 179:12, 179:14, 179:17, 179:20, 180:1, 180:4, 180:6, 180:8, 180:11, 180:15, 180:17, 180:22, 180:25, 181:9, 181:17, 181:24, 182:2, 182:7, 182:11, 182:15, 183:3
**prospective** [1] - 20:4
**protect** [1] - 143:22
**protectant** [1] - 69:18
**protesters** [1] - 176:13
**protests** [1] - 87:6
**protocols** [2] - 135:6, 181:20
**prove** [4] - 25:22, 25:25, 133:2
**proved** [2] - 149:12, 149:14
**proven** [2] - 48:19, 133:4
**proves** [2] - 26:4, 48:7
**provide** [2] - 164:10, 164:22
**provided** [4] - 5:15, 41:14, 42:15, 164:24
**provides** [2] - 25:20, 26:8
**proximity** [2] - 55:7, 55:10
**Public** [2] - 1:19,

23:13
**public** [11] - 18:25, 27:20, 28:8, 63:3, 105:7, 105:9, 139:11, 139:12, 139:14, 144:15, 187:11
**pull** [1] - 111:12
**punish** [1] - 149:10
**punishment** [2] - 26:18, 34:15
**purpose** [1] - 16:11
**pursue** [1] - 164:11
**push** [1] - 12:2
**put** [52] - 6:15, 6:19, 8:3, 18:20, 47:7, 48:14, 49:5, 49:10, 50:24, 62:7, 72:21, 77:3, 77:10, 83:6, 84:16, 85:9, 89:14, 90:5, 91:4, 92:13, 96:19, 97:11, 102:16, 102:22, 105:14, 112:2, 112:19, 115:13, 132:21, 135:19, 137:15, 140:24, 142:7, 143:12, 144:13, 151:7, 152:1, 152:4, 152:21, 154:8, 154:10, 157:14, 158:12, 161:2, 163:21, 164:20, 166:17, 170:13, 180:19, 182:16, 182:25, 188:21
**puts** [1] - 152:3
**putting** [1] - 116:9

## Q

**qualified** [6] - 14:4, 91:9, 94:5, 94:7, 129:11, 167:19
**qualifying** [1] - 5:25
**questioned** [4] - 20:4, 183:12, 184:1, 184:3
**questioning** [4] - 19:9, 19:17, 42:19, 94:7
**questionnaire** [34] - 2:10, 3:4, 7:15, 7:17, 7:22, 16:20, 17:7, 36:21, 47:13, 47:22, 50:15, 50:24, 63:16, 65:14, 69:15, 71:2, 86:19, 88:17, 89:2, 101:10, 108:3, 110:25, 119:1, 131:14, 138:11,

144:13, 156:21, 166:2, 166:17, 172:1, 172:12, 176:6, 181:14
**questionnaires** [9] - 3:3, 3:17, 3:19, 4:1, 5:11, 6:3, 17:14, 17:15, 72:15
**questions** [113] - 4:23, 5:4, 16:21, 17:6, 17:17, 18:11, 18:17, 18:19, 18:24, 19:1, 19:4, 19:6, 20:7, 20:8, 20:19, 21:15, 26:24, 33:21, 37:11, 37:12, 39:23, 41:15, 43:8, 45:1, 47:17, 50:18, 51:10, 53:6, 53:7, 54:13, 56:15, 58:3, 59:10, 61:12, 61:20, 63:4, 65:25, 67:12, 70:8, 70:19, 70:24, 73:12, 74:12, 74:16, 75:1, 76:19, 79:1, 83:14, 87:24, 88:9, 88:10, 88:16, 91:16, 93:23, 95:2, 97:2, 97:20, 98:4, 103:5, 103:6, 103:24, 108:20, 108:23, 113:5, 116:13, 117:6, 118:4, 119:15, 119:23, 121:13, 121:23, 123:1, 123:12, 125:15, 128:10, 128:23, 133:20, 133:23, 136:2, 137:3, 138:9, 138:10, 140:16, 142:20, 146:19, 147:20, 148:2, 148:4, 148:10, 150:13, 151:11, 152:20, 153:18, 155:12, 158:2, 160:7, 161:5, 162:10, 162:24, 167:1, 168:14, 169:4, 169:14, 169:19, 170:4, 173:1, 173:24, 177:1, 177:9, 178:20, 179:22, 180:7, 181:11
**quick** [2] - 17:20, 134:15
**quicker** [1] - 161:15
**quickest** [1] - 35:24
**quickly** [1] - 11:24

**quite** [7] - 12:20, 91:4, 111:11, 129:2, 142:11, 161:6, 166:23
**quotation** [1] - 176:13
**quote** [1] - 166:4

## R

**race** [5] - 81:8, 81:16, 81:21, 81:25, 82:1
**races** [2] - 29:19, 80:25
**racial** [1] - 81:11
**racist** [5] - 49:17, 50:2, 50:16, 149:19, 150:1
**raise** [2] - 33:23, 90:19
**raised** [2] - 7:23, 8:18
**randomly** [1] - 16:8
**rape** [1] - 138:1
**rare** [1] - 161:11
**Rashid** [2] - 23:23, 25:8
**rather** [5] - 11:14, 36:9, 123:18, 161:8, 162:4
**Ray** [1] - 52:2
**reach** [16] - 26:16, 32:23, 34:13, 60:14, 80:19, 86:2, 86:3, 93:5, 106:22, 117:19, 127:14, 130:17, 148:22, 159:13, 175:7, 179:16
**reached** [1] - 4:1
**reaching** [1] - 32:5
**read** [6] - 24:6, 25:2, 158:14, 177:15, 177:16, 177:17
**reading** [2] - 141:4, 158:11
**real** [2] - 160:21, 167:16
**realize** [2] - 17:9, 17:18
**really** [22] - 2:18, 7:14, 32:13, 33:19, 47:2, 48:10, 52:3, 87:3, 92:1, 97:17, 99:8, 107:6, 108:9, 129:17, 134:7, 134:20, 135:14, 135:17, 135:19, 136:9, 154:18, 186:7
**reason** [9] - 9:24, 19:13, 64:23, 91:1, 104:20, 126:11,

128:6, 155:19, 164:6
**reasonable** [14] - 25:23, 26:4, 45:11, 48:8, 51:25, 52:11, 53:22, 54:1, 74:5, 114:12, 126:22, 149:12, 149:14, 171:2
**reasons** [1] - 65:21
**receive** [4] - 3:6, 19:14, 36:19, 176:23
**received** [4] - 3:3, 3:18, 69:14, 69:16
**receiver** [2] - 152:3, 152:8
**recently** [3] - 5:14, 68:23, 151:21
**reception** [1] - 11:7
**recess** [1] - 94:15
**Recess** [4] - 14:20, 17:23, 76:13, 184:24
**recognize** [11] - 22:13, 22:21, 23:8, 23:15, 24:1, 24:10, 24:11, 25:14, 52:18, 52:19, 141:8
**recognized** [1] - 173:9
**recognizing** [1] - 173:15
**recollection** [3] - 8:20, 8:22, 141:8
**reconvene** [1] - 183:23
**record** [8] - 3:16, 9:16, 15:19, 139:14, 141:5, 142:7, 161:2, 190:5
**recording** [1] - 184:22
**recruiting** [2] - 142:25, 143:1
**refer** [4] - 18:9, 91:25, 92:1
**reference** [2] - 6:3, 13:19
**references** [1] - 5:23
**referred** [3] - 3:22, 10:3, 176:12
**referring** [2] - 4:22, 6:24
**refreshed** [1] - 167:24
**refuse** [1] - 45:24
**regard** [7] - 26:17, 34:14, 91:3, 102:12, 102:14, 133:16, 144:5
**regarding** [4] - 50:18, 132:12, 145:3, 172:12
**regardless** [1] - 168:22

**regards** [1] - 136:6
**regional** [1] - 143:20
**regret** [1] - 7:14
**regular** [1] - 55:17
**regulatory** [1] - 68:5
**relate** [2] - 42:10,
110:1
**related** [10] - 38:14,
41:14, 42:15, 62:3,
79:23, 105:3, 109:4,
112:7, 128:2, 169:8
**relating** [4] - 20:22,
40:22, 46:10, 84:15
**relationship** [2] -
147:4, 160:24
**relationships** [4] -
164:13, 171:15,
172:7, 174:17
**relatively** [1] - 178:23
**relatives** [5] - 95:20,
95:24, 96:2, 96:6,
96:9
**relevant** [2] - 32:13,
172:22
**religion** [1] - 29:19
**religious** [1] - 33:1
**remain** [1] - 17:21
**remained** [2] - 21:4,
142:4
**remains** [1] - 184:4
**remember** [14] - 7:8,
18:3, 20:6, 58:15,
58:18, 60:22, 116:6,
117:14, 148:16,
173:18, 175:3,
180:25, 185:20,
189:17
**remiss** [1] - 4:15
**remotely** [1] - 142:6
**remove** [1] - 189:9
**render** [3] - 21:23,
22:2, 111:15
**renew** [1] - 3:2
**renewed** [2] - 2:7,
4:19
**repeat** [6] - 34:10,
90:3, 115:25, 132:2,
148:5, 187:3
**repeated** [2] - 54:15,
54:18
**repeatedly** [2] - 53:21,
53:25
**repeating** [1] - 89:19
**rephrase** [2] - 40:17,
111:10
**replace** [1] - 186:18
**replaced** [1] - 186:21
**replacement** [1] -
186:23
**report** [9] - 36:23,

152:13, 184:10,
184:12, 184:14,
184:15, 184:16,
184:19
**Reporter** [2] - 1:22,
190:3
**reporter** [4] - 15:17,
15:18, 15:19, 124:19
**reporting** [1] - 139:12
**reports** [1] - 86:25
**represent** [1] - 31:20
**represented** [4] - 3:20,
22:6, 23:11, 160:22
**representing** [4] -
2:22, 2:24, 14:24,
15:1
**request** [1] - 2:9
**require** [2] - 118:16,
118:17
**required** [6] - 24:5,
25:24, 25:25, 34:19,
35:11, 35:15
**requires** [2] - 26:15,
34:12
**requisite** [1] - 6:1
**reschedule** [1] -
151:23
**research** [2] - 88:12,
98:20
**reside** [1] - 95:15
**resided** [1] - 104:12
**residence** [1] - 113:17
**resident** [1] - 84:9
**resides** [1] - 23:4
**resolved** [2] - 9:1,
187:22
**respectively** [1] -
10:19
**response** [8] - 4:6,
63:16, 65:13, 82:18,
82:24, 84:13, 172:1,
176:6
**responses** [10] - 3:25,
6:4, 7:2, 17:16, 19:5,
20:18, 47:13, 47:14,
64:6, 65:19
**rest** [3] - 18:23, 24:22,
149:4
**restate** [1] - 9:15
**restaurant** [1] - 61:9
**restraining** [2] - 2:17,
69:17
**restricted** [1] - 21:4
**result** [5] - 30:25,
40:7, 40:24, 69:17,
165:8
**results** [1] - 97:6
**resume** [1] - 17:22
**retire** [1] - 75:15
**retired** [6] - 75:13,

91:20, 109:7,
129:24, 130:15,
147:11
**retires** [1] - 16:10
**return** [3] - 4:11,
19:16, 99:1
**Revenue** [1] - 27:13
**reviewed** [1] - 164:20
**Rhode** [1] - 146:25
**right-hand** [1] - 18:8
**Rights** [2] - 62:5,
105:25
**rights** [2] - 28:17, 62:1
**riot** [1] - 149:19
**rioters** [1] - 119:2
**rioting** [1] - 82:25
**riots** [1] - 149:25
**robbery** [5] - 57:1,
57:2, 63:9, 120:23
**Robinson** [1] - 22:18
**role** [4] - 41:12, 72:17,
103:1, 164:8
**Romano** [59] - 2:5,
2:22, 8:11, 10:1,
14:24, 22:8, 22:15,
24:24, 25:11, 32:17,
41:8, 41:25, 47:5,
53:5, 57:18, 58:25,
61:2, 65:20, 67:3,
69:24, 70:23, 72:4,
72:21, 74:17, 76:7,
78:6, 82:21, 86:17,
87:17, 87:25, 93:24,
103:4, 103:13,
108:1, 112:11,
116:15, 119:14,
121:14, 123:1,
125:6, 128:10,
133:12, 136:17,
138:9, 141:4,
146:11, 147:21,
155:4, 157:18,
160:8, 166:25,
169:21, 172:25,
176:25, 178:12,
179:23, 181:10,
187:6, 189:13
**ROMANO** [99] - 1:13,
2:6, 8:12, 10:2,
10:16, 11:2, 13:4,
13:13, 13:15, 13:19,
14:2, 14:12, 14:17,
22:16, 24:14, 32:7,
32:16, 32:18, 34:7,
35:5, 41:9, 41:16,
42:1, 44:10, 44:13,
44:17, 47:6, 50:20,
53:6, 53:12, 53:14,
53:19, 57:19, 59:1,
61:3, 65:21, 67:4,

69:25, 70:24, 72:5,
72:22, 74:18, 76:8,
78:7, 78:10, 78:14,
78:17, 82:15, 83:3,
83:8, 86:18, 87:2,
87:18, 88:1, 88:17,
93:25, 97:21, 103:5,
103:14, 108:2,
108:12, 112:12,
116:16, 116:22,
119:15, 123:2,
125:7, 128:11,
133:13, 133:20,
138:10, 141:5,
146:12, 147:22,
152:6, 155:5,
157:19, 160:9,
160:16, 162:12,
167:1, 168:2, 168:7,
173:1, 177:1,
178:13, 179:24,
181:11, 183:16,
186:20, 187:5,
187:9, 187:19,
187:25, 188:7,
188:10, 188:13,
188:15, 189:14
**room** [7] - 19:9, 28:22,
41:23, 135:3, 135:5,
152:13, 181:22
**Room** [1] - 1:23
**roommate** [1] - 70:12
**Roth** [2] - 10:19, 24:17
**roughly** [2] - 126:18,
127:6
**round** [5] - 186:15,
186:19, 186:21,
187:7, 187:13
**rounds** [3] - 13:25,
186:15, 186:20
**RPR** [1] - 1:22
**rule** [6] - 9:19, 35:16,
35:17, 141:21, 188:6
**ruled** [4] - 8:17, 9:4,
188:1, 188:7
**rules** [10] - 38:15,
38:21, 44:3, 62:12,
120:10, 120:13,
137:16, 143:14,
151:8, 170:14
**ruling** [2] - 8:20, 142:1
**Rumble** [1] - 10:3
**run** [2] - 60:21, 180:9
**running** [1] - 15:24
**runs** [2] - 15:21, 92:7
**RUSSELL** [1] - 1:6
**Russell** [5] - 2:21,
14:23, 15:13, 20:22,
23:3

**S**

**sake** [2] - 36:5, 141:5
**Salaam** [2] - 23:23,
25:8
**Salt** [1] - 98:20
**sat** [1] - 109:19
**Saturday** [1] - 99:1
**saw** [2] - 40:13, 86:25
**scanned** [1] - 4:9
**Scantron** [1] - 36:17
**scheduling** [1] - 11:18
**school** [13] - 43:24,
62:8, 68:1, 69:8,
77:3, 98:12, 106:11,
126:9, 144:8,
150:25, 151:8,
153:8, 170:11
**scientist** [4] - 89:17,
89:25, 90:4, 91:5
**scores** [1] - 153:12
**scramble** [1] - 5:13
**se** [1] - 84:13
**search** [1] - 45:23
**seat** [4] - 14:7, 41:18,
50:9, 185:21
**seated** [4] - 13:5,
17:21, 35:21, 186:22
**seats** [3] - 13:12,
14:17, 16:7
**SEC** [2] - 68:23, 68:25
**second** [10] - 36:22,
59:24, 61:5, 74:13,
87:22, 90:8, 102:11,
138:8, 139:4, 186:21
**secret** [1] - 157:12
**Secret** [2] - 27:13,
181:4
**secretaries** [1] -
163:17
**Section** [1] - 109:15
**Security** [3] - 27:14,
56:17, 83:22
**security** [4] - 85:6,
85:7, 143:19, 143:20
**see** [22] - 2:16, 5:13,
9:20, 9:24, 14:19,
33:24, 52:12, 52:19,
65:18, 79:3, 94:14,
118:20, 134:13,
183:22, 185:3,
186:8, 186:18,
188:19, 188:23,
189:2, 189:9, 189:16
**seem** [3] - 72:20,
90:25, 133:24
**sees** [1] - 10:25
**Select** [3] - 48:22,
139:5, 140:5

**select** [6] - 3:12, 16:4, 16:11, 16:16, 20:12, 34:22
**selected** [10] - 19:13, 19:15, 20:5, 31:19, 32:24, 120:8, 185:6, 185:14, 185:15, 186:1
**SELECTION** [2] - 14:21, 185:1
**selection** [5] - 15:12, 16:11, 16:16, 19:8, 184:2
**selling** [1] - 161:1
**Senate** [2] - 37:18, 37:22
**senator** [1] - 52:2
**Senator** [1] - 52:2
**send** [1] - 186:5
**sense** [3] - 108:12, 183:10, 187:3
**sent** [3] - 4:10, 34:18, 99:9
**sentence** [2] - 46:17, 149:9
**separate** [3] - 38:20, 54:1, 103:1
**September** [1] - 1:6
**series** [1] - 18:11
**seriously** [1] - 6:17
**serve** [16] - 16:5, 34:20, 34:21, 34:25, 35:11, 35:12, 35:15, 35:20, 35:23, 53:3, 64:11, 101:20, 107:20, 120:8, 182:13
**served** [14] - 18:2, 28:19, 28:25, 29:2, 45:4, 46:14, 46:16, 60:7, 106:14, 106:15, 112:23, 148:13, 163:15, 170:17
**Service** [4] - 27:13, 27:14, 181:4
**service** [29] - 15:8, 18:2, 28:8, 33:13, 33:19, 33:21, 35:12, 74:3, 74:7, 80:6, 80:7, 80:21, 90:19, 99:2, 99:4, 99:6, 100:5, 100:19, 107:19, 112:5, 112:7, 114:4, 117:23, 126:15, 126:25, 127:3, 130:21, 172:8, 174:20
**serving** [7] - 45:13,

111:22, 118:7, 119:8, 131:25, 159:2, 181:15
**set** [15] - 36:23, 44:2, 49:2, 50:14, 56:6, 58:22, 68:14, 71:13, 71:19, 72:12, 82:16, 88:21, 120:9, 149:21, 153:14
**setting** [1] - 50:22
**seven** [2] - 113:25, 122:20
**several** [2] - 63:2, 177:10
**sexual** [1] - 63:10
**sharp** [1] - 185:25
**sharper** [1] - 10:6
**sheet** [2] - 36:17, 186:14
**Sheff** [1] - 22:18
**sheriff** [1] - 113:22
**sheriff's** [1] - 59:25
**shock** [1] - 111:18
**short** [4] - 8:14, 17:11, 20:19, 164:5
**showing** [1] - 9:3
**shown** [2] - 9:5, 187:23
**siblings** [1] - 92:11
**sic** [1] - 92:6
**sic]** [1] - 165:15
**side** [8] - 16:13, 19:11, 60:2, 78:15, 116:6, 146:1, 163:8, 176:2
**sidebar** [1] - 36:13
**signed** [2] - 4:22, 33:13
**significance** [1] - 107:7
**significant** [1] - 102:25
**similar** [2] - 171:9, 188:3
**simple** [1] - 185:2
**simply** [17] - 3:5, 9:8, 32:4, 35:3, 38:23, 42:12, 55:20, 56:21, 62:10, 74:4, 77:11, 85:9, 116:3, 149:11, 154:20, 164:24, 185:5
**sincerely** [1] - 49:18
**single** [2] - 94:11, 165:14
**sister** [21] - 57:10, 67:25, 69:14, 69:16, 69:20, 79:24, 92:1, 92:14, 105:4, 105:7, 105:11, 105:12, 105:15, 105:19,

106:5, 106:10, 120:22, 121:9, 160:22, 163:13, 181:1
**sister's** [4] - 57:14, 80:3, 92:12, 164:1
**sit** [17] - 16:6, 31:4, 33:16, 34:2, 56:24, 59:19, 64:17, 74:1, 82:10, 120:19, 135:3, 135:4, 138:4, 145:15, 162:6, 163:5, 166:18
**sits** [1] - 73:23
**sitting** [7] - 40:9, 52:6, 56:21, 111:8, 185:20, 185:21, 187:17
**situation** [4] - 86:22, 144:19, 149:17, 151:25
**six** [5] - 85:25, 108:21, 108:23, 113:25, 153:3
**sixteen** [1] - 69:6
**skeptical** [2] - 166:22, 167:10
**skepticism** [1] - 144:24
**skip** [2] - 5:7, 151:13
**slides** [1] - 8:13
**slightly** [2] - 8:22, 185:2
**small** [2] - 25:18, 144:9
**Smith** [6] - 2:12, 2:24, 7:6, 15:1, 23:12, 23:16
**SMITH** [6] - 1:18, 2:12, 3:1, 3:18, 7:6, 7:8
**so's** [1] - 120:3
**social** [1] - 32:25
**solely** [5] - 6:20, 26:16, 34:13, 51:2, 92:15
**someone** [11] - 27:23, 33:23, 72:23, 81:16, 97:12, 111:8, 122:8, 123:25, 124:6, 145:16, 165:4
**sometimes** [3] - 15:18, 81:8, 83:8
**somewhere** [2] - 58:7, 114:9
**soon** [1] - 184:5
**sooner** [2] - 185:25, 186:1
**sore** [1] - 145:11
**Sorry** [1] - 2:19
**sorry** [26] - 2:15, 7:3,

7:7, 15:5, 24:21, 39:7, 40:1, 41:9, 46:2, 69:2, 79:22, 80:1, 81:9, 87:17, 90:1, 93:17, 106:19, 111:12, 115:25, 120:24, 129:8, 148:3, 151:15, 185:12, 186:5, 189:1
**sort** [9] - 13:6, 13:20, 42:22, 44:13, 72:16, 78:10, 124:14, 172:22, 182:1
**sorts** [2] - 4:11, 4:20
**sound** [3] - 10:9, 10:11
**sounded** [1] - 151:24
**sounds** [1] - 92:9
**south** [1] - 113:12
**South** [1] - 159:1
**Southeast** [1] - 104:9
**Southern** [1] - 77:17
**Southwest** [1] - 66:7
**space** [1] - 108:11
**spaces** [1] - 13:22
**speaking** [6] - 2:11, 4:6, 7:4, 7:5, 90:17, 182:17
**speaks** [1] - 82:18
**special** [4] - 22:4, 29:11, 145:2, 148:8
**specialized** [1] - 166:11
**specific** [7] - 50:25, 83:24, 94:4, 154:11, 154:13, 154:18, 172:23
**specifically** [12] - 3:4, 3:20, 6:24, 8:2, 38:14, 51:1, 66:10, 83:4, 160:14, 161:23, 176:17, 188:8
**specifics** [3] - 49:7, 112:6, 173:18
**speculate** [1] - 62:13
**speech** [2] - 20:25, 21:3
**speeding** [2] - 30:12, 30:17
**spent** [1] - 12:20
**spill** [1] - 72:16
**spiritual** [1] - 33:1
**squatted** [1] - 122:9
**St** [1] - 60:20
**Stacie** [1] - 23:24
**staff** [8] - 25:16, 51:16, 51:17, 51:18, 51:21, 86:23, 86:24, 136:15

**staffers** [3] - 87:1, 87:5, 145:8
**stage** [1] - 21:3
**stake** [1] - 131:16
**stand** [2] - 22:9, 23:5
**standing** [2] - 10:3, 10:8
**start** [21] - 11:11, 20:19, 33:22, 45:3, 55:1, 83:16, 95:8, 98:8, 113:10, 115:14, 132:25, 133:1, 142:23, 151:18, 153:20, 158:4, 167:17, 174:1, 177:11, 185:24, 189:17
**started** [2] - 92:5, 99:11
**starting** [3] - 3:10, 154:21, 177:10
**state** [3] - 27:9, 28:9, 55:6
**State** [2] - 52:25, 85:6
**statement** [3] - 11:1, 165:8, 166:7
**statements** [1] - 9:7
**STATES** [3] - 1:1, 1:3, 1:11
**States** [15] - 2:21, 5:16, 5:18, 14:23, 15:13, 20:23, 22:3, 22:6, 22:7, 22:24, 24:15, 27:7, 28:7, 148:7, 161:16
**states** [1] - 18:1
**static** [1] - 83:9
**stating** [1] - 19:13
**Station** [1] - 58:8
**statute** [1] - 166:9
**stay** [1] - 35:21
**step** [1] - 188:21
**steps** [92] - 37:8, 41:19, 43:4, 44:21, 50:10, 51:6, 53:9, 54:10, 57:23, 59:5, 61:15, 65:10, 65:24, 67:7, 70:3, 72:10, 73:7, 74:21, 76:10, 76:16, 78:20, 82:12, 83:11, 88:4, 90:14, 91:11, 94:2, 94:23, 97:24, 98:1, 103:10, 103:19, 108:15, 112:14, 112:25, 116:20, 116:24, 119:18, 121:18, 123:7, 125:10, 128:16, 135:12, 135:22, 140:11,

142:15, 146:8,
146:14, 147:24,
150:4, 150:8,
152:15, 155:1,
155:7, 157:22,
160:18, 162:15,
162:19, 167:6,
168:9, 169:24,
173:5, 173:7,
173:21, 177:4,
178:9, 178:15,
180:2, 183:7
**stepson** [2] - 131:6,
131:8
**still** [12] - 4:10, 8:14,
9:13, 51:17, 51:18,
53:22, 87:1, 111:24,
172:20, 184:8,
186:11, 186:22
**stipulated** [2] - 8:20,
8:25
**stole** [1] - 100:24
**stolen** [5] - 60:21,
66:18, 131:3,
159:19, 159:20
**stop** [2] - 94:6, 154:16
**stopped** [2] - 128:2,
128:3
**straightforward** [1] -
20:17
**Street** [5] - 1:15, 1:20,
43:13, 104:9, 104:10
**street** [4] - 11:9,
117:15, 127:11,
127:12
**stressful** [1] - 115:1
**stricken** [4] - 19:7,
38:22, 141:14, 155:6
**strict** [2] - 94:19,
181:19
**strike** [17] - 19:13,
42:1, 42:17, 51:5,
53:14, 65:11, 72:11,
82:22, 91:6, 97:25,
112:16, 116:22,
141:15, 146:10,
186:21, 186:24,
187:18
**strikes** [15] - 13:8,
14:3, 14:5, 19:12,
94:5, 94:8, 167:23,
168:4, 183:9,
183:13, 183:14,
184:2, 184:6, 185:5,
187:18
**striking** [1] - 187:16
**strokes** [1] - 62:21
**strong** [36] - 6:11,
6:12, 7:20, 30:24,
32:14, 47:23, 54:5,

63:17, 65:14, 71:3,
71:9, 71:12, 71:16,
71:20, 72:21, 91:3,
97:5, 102:12, 111:1,
112:18, 124:23,
125:1, 132:19,
133:14, 140:24,
149:17, 149:18,
149:25, 156:21,
157:13, 157:14,
172:12, 172:13,
176:7, 182:8, 182:9
**strongly** [3] - 9:25,
182:4, 182:18
**struck** [5] - 4:4,
183:11, 186:16,
187:8
**struggle** [2] - 72:14,
176:10
**stuck** [2] - 52:3,
145:11
**student** [2] - 56:2,
169:18
**studied** [12] - 26:25,
43:19, 43:25, 55:24,
61:22, 76:23, 95:18,
120:2, 153:1, 153:7,
153:9, 156:13
**studies** [2] - 153:10,
164:11
**stuff** [3] - 78:13,
101:17, 159:20
**subbed** [1] - 15:18
**sudden** [1] - 167:24
**suffer** [1] - 31:3
**suggested** [1] - 5:8
**suit** [1] - 114:20
**Suite** [1] - 1:20
**summary** [1] - 20:20
**summer** [1] - 144:8
**super** [1] - 52:8
**Superior** [19] - 13:20,
60:11, 60:12, 73:22,
85:22, 85:23, 92:21,
100:12, 100:16,
109:7, 109:18,
112:20, 117:17,
127:10, 159:7,
159:9, 175:1,
179:13, 187:10
**superior** [1] - 175:2
**support** [4] - 46:22,
46:24, 90:22, 164:9
**supported** [1] - 132:7
**supporter** [2] - 133:6,
157:7
**supporters** [1] - 157:5
**supporting** [1] - 85:6
**supports** [1] - 50:8
**suppose** [1] - 115:5

**Supreme** [4] - 11:8,
37:17, 38:7
**surgical** [1] - 151:22
**surprised** [1] - 65:15
**surrounded** [1] -
143:19
**surrounding** [1] -
145:11
**surveillance** [2] -
10:7, 10:10
**survey** [3] - 47:13,
118:9, 132:11
**survivor** [1] - 138:1
**suspect** [1] - 105:2
**sustain** [1] - 62:14
**switching** [1] - 152:10
**sworn** [4] - 19:19,
20:2, 185:15, 186:2
**system** [10] - 17:3,
28:3, 30:22, 57:15,
69:7, 120:15,
144:18, 165:5,
171:5, 185:10
**systems** [3] - 92:7,
92:14, 165:10

# T

**table** [9] - 22:17,
24:19, 40:9, 40:18,
42:22, 135:2,
186:12, 188:24,
189:3
**Takoma** [1] - 66:7
**TANYA** [1] - 1:10
**Tanya** [1] - 15:10
**tax** [1] - 151:3
**teach** [2] - 151:2,
151:3
**teacher** [1] - 147:18
**technically** [1] - 66:17
**technology** [2] -
43:23, 44:11
**temporary** [1] - 2:16
**ten** [2] - 106:18, 185:4
**ten-plus** [1] - 106:18
**tend** [2] - 109:3, 180:9
**term** [1] - 20:3
**terms** [3] - 4:20, 13:4,
166:22
**terrified** [1] - 63:22
**testified** [1] - 130:3
**testify** [8] - 10:18,
10:20, 24:4, 24:9,
25:5, 26:8, 26:9,
26:10
**testimony** [24] - 29:22,
30:1, 30:4, 30:7,
46:3, 46:5, 55:16,

56:20, 60:3, 75:21,
79:17, 79:18, 96:4,
115:3, 115:24,
116:2, 116:9, 128:7,
130:4, 144:1,
164:15, 164:16,
165:1
**Texas** [1] - 52:25
**THE** [991] - 1:1, 1:10,
2:2, 2:7, 2:13, 2:14,
2:15, 2:20, 3:8, 4:6,
4:13, 4:16, 6:7, 7:7,
7:9, 7:11, 9:4, 9:15,
10:1, 10:14, 10:22,
11:4, 11:21, 12:8,
12:11, 12:14, 12:18,
12:25, 13:9, 13:14,
13:16, 13:18, 13:23,
14:3, 14:9, 14:15,
14:18, 14:22, 15:2,
17:5, 17:13, 17:24,
19:20, 22:20, 23:21,
23:25, 24:24, 25:10,
31:25, 32:9, 32:17,
32:20, 32:22, 34:6,
34:9, 34:12, 34:17,
35:6, 35:8, 36:2,
36:12, 36:14, 36:20,
37:2, 37:5, 37:9,
37:11, 37:14, 37:20,
37:25, 38:4, 38:15,
38:20, 39:1, 39:7,
39:10, 39:13, 39:18,
39:22, 39:25, 40:15,
41:4, 41:8, 41:18,
41:25, 42:11, 43:1,
43:3, 43:6, 43:8,
43:10, 43:14, 43:18,
43:22, 43:24, 44:2,
44:6, 44:9, 44:18,
44:20, 44:22, 44:24,
45:1, 45:3, 45:6,
45:8, 45:13, 45:17,
45:21, 45:25, 46:2,
46:8, 46:12, 46:16,
46:19, 46:23, 47:4,
47:9, 47:11, 47:15,
47:19, 47:21, 48:2,
48:14, 48:18, 49:9,
49:24, 50:9, 50:11,
50:23, 51:8, 51:10,
51:13, 51:17, 51:19,
51:22, 52:5, 52:14,
52:21, 53:1, 53:5,
53:8, 53:10, 53:17,
53:21, 54:4, 54:11,
54:13, 54:16, 54:18,
54:20, 54:24, 55:1,
55:5, 55:7, 55:11,
55:15, 55:23, 56:3,
56:5, 56:9, 56:11,

56:17, 56:25, 57:3,
57:5, 57:8, 57:12,
57:14, 57:18, 57:20,
57:22, 57:24, 58:1,
58:3, 58:5, 58:10,
58:18, 58:22, 58:25,
59:3, 59:6, 59:8,
59:10, 59:13, 59:16,
59:18, 59:22, 60:1,
60:6, 60:9, 60:11,
60:13, 60:16, 60:19,
60:22, 60:24, 61:2,
61:4, 61:6, 61:10,
61:13, 61:16, 61:18,
61:20, 61:22, 61:25,
62:2, 62:6, 62:12,
62:16, 62:20, 62:22,
63:1, 63:4, 63:8,
63:11, 63:14, 64:6,
64:13, 64:23, 65:9,
65:12, 65:23, 65:25,
66:3, 66:5, 66:8,
66:11, 66:15, 66:19,
66:21, 66:24, 67:2,
67:6, 67:8, 67:10,
67:12, 67:15, 67:19,
67:23, 68:2, 68:6,
68:11, 68:14, 68:19,
69:2, 69:6, 69:9,
69:12, 69:20, 69:24,
70:2, 70:4, 70:6,
70:8, 70:10, 70:13,
70:16, 70:19, 70:21,
70:23, 70:25, 71:7,
71:11, 71:21, 72:4,
72:6, 72:8, 72:15,
73:2, 73:8, 73:10,
73:12, 73:14, 73:16,
73:19, 73:21, 73:23,
74:1, 74:3, 74:7,
74:10, 74:12, 74:14,
74:17, 74:19, 74:22,
74:24, 75:1, 75:3,
75:5, 75:9, 75:11,
75:13, 75:15, 75:18,
75:25, 76:4, 76:7,
76:9, 76:11, 76:14,
76:17, 76:19, 76:22,
76:25, 77:2, 77:7,
77:9, 77:14, 77:19,
77:22, 77:24, 78:6,
78:18, 78:21, 78:23,
79:1, 79:3, 79:6,
79:8, 79:12, 79:16,
79:20, 80:2, 80:6,
80:9, 80:11, 80:15,
80:18, 80:21, 80:24,
81:4, 81:9, 81:11,
81:14, 82:2, 82:9,
82:13, 82:21, 83:5,
83:10, 83:12, 83:14,

83:16, 83:25, 84:6,
84:10, 84:12, 84:21,
84:24, 85:2, 85:7,
85:12, 85:15, 85:17,
85:20, 85:22, 85:24,
86:1, 86:4, 86:8,
86:10, 86:12, 86:14,
86:17, 87:4, 87:9,
87:13, 87:16, 87:20,
87:25, 88:2, 88:5,
88:7, 88:9, 88:11,
88:14, 88:16, 88:25,
89:9, 89:12, 89:24,
90:3, 90:12, 90:15,
90:24, 91:12, 91:14,
91:16, 91:19, 91:23,
92:3, 92:9, 92:17,
92:21, 92:23, 93:1,
93:4, 93:7, 93:10,
93:12, 93:17, 93:21,
93:24, 94:1, 94:3,
94:16, 94:25, 95:2,
95:4, 95:7, 95:11,
95:14, 95:18, 95:22,
95:24, 96:2, 96:8,
96:13, 96:15, 96:19,
96:24, 97:5, 97:11,
97:16, 97:20, 97:23,
97:25, 98:2, 98:4,
98:8, 98:14, 98:18,
98:22, 98:24, 99:2,
99:5, 99:13, 99:16,
99:24, 100:2, 100:5,
100:8, 100:12,
100:16, 100:19,
100:22, 101:1,
101:4, 101:8,
102:12, 102:21,
103:4, 103:6, 103:8,
103:11, 103:13,
103:17, 103:20,
103:22, 103:24,
104:3, 104:6,
104:12, 104:16,
104:20, 105:2,
105:6, 105:9,
105:11, 105:18,
105:23, 106:2,
106:5, 106:8,
106:12, 106:14,
106:17, 106:21,
106:25, 107:4,
107:8, 108:1,
108:13, 108:16,
108:18, 108:20,
108:22, 108:25,
109:3, 109:9,
109:12, 109:16,
109:18, 109:21,
110:1, 110:5, 110:9,
110:14, 110:17,

110:21, 110:24,
112:1, 112:11,
112:13, 112:17,
113:1, 113:3, 113:5,
113:7, 113:10,
113:13, 113:15,
113:20, 113:23,
114:1, 114:4, 114:6,
114:9, 114:15,
114:18, 114:22,
114:24, 115:1,
115:6, 115:9,
115:12, 115:18,
115:21, 116:1,
116:8, 116:13,
116:15, 116:17,
116:21, 116:23,
116:25, 117:2,
117:4, 117:6, 117:9,
117:12, 117:14,
117:17, 117:19,
117:22, 118:1,
118:3, 118:13,
118:16, 118:20,
118:24, 119:14,
119:16, 119:19,
119:21, 119:23,
120:1, 120:5, 120:8,
120:14, 120:18,
120:21, 120:24,
121:2, 121:4, 121:8,
121:12, 121:14,
121:16, 121:19,
121:21, 121:23,
121:25, 122:3,
122:5, 122:7,
122:11, 122:14,
122:19, 122:21,
122:24, 123:1,
123:3, 123:5, 123:8,
123:10, 123:12,
123:14, 123:18,
123:23, 124:1,
124:3, 124:5, 124:9,
124:12, 124:14,
124:17, 124:19,
124:21, 125:3,
125:6, 125:8,
125:11, 125:13,
125:15, 125:17,
125:19, 125:21,
125:24, 126:2,
126:5, 126:9,
126:11, 126:15,
126:17, 126:19,
126:24, 127:3,
127:5, 127:8,
127:10, 127:13,
127:17, 127:19,
127:22, 127:25,
128:6, 128:10,

128:12, 128:14,
128:17, 128:19,
128:21, 128:23,
128:25, 129:4,
129:8, 129:12,
129:14, 129:16,
129:18, 129:21,
129:25, 130:3,
130:10, 130:12,
130:14, 130:17,
130:20, 130:24,
131:1, 131:4, 131:8,
131:13, 132:18,
132:25, 133:5,
133:11, 133:22,
134:2, 134:9,
134:14, 134:23,
135:8, 135:11,
135:14, 135:23,
135:25, 136:2,
136:4, 136:6,
136:10, 136:14,
136:19, 136:24,
137:1, 137:3, 137:6,
137:8, 137:15,
137:21, 137:25,
138:3, 138:7, 138:9,
139:19, 140:9,
140:12, 140:22,
141:10, 141:18,
141:20, 141:24,
142:8, 142:16,
142:18, 142:20,
142:22, 143:2,
143:5, 143:8,
143:12, 143:17,
143:23, 144:1,
144:5, 144:10,
144:17, 144:20,
144:23, 145:2,
145:14, 145:18,
145:21, 145:25,
146:3, 146:6, 146:9,
146:11, 146:13,
146:15, 146:17,
146:19, 146:21,
146:24, 147:1,
147:3, 147:7,
147:10, 147:13,
147:17, 147:19,
147:21, 147:23,
147:25, 148:2,
148:4, 148:6,
148:10, 148:14,
148:17, 148:19,
148:21, 148:24,
149:7, 149:21,
150:2, 150:5, 150:7,
150:9, 150:11,
150:13, 150:15,
150:18, 150:20,

150:24, 151:2,
151:4, 151:6,
151:11, 151:15,
151:18, 152:1,
152:4, 152:9,
152:13, 152:16,
152:18, 152:20,
152:23, 152:25,
153:2, 153:5, 153:7,
153:11, 153:14,
153:18, 153:20,
153:22, 154:2,
154:6, 154:16,
154:25, 155:2,
155:4, 155:6, 155:8,
155:10, 155:12,
155:14, 155:17,
155:19, 155:23,
156:1, 156:5, 156:9,
156:12, 156:15,
156:19, 157:12,
157:18, 157:20,
157:23, 157:25,
158:2, 158:4,
158:12, 158:16,
158:20, 158:24,
159:3, 159:5, 159:7,
159:9, 159:12,
159:15, 159:18,
159:21, 159:23,
160:1, 160:3, 160:6,
160:8, 160:17,
160:19, 160:24,
161:5, 161:8,
161:18, 162:1,
162:8, 162:10,
162:13, 162:16,
162:18, 162:20,
162:22, 162:24,
163:1, 163:4, 163:8,
163:11, 163:18,
164:3, 164:13,
164:25, 165:4,
165:11, 165:16,
165:22, 165:25,
166:13, 166:16,
166:25, 167:2,
167:4, 167:7, 167:9,
167:15, 167:22,
168:5, 168:8,
168:10, 168:12,
168:14, 168:16,
168:19, 168:22,
169:1, 169:4, 169:6,
169:9, 169:14,
169:16, 169:19,
169:21, 169:23,
169:25, 170:2,
170:4, 170:7,
170:12, 170:17,
170:19, 170:22,

171:1, 171:4,
171:13, 171:18,
172:11, 172:24,
173:2, 173:4, 173:6,
173:8, 173:19,
173:22, 173:24,
174:1, 174:4, 174:7,
174:10, 174:13,
174:16, 174:20,
174:23, 174:25,
175:3, 175:6, 175:9,
175:12, 175:14,
175:17, 175:19,
175:22, 175:24,
176:1, 176:4,
176:16, 176:25,
177:2, 177:5, 177:7,
177:9, 177:11,
177:18, 177:21,
177:24, 178:8,
178:10, 178:12,
178:14, 178:16,
178:18, 178:20,
178:22, 178:24,
179:3, 179:5, 179:7,
179:11, 179:13,
179:15, 179:18,
179:21, 179:23,
179:25, 180:3,
180:5, 180:7, 180:9,
180:14, 180:16,
180:18, 180:23,
181:6, 181:10,
181:12, 181:19,
181:25, 182:3,
182:12, 182:21,
183:4, 183:6, 183:8,
183:18, 183:22,
183:25, 184:9,
185:2, 186:11,
187:1, 187:6,
187:11, 187:15,
187:17, 187:23,
188:6, 188:9,
188:11, 188:14,
188:16, 188:23,
189:2, 189:7,
189:12, 189:16
**theft** [2] - 86:9, 107:6
**themselves** [3] - 6:3,
 87:6, 103:2
**then-Chief** [1] - 12:15
**then-President** [1] -
 20:25
**therefore** [3] - 7:2,
 20:16, 35:10
**they've** [1] - 5:22
**thinking** [1] - 167:15
**thinks** [4] - 53:21,
 73:3, 82:16, 140:25

**third** [1] - 8:15
**thirteen** [1] - 55:23
**threat** [1] - 69:16
**Three** [1] - 43:10
**three** [12] - 8:13, 13:24, 14:14, 32:4, 38:6, 51:11, 51:14, 66:20, 88:15, 117:13, 124:2, 179:8
**three-dimensional** [1] - 13:24
**throughout** [1] - 22:19
**thumbs** [1] - 145:11
**tickets** [2] - 30:12, 30:17
**Tiffany** [1] - 22:18
**Tim** [1] - 15:16
**Tobie** [3] - 2:12, 2:24, 23:12
**TOBIE** [1] - 1:18
**tobie** [1] - 15:1
**today** [10] - 11:19, 11:23, 15:6, 21:18, 21:20, 22:7, 94:20, 104:19, 168:4, 183:9
**together** [4] - 51:13, 126:12, 155:18, 180:9
**tomorrow** [9] - 24:20, 94:20, 183:13, 185:14, 185:24, 186:8, 187:20, 187:21, 188:11
**tonight** [2] - 184:20, 184:22
**took** [7] - 56:1, 94:17, 99:10, 99:17, 121:6, 149:19, 153:12
**tossed** [1] - 128:5
**totally** [1] - 153:25
**tough** [2] - 81:2, 116:5
**toward** [3] - 4:2, 60:2, 85:4
**towards** [2] - 16:13, 82:24
**town** [1] - 33:24
**trading** [1] - 39:17
**traffic** [1] - 128:2
**trafficking** [1] - 136:23
**trained** [2] - 167:10, 170:9
**training** [21] - 27:1, 39:3, 43:20, 52:22, 55:25, 61:23, 68:16, 70:11, 95:19, 109:5, 129:9, 151:6, 156:9, 158:17, 166:21, 166:23, 167:10, 168:16, 170:13, 174:2

**trains** [1] - 15:25
**transactional** [1] - 68:5
**TRANSCRIPT** [1] - 1:10
**transcript** [1] - 190:4
**transfer** [5] - 2:8, 3:2, 4:19, 5:21, 8:7
**transfer-of-venue** [1] - 5:21
**trapped** [2] - 101:17, 103:15
**traumatic** [2] - 145:9, 172:2
**travel** [11] - 33:7, 33:15, 33:18, 98:18, 99:9, 103:17, 142:23, 143:21, 151:19, 151:20, 167:18
**traveled** [2] - 20:24, 145:11
**treasonous** [1] - 157:4
**treat** [3] - 96:4, 130:8, 164:25
**treated** [2] - 46:19, 160:1
**TRIAL** [1] - 1:10
**trial** [49] - 3:6, 3:10, 6:10, 9:13, 9:19, 10:15, 15:20, 19:15, 22:19, 23:22, 24:4, 24:8, 25:24, 26:3, 28:21, 28:25, 29:2, 31:9, 31:17, 33:8, 38:16, 45:10, 48:4, 48:5, 49:12, 50:4, 50:6, 54:3, 58:20, 60:7, 60:17, 77:12, 81:17, 85:17, 86:15, 92:15, 100:25, 101:1, 101:19, 102:3, 126:25, 130:21, 148:23, 164:17, 171:1, 172:15, 173:15, 183:2, 186:2
**trials** [5] - 3:9, 3:11, 6:23, 38:9, 187:10
**tried** [4] - 5:13, 7:1, 7:16, 8:6
**trip** [8] - 98:19, 98:24, 99:6, 99:9, 142:25, 143:1, 143:23
**trouble** [6] - 32:5, 91:1, 126:13, 129:5, 131:24, 132:12
**true** [4] - 15:23, 44:7, 89:5, 90:25
**Trump** [3] - 131:19,

132:1, 133:6
**Trump's** [1] - 20:25
**trust** [1] - 83:8
**truth** [1] - 131:21
**truthful** [1] - 16:22
**truthfully** [1] - 20:7
**try** [10] - 12:2, 19:9, 36:8, 64:21, 65:5, 65:8, 72:12, 115:16, 115:18, 132:17
**trying** [9] - 12:4, 14:13, 18:4, 34:11, 105:18, 135:15, 164:18, 177:23, 180:25
**TSA** [1] - 164:8
**TSC** [1] - 1:4
**turn** [2] - 23:7, 36:6
**TV** [2] - 141:4, 166:3
**twelve** [1] - 174:24
**twenty** [3] - 56:25, 57:13, 175:25
**twenty-five** [2] - 56:25, 175:25
**twice** [2] - 32:4, 100:23
**Twitter** [1] - 158:10
**two** [36] - 5:15, 8:14, 10:18, 11:18, 12:5, 13:25, 14:13, 14:17, 15:23, 16:4, 22:21, 33:13, 33:14, 40:5, 56:1, 60:8, 71:11, 73:20, 74:2, 98:7, 100:10, 104:21, 107:23, 120:23, 124:13, 124:21, 126:12, 126:18, 131:10, 143:1, 144:7, 163:15, 167:25, 175:17, 186:15, 186:20
**two-day** [1] - 143:1
**type** [1] - 147:1

## U

**U.S** [17] - 1:14, 1:23, 21:4, 24:17, 27:12, 27:13, 30:21, 55:7, 73:24, 77:17, 89:3, 136:16, 136:21, 137:14, 138:16, 165:7, 181:4
**ultimately** [2] - 164:11, 164:21
**unable** [2] - 32:23, 136:11
**unanimous** [1] - 31:22

**unbiased** [2] - 3:7, 16:17
**uncle** [2] - 146:23, 147:9
**under** [4] - 107:19, 135:8, 169:12
**undergrad** [1] - 153:9
**underinclusive** [1] - 67:19
**underlined** [1] - 111:4
**underlying** [2] - 118:10, 181:17
**underscored** [1] - 3:5
**underscores** [1] - 4:4
**understood** [7] - 11:2, 34:16, 41:16, 42:25, 88:18, 167:21, 168:1
**unhelpful** [1] - 72:16
**uniformly** [1] - 5:22
**Union** [2] - 58:7, 85:6
**United** [5] - 2:21, 5:16, 5:18, 14:23, 15:13, 20:23, 22:3, 22:6, 22:7, 22:24, 24:15, 27:7, 28:7, 148:7, 161:16
**UNITED** [3] - 1:1, 1:3, 1:11
**University** [1] - 142:25
**unless** [3] - 3:24, 26:3, 48:7
**unlike** [1] - 18:1
**unpleasant** [6] - 29:6, 29:8, 45:19, 114:16, 114:20, 127:23
**unrelated** [1] - 57:7
**unsee** [1] - 49:10
**unsure** [2] - 72:20, 170:6
**unusual** [1] - 177:13
**up** [115] - 2:3, 5:15, 7:19, 8:1, 11:5, 11:9, 12:5, 13:21, 13:25, 14:18, 17:1, 18:17, 18:22, 19:1, 19:3, 19:4, 19:20, 19:21, 20:1, 31:9, 31:15, 31:23, 33:13, 36:7, 36:9, 37:8, 39:2, 42:18, 43:3, 43:4, 44:9, 44:21, 47:5, 47:19, 51:6, 54:10, 57:18, 57:23, 58:25, 59:5, 61:2, 61:15, 63:14, 65:24, 67:3, 67:7, 69:24, 70:3, 72:5, 73:7, 74:21, 76:5, 76:15, 76:16, 77:25, 78:20, 80:13, 83:11, 88:4, 91:11,

92:2, 94:22, 94:23, 98:1, 98:9, 98:14, 101:2, 103:19, 104:21, 108:15, 112:25, 114:20, 116:24, 119:18, 121:18, 123:7, 125:10, 128:16, 134:22, 135:22, 140:14, 140:20, 142:15, 146:14, 147:24, 150:8, 152:8, 152:15, 155:7, 155:20, 157:19, 157:22, 160:18, 162:19, 167:19, 168:9, 169:24, 171:20, 173:2, 173:6, 173:7, 173:21, 177:4, 178:15, 180:2, 184:18, 186:17, 187:8, 187:13, 187:19, 188:22, 189:10
**upper** [1] - 18:8
**ups** [1] - 47:13
**upsetting** [1] - 115:2
**upstairs** [1] - 14:19
**usual** [1] - 15:3

## V

**vast** [1] - 5:6
**vehicle** [1] - 60:21
**venue** [7] - 2:8, 3:3, 3:11, 4:19, 5:21, 6:25, 8:7
**verdict** [39] - 8:4, 20:15, 21:24, 22:2, 26:16, 31:20, 31:21, 32:5, 32:24, 34:13, 60:13, 60:14, 80:14, 80:18, 80:19, 86:1, 86:2, 86:3, 93:4, 93:5, 105:19, 106:22, 110:13, 111:15, 117:19, 127:13, 127:14, 130:17, 130:18, 148:22, 159:12, 159:13, 167:12, 175:6, 175:7, 179:15, 179:16
**versa** [1] - 140:6
**versus** [3] - 2:21, 14:23, 15:13
**vice** [1] - 140:6
**victim** [27] - 28:17, 30:10, 39:4, 39:5,

56:25, 60:19, 63:8, 63:9, 66:16, 69:12, 86:8, 93:10, 100:22, 107:4, 110:18, 120:21, 120:22, 121:25, 123:23, 130:24, 131:9, 137:21, 138:12, 159:18, 165:16, 165:21, 175:12
**victims** [1] - 63:10
**video** [7] - 10:3, 10:5, 49:3, 86:19, 86:25, 166:8
**videos** [4] - 8:16, 64:3, 64:10, 101:11
**view** [11] - 3:21, 9:1, 10:5, 46:5, 82:23, 88:22, 103:2, 115:15, 119:2, 144:24, 149:18
**viewpoint** [1] - 81:15
**views** [10] - 6:11, 6:12, 89:2, 89:4, 90:21, 102:2, 132:1, 132:3, 132:5, 166:16
**violation** [1] - 166:10
**violence** [1] - 136:22
**violent** [2] - 149:20, 157:4
**Virginia** [1] - 120:17
**visit** [1] - 37:19
**visited** [1] - 85:4
**vital** [1] - 20:13
**voir** [22] - 3:13, 4:2, 7:18, 13:3, 16:21, 17:6, 17:8, 17:17, 18:17, 18:21, 19:2, 20:3, 21:15, 32:13, 33:5, 35:8, 35:22, 39:8, 65:14, 89:10, 177:25
**vote** [2] - 41:24, 149:15

## W

**waiting** [2] - 15:8, 18:4
**waive** [1] - 141:21
**walk** [1] - 58:8
**walked** [1] - 122:9
**wallet** [3] - 57:1, 57:4, 121:7
**wants** [2] - 3:24, 94:21
**Ward** [1] - 25:5
**warrant** [1] - 45:23
**Washington** [10] - 1:6, 1:16, 1:24, 20:25, 22:4, 24:21, 24:22,

138:17, 148:7, 154:4
**waste** [1] - 18:4
**watch** [5] - 28:15, 64:2, 64:10, 64:17, 101:15
**watched** [4] - 48:22, 48:24, 86:25, 166:2
**watching** [6] - 64:2, 86:19, 131:15, 141:3, 158:11
**Wayne** [4] - 15:18, 15:23, 190:9, 190:9
**WAYNE** [2] - 1:22, 190:3
**ways** [1] - 138:12
**wear** [3] - 118:16, 118:18, 181:21
**wearing** [1] - 118:22
**Wednesday** [5] - 1:6, 98:20, 98:21, 98:25, 142:24
**week** [7] - 15:6, 33:9, 33:11, 33:24, 55:14, 151:22
**weeks** [2] - 33:13, 33:15
**Weeks** [2] - 24:18
**weigh** [4] - 26:15, 34:12, 54:6, 55:16
**weight** [4] - 115:24, 116:3, 144:2
**welcome** [1] - 162:9
**well..** [1] - 81:3
**whatsoever** [3] - 4:24, 26:18, 34:15
**whereas** [1] - 45:10
**wider** [3] - 181:23, 182:8, 182:18
**wife** [7] - 58:15, 93:13, 109:12, 109:18, 109:22, 110:2, 112:20
**wife's** [5] - 109:7, 109:9, 109:10, 109:24, 112:5
**Wilder** [1] - 25:7
**willing** [3] - 133:1, 135:19, 167:11
**window** [1] - 10:5
**Wisconsin** [1] - 25:6
**wish** [7] - 3:2, 9:21, 20:12, 34:23, 34:25, 35:20, 35:23
**wishes** [1] - 8:9
**wit** [1] - 21:9
**withdrawn** [1] - 8:10
**witness** [27] - 29:24, 30:4, 30:5, 30:10, 39:4, 42:20, 46:6, 47:7, 50:21, 52:14,

55:17, 55:20, 72:18, 75:22, 90:11, 96:5, 101:1, 115:4, 115:14, 115:22, 118:21, 128:8, 130:5, 144:3, 164:16, 165:2, 165:16
**witnesses** [13] - 10:18, 23:18, 24:3, 24:5, 24:7, 24:8, 24:11, 24:15, 24:25, 25:1, 25:13, 135:2, 188:17
**woman** [1] - 92:2
**word** [1] - 176:14
**wording** [1] - 5:3
**words** [6] - 18:13, 30:2, 49:25, 102:22, 132:25, 140:25
**workday** [1] - 145:13
**works** [8] - 53:22, 53:23, 62:4, 62:16, 62:23, 142:5, 158:18, 158:25
**world** [2] - 164:6, 179:8
**worry** [1] - 94:10
**write** [48] - 4:12, 17:10, 17:16, 18:7, 18:14, 18:15, 18:20, 21:20, 22:5, 22:13, 22:23, 23:2, 23:9, 23:16, 24:2, 24:12, 25:12, 25:17, 26:6, 26:13, 26:20, 27:1, 27:16, 27:24, 28:3, 28:11, 28:17, 28:20, 28:25, 29:3, 29:10, 29:16, 29:21, 30:7, 30:12, 30:18, 30:23, 31:2, 31:7, 33:3, 33:17, 34:11, 65:2, 77:8, 78:1, 102:5, 157:3, 166:2
**writing** [1] - 108:3
**written** [2] - 49:20, 78:2
**wrote** [16] - 63:21, 63:25, 86:21, 88:10, 101:10, 101:14, 101:24, 108:4, 111:17, 131:18, 134:16, 138:19, 139:21, 156:21, 166:6, 182:4

## Y

**y'all** [1] - 183:14

**year** [3] - 40:5, 86:13, 122:4
**years** [48] - 18:3, 28:14, 34:19, 35:10, 39:6, 39:17, 40:5, 46:15, 51:21, 57:4, 57:13, 60:8, 60:23, 73:20, 75:17, 85:25, 88:15, 92:25, 93:14, 100:18, 106:20, 109:7, 110:12, 110:20, 114:8, 114:19, 117:13, 120:23, 122:20, 124:2, 124:13, 124:21, 126:1, 126:18, 127:6, 130:16, 131:3, 131:10, 144:7, 147:11, 153:3, 153:4, 159:6, 170:21, 174:24, 175:25, 179:9
**yesterday** [3] - 3:10, 4:9, 69:16
**York** [5] - 77:18, 85:1, 92:5, 105:10, 143:11
**you're..** [1] - 40:14
**yourself** [4] - 78:15, 85:13, 90:3, 138:12